IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-252 T

(Judge Lettow)

EDWARD MARANDOLA, JR. AND CARMEN MARANDOLA,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR ENLARGEMENT

Pursuant to RCFC 6, the parties respectfully request that the deadlines set forth in the Court's August 16, 2006, Order be enlarged to the following dates. The plaintiffs will file their Motion for Summary Judgment on October 25, 2006. The defendant will file its Cross-Motion for Summary Judgment on December 5, 2006. The plaintiffs' will file their Opposition to the Defendant's Cross-Motion and Reply Brief on January 12, 2007. The defendant will file its Reply Brief on January 30, 2007. No prior enlargement of these deadlines has been requested.

As good cause therefore, plaintiffs' counsel has been out of the office for a lengthy period of time due to illness and requires additional time to complete the plaintiff's Motion for Summary Judgment. The parties have agreed to a comprehensive stipulation of facts but, due to the illness of plaintiffs' counsel, two of the joint exhibits to be attached to that stipulation have

not yet been provided to defendant's counsel. The extension of time will allow plaintiffs time to complete their motion and the parties time to complete preparation of the joint exhibits.

Respectfully submitted,

10/06/06
DATE

s/Charles J. Reilly
CHARLES J. REILLY
Reilly Law Associates, Inc.
1040 Turks Head. Bldg.
Providence, Rhode Island 02903
(401) 861-1120

Counsel for Plaintiffs

10/06/06
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

10/06/06
DATE

s/Mary M. Abate
Of Counsel

Counsel for Defendant