No. 05-252 T
(Judge Charles F. Lettow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDWARD MARANDOLA, JR.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STIPULATION OF FACT

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GASTAFSON
STEVEN I. FRAHM
BENJAMIN C. KING, JR.
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

Charles J. Reilly
Reilly Law Associates, Inc.
1040 Turks Heads Bldg.
Providence, Rhode Island 02903
(401) 861-1120

# TABLE OF CONTENTS


| *Joint Exh. No.* | *Description* | **Page** |
|---|---|---|
| 1. | Individual Income Return for Tax Year Ending December 31, 1996 | |
| 2. | Certificate of Assessment, Payment, and Other Specified Matters for Tax Year Ending December 31, 1996 | |
| 3. | Amended Individual Income Return for Tax Year Ending December 31, 1996 | |
| 4. | Internal Revenue Service Appeals Office Letter dated September 30, 2004 | |
| 5. | Individual Income Return for Tax Year Ending December 31, 1997 | |
| 6. | Certificate of Assessment, Payment, and Other Specified Matters for Tax Year Ending December 31, 1997 | |
| 7. | Amended Individual Income Return for Tax Year Ending December 31, 1997 | |
| 8. | Individual Income Return for Tax Year Ending December 31, 1998 | |
| 9. | Certificate of Assessment, Payment, and Other Specified Matters for Tax Year Ending December 31, 1998 | |
| 10. | Amended Individual Income Return for Tax Year Ending December 31, 1999 | |
| 11. | Individual Income Return for Tax Year Ending December 31, 1999 | |
| 12. | Certificate of Assessment, Payment, and Other Specified Matters for Tax Year Ending December 31, 1999 | |
| 13. | Amended Individual Income Return for Tax Year Ending December 31, 1999 | |