# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 4,684,929.00 | | | |
| | TAXABLE INCOME 4,374,020.00 | | | |
| | SELF EMPLOYMENT TAX 27.00 | | | |
| 10-17-1997 | RETURN FILED & TAX ASSESSED 08221-298-69513-7 199746 | 1,715,558.00 | | 11-24-1997 |
| 04-15-1997 | WITHHOLDING & EXCESS FICA | | 73,931.00 | |
| 04-15-1997 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1997 | | | |
| 04-15-1997 | SUBSEQUENT PAYMENT | | 300,000.00 | |
| 04-15-1997 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-1997 | | | |
| 10-17-1997 | PAYMENT WITH RETURN | | 250,000.00 | |
| | ESTIMATED TAX PENALTY 199746 | 53,554.00 | | 11-24-1997 |
| | FAILURE TO PAY TAX PENALTY 199746 | 51,165.08 | | 11-24-1997 |
| | INTEREST ASSESSED 199746 | 73,349.74 | | 11-24-1997 |
| 10-17-1997 | DISHONORED CHECK | | (250,000.00) | |
| | DISHONORED CHECK PENALTY 199747 | 5,000.00 | | 12-01-1997 |
| 12-12-1997 | FEDERAL TAX LIEN | | | |
| 01-05-1998 | FEES AND COLLECTION COSTS | 24.00 | | |



PENGAD-Bayonne, N. J.
JOINT EXHIBIT
2

# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-09-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 02-17-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 02-24-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 03-02-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 03-09-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 03-16-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 03-24-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 03-31-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 04-06-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 04-13-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 04-16-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 04-27-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 05-05-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 05-21-1998 | SUBSEQUENT PAYMENT | | 100,000.00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-16-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 06-23-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 06-30-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 07-08-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 07-14-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 07-21-1998 | SUBSEQUENT PAYMENT | | 50,000.00 | |
| 01-08-1999 | SUBSEQUENT PAYMENT | | 43.00 | |
| 02-01-1999 | SUBSEQUENT PAYMENT | | 95,000.00 | |
| 02-16-1999 | FEDERAL TAX LIEN | | | |
| 02-08-1999 | SUBSEQUENT PAYMENT | | 95,000.00 | |
| 03-08-1999 | FEES AND COLLECTION COSTS | 176.00 | | |
| 02-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-24-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE UNDELIVERABLE LEVY NOTICE | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-24-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE UNDELIVERABLE LEVY NOTICE | | | |
| 02-01-1999 | DISHONORED SUBSEQUENT PAYMENT | | (95,000.00) | |
| | DISHONORED CHECK PENALTY 199911 | 1,900.00 | | 03-29-1999 |
| 04-30-1999 | SUBSEQUENT PAYMENT | | 25,000.00 | |
| 11-04-1999 | PENDING INSTALLMENT AGREEMENT | | | |
| 01-02-2001 | SUBSEQUENT PAYMENT | | 119.28 | |
| 01-08-2001 | SUBSEQUENT PAYMENT | | 436.28 | |
| 01-08-2001 | SUBSEQUENT PAYMENT | | 0.37 | |
| 12-19-2001 | RECEIVED POA/TIA | | | |
| 04-24-2002 | SUBSEQUENT PAYMENT | | 20,000.00 | |
| 05-16-2002 | SUBSEQUENT PAYMENT | | 20,000.00 | |
| 05-16-2002 | INSTALLMENT AGREEMENT | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-18-2002 | SUBSEQUENT PAYMENT | | 20,000.00 | |
| 07-15-2002 | SUBSEQUENT PAYMENT | | 20,000.00 | |
| 08-12-2002 | PRIOR TAX ABATED BY EXAMINATION<br>AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER<br>19247-605-00011-2 | 8,419.00- | | |
| 07-19-2002 | APPROVED INNOCENT SPOUSE REQUEST<br>1040-SA 199612<br>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 | | | |
| | ADDITIONAL TAX ASSESSED<br>22254-612-00000-2 200232 | 0.00 | | 08-19-2002 |
| 08-26-2002 | SUBSEQUENT PAYMENT | | 20,000.00 | |
| | TC400 USE NSA | | | |
| | TC402 USE NSA | | | |
| 11-24-1997 | PRIOR TAX ABATED<br>08251-273-85917-2 | 1,707,139.00- | | |
| 04-15-1997 | CORRECTION OF WITHHOLDING CREDIT | | (73,931.00) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-15-1997 | SUBSEQUENT PAYMENT CORRECTED | | (300,000.00) | |
| 11-24-1997 | ESTIMATED TAX PENALTY ABATED | 53,554.00- | | |
| 11-24-1997 | FAILURE TO PAY TAX PENALTY ABATED | 51,165.08- | | |
| 12-01-1997 | DISHONORED CHECK PENALTY ABATED | 5,000.00- | | |
| 01-05-1998 | FEES AND COLLECTION COSTS ABATED | 24.00- | | |
| 02-09-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 02-17-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 02-24-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 03-02-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 03-09-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA

EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 03-16-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 03-24-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 03-31-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 04-06-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 04-13-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 04-16-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 04-27-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 05-05-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 05-21-1998 | SUBSEQUENT PAYMENT CORRECTED | | (100,000.00) | |
| 06-16-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-23-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 06-30-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 07-08-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 07-14-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 07-21-1998 | SUBSEQUENT PAYMENT CORRECTED | | (50,000.00) | |
| 01-08-1999 | SUBSEQUENT PAYMENT CORRECTED | | (43.00) | |
| 02-08-1999 | SUBSEQUENT PAYMENT CORRECTED | | (95,000.00) | |
| 03-08-1999 | FEES AND COLLECTION COSTS ABATED | 176.00- | | |
| 03-29-1999 | DISHONORED CHECK PENALTY ABATED | 1,900.00- | | |
| 04-30-1999 | SUBSEQUENT PAYMENT CORRECTED | | (25,000.00) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-02-2001 | SUBSEQUENT PAYMENT CORRECTED | | (119.28) | |
| 01-08-2001 | SUBSEQUENT PAYMENT CORRECTED | | (436.28) | |
| 01-08-2001 | SUBSEQUENT PAYMENT CORRECTED | | (0.37) | |
| 04-24-2002 | SUBSEQUENT PAYMENT CORRECTED | | (20,000.00) | |
| 05-16-2002 | SUBSEQUENT PAYMENT CORRECTED | | (20,000.00) | |
| 06-18-2002 | SUBSEQUENT PAYMENT CORRECTED | | (20,000.00) | |
| 07-15-2002 | SUBSEQUENT PAYMENT CORRECTED | | (20,000.00) | |
| 08-26-2002 | SUBSEQUENT PAYMENT CORRECTED | | (20,000.00) | |
| 11-18-2002 | INTEREST ABATED | 73,349.74- | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT REVIEW 19247-687-79008-4 200442 | 0.00 | | 11-01-2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-01-2004 | RENUMBERED RETURN 19247-687-79008-4 | | | |
| 11-08-2004 | UPDATED POA/TIA | | | |
| 11-24-1997 | Statutory Notice of Balance Due | | | |
| 11-24-1997 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

EDWARD JR & CARMEN MARANDOLA EIN/SSN: 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
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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Susan McMahon

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18

LOCATION: INTERNAL REVENUE SERVICE
ANDOVER, MA

ACCOUNT STATUS DATE 03/14/2005