HOW DEWED BY HANDWRITTEN 1/20/06 ORIGINAL

Form **1040X**

(Rev. November 1996)

## Amended U.S. Individual Income Tax Return

Department of the Treasury - Internal Revenue Service

OMB No. 1545-0091

This return is for calendar year ▶ 19 **96** , OR fiscal year ended ▶ _____ , 19 ____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| EDWARD MARANDOLA JR. | | |

Home address (no. and street) or P.O. box if mail is not delivered to your home. Apt. no.
36 BEACON HILL ROAD

(401)421-1900

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
NEWPORT, RI 02840

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

**A** If the name or address shown above is different from that shown on the original return, check here ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

**C** Filing status claimed. **Note:** *You cannot change from joint to separate returns after the due date has passed.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

### Income and Deductions (see instructions)
USE PART II ON PAGE 2 TO EXPLAIN ANY CHANGES

| | | | A. As originally reported or as previously adjusted | B. Net change—Increase or (Decrease)—explain on page 2 | C. Correct amount |
|---|---|---|---|---|---|
| | 1 | Adjusted gross income (see instructions) | 4,704,198. | <2357036. | 2,347,162. |
| | 2 | Itemized deductions or standard deduction | 308,917. | 72,125. | 381,042. |
| | 3 | Subtract line 2 from line 1 | 4,395,281. | <2429161.| 1,966,120. |
| | 4 | Exemptions. If changing, fill in Parts I and II on page 2 | | | |
| | 5 | Taxable income. Subtract line 4 from line 3 | 4,395,281. | <2429161.| 1,966,120. |
| Tax Liability | 6 | Tax (see instructions). Method used in col. C TRS | 1,715,531. | <961,947.> | 753,584. |
| | 7 | Credits (see instructions) | | | |
| | 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 1,715,531. | <961,947.> | 753,584. |
| | 9 | Other taxes (see instructions) | 27. | | 27. |
| | 10 | Total tax. Add lines 8 and 9 | 1,715,558. | <961,947.> | 753,611. |
| Payments | 11 | Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld. If changing, see instructions | 73,931. | | 73,931. |
| | 12 | Estimated tax payments, including amount applied from prior year's return | | | |
| | 13 | Earned income credit | | | |
| | 14 | Credits for Federal tax paid on fuels, regulated investment company, etc | | | |
| | 15 | Amount paid with Form 4868, 2688, or 2350 (application for extension of time to file) | | 15 | 300,000. |
| | 16 | Amount of tax paid with original return plus additional tax paid after it was filed | | 16 | 1,170,000. |
| | 17 | Total payments. Add lines 11 through 16 in column C | | 17 | 1,543,931. |

### Refund or Amount You Owe

| | | | | |
|---|---|---|---|---|
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | 18 | |
| 19 | Subtract line 18 from line 17 | | 19 | 1,543,931. |
| 20 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 19, enter the difference and see instructions | | 20 | |
| 21 | If line 10, column C, is less than line 19, enter the difference *INTEREST 17,523. ; Late Pay 71,390.* | | 21 | 790,320. |
| 22 | Amount of line 21 you want **REFUNDED TO YOU** *FMR 2210 53,554.* | | 22 | |
| 23 | Amount of line 21 you want **APPLIED TO YOUR 19 97 ESTIMATED TAX** | 23 | | 707,853. |

RECEIVED JAN 24 2000 INTERNAL REVENUE SERVICE CT - RI DISTRICT

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature _____ Date X-20-2000

Spouse's signature. If a joint return, BOTH must sign. Date 1-20-00

**Paid Preparer's Use Only**

| Preparer's signature | Date 1/19/00 | Check if self-employed ☒ | Preparer's soc. sec. no. 044 38 2757 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | Dacey Guarino & Company 1275 Wampanoag Trail, Suite 20 East Providence, RI | EIN 05-0425517 ZIP code 02915-1217 | |

LHA

Form **1040X** (Rev. 11-96)

810701 01-14-97

JOINT EXHIBIT 3

PENGAD-Bayonne, N. J.

Form 1040X (Rev. 11-96) **EDWARD MARANDOLA JR. & CARMEN MARANDOLA**

## Part I   Exemptions

If you are **not changing your exemptions**, do not complete this part.
If claiming more exemptions, complete lines 24-30 and, if applicable, line 31.
If claiming fewer exemptions, complete lines 24-29.

| | | A. Number originally reported | B. Net change | C. Correct number |
|---|---|---|---|---|
| 24 Yourself and spouse | 24 | | | |
| **Caution:** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 25 Your dependent children who lived with you | 25 | | | 0 |
| 26 Your dependent children who did not live with you due to divorce or separation | 26 | | | |
| 27 Other dependents | 27 | | | |
| 28 Total number of exemptions. Add lines 24 through 27 | 28 | | | |

29 Multiply the number of exemptions claimed on line 28 by the amount listed below for the tax year you are amending. Enter the result here and on line 4.

| Tax Year | Exemption Amount | But see the instructions if the amount on line 1 is over: | |
|---|---|---|---|
| 1996 | $2,550 | $88,475 | |
| 1995 | 2,500 | 86,025 | |
| 1994 | 2,450 | 83,850 | |
| 1993 | 2,350 | 81,350 | 29 |

30 Dependents (children and other) not claimed on original return:
**Note:** For tax years after 1994, do not complete column (b) below.

| (a) First Name   Last name | (b) Check if under age 1 | (c) Dependent's social security number. If born in the tax year you are amending, see instructions | (d) Dependent's relationship to you | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 30 who:
• lived with you ☐
• did not live with you due to divorce or separation ☐
Dependents on line 30 not entered above ☐

31 For tax years before 1996, if your child listed on line 30 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here ►☐

## Part II   Explanation of Changes to Income, Deductions, and Credits

Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here ► ☒

TO CARRYBACK NET OPERATING LOSS FROM 1998 - SEE ATTACHED SCHEDULE.

TO REPORT PASS THROUGH ITEMS FROM FORMS K-1 NOT INCLUDED IN ORIGINAL RETURN.

## Part III   Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want to have $3 go to the fund but now want to, check here ► ☐
If a joint return and your spouse did not previously want to have $3 go to the fund but now wants to, check here ► ☐

610702
11-18-96

# Schedule A - Net Operating Loss (NOL)

# 1998

**Name**

Social Security Number

EDWARD MARANDOLA JR.

| | | | | |
|---|---|---|---|---|
| **1** Adjusted gross income from 1998 Form 1040, line 34. Estates and trusts, skip lines 1 and 2 .......... | | | **1** | <2,332,645.> |
| **2** Deductions (individuals only): | | | | |
| **a** Enter amount from your 1998 Form 1040, line 36 .......... | **2a** | 527,745. | | |
| **b** Enter your deduction for exemptions from 1998 Form 1040, line 38 .......... | **2b** | 13,500. | | |
| **c** Add lines 2a and 2b .......... | | | **2c** | <541,245.> |
| **3** Combine lines 1 and 2c. Estates and trusts, enter your taxable income .......... | | | **3** | <2,873,890.> |

**Note:** If line 3 is zero or more, do not complete rest of schedule. You **do not** have a net operating loss.

**Adjustments:**

| | | | | |
|---|---|---|---|---|
| **4** Deduction for exemptions from line 2b above. Estates and trusts, enter exemption amount from your tax return .......... | | | **4** | 13,500. |
| **5** Total nonbusiness capital losses before limitation. Enter as a positive number .......... | **5** | 5,176,192. | | |
| **6** Total nonbusiness capital gains (without regard to any section 1202 exclusion) .......... | **6** | | | |
| **7** If line 5 is more than line 6, enter difference; otherwise, enter -0- .......... | **7** | 5,176,192. | | |
| **8** If line 6 is more than line 5, enter difference; otherwise, enter -0- .......... | **8** | 0. | | |
| **9** Nonbusiness deductions. .......... | **9** | 579,745. | | |
| **10** Nonbusiness income other than capital gains. .......... | **10** | 60,122. | | |
| **11** Add lines 8 and 10 .......... | **11** | 60,122. | | |
| **12** If line 9 is more than line 11, enter difference; otherwise, enter -0- .......... | | | **12** | 519,623. |
| **13** If line 11 is more than line 9, enter difference; otherwise, enter -0-. Do not enter more than line 8 .......... | **13** | 0. | | |
| **14** Total business capital losses before limitation. Enter as a positive number .......... | **14** | | | |
| **15** Total business capital gains (without regard to any section 1202 exclusion) .......... | **15** | | | |
| **16** Add lines 13 and 15 .......... | **16** | | | |
| **17** If line 14 is more than line 16, enter difference; otherwise, enter -0- .......... | **17** | 0. | | |
| **18** Add lines 7 and 17 .......... | **18** | 5,176,192. | | |
| **19** Enter the loss, if any, from line 17 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 19 through 24 and enter on line 25 the amount from line 18 .......... | **19** | 5,176,192. | | |
| **20** Section 1202 exclusion. Enter as a positive number | **20** | | | |
| **21** Subtract line 20 from line 19. If zero or less, enter -0- .......... | **21** | 5,176,192. | | |
| **22** Enter the loss from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss from line 17 of Schedule D (Form 1041).) Enter as a positive number .......... | **22** | 3,000. | | |
| **23** If line 21 is more than line 22, enter the difference; otherwise, enter -0- .......... | **23** | 5,173,192. | | |
| **24** If line 22 is more than line 21, enter the difference; otherwise, enter -0- .......... | | | **24** | 0. |
| **25** Subtract line 23 from line 18. If zero or less, enter -0- .......... | | | **25** | 3,000. |
| **26** Net operating loss deduction for losses from other years. Enter as a positive number .......... | **26** | | | |
| **27** Add lines 4, 12, 20, 24, 25, and 26 .......... | | | **27** | 536,123. |
| **28** **Net operating loss.** Combine from lines 3 and 27. If the result is less than zero, enter it here. If the result is zero or more, you **do not** have a net operating loss .......... | | | **28** | <2,337,767.> |

# Alternative Tax Net Operating Loss Worksheet

**1998**

Name(s) as shown on return

EDWARD MARANDOLA JR.

| | | |
|---|---|---|
| 1. Loss for the current year | | 2,873,890. |
| 2. Personal exemptions | 13,500. | |
| 3. Net operating loss deduction | | |
| 4. Excess of nonbusiness deductions over nonbusiness income: | | |
| (A) AMT nonbusiness itemized deductions and adjustments | 180,871. | |
| (B) AMT nonbusiness income | 60,122. | |
| (C) Net nonbusiness capital gains (without regard to any section 1202 exclusion) | | |
| (D) Total nonbusiness income | 60,122. | |
| (E) Difference (line 4(A) less 4(D)) not less than zero | | 120,749. |
| 5. Adjusted deduction for business capital loss | | |
| (A) Business capital loss | | |
| (B) Line 4(D) minus 4(A), not less than zero | 0. | |
| (C) Business capital gains (without regard to any section 1202 exclusion) | | |
| (D) Total (line 5(B) plus 5(C)) | | |
| (E) Difference (line 5(A) less 5(D)) not less than zero | | |
| 6. Excess of nonbusiness capital loss over nonbusiness capital gain | | 3,000. |
| 7. Adjusted section 1202 exclusion | | |
| 8. Total adjustment and preference items (Form 6251, line 15) | | 433,081. |
| 9. Total (line 2 + 3 + 4(E) + 5(E) + 6 + 7 + 8) | | 570,330. |
| 10. Current year alternative tax net operating loss - (line 1 less line 9) | | 2,303,560. |

EDWARD MARANDOLA JR
Soc. Sec. No. ███████
TAX PAYMENT SCHEDULE
FORM 1040X - 1996

|  | Original | 1040X Adjustments | Amended |
|---|---|---|---|
| Tax | 1,715,558 | (961,947) | 753,611 |
| Withholding | (73,931) |  | (73,931) |
| Estimated tax payments | (300,000) |  | (300,000) |
| Original tax balance due | 1,341,627 |  | 379,680 |
| Estimated tax penalty | 53,554 |  | 53,554 |
| Late payment penalty | 40,249 | (28,859) | 11,390 |
| Interest | 61,917 | (44,394) | 17,523 |
| Total Due | 1,497,347 |  | 462,147 |
|  |  |  |  |
| Payments | 1,170,000 |  | 1,170,000 |
|  |  |  |  |
| Balance Due (Overpayment) |  |  | (707,853) |

**Form 1040**   U.S. Individual Income Tax Return   **1996** (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1996, or other tax year beginning , 1996, ending , 19    OMB No. 1545-0074

## Label
(See page 11.)

Your first name and initial: **EDWARD**   Last name: **MARANDOLA JR.**

If a joint return, spouse's first name and initial: **CARMEN**   Last name: **MARANDOLA**

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see page 11.   **36 BEACON HILL ROAD**   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 11.   **NEWPORT, RI 02840**

For help finding line instructions, see pages 2 and 3 in the booklet.

**Presidential Election Campaign** (See page 11.)

Do you want $3 to go to this fund?   Yes / No

If a joint return, does your spouse want $3 to go to this fund?

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status
Check only one box.

1. Single
2. [X] Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4. Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b [X] **Spouse**

No. of boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number if born in Dec. 1996, see inst. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1996 |
|---|---|---|---|
| PHILLIP MARANDOLA | | SON | 12 |
| ANDREW MARANDOLA | | SON | 12 |
| CHELSEA MARANDOLA | | DAUGHTER | 12 |
| MAIA MARANDOLA | | DAUGHTER | 12 |

If more than six dependents, see the instructions for line 6c.

No. of your children on 6c who:
● lived with you **4**
● didn't live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ **6**

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see the instructions for line 7.

Enclose, but do not attach, any payment. Also, please enclose Form 1040-V. (see the instructions for line 62.)

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **318,049.** |
| 8a | Taxable interest. Attach Schedule B if over $400 | **38,416.** |
| b | Tax-exempt interest. DO NOT include on line 8a.   8b   11. | |
| 9 | Dividend income. Attach Schedule B if over $400 | **329.** |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes   Stmt 1   Stmt 3 | **0.** |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). If required, attach Schedule D | **<3,000.>** |
| 14 | Other gains or (losses). Attach Form 4797 | **334.** |
| 15a | Total IRA distributions   15a   b Taxable amount (see instr.) | 15b |
| 16a | Total pensions and annuities   16a   b Taxable amount (see instr.) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **4,330,738.** |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits   20a   b Taxable amount (see instr.) | 20b |
| 21 | Other income. List type and amount - see instructions   BIG BROTHERS OF RI   1,000.   NOL   <2337767.> | **<2,336,767.>** |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | **2,348,099.** |

## Adjusted Gross Income

If line 31 is under $28,495 (under $9,500 if a child did not live with you), see the instructions for line 54.

| | | |
|---|---|---|
| 23 a | Your IRA deduction (see instructions)   23a | |
| b | Spouse's IRA deduction (see instructions)   23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F   24 | |
| 25 | One-half of self-employment tax. Attach Schedule SE   25   14. | |
| 26 | Self-employed health insurance deduction (see inst.)   26   923. | |
| 27 | Keogh & self-employed SEP plans. If SEP, check ▶ ☐   27 | |
| 28 | Penalty on early withdrawal of savings   28 | |
| 29 | Alimony paid. Recipient's SSN ▶   29 | |
| 30 | Add lines 23a through 29. | **937.** |
| 31 | Subtract line 30 from line 22. This is your adjusted gross income. ▶ | **2,347,162.** |

LHA   For Privacy Act and Paperwork Reduction Act Notice, see page 7.    Form **1040** (1996)

| Tax Computation | 32 | Amount from line 31 (adjusted gross income) | | 32 | 2,347,162. |
|---|---|---|---|---|---|
| | 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. | | | |
| | | Add the number of boxes checked above and enter the total here ▶ 33a | | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 33b ☐ | | | |
| | 34 | Enter the larger of your: Itemized deductions from Schedule A, line 28, OR Standard deduction shown below for your filing status. But see the instructions if you checked any box on line 33a or b or someone can claim you as a dependent. • Single - $4,000 • Married filing jointly or Qualifying widow(er) - $6,700 • Head of household - $5,900 • Married filing separately - $3,350 | | 34 | 381,042. |
| | 35 | Subtract line 34 from line 32 | | 35 | 1,966,120. |
| | 36 | If line 32 is $88,475 or less, multiply $2,550 by the total number of exemptions claimed on line 6d. If line 32 is over $88,475, see the worksheet in the inst. for the amount to enter | | 36 | 0. |
| | 37 | Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | | 37 | 1,966,120. |
| | 38 | Tax. See instructions. Check if total includes any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | 38 | 753,584. |
| Credits | 39 | Credit for child and dependent care expenses. Attach Form 2441 | 39 | | |
| | 40 | Credit for the elderly or the disabled. Attach Schedule R | 40 | | |
| | 41 | Foreign tax credit. Attach Form 1116 | 41 | | |
| | 42 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 42 | | |
| | 43 | Add lines 39 through 42 | | 43 | |
| | 44 | Subtract line 43 from line 38. If line 43 is more than line 38, enter -0- ▶ | | 44 | 753,584. |
| Other Taxes | 45 | Self-employment tax. Attach Schedule SE | | 45 | 27. |
| | 46 | Alternative minimum tax. Attach Form 6251 | | 46 | 0. |
| | 47 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 47 | |
| | 48 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | | 48 | |
| | 49 | Advance earned income credit payments from Form(s) W-2 | | 49 | |
| | 50 | Household employment taxes. Attach Schedule H | | 50 | |
| | 51 | Add lines 44 through 50. This is your total tax ▶ | | 51 | 753,611. |
| Payments | 52 | Federal income tax withheld from Forms W-2 and 1099 | 52 | 70,044. | |
| | 53 | 1996 estimated tax payments and amount applied from 1995 return | 53 | | |
| Attach Forms W-2, W-2G, and 1099-R on the front. | 54 | Earned income credit. Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ and type ▶ | 54 | | |
| | 55 | Amount paid with Form 4868 (request for extension) | 55 | 300,000. | |
| | 56 | Excess social security and RRTA tax withheld (see inst.)   Stmt 6 | 56 | 3,887. | |
| | 57 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 57 | | |
| | 58 | Add lines 52 through 57. These are your total payments ▶ | | 58 | 373,931. |
| Refund | 59 | If line 58 is more than line 51, subtract line 51 from line 58. This is the amount you OVERPAID ▶ | | 59 | |
| Have it sent directly to your bank account! See inst. and fill in 60b, c, and d. | 60a | Amount of line 59 you want REFUNDED TO YOU ▶ | | 60a | |
| | b | Routing number | c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | | |
| | 61 | Amount of line 59 you want APPLIED TO YOUR 1997 ESTIMATED TAX ▶ | 61 | | |
| Amount You Owe | 62 | If line 51 is more than line 58 from line 51 is the AMOUNT YOU OWE. For details on how to pay and use Form 1040-V, see instructions ▶ | | 62 | 379,680. |
| | 63 | Estimated tax penalty. Also include on line 62 | 63 | | |

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Sign Here Keep a copy of this return for your records. | Your signature | Date | Your occupation EXECUTIVE |
|---|---|---|---|
| | Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

| Paid Preparer's Use Only | Preparer's signature | Date | Check if self-employed ☒ | Prep |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | Dacey Guarino & Company 1275 Wampanoag Trail, Suite 20 East Providence, RI | EIN 05-0425317 ZIP code 02915-1217 | |

** Interest not Included

<44,394.>
<28,859.>

*AS AMENDED*

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Schedule A — Itemized Deductions**
(Schedule B is on page 2)

▶ Attach to Form 1040.   ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**1996**

Attachment
Sequence No. 07

Name(s) shown on Form 1040

Your social security number

EDWARD MARANDOLA JR. & CARMEN  MARANDOLA

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: *Do not include expenses reimbursed or paid by others.* | | | |
| | 1 Medical and dental expenses (see page A-1) See Statement 10 | 1 | 2,152. | |
| | 2 Enter amount from Form 1040, line 32 ........ 2 2,347,162. | | | |
| | 3 Multiply line 2 above by 7.5% (.075) | 3 | 176,037. | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0. |
| **Taxes You Paid** (See page A-1.) | 5 State and local income taxes ............... See Statement 7 | 5 | 239,932. | |
| | 6 Real estate taxes (see page A-2) | 6 | 48,159. | |
| | 7 Personal property taxes | 7 | | |
| | 8 Other taxes - List type and amount ▶ _____ | 8 | | |
| | 9 Add lines 5 through 8 | | 9 | 288,091. |
| **Interest You Paid** (See page A-2.) | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-2 and show that person's name, identifying no., and address ▶ID# 13-3098068 MERRILL LYNCH CREDIT CORP | 11 | 82,566. | |
| **Note:** Personal interest is not deductible. | 12 Points not reported to you on Form 1098. See page A-3. | 12 | | |
| | 13 Investment interest. If required, attach Form 4952. (See page A-3.) Stmt 9 | 13 | 38,745. | |
| | 14 Add lines 10 through 13 | | 14 | 121,311. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-3. | 15 Gifts by cash or check. If you made any gift of $250 or more, see page A-3 ........ See Statement 8 | 15 | 38,516. | |
| | 16 Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you **MUST** attach Form 8283 | 16 | | |
| | 17 Carryover from prior year | 17 | | |
| | 18 Add lines 15 through 17 | | 18 | 38,516. |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-4 for expenses to deduct here.) | 20 Unreimbursed employee expenses - job travel, union dues, job education, etc. If required, you **MUST** attach Form 2106 or 2106-EZ. (See page A-4.) ▶ _____ | 20 | | |
| | 21 Tax preparation fees | 21 | | |
| | 22 Other expenses - investment, safe deposit box, etc. List type and amount ▶ _____ | 22 | | |
| | 23 Add lines 20 through 22 | 23 | | |
| | 24 Enter amount from Form 1040, line 32 ........ 24 | | | |
| | 25 Multiply line 24 above by 2% (.02) | 25 | | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | |
| **Other Miscellaneous Deductions** | 27 Other - from list on page A-4. List type and amount ▶ _____ | | 27 | |
| **Total Itemized Deductions** | 28 Is Form 1040, line 32, over $117,950 (over $58,975 if married filing separately)? Stmt 11 | | | |
| | **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the **larger** of this amount or your standard deduction. ▶ | | 28 | 381,042. |
| | **YES.** Your deduction may be limited. See page A-5 for the amount to enter. | | | |

LHA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 1996

619501
11-01-96

9

13270118          MARAE2440          080   MARANDOLA JR., EDWARD                    MARAE242

*AS AMENDED*

# EDWARD MARANDOLA JR. & CARMEN MARANDOLA

## Schedule B - Interest and Dividend Income

Attachment Sequence No. **08**

| | | | | Amount |
|---|---|---|---|---|
| **Part I** **Interest** **Income** | **Note:** *If you had over $400 in taxable interest income, you must also complete Part III.* | | | |
| | 1   List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also show that buyer's social security number and address ▶ _____ | | | 38,416. |
| | **See Statement 12** | | | |
| **Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | | **1** | |
| | 2   Add the amounts on line 1 ......................................................... | | **2** | 38,416. |
| | 3   Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 ......................... | | **3** | |
| | 4   Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a  ▶ | | **4** | 38,416. |
| **Part II** **Dividend** **Income** | **Note:** *If you had over $400 in gross dividends and/or other distributions on stock, you must also complete Part III.* | | | Amount |
| | 5   List name of payer. Include gross dividends and/or other distributions on stock here. Any capital gain distributions and nontaxable distributions will be deducted on lines 7 and 8 ▶ | | | |
| | **HAMBRECHT & QUIST LLC** | | | 267. |
| | **GALAXY FUNDS** | | | 4. |
| | **COWEN & CO** | | | 62. |
| | **MERRILL LYNCH** | | | 7. |
| **Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form. | | | **5** | |
| | **Subtotal for line 5** | | | 340. |
| | **Tax-exempt dividends**                **See Statement 13** | | | <11.> |
| | 6   Add the amounts on line 5 ....................................................... | | **6** | 329. |
| | 7   Capital gain distributions. Enter here and on Schedule D* ............... | **7** | | |
| | 8   Nontaxable distributions ........................................................ | **8** | | |
| | 9   Add lines 7 and 8 ................................................................. | | **9** | |
| | 10  Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9  ▶ | | **10** | 329. |
| | *If you do not need Schedule D to report any other gains or losses.* | | | |

| | | Yes | No |
|---|---|---|---|
| **Part III** **Foreign** **Accounts** **and** **Trusts** | You must complete this part if you **(a)** had over $400 of interest or dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | 11a  At any time during 1996, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? ........ | | X |
| | b   If "Yes," enter the name of the foreign country ▶ | | |
| | 12  During 1996, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? | | |
| | If "Yes," see page B-2 for other forms you may have to file .................................... | | X |

LHA   **For Paperwork Reduction Act Notice, see Form 1040 instructions.**                    Schedule B (Form 1040) 1996

13270118        MARAE2440        080   MARANDOLA JR., EDWARD        MARAE242

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Capital Gains and Losses**

▶ Attach to Form 1040.   ▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074

**1996**

Attachment
Sequence No. **12**

Name(s) shown on Form 1040

EDWARD MARANDOLA JR. & CARMEN MARANDOLA

Your social security number

███ ██ ████

## Part I   Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of Property (Example: 100 sh. XYZ Co.) | (b) Date acquired | (c) Date sold | (d) Sales price (See page D-3) | (e) Cost or other basis (See page D-3) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| **1** See Statement 14 | | | 9,204,348. | 9,868,254. | 2,550,930. | 1,887,024. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2** Enter your short-term totals, if any, from line 21 ......... | **2** | | | | | |
| **3** Total short-term sales price amounts. Add column (d) of lines 1 and 2 ..................... | **3** | 9,204,348. | | | | |
| **4** Short-term gain from Forms 2119 and 6252, and short-term gain or loss from Forms 4684, 6781, and 8824 ..................... | | | **4** | | | |
| **5** Net short-term gain or loss from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ..................... | | | **5** | | | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 9 of your 1995 Capital Loss Carryover Worksheet ..................... | | | **6** | 5,222,704. | | |
| **7** Add lines 1 through 6, in columns (f) and (g) ..................... | | | **7** | | (7,773,634.) | 1,887,024. |
| **8** Net short-term capital gain or (loss). Combine columns (f) and (g) of line 7 ..................... ▶ | **8** | | | | | <5,886,610.> |

## Part II   Long-Term Capital Gains and Losses - Assets Held More Than One Year

| | | | | | | |
|---|---|---|---|---|---|---|
| **9** See Statement 15 | | | 717,190. | 54,671. | | 662,519. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **10** Enter your long-term totals, if any, from line 23 ......... | **10** | | | | | |
| **11** Total long-term sales price amounts. Add column (d) of lines 9 and 10 ..................... | **11** | 717,190. | | | | |
| **12** Gain from Form 4797; long-term gain from Forms 2119, 2439, and 6252; and long-term gain or loss from Forms 4684, 6781, and 8824 ..................... | | | **12** | | | |
| **13** Net long-term gain or loss from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ..................... | | | **13** | | | |
| **14** Capital gain distributions ..................... | | | **14** | | | |
| **15** Long-term capital loss carryover. Enter the amount, if any, from line 14 of your 1995 Capital Loss Carryover Worksheet ..................... | | | **15** | | | |
| **16** Add lines 9 through 15, in columns (f) and (g) ..................... | | | **16** | ( ) | | 662,519. |
| **17** Net long-term capital gain or (loss). Combine columns (f) and (g) of line 16 ..................... ▶ | **17** | | | | | 662,519. |

## Part III   Summary of Parts I and II

| | | |
|---|---|---|
| **18** Combine lines 17 and 18. If a loss, go to line 19. If a gain, enter the gain on Form 1040, line 13. Note: *If both lines 17 and 18 are gains, see the Capital Gain Tax Worksheet on page 23* ..................... | **18** | <5,224,091.> |
| **19** If line 18 is a loss, enter here and as a (loss) on Form 1040, line 13, the smaller of these losses: | | |
| **a** The loss on line 18; or | **19** | ( 3,000.) |
| **b** ($3,000) or, if married filing separately, ($1,500) ..................... | | |
| Note: *See the Capital Loss Carryover Worksheet on page D-3 if the loss on line 18 exceeds the loss on line 19 or if Form 1040, line 35, is a loss.* See Statement 16 | | |

LHA   **For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

Schedule D (Form 1040) 1996

Form **4952**

Department of the Treasury
Internal Revenue Service

**Investment Interest Expense Deduction**

▶ **Attach to your tax return.**

OMB No. 1545-0191

**1996**

Attachment
Sequence No. **12A**

Name(s) shown on return

EDWARD MARANDOLA JR. & CARMEN MARANDOLA

Identifying number

**Part I**    **Total Investment Interest Expense**

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1996. .................... See Statement 17 | 1 | 67,388. |
| 2 | Disallowed investment interest expense from 1995 Form 4952, line 7 ........................... | 2 | 314,505. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 ......................................... | 3 | 381,893. |

**Part II**    **Net Investment Income**

| | | | | |
|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) ........................ See Statement 18 | | 4a | 38,745. |
| b | Net gain from the disposition of property held for investment ..................... | 4b | | |
| c | Net capital gain from the disposition of property held for investment ......... | 4c | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- ................................................ | | 4d | |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b .......................................................... ▶ | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e ............................................... | | 4f | 38,745. |
| 5 | Investment expenses ......................................................................... | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- .............. | | 6 | 38,745. |

**Part III**    **Investment Interest Expense Deduction**

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1997. Subtract line 6 from line 3. If zero or less, enter -0- .................................... See Statement 19 | 7 | 343,148. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 ................. | 8 | 38,745. |

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4952** (1996)

618901
10-07-96

13270118     MARAE2440     080    12    MARANDOLA JR., EDWARD      MARAE242

Form **4952**

Department of the Treasury
Internal Revenue Service

## Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191

**1996**

Attachment
Sequence No. **12A**

Name(s) shown on return

EDWARD MARANDOLA JR. & CARMEN MARANDOLA

Identifying number

| Part I | Total Investment Interest Expense | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1996. | 1 | 67,388. |
| 2 | Disallowed investment interest expense from 1995 Form 4952, line 7 | 2 | 314,505. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 381,893. |

| Part II | Net Investment Income | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | | | 4a | 38,745. |
| b | Net gain from the disposition of property held for investment | 4b | | | |
| c | Net capital gain from the disposition of property held for investment | 4c | | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | | | 4d | |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ▶ | | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e | | | 4f | 38,745. |
| 5 | Investment expenses | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | | | 6 | 38,745. |

| Part III | Investment Interest Expense Deduction | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1997. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 343,148. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 | 8 | 38,745. |

```
Regular Form 4952, line 8                    38,745.
Less recomputed Form 4952, line 8            38,745.
Interest adjustment - Form 6251 line 7
```

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4952** (1996)

618901
10-07-96
13270118

MARAE2440       080  MARANDOLA JR., EDWARD                MARAE242

# SCHEDULE E
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Supplemental Income and Loss

(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)

► Attach to Form 1040 or Form 1041.     ► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1996**

Attachment
Sequence No. **13**

Name(s) shown on return

Your social security number

EDWARD MARANDOLA JR. & CARMEN MARANDOLA

**Part I**  Income or Loss From Rental Real Estate and Royalties  Note: Report income and personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

| 1 Show the kind and location of each rental real estate property: | 2 For each rental real estate property listed on line 1, did you or your family use it for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year? (See page E-1.) | | Yes | No |
|---|---|---|---|---|
| A  RESIDENTIAL RENTAL 8401 POST ROAD NORTH KINGSTOWN, RI | | A | | X |
| B  COMMERCIAL BUILDING PAWTUCKET, RI | | B | | X |
| C | | C | | |

**Income:**

| | | Properties | | | Totals |
|---|---|---|---|---|---|
| | | A | B | C | (Add columns A, B, and C.) |
| 3 Rents received | 3 | 2,400. | 9,700. | | 3  12,100. |
| 4 Royalties received | 4 | | | | 4 |

**Expenses:**

| | | | | | |
|---|---|---|---|---|---|
| 5 Advertising | 5 | | | | |
| 6 Auto and travel (see page E-2) | 6 | | | | |
| 7 Cleaning and maintenance | 7 | | | | |
| 8 Commissions | 8 | | | | |
| 9 Insurance | 9 | | | | |
| 10 Legal and other professional fees | 10 | | | | |
| 11 Management fees | 11 | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | 18,566. | | | 12  18,566. |
| 13 Other interest | 13 | | | | |
| 14 Repairs | 14 | | | | |
| 15 Supplies | 15 | | | | |
| 16 Taxes | 16 | 5,729. | | | |
| 17 Utilities | 17 | | | | |
| 18 Other (list) ► | 18 | | | | |
| 19 Add lines 5 through 18 | 19 | 24,295. | | | 19  24,295. |
| 20 Depreciation expense or depletion (see page E-2) | 20 | 5,455. | 3,666. | | 20  9,121. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 29,750. | 3,666. | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-2 to find out if you must file Form 6198 | 22 | <27,350.> | 6,034. | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2. | 23 | <27,350.> | | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24  6,034. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | | | | | 25 ( 27,350.) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26  <21,316.> |

621491
01-17-97     LHA     For Paperwork Reduction Act Notice, see Form 1040 Instructions.     14     Schedule E (Form 1040) 1996

*AS AMENDED*

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.    Your social security number

## EDWARD MARANDOLA JR. & CARMEN MARANDOLA

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from the
*Real Estate professionals must complete line 42 below.*

### Part II   Income or Loss From Partnerships and S Corporations   Note: If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f) you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | See Statement 20 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | | |
|---|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 | |
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| 28a Totals | | 81,705. | | | 4,291,883. | |
| b Totals | 10,532. | | 11,002. | | | |

| 29 | Add columns (h) and (k) of line 28a | 29 | 4,373,588. |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 21,534.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 a result here and include in the total on line 40 below | 31 | 4,352,054. |

### Part III   Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | | passive Income and Loss | |
|---|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Pa... from | | oss K-1 | (f) Other income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| 33a Totals | | | | | |
| b Totals | | | | | |
| 34 | Add columns (d) and (f) of line 33a | | | 34 | |
| 35 | Add columns (c) and (e) of line 33b | | | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter th... include in the total on line 40 below | | | 36 | |

*(handwritten: 10 532, 11 002, 21,534, 21 934, 851, 20,68...)*

### Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | | | 38 | |

### Part V   Summary   * Entire disposition of passive activity

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | 4,330,738. |
| 41 | Reconciliation of Farming and Fishing Income: Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 13 (see page E-4) | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

13270118     MARAE2440     080   MARANDOLA JR., EDWARD     MARAE242

# 1996 Income from Passthroughs

VICTORY FINISHING TECHNOLOGIES, INC.
I.D. Number: 05-0251745
Type: S Corporation

Activity Information:

VICTORY FINISHING TECHNOLOGIES, INC.

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 183,086 |
| Rental real estate income (loss) | 5,372 |
| Schedule E activity income (loss) | 188,458 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 88,607 |
| Adjusted gain or loss | -387 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 405 |
| Contributions - 50% limitation | 15,970 |
| Health insurance premiums | 3,075 |
| Investment income | 405 |

# 1996 Income from Passthroughs

DIVERSIFIED PRODUCTS, INC.
I.D. Number: 05-0384622
Type: S Corporation

Activity Information:

DIVERSIFIED PRODUCTS, INC.

Trade or business – Material participation

| | |
|---|---:|
| Ordinary income (loss) | 3,700,315 |
| Rental real estate income (loss) | 5,280 |
| Schedule E activity income (loss) | 3,705,595 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post–1986 property | 6,738 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 30,475 |
| Contributions – 50% limitation | 2,128 |
| Investment income | 30,475 |

# 1996 Income from Passthroughs

```
OCEAN STATE NISSAN, INC.
I.D. Number: 05-0422120
Type: S Corporation
```

Activity Information:

OCEAN STATE NISSAN, INC.

Trade or business – Material participation

| | |
|---|---:|
| Ordinary income (loss) | 149,177 |
| Schedule E activity income (loss) | 149,177 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 2,653 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 270 |
| Contributions – 50% limitation | 49 |
| Investment income | 270 |

628021
11-22-96

# 1996 Income from Passthroughs

```
NORWOOD MOTOR GROUP, INC.
I.D. Number: 05-0461212
Type: S Corporation
```

Activity Information:

NORWOOD MOTOR GROUP, INC.

Trade or business – Material participation

| | |
|---|---|
| Ordinary income (loss) | 106,245 |
| Schedule E activity income (loss) | 106,245 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 4,559 |

Other K-1 Information:

| | |
|---|---|
| Interest | 2,166 |
| Contributions – 50% limitation | 110 |
| Investment income | 2,166 |

# 1996 Income from Passthroughs

```
NORWOOD MOTOR ASSOCIATES, INC.
I.D. Number: 05-0461217
Type: S Corporation
```

Activity Information:

NORWOOD MOTOR ASSOCIATES, INC.

Trade or business – Material participation

| | |
|---|---:|
| Ordinary income (loss) | 142,408 |
| Schedule E activity income (loss) | 142,408 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 530 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 1,565 |
| Contributions – 50% limitation | 49 |
| Investment income | 1,565 |

# 1996 Income from Passthroughs

AMERGAS DRILLING PROGRAM 1983-E
I.D. Number: 06-1089179
Type: Partnership

Activity Information:

AMERGAS DRILLING PROGRAM 1983-E

100% disposition at a net loss

| | | |
|---|---:|---:|
| Ordinary income (loss) | -246 | |
| Schedule E activity income (loss) | | -246 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 2 |
| Investment income | 2 |

628021
11-22-96

# 1996 Income from Passthroughs

```
AMERGAS DRILLING PROGRAM 1984-A
I.D. Number: 22-2536630
Type: Partnership
```

Activity Information:

AMERGAS DRILLING PROGRAM 1984-A

100% disposition at a net loss

| | | |
|---|---:|---:|
| Ordinary income (loss) | −589 | |
| Depletion | −16 | |
| Schedule E activity income (loss) | | −605 |
| Passive Section 1231 gain (loss) | 334 | |
| Total activity income/loss | 334 | −605 |

Tax Preference Items:

| | |
|---|---:|
| Gross income from oil and gas | 119 |
| Gross deductions from oil and gas | 55 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 6 |
| Investment income | 6 |

628021
11-22-96

# 1996 Income from Passthroughs

AMERGAS DRILLING PROGRAM 1985-A L.P.
I.D. Number: 06-1126995
Type: Partnership

Activity Information:

AMERGAS DRILLING PROGRAM 1985-A L.P.

Other passive activity

| | |
|---|---:|
| Ordinary income (loss) | -260 |
| Depletion | -19 |
| CANCELLATION OF INDEBTEDNESS | 1,242 |
| Schedule E activity income (loss) | 963 |

Tax Preference Items:

| | |
|---|---:|
| Gross income from oil and gas | 176 |
| Gross deductions from oil and gas | 110 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 6 |
| Investment income | 6 |

## 1996 Income from Passthroughs

```
POISTANO REALTY CO., INC.
I.D. Number: 05-0477314
Type: S Corporation
```

Activity Information:

  POISTANO REALTY CO., INC.

Rental real estate – Active participation

| | |
|---|---:|
| Ordinary income (loss) | -1,157 |
| Rental real estate income (loss) | 77,881 |
| Schedule E activity income (loss) | 76,724 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 486 |

## 1996 Income from Passthroughs

ISCHIA FREEDOM CORPORATION
I.D. Number: 05-0480072
Type: S Corporation

Activity Information:

ISCHIA FREEDOM CORPORATION

Rental real estate - Active participation

| | |
|---|---|
| Rental real estate income (loss) | 1,056 |
| Schedule E activity income (loss) | 1,056 |

# 1996 Income from Passthroughs

R M REALTY L.L.C.
I.D. Number: 05-0494321
Type: Partnership

Activity Information:

R M REALTY L.L.C.

Rental real estate – Active participation

| | |
|---|---|
| Rental real estate income (loss) | 2,962 |
| Schedule E activity income (loss) | 2,962 |

Tax Preference Items:

Depreciation adjustment for post-1986 property                    8

# 1996 Income from Passthroughs

*NOT INCLUDED IN ORIGINAL RETURN*

BARBER'S AUTO SALES & BODY WORKS
I.D. Number: 05-0313521
Type: S Corporation

Activity Information:

 BARBER'S AUTO SALES & BODY WORKS

 Trade or business – Material participation

Ordinary income (loss)                          −10,151

   Schedule E activity income (loss)                      −10,151

Other K-1 Information:

 Interest                                                  1,395
 Investment income                                         1,395

628021
11-22-96

# 1996 Income from Passthroughs

*NOT INCLUDED IN ORIGINAL RETURN*

RAM REALTY LLC
I.D. Number: 05-0489973
Type: Partnership

Activity Information:

RAM REALTY LLC

Rental real estate – Active participation

| | | |
|---|---|---|
| Rental real estate income (loss) | −10,532 | |
| Schedule E activity income (loss) | | −10,532 |
| Allowable passive loss from Form 8582 | | −10,532 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post–1986 property | 451 |

Other K–1 Information:

| | |
|---|---|
| Interest | 19 |
| Investment income | 19 |

# 1996 Income from Passthroughs

*As Amended*

Summary of K-1 Information for all Passthroughs

Other K-1 Information:

| | |
|---|---|
| Interest | 36,309 |

Deductions:

| | |
|---|---|
| Contributions – 50% limitation | 18,306 |
| Health insurance premiums | 3,075 |

Investment Interest Expense:

| | |
|---|---|
| Investment income | 36,309 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 104,032 |
| Gross income from oil and gas | 295 |
| Gross deductions from oil and gas | 165 |
| Adjusted gain or loss | -387 |

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ► | |
|---|---|---|
| EDWARD MARANDOLA JR. | | 0 |

## Section B - Long Schedule SE

**Part I**  **Self-Employment Tax**

**Note:** *If your only income subject to self-employment tax is* **church employee income,** *skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is* **not** *church employee income. See page SE-1.*

| | | | |
|---|---|---|---|
| **A** | If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I | | ► ☐ |
| **1** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note:** Skip this line if you use the farm optional method. See page SE-3 | **1** | |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming). Ministers and members of religious orders see page SE-1 for amounts to report on this line. See page SE-2 for other income to report. **Note:** Skip this line if you use the nonfarm optional method. See page SE-3 .................................................... See Statement 21 | **2** | 1,000. |
| **3** | Combine lines 1 and 2 | **3** | 1,000. |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | **4a** | 924. |
| **b** | If you elected one or both of the optional methods, enter the total of lines 15 and 17 here | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue. ► | **4c** | 924. |
| **5a** | Enter your **church employee income** from Form W-2. **Caution:** *See page SE-1 for definition of church employee income* | **5a** | | | |
| **b** | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | **5b** | |
| **6** | **Net earnings from self-employment.** Add lines 4c and 5b | **6** | 924. |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 1996 | **7** | 62,700.00 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation | **8a** | 62,700. | | |
| **b** | Unreported tips subject to social security tax (from Form 4137, line 9) | **8b** | | | |
| **c** | Add lines 8a and 8b | **8c** | 62,700. |
| **9** | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ► | **9** | 0. |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | **10** | 0. |
| **11** | Multiply line 6 by 2.9% (.029) | **11** | 27. |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on Form 1040, line 45 | **12** | 27. |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on Form 1040, line 25 | **13** | 14. | | |

**Part II**  **Optional Methods To Figure Net Earnings** (See page SE-3.)

| | | | |
|---|---|---|---|
| **Farm Optional Method.** You may use this method **only if:** | | | |
| ● Your gross farm income[1] was not more than $2,400 **or** | | | |
| ● Your gross farm income[1] was more than $2,400 and your net farm profits[2] were less than $1,733. | | | |
| **14** | Maximum income for optional methods | **14** | 1,600.00 |
| **15** | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) or $1,600. Also, include this amount on line 4b above | **15** | |
| **Nonfarm Optional Method.** You may use this method **only if:** | | | |
| ● Your net nonfarm profits[3] were less than $1,733 and also less than 72.189% of your gross nonfarm income,[4] **and** | | | |
| ● You had net earnings from self-employment of at least $400 in 2 of the prior 3 years. | | | |
| **Caution.** *You may use this method no more than five times.* | | | |
| **16** | Subtract line 15 from line 14 | **16** | |
| **17** | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above | **17** | |

[1] From Schedule F, line 11, and Schedule K-1 (Form 1065), line 15b.  [3] From Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a.
[2] From Schedule F, line 36, and Schedule K-1 (Form 1065), line 15a.  [4] From Schedule C, line 7; Schedule C-EZ, line 1; and Schedule K-1 (Form 1065), line 15c.

LHA   **For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) ▶ Attach to your tax return. | **1996** Attachment Sequence No. **27** |

Name(s) shown on return

**EDWARD MARANDOLA JR. & CARMEN MARANDOLA**

Identifying number

**1** Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1996 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 11, or 22 .................................. **1**

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| **2** **(a)** Description of property | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) | **(d)** Gross sales price | **(e)** Depreciation allowed or allowable since acquisition | **(f)** Cost or other basis, plus improvements and expense of sale | **(g)** LOSS If (f) is more than (d) plus (e), subtract the sum of (d) and (e) from (f) | **(h)** GAIN If (d) plus (e) is more than (f), subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| AMERGAS DRILLING PROGRAM | | | | | | | |
| *1984-A | | | | | | | 334. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 .................................................... | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 ...................... | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ......................... | **5** | |
| **6** Gain, if any, from line 34, from other than casualty or theft ............................... | **6** | |
| **7** Add lines 2 through 6 in columns (g) and (h) .................................................. | **7** | 334. |
| **8** Combine columns (g) and (h) of line 7. Enter gain or (loss) here, and on the appropriate line as follows: ..................... | **8** | 334. |

Partnerships - Enter the gain or (loss) on Form 1065, Schedule K, line 6. Skip lines 9, 10, 12, and 13 below.
S corporations - Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6.
Skip lines 9, 10, 12, and 13 below, unless line 8 is a gain and the S corporation is subject to the capital gains tax.
All others - If line 8 is zero or a loss, enter the amount on line 12 below and skip lines 9 and 10. If line 8 is a gain
and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the
gain as a long-term capital gain on Schedule D and skip lines 9, 10, and 13 below.

| | | |
|---|---|---|
| **9** Nonrecaptured net section 1231 losses from prior years    See Statement 22 | **9** | 570. |
| **10** Subtract line 9 from line 8. If zero or less, enter -0-. Also enter on the appropriate line as follows: .......................... | **10** | 0. |

S corporations - Enter this amount on Schedule D (Form 1120S), line 13, and skip lines 12 and 13 below.
All others - If line 10 is zero, enter the amount from line 8 on line 13 below. If line 10 is more than zero, enter the
amount from line 9 on line 13 below, and enter the amount from line 10 as a long-term capital gain on Schedule D.

**Part II**  Ordinary Gains and Losses

**11** Ordinary gains and losses not included on lines 12 through 18 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| **12** Loss, if any, from line 8 ....................................................................... | **12** | |
| **13** Gain, if any, from line 8, or amount from line 9 if applicable ............................... | **13** | 334. |
| **14** Gain, if any, from line 33 ..................................................................... | **14** | |
| **15** Net gain or (loss) from Form 4684, lines 31 and 38a ......................................... | **15** | |
| **16** Ordinary gain from installment sales from Form 6252, line 25 or 36 .......................... | **16** | |
| **17** Ordinary gain or (loss) from like-kind exchanges from Form 8824 ............................. | **17** | |
| **18** Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations................................. | **18** | |
| **19** Add lines 11 through 18 in columns (g) and (h) .............................................. | **19** | 334. |
| **20** Combine columns (g) and (h) of line 19. Enter gain or (loss) here, and on the appropriate line as follows: ................... | **20** | 334. |

**a** For all except individual returns: Enter the gain or (loss) from line 20 on the return being filed.
**b** For individual returns:
(1) If the loss on line 12 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here and on line 22 of Schedule A (Form 1040). Identify as from "Form 4797, line 20b(1)." ......................... **20b(1)**
(2) Redetermine the gain or (loss) on line 20, excluding the loss, if any, on line 20b(1). Enter here and on Form 1040, line 14 ........ **20b(2)** | 334.

618011 11-12-96   LHA   **For Paperwork Reduction Act Notice, see page 1 of separate Instructions.** Entire Disp of Pas Act   Form **4797** (1996)

13270118         MARAE2440       080  MARANDOLA JR., EDWARD                MARAE242