Form 4797 (1996)                                                                 Page 2

**Part III**  Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 21 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|---|
| **A** | | | | |
| **B** | | | | |
| **C** | | | | |
| **D** | | | | |

| | Relate lines 21A through 21D to these columns ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 22 | Gross sales price (Note: See line 1 before completing.) | 22 | | | | |
| 23 | Cost or other basis plus expense of sale | 23 | | | | |
| 24 | Depreciation (or depletion) allowed or allowable | 24 | | | | |
| 25 | Adjusted basis. Subtract line 24 from line 23 | 25 | | | | |
| 26 | Total gain. Subtract line 25 from line 22 | 26 | | | | |
| 27 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 24 | 27a | | | | |
| b | Enter the **smaller** of line 26 or 27a | 27b | | | | |
| 28 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 28g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | 28a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 26 or line 28a | 28b | | | | |
| c | Subtract line 28a from line 26. If residential rental property or line 26 is not more than line 28a, skip lines 28d and 28e | 28c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 28d | | | | |
| e | Enter the **smaller** of line 28c or 28d | 28e | | | | |
| f | Section 291 amount (corporations only) | 28f | | | | |
| g | Add lines 28b, 28e, and 28f | 28g | | | | |
| 29 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | 29a | | | | |
| b | Line 29a multiplied by applicable percentage | 29b | | | | |
| c | Enter the **smaller** of line 26 or 29b | 29c | | | | |
| 30 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 30a | | | | |
| b | Enter the **smaller** of line 26 or 30a | 30b | | | | |
| 31 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | 31a | | | | |
| b | Enter the **smaller** of line 26 or 31a | 31b | | | | |

**Summary of Part III Gains.**  Complete property columns A through D through line 31b before going to line 32.

| | | | |
|---|---|---|---|
| 32 | Total gains for all properties. Add property columns A through D, line 26 | 32 | |
| 33 | Add property columns A through D, lines 27b, 28g, 29c, 30b, and 31b. Enter here and on line 14 | 33 | |
| 34 | Subtract line 33 from line 32. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 34 | |

**Part IV**  Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
See instructions.

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 35 | Section 179 expense deduction or depreciation allowable in prior years | 35 | | |
| 36 | Recomputed depreciation | 36 | | |
| 37 | Recapture amount. Subtract line 36 from line 35. | 37 | | |

618012
11-12-96

32

| Form **6251** | **Alternative Minimum Tax – Individuals** | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040 or Form 1040NR. | **1996** Attachment Sequence No. **32** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| EDWARD MARANDOLA JR. & CARMEN MARANDOLA | ███████ |

**Part I**   Adjustments and Preferences

| | | | |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4, **or** 2 1/2% of Form 1040, line 32 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 288,091. |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or 21 | 6 | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | 103,087. |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | <387.> |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss **See Statement 23** | 11 | 3,323. |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |
| | **a** Charitable contributions ...   **h** Loss limitations | | |
| | **b** Circulation expenditures ...   **i** Mining costs | | |
| | **c** Depletion ...   **j** Patron's adjustment | | |
| | **d** Depreciation (pre-1987) ...   **k** Pollution control facilities | | |
| | **e** Installment sales ...   **l** Research and experimental | | |
| | **f** Intangible drilling costs ...   **m** Tax shelter farm activities ... | | |
| | **g** Long-term contracts ...   **n** Related adjustments | 14 | |
| **15** | **Total Adjustments and Preferences. Combine lines 1 through 14** ▶ | 15 | 394,114. |

**Part II**   Alternative Minimum Taxable Income

| | | | |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 35.** If less than zero, enter as a (loss) ▶ | 16 | 1,966,120. |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | 2,337,767. |
| 18 | If Form 1040, line 32, is over $117,950 (over $58,975 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | <66,876.> |
| 19 | Combine lines 15 through 18 ▶ | 19 | 4,631,125. |
| 20 | Alternative tax net operating loss deduction. | 20 | 2,303,560. |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ▶ | 21 | 2,327,565. |

**Part III**   Exemption Amount and Alternative Minimum Tax

| | | | |
|---|---|---|---|
| 22 | **Exemption Amount.** (If this form is for a child under age 14, see instructions.) | | |
| | **If your filing status is:**    **And line 21 is not over:**    **Enter on line 22:** | | |
| | Single or head of household ... $112,500 ... $33,750 | | |
| | Married filing jointly or qualifying widow(er) ... 150,000 ... 45,000 | 22 | 0. |
| | Married filing separately ... 75,000 ... 22,500 | | |
| | If line 21 is **over** the amount shown above for your filing status, see instructions. | | |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 2,327,565. |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 648,218. |
| 25 | Alternative minimum tax foreign tax credit. | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 | 26 | 648,218. |
| 27 | Enter your tax from Form 1040, line 38 (excluding any amount from Form 4972), minus any foreign tax credit from Form 1040, line 41 | 27 | 753,584. |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 46 ▶ | 28 | 0. |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**     Form 6251(1996)

619481 11-06-96

13270118     MARAE2440     080     MARANDOLA JR., EDWARD     MARAE242

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

**Name(s):** EDWARD MARANDOLA JR. & CARMEN MARANDOLA

**Social Security Number:** ▮▮▮

| Form Name | Description | Income | Adjustment | | | | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| | | | Form 6251, Line 8 | Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h | |
| K1- | VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | |
| | * Regular Income | 188,458. | | | | | |
| | Depr Adj | 88,607. | 88,607. | | | | |
| | Adj Gain/Loss, Ln 9 | <387.> | | <387.> | | | |
| | * AMT Net Income | 276,678. | 88,607. | <387.> | | | |
| K1- | DIVERSIFIED PRODUCTS, INC. | | | | | | |
| | * Regular Income | 3,705,595. | | | | | |
| | Depr Adj | 6,738. | 6,738. | | | | |
| | * AMT Net Income | 3,712,333. | 6,738. | | | | |
| K1- | OCEAN STATE NISSAN, INC. | | | | | | |
| | * Regular Income | 149,177. | | | | | |
| | Depr Adj | 2,653. | 2,653. | | | | |
| | * AMT Net Income | 151,830. | 2,653. | | | | |
| K1- | NORWOOD MOTOR GROUP, INC. | | | | | | |
| | * Regular Income | 106,245. | | | | | |
| | Depr Adj | 4,559. | 4,559. | | | | |
| | * AMT Net Income | 110,804. | 4,559. | | | | |

619911
11-22-06

## ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s)

EDWARD MARANDOLA JR. & CARMEN MARANDOLA

Social Security Number

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1- | NORWOOD MOTOR ASSOCIATES, INC. | | | | | | |
| | * Regular Income | 142,408. | | | | | |
| | Depr Adj | 530. | 530. | | | | |
| | * AMT Net Income | 142,938. | 530. | | | | |
| E- | RESIDENTIAL RENTAL -- 84 01 POST ROAD NORTH KING | | | | | | |
| | * Regular Income | <27,350.> | | | | | |
| | AMT Depr Adj | 1,705. | | | 1,705. | | |
| | * AMT Net Income | <25,645.> | | | 1,705. | | |
| E- | COMMERCIAL BUILDING -- P AWTUCKET, RI | | | | | | |
| | * Regular Income | 6,034. | | | | | |
| | AMT Depr Adj | 673. | | | 673. | | |
| | * AMT Net Income | 6,707. | | | 673. | | |
| K1- | AMERGAS DRILLING PROGRA M 1985-A L.P. | | | | | | |
| | * Regular Income | 963. | | | | | |
| | * AMT Net Income | 963. | | | | | |

610911
11:22-96

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

**Name(s)**

EDWARD MARANDOLA JR. & CARMEN  MARANDOLA

Social Security Number ▉

| Form Name | Description | Income | Adjustment | | | | |
|---|---|---|---|---|---|---|---|
| | | | Form 6251, Line 8 | Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
| K1- | POISTANO REALTY CO., IN C. | | | | | | |
| | * Regular Income | 76,724. | | | | | |
| | AMT Adjustments | 486. | | | 486. | | |
| | * AMT Net Income | 77,210. | | | 486. | | |
| K1- | ISCHIA FREEDOM CORPORATION | | | | | | |
| | * Regular Income | 1,056. | | | | | |
| | * AMT Net Income | 1,056. | | | | | |
| K1- | R M REALTY L.L.C. | | | | | | |
| | * Regular Income | 2,962. | | | | | |
| | AMT Adjustments | 8. | | | 8. | | |
| | * AMT Net Income | 2,970. | | | 8. | | |
| K1- | RAM REALTY LLC | | | | | | |
| | * Regular Income | <10,532.> | | | | | |
| | AMT Adjustments | 451. | | | 451. | | |
| | * AMT Net Income | <10,081.> | | | 451. | | |
| | ** Total Adj & Pref ** | | 103,087. | <387.> | 3,323. | | |

819911
11-22-96

OMB No. 1545-0172

Form **4562**

**Depreciation and Amortization**

(Including Information on Listed Property)    SUMMARY

▶ Attach this form to your return.

**1996**

Department of the Treasury
Internal Revenue Service

Attachment
Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| EDWARD MARANDOLA JR. & CARMEN MARANDOLA | ALL BUSINESS ACTIVITIES | |

**Part I**  Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions | 1 | 17,500. |
| 2 | Total cost of section 179 property placed in service | 2 | 230,994. |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 30,994. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 0. |

| 6 | (a) Description of property | (b) Cost (business only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1995 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | 0. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 0. |
| 13 | Carryover of disallowed deduction to 1997. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II**  MACRS Depreciation For Assets Placed in Service ONLY During Your 1996 Tax Year (Do Not Include Listed Property.)

**Section A - General Asset Account Election**

14  If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions ▶ ☐

**Section B - General Depreciation System (GDS) (See instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Alternative Depreciation System (ADS) (See instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part III**  Other Depreciation (Do Not Include Listed Property)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1996 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV**  Summary

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

LHA    **For Paperwork Reduction Act Notice, see page 1 of the separate instructions.**                 Form **4562** (1996)

616251
10-04-96

38

13270118          MARAE2440        080   MARANDOLA JR., EDWARD          MARAE242

Form **8271**
(Rev. January 1996)
Department of the Treasury
Internal Revenue Service

**Investor Reporting of Tax Shelter Registration Number**

▶ Attach to your tax return

OMB No. 1545-0881

Attachment
Sequence No. **71**

Investor's name(s) shown on return

EDWARD MARANDOLA JR. & CARMEN  MARANDOLA

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | AMERGAS DRILLING PROGRAM 1985-A L.P. | 85073000110 | 06-1126995 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Investor's identifying number

Investor's tax year ended

12/31/96

LHA   For Paperwork Reduction Act Notice, see instructions.

Form **8271** (Rev. 1-96)

819921
09-10-96

13270118          MARAE2440          080   MARANDOLA JR., EDWARD          MARAE242

**Depletion**  65% of Taxable Income Allocation  1996

## EDWARD MARANDOLA JR. & CARMEN MARANDOLA

Taxable income including all available NOL carryover  1,966,120.
Plus allowable depletion  35.
Minus cost depletion
Taxable income before percentage depletion  1,966,155.
65%  0.65
65% of taxable income  1,278,001.

| Property Number | Property Description | Percentage Depletion 1st Iteration | Allocation Ratio | Limited Percentage Depletion | Cost Depletion | Percentage Depletion Final Iteration | Reallocation Ratio | Allowable Depl. after the 65% Limitation | Excess Percentage Depl. Carryover |
|---|---|---|---|---|---|---|---|---|---|
| 1001 | AMERGAS DRILLING PROGRAM 1984-A | 16. | .457143 | 16. | 0. | 16. | .457143 | 16. | |
| 1002 | AMERGAS DRILLING PROGRAM 1985-A L.P. | 19. | .542857 | 19. | 0. | 19. | .542857 | 19. | |
| | | | | | | | | | |
| **Total** | | 35. | 1.000000 | 35. | | 35. | 1.000000 | 35. | |

626531/10-25-96

Form 1040                State and Local Income Tax Refunds              Statement    1

|                                             | 1995              | 1994 | 1993 |
|---------------------------------------------|-------------------|------|------|
|                                             | Massachusetts     |      |      |
| Gross state/local inc tax refunds           | 639.              |      |      |
| Less: Tax paid in following year            | 639.              |      |      |
| Net tax refunds   Massachusetts             | 0.                |      |      |
| Total net tax refunds                       | 0.                |      |      |

| Schedule B | Tax-Exempt Interest From 1099-DIV | Statement 13 |

| Name of Payer | Amount |
| --- | --- |
| GALAXY FUNDS | 4. |
| MERRILL LYNCH | 7. |
| Total Tax-Exempt Interest from 1099-DIV to Schedule B, line 5 | 11. |

| Schedule D | Short-Term Capital Gains and Losses | Statement 14 |

| Description | Acquired | Sold | Price | Cost | Loss | Gain |
| --- | --- | --- | --- | --- | --- | --- |
| 2,500 SHS. DENDRITE INT'L. | 01/24/96 | 02/22/96 | 43,863. | 41,500. | | 2,363. |
| 200 SHS. LYCOS INC. | 04/02/96 | 04/03/96 | 3,950. | 3,200. | | 750. |
| 2,000 SHS. INDIVIDUAL INC. | 03/15/96 | 04/09/96 | 28,000. | 32,200. | 4,200. | |
| 3,000 SHS. PHYSICIAN CORP. OF AMER. | 02/27/96 | 04/09/96 | 43,065. | 52,425. | 9,360. | |
| 400 SHS. PRISM SOLUTION, INC | 03/15/96 | 04/09/96 | 9,100. | 6,800. | | 2,300. |
| 5,000 SHS. SILICON VALLEY RESEARCH INC. NEW | 02/09/96 | 04/09/96 | 20,000. | 25,250. | 5,250. | |
| 1,000 SHS SOFTDESK INC. | 02/22/96 | 04/09/96 | 9,500. | 13,830. | 4,330. | |
| 3,000 SHS SOFTKWY INT'L INC. | 04/09/96 | 04/25/96 | 85,575. | 67,275. | | 18,300. |
| 1,500 SHS SOFTKEY INT'L. INC. | 04/09/96 | 04/26/96 | 44,850. | 33,637. | | 11,213. |
| 1,100 SHS. IOMEGA CORP. | 06/04/96 | 06/04/96 | 43,862. | 38,500. | | 5,362. |
| 1,500 SHS SOFTKEY INT'L   INC | 04/17/96 | 04/22/96 | 44,850. | 37,995. | | 6,855. |
| 2,000 SHS NAT'L HEALTHCARE MFG. | 09/23/96 | 09/24/96 | 5,285. | 7,520. | 2,235. | |
| 9,000 SHS NETWORK LONG DISTANCE INC | 09/23/96 | 09/24/96 | 98,570. | 102,780. | 4,210. | |
| 4,000 SHS DATA SYS & SFTWR INC | 09/23/96 | 10/10/96 | 21,190. | 24,520. | 3,330. | |
| 2,000 WTS SOLAR-MATES INC | 09/23/96 | 10/10/96 | 3,530. | 3,720. | 190. | |
| 2,000 WTS SOLAR-MATES INC | 09/23/96 | 10/10/96 | 3,405. | 3,720. | 315. | |
| 1,000 WTS SOLAR-MATES INC | 09/23/96 | 10/10/96 | 1,570. | 1,860. | 290. | |

| Description | Date 1 | Date 2 | Amount 1 | Amount 2 | Gain | Loss |
|---|---|---|---|---|---|---|
| 5,000 WTS SOLAR-MATES INC | 09/23/96 | 10/10/96 | 7,285. | 9,300. | 2,015. | |
| 5,000 SHS PALOMAR MED TECH INC | 09/27/96 | 10/30/96 | 34,535. | 48,140. | 13,605. | |
| 5,000 SHS SOLAR-MATES INC | 09/23/96 | 10/31/96 | 39,985. | 38,450. | | 1,535. |
| 9,000 SHS SOLAR-MATES INC | 09/23/96 | 11/01/96 | 68,494. | 64,260. | | 4,234. |
| 2,000 SHS SOLAR-MATES INC | 09/27/96 | 11/01/96 | 15,959. | 13,607. | | 2,352. |
| 2,000 SHS SOLAR-MATES INC | VARIOUS | 11/01/96 | 15,709. | 13,458. | | 2,251. |
| 2,000 SHS SOLAR-MATES INC | 09/27/96 | 11/01/96 | 15,459. | 13,580. | | 1,879. |
| 7,000 SHS STERLING VISION | 11/04/96 | 11/06/96 | 48,565. | 51,405. | 2,840. | |
| 3,000 SHS STERLING VISION | 11/05/96 | 11/06/96 | 19,774. | 21,799. | 2,025. | |
| 2,000 SHS STERLING VISION INC | 11/05/96 | 11/06/96 | 13,271. | 14,637. | 1,366. | |
| 2,000 SHS ARTERIAL VASCULAR | 11/05/96 | 11/08/96 | 32,435. | 30,815. | | 1,620. |
| 1,000 SHS CHAD THERAPEUTICS | 11/06/96 | 11/08/96 | 15,794. | 16,436. | 642. | |
| 1,500 SHS CHAD THERAPEUTICS | 11/06/96 | 11/08/96 | 23,919. | 24,654. | 735. | |
| 3,500 SHS WIRELESS TELECOM GROUP INC | 11/15/96 | 11/15/96 | 35,731. | 38,382. | 2,651. | |
| 2,500 SHS SYNTHETECH INC | 11/06/96 | 11/19/96 | 19,923. | 19,065. | | 858. |
| 2,500 SHS SYNTHETECH INC | 11/14/96 | 11/20/96 | 19,922. | 21,090. | 1,168. | |
| 1,500 SHS VITECH AMERICA INC | 11/19/96 | 11/22/96 | 15,128. | 17,078. | 1,950. | |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 17,422. | 16,725. | | 697. |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 17,173. | 16,725. | | 448. |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 16,675. | 16,725. | 50. | |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 16,425. | 16,725. | 300. | |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 16,175. | 16,725. | 550. | |
| 3,000 SHS INTEGRATED MEAS. | VARIOUS | 11/25/96 | 50,047. | 60,965. | 10,918. | |
| 2,000 SHS INTEGRATED MEAS. | 11/20/96 | 11/25/96 | 31,865. | 41,493. | 9,628. | |
| 5,000 SHS INTEGRATED MEAS. | VARIOUS | 11/25/96 | 85,610. | 94,323. | 8,713. | |
| 2,000 SHS DATA SYTS & SOFTWARE | 10/03/96 | 10/10/96 | 10,595. | 12,126. | 1,531. | |

Statement(s) 14
MARAE242

| Description | Date Acquired | Date Sold | Cost | Sales Price | Gain | Loss |
|---|---|---|---|---|---|---|
| 5,000 SHS STERLING VISION | 11/06/96 | 11/06/96 | 33,177. | 36,665. | 3,488. | |
| 3,000 SHS WIRELESS TELECOM GROUP INC | 11/18/96 | 11/15/96 | 30,627. | 33,292. | 2,665. | |
| 2,500 SHS SYNTHETECH INC | 11/14/96 | 11/19/96 | 19,530. | 21,253. | 1,723. | |
| 2,500 SHS SYNTHETECH INC | 11/18/96 | 11/20/96 | 19,530. | 19,870. | 340. | |
| 2,500 SHS DATA SYSTEMS & SOFTWARE INC | 04/08/96 | 05/09/96 | 19,673. | 17,383. | | 2,290. |
| 4,000 SHS OPTI INC | 03/26/96 | 05/22/96 | 28,735. | 25,856. | | 2,879. |
| 2,500 SHS NIMBUS CD INT'L INC | 05/10/96 | 05/22/96 | 33,110. | 37,500. | 4,390. | |
| 2,000 SHS NIMBUS CD INT'L INC | VARIOUS | 05/22/96 | 26,750. | 23,438. | | 3,312. |
| 1,500 SHS NIMBUS CD INT'L INC | 05/15/96 | 05/23/96 | 23,610. | 15,937. | | 7,673. |
| 2,000 SHS NIMBUS CD INT'L INC | VARIOUS | 05/23/96 | 31,750. | 22,008. | | 9,742. |
| 1,000 SHS NIMBUS CD INT'L INC | 05/17/96 | 05/23/96 | 16,125. | 11,383. | | 4,742. |
| 4,000 SHS DATA SYSTEMS & SOFTWARE INC | VARIOUS | 05/23/96 | 34,485. | 28,543. | | 5,942. |
| 1,500 SHS DATA SYSTEMS & SOFTWARE INC | 04/15/96 | 06/03/96 | 12,173. | 11,161. | | 1,012. |
| 6,000 SHS OPTI INC | 03/26/96 | 06/04/96 | 42,735. | 38,784. | | 3,951. |
| 4,500 SHS DATA SYSTEMS & SOFTWARE INC | VARIOUS | 06/04/96 | 36,829. | 34,115. | | 2,714. |
| 5,000 SHS PARLUX FRAGRANCES INC | 06/04/96 | 06/11/96 | 74,360. | 61,515. | | 12,845. |
| 5,000 SHS PARLUX FRAGRANCES INC | 06/07/96 | 06/11/96 | 73,125. | 61,890. | | 11,235. |
| 3,000 SHS PARLUX FRAGRANCES INC | VARIOUS | 06/11/96 | 42,750. | 38,330. | | 4,420. |
| 5,000 SHS PARLUX FRAGRANCES INC | VARIOUS | 06/12/96 | 58,735. | 60,925. | 2,190. | |
| 2,500 SHS GASONICS INT'L | 05/29/96 | 06/24/96 | 27,798. | 33,906. | 6,108. | |
| 3,500 SHS GASONICS INT'L | 05/29/96 | 06/24/96 | 42,000. | 47,479. | 5,479. | |
| 3,000 SHS GASONICS INT'L | 05/29/96 | 06/24/96 | 32,850. | 40,568. | 7,718. | |
| 4,000 SHS BELL MICROPRODUCTS | 05/28/96 | 06/25/96 | 29,235. | 37,500. | 8,265. | |
| 3,000 SHS GASONICS INT'L | VARIOUS | 06/25/96 | 32,423. | 41,015. | 8,592. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,000 SHS BELL MICROPRODUCTS | 05/28/96 | 06/25/96 | 7,310. | 9,375. | 2,065. | |
| 4,000 SHS BELL MICROPRODUCTS | 05/31/96 | 06/25/96 | 28,740. | 37,714. | 8,974. | |
| 1,000 SHS BELL MICROPRODUCTS | 05/31/96 | 06/25/96 | 7,206. | 9,375. | 2,169. | |
| 4,715 SHS BELL MICROPRODUCTS | VARIOUS | 06/25/96 | 33,388. | 42,156. | 8,768. | |
| 3,000 SHS PARLUX FRAGRANCES INC | 06/28/96 | 06/26/96 | 29,935. | 31,890. | 1,955. | |
| 6,000 SHS ISOLYSER CO. INC | VARIOUS | 06/28/96 | 71,235. | 70,271. | | 964. |
| 4,000 SHS ISOLYSER CO., INC | VARIOUS | 07/03/96 | 48,735. | 49,524. | 789. | |
| 4,000 SHS SBS TECHNOLOGIES INC | 06/14/96 | 07/08/96 | 49,010. | 63,015. | 14,005. | |
| 4,000 SHS PSINET INC | VARIOUS | 07/12/96 | 37,835. | 60,005. | 22,170. | |
| 3,000 SHS SBS TECHNOLOGIES INC | 06/14/96 | 07/12/96 | 33,235. | 47,250. | 14,015. | |
| 3,000 SHS SBS TECHNOLOGIES INC | VARIOUS | 07/12/96 | 33,000. | 47,015. | 14,015. | |
| 1,500 SHS NETWORK LONG DISTANCE | 07/17/96 | 08/27/96 | 16,608. | 17,253. | 645. | |
| 1,000 SHS NETWORK LONG DISTANCE | 07/17/96 | 08/28/96 | 10,974. | 11,502. | 528. | |
| 2,500 SHS NETWORK LONG DISTANCE | 07/17/96 | 08/28/96 | 27,160. | 28,754. | 1,594. | |
| 1,000 SHS NETWORK LONG DISTANCE | 07/17/96 | 08/28/96 | 11,114. | 11,502. | 388. | |
| 25 PUT OPTI INC EXP 9/21/96 @5 | 04/18/96 | 09/23/96 | EXPIRED | 2,053. | 2,053. | |
| 25 PUT OPTI INC EXP 9/21/96 @5 | 04/19/96 | 09/23/96 | EXPIRED | 1,896. | 1,896. | |
| 1,000 SHS ACME ELECTRIC CORP | 11/16/95 | 04/24/96 | 11,673. | 8,025. | | 3,648. |
| 5,000 SHS CREATIVE LEARNING PRODS INC NEW | 06/03/96 | 07/15/96 | 6,061. | 10,157. | 4,096. | |
| 5,000 SHS CREATIVE LEARNING PRODS INC NEW | 06/03/96 | 07/18/96 | 6,211. | 10,157. | 3,946. | |
| 10,000 SHS CREATIVE LEARNING PRODS INC NEW | 06/03/96 | 07/25/96 | 10,123. | 20,314. | 10,191. | |
| 1,000 GLENDALE FED BANKS - WTS | 11/07/95 | 01/29/96 | 6,998. | 7,375. | 377. | |
| 10,000 SHS ISOLYSER CO. INC. | 06/25/96 | 07/17/96 | 95,373. | 121,502. | 26,129. | |
| 5,000 SHS LEARNING INC COM | 07/17/96 | 11/18/96 | 93,870. | 103,502. | 9,632. | |
| 2,000 SHS NYER MEDICAL GROUP INC | 11/30/95 | 05/24/96 | 56,407. | 12,500. | | 43,907. |

| Description | Date 1 | Date 2 | | | | |
|---|---|---|---|---|---|---|
| 1,000 SHS NYER MEDICAL GROUP INC | 11/30/95 | 11/18/96 | 15,873. | 6,250. | | 9,623. |
| 1,500 SHS NYER MEDICAL GROUP INC | 05/23/96 | 11/18/96 | 25,157. | 30,690. | 5,533. | |
| 1,000 SHS NYER MEDICAL GROUP INC | 06/14/96 | 11/18/96 | 15,750. | 16,502. | 752. | |
| 5,000 SHS PSINET INC COM | 06/10/96 | 06/12/96 | 78,623. | 73,127. | | 5,496. |
| 5,000 SHS PSINET INC COM | 06/11/96 | 07/17/96 | 46,748. | 76,252. | 29,504. | |
| 5,000 SHS PSINET INC COM | 06/25/96 | 07/17/96 | 46,125. | 64,502. | 18,377. | |
| 5,000 SHS SBS TECHNOLOGIES INC | VARIOUS | 07/25/96 | 55,748. | 70,692. | 14,944. | |
| 3,000 SHS SOLAR MATES INC | 02/15/96 | 10/30/96 | 24,861. | 15,751. | | 9,110. |
| 3,000 WTS SOLAR MATES INC EXP 12/31/99 | 02/15/96 | 06/14/96 | 5,323. | 3,751. | | 1,572. |
| 5,000 SHS SOLAR MATES INC | 02/15/96 | 11/11/96 | 34,998. | 26,251. | | 8,747. |
| 2,000 SHS SOLAR MATES INC | VARIOUS | 11/20/96 | 12,998. | 12,751. | | 247. |
| 2,000 SHS SOLAR MATES INC | 06/25/96 | 11/21/96 | 12,998. | 15,001. | 2,003. | |
| 2,000 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | VARIOUS | 03/28/96 | 35,848. | 52,725. | 16,877. | |
| 3,000 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | 01/31/96 | 04/29/96 | 83,148. | 42,075. | | 41,073. |
| 3,000 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | VARIOUS | 05/02/96 | 81,148. | 53,076. | | 28,072. |
| 1,500 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | 02/09/96 | 05/03/96 | 41,511. | 29,288. | | 12,223. |
| 3,000 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | VARIOUS | 05/08/96 | 78,523. | 70,540. | | 7,983. |
| 650 SHS WEBSECURE INC COM | 12/05/96 | 12/05/96 | 8,827. | 5,200. | | 3,627. |
| 500 CALL ASCEND COMM. INC EXP 12/21/96 @70 | 12/12/96 | 12/20/96 | 4,748. | 255,951. | 251,203. | |
| 50 PUT AUGAT INC EXP 11/16/96 @20 | 10/04/96 | 11/12/96 | 6,310. | 777. | | 5,533. |
| 300 CALL BAY NETWORKS INC EXP 5/18/96 @30 | 05/02/96 | 05/08/96 | 136,743. | 103,523. | | 33,220. |
| 200 CALL BAY NETWORKS INC EXP 5/18/96 @35 | 05/09/96 | 05/16/96 | 2,448. | 31,002. | 28,554. | |

| Description | | | | | | |
|---|---|---|---|---|---|---|
| 50 CALL CABLETRON SYSTEMS EXP 11/16/96 @60 | 10/31/96 | 11/05/96 | 44,197. | 20,302. | | 23,895. |
| 200 CALL CABLETRON SYSTEMS EXP 11/16/96 @60 | 10/31/96 | 11/06/96 | 134,043. | 85,960. | | 48,083. |
| 100 CALL CABLETRON SYSTEMS EXP 11/16/96 @60 | 11/01/96 | 11/06/96 | 66,898. | 51,717. | | 15,181. |
| 300 CALL CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/11/96 | 11/13/96 | 162,393. | 215,345. | 52,952. | |
| 100 CALL CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/14/96 | 11/19/96 | 161,118. | 79,774. | | 81,344. |
| 100 CALL CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/13/96 | 11/19/96 | 156,116. | 67,209. | | 88,907. |
| 200 PUT CABLETRON SYSTEMS EXP 11/16/96 @60 | 11/12/96 | 10/31/96 | 25,147. | 4,289. | | 20,858. |
| 100 PUT CABLETRON SYSTEMS EXP 11/16/96 @65 | 11/01/96 | 11/06/96 | 33,147. | 14,090. | | 19,057. |
| 300 PUT CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/11/96 | 11/12/96 | 68,507. | 79,400. | 10,893. | |
| 200 CALL CENTENNIAL TECHNOLOGIES INC | 12/13/96 | 12/30/96 | 339,178. | 120,143. | | 219,035. |
| 100 CALL CHEYENNE SOFTWARE EXP 12/21/96 @20 | VARIOUS | 10/07/96 | 97,515. | 29,719. | | 67,796. |
| 50 CALL CHEYENNE SOFTWARE EXP 12/21/96 @ 22.5 | 09/30/96 | 10/07/96 | 35,906. | 8,377. | | 27,529. |
| 300 CALL CICSO SYSTEMS EXP 6/22/96 @55 | 04/29/96 | 05/08/96 | 50,496. | 53,846. | 3,350. | |
| 200 CALL CICSO SYSTEMS EXP 6/22/96 @55 | 05/09/96 | 05/24/96 | 64,746. | 56,827. | | 7,919. |
| 400 CALL CICSO SYSTEMS EXP 6/22/96 @55 | VARIOUS | 06/21/96 | 2,398. | 125,202. | 122,804. | |
| 200 CALL CORRECTIONS CORP OF AMERICA EXP | VARIOUS | 12/13/96 | 67,156. | 48,920. | | 18,236. |
| 75 CALL EMPLOYEE SOLUTIONS INC EXP 11/16/96 @ 15 | VARIOUS | 10/30/96 | 55,409. | 36,879. | | 18,530. |
| 50 CALL EMPLOYEE SOLUTIONS INC EXP 11/16/96 @15 | 10/11/96 | 11/01/96 | 32,822. | 23,190. | | 9,632. |

| Description | Date | Date | | | | |
|---|---|---|---|---|---|---|
| 25 CALL EMPLOYEE SOLUTIONS INC EXP 11/16/96 @17.5 | 10/07/96 | 10/30/96 | 12,635. | 7,002. | | 5,633. |
| 50 CALL EMPLOYEE SOLUTIONS INC EXP 12/21/96 @17.5 | 10/30/96 | 11/04/96 | 22,247. | 27,852. | 5,605. | |
| 50 CALL EMPLOYEE SOLUTION INC EXP 12/21/96 @17.5 | 10/31/96 | 11/04/96 | 23,762. | 27,177. | 3,415. | |
| 100 CALL EMPLOYEE SOLUTIONS INC EXP 12/21/96 @17.5 | VARIOUS | 11/07/96 | 53,621. | 55,652. | 2,031. | |
| 100 CALL GATEWAY 2000 INC EXP 12/21/96 @50 | 12/05/96 | 12/10/96 | 128,292. | 79,879. | | 48,413. |
| 500 CALL GATEWAY 2000 INC EXP 12/21/96 @55 | 12/03/96 | 12/10/96 | 371,833. | 186,973. | | 184,860. |
| 250 CALL INTEL EXP 5/18/96 @65 | 04/17/96 | 05/08/96 | 70,566. | 53,315. | | 17,251. |
| 100 CALL INTEL EXP 6/22/96 @70 | 05/09/96 | 05/15/96 | 50,496. | 25,600. | | 24,896. |
| 200 CALL INTEL EXP 6/22/96 @70 | 05/09/96 | 05/20/96 | 65,996. | 51,201. | | 14,795. |
| 200 CALL INTEL EXP 6/22/96 @70 | 05/09/96 | 05/21/96 | 55,371. | 51,201. | | 4,170. |
| 200 CALL INTEL EXP 6/22/96 @70 | 05/22/96 | 05/24/96 | 52,246. | 47,352. | | 4,894. |
| 350 CALL INTEL EXP 6/22/96 @70 | VARIOUS | 05/31/96 | 161,743. | 104,500. | | 57,243. |
| 150 CALL INTEL EXP 6/22/96 @70 | 05/28/96 | 06/04/96 | 102,545. | 54,252. | | 48,293. |
| 100 CALL INTEL EXP 6/22/96 @75 | 06/06/96 | 06/20/96 | 573. | 25,750. | 25,177. | |
| 400 CALL INTEL EXP 6/22/96 @75 | VARIOUS | 06/24/96 | EXPIRED | 88,181. | 88,181. | |
| 500 CALL JUST FOR FEET EXP 12/21/96 @22.5 | VARIOUS | 12/19/96 | 158,878. | 194,094. | 35,216. | |
| 100 CALL MCAFEE ASSOC. INC EXP 12/21/96 @40 | 11/07/96 | 11/08/96 | 66,426. | 79,251. | 12,825. | |
| 100 CALL MCAFEE ASSOC. INC EXP 12/21/96 @40 | 11/14/96 | 12/09/96 | 108,706. | 90,337. | | 18,369. |
| 400 CALL MCAFEE ASSOC. INC EXP 12/21/96 @40 | VARIOUS | 12/10/96 | 350,896. | 322,900. | | 27,996. |
| 100 CALL MCAFEE ASSOC. INC EXP 12/21/96 @45 | 11/04/96 | 11/08/96 | 39,069. | 54,602. | 15,533. | |
| 100 PUT MCAFEE ASSOC. INC EXP 12/21/96 @45 | 11/04/96 | 11/08/96 | 32,122. | 43,349. | 11,227. | |

| Description | | | | | | |
|---|---|---|---|---|---|---|
| 100 CALL MCAFEE (150SH) EXP 12/21/96 @36.625 | 11/21/96 | 12/05/96 | 193,266. | 122,284. | | 70,982. |
| 200 CALL MICRON TECHNOLOGY EXP 4/20/96 @30 | 03/15/96 | 04/11/96 | 54,396. | 65,602. | 11,206. | |
| 250 CALL MICRON TECHNOLOGY EXP 5/18/96 @40 | 04/29/96 | 05/20/96 | EXPIRED | 27,815. | 27,815. | |
| 50 CALL MICRON TECHNOLOGY EXP 12/21/96 @30 | 11/06/96 | 11/13/96 | 12,969. | 12,177. | | 792. |
| 500 CALL MICRON TECHNOLOGY EXP 12/23/96 @35 | 12/16/96 | 12/23/96 | EXPIRED | 79,285. | 79,285. | |
| 100 CALL SOFTKEY INT'L INC EXP 8/17/96 @17.5 | VARIOUS | 08/16/96 | 729. | 30,467. | 29,738. | |
| 300 CALL TERADYNE INC EXP 6/22/96 @ 22.5 | 05/17/96 | 06/24/96 | EXPIRED | 44,408. | 44,408. | |
| 100 CALL TERADYNE INC EXP 7/20/96 @20 | 05/31/96 | 07/22/96 | EXPIRED | 21,377. | 21,377. | |
| 200 CALL VIDEOSERVER INC EXP 1/18/97 @45 | 12/11/96 | 12/17/96 | 107,197. | 168,846. | 61,649. | |
| 300 CALL MICRON TECHNOLOGY EXP 12/21/96 @ 27.5 | 11/06/96 | 11/13/96 | 121,357. | 116,088. | | 5,269. |
| 600 CALL MICRON TECHNOLOGY EXP 12/21/96 @32.5 | VARIOUS | 12/23/96 | EXPIRED | 128,727. | 128,727. | |
| 200 CALL MICRON TECHNOLOGY | 11/07/96 | 11/14/96 | 47,983. | 44,765. | | 3,218. |
| 145 CALL BAYNETWORKS INC EXP 6/22/96 @30 | 06/03/96 | 06/12/96 | 6,804. | 22,476. | 15,672. | |
| 55 CALL BAYNETWORKS INC EXP 6/22/96 @30 | 06/03/96 | 06/24/96 | EXPIRED | 8,526. | 8,526. | |
| 30 CALL BAYNETWORKS INC EXP 7/20/96 @30 | 06/06/96 | 06/04/96 | 4,273. | 6,975. | 2,702. | |
| 220 CALL BAYNETWORKS INC EXP 7/20/96 @30 | 06/04/96 | 07/22/96 | EXPIRED | 51,152. | 51,152. | |
| 50 CALL GATEWAY 2000 (GQW) EXP 1/18/97 @60 | 12/04/96 | 12/09/96 | 29,384. | 17,926. | | 11,458. |
| 100 CALL PARAMETRIC TECHNOLOGIES | 12/04/96 | 12/10/96 | 10,170. | 20,030. | 9,860. | |

| Description | | | | | | |
|---|---|---|---|---|---|---|
| 250 CALL MICRON TECHNOLOGY EXP 12/21/96 @32.5 | 11/26/96 | 12/11/96 | 85,982. | 54,567. | | 31,415. |
| 250 CALL MICRON TECHNOLOGY EXP 12/21/96 @32.5 | 12/13/96 | 12/05/96 | 51,608. | 68,453. | 16,845. | |
| 50 CALL PARAMEDIC TECHNOLOGY EXP 12/21/96 @55 | 12/09/96 | 12/13/96 | 5,785. | 6,565. | 780. | |
| 50 CALL APPLIED MAGNETIC CORP (APM) EXP 1/18/97 | 12/09/96 | 12/16/96 | 10,672. | 16,565. | 5,893. | |
| 75 CALL GATEWAY 2000 EXP 1/18/97 @65 | 12/17/96 | 12/10/96 | 26,722. | 11,665. | | 15,057. |
| 250 CALL MICRON TECHNOLOGY EXP 1/18/97 @37.5 | 12/17/96 | 12/13/96 | 64,358. | 46,048. | | 18,310. |
| 75 CALL GATEWAY 2000 EXP 1/18/97 @60 | 12/04/96 | 12/17/96 | 19,798. | 26,889. | 7,091. | |
| 200 CALL ASCEND COMM. INC (QQA) EXP 12/21/96 @75 | VARIOUS | 12/17/96 | 3,135. | 32,905. | 29,770. | |
| 10 CALL ASPECT COMM. CORP. (ATQ) EXP 12/96 @60 | 12/20/96 | 12/12/96 | 1,600. | 493. | | 1,107. |
| 100 CALL ASPECT COMM. CORP EXP 12/21/96 @55 | 12/10/96 | 12/23/96 | 59,133. | 23,740. | | 35,393. |
| 90 CALL ASPECT COMM. CORP EXP 12/21/96 @60 | 12/23/96 | 12/12/96 | 14,404. | 23,115. | 8,711. | |
| 250 CALL MICRON TECHNOLOGY EXP 12/21/96 | 12/17/96 | 12/24/96 | EXPIRED | 9,640. | 9,640. | |
| 550 CALL MICRON TECHNOLOGY EXP 1/18/97 | VARIOUS | 12/26/96 | 22,197. | 200,580. | 178,383. | |
| 50 CALL BMC SOFTWARE INC (BCQ) EXP 1/18/97 | 12/19/96 | 12/30/96 | 7,547. | 10,003. | 2,456. | |
| 50 CALL DIEBOLD CORP. (DBD) EXP 1/18/97 @60 | 12/23/96 | 12/31/96 | 14,535. | 6,540. | | 7,995. |
| 75 CALL GATEWAY 2000 EXP 1/18/97 @60 | 12/31/96 | 12/17/96 | 19,798. | 10,309. | | 9,489. |
| 250 CALL MICRON TECHNOLOGY EXP 12/21/96 @32.5 | 11/26/96 | 12/13/96 | 114,356. | 55,818. | | 58,538. |
| 1650 CALL MICRON TECHNOLOGY EXP 4/20/97 | VARIOUS | 04/11/96 | 127,321. | 147,778. | 20,457. | |

| Description | Date Acquired | Date Sold | Cost/Basis | Sales Price | Gain | Loss |
|---|---|---|---|---|---|---|
| 200 PUT MICRON TECHNOLOGY EXP 4/20/97 | 04/12/96 | 04/16/96 | 4,400. | 15,600. | 11,200. | |
| 50 CALL MICRON TECHNOLOGY EXP 4/20/97 | 04/16/96 | 04/19/96 | 42,749. | 70,250. | 27,501. | |
| 50 CALL MICRON TECHNOLOGY EXP 4/20/97 | 04/16/96 | 04/22/96 | EXPIRED | 17,125. | 17,125. | |
| 125 CALL MICRON TEHNOLOGY EXP 05/18/96 | 04/19/96 | 04/26/96 | 49,623. | 23,031. | | 26,592. |
| 100 CALL TYCO EXP 6/22/96 | 04/23/96 | 04/26/96 | 7,200. | 14,050. | 6,850. | |
| 200 CALL CICSO EXP 6/22/96 | 04/26/96 | 05/08/96 | 35,649. | 34,350. | | 1,299. |
| 250 CALL INTEL EXP 5/18/96 | 04/17/96 | 05/08/96 | 71,123. | 52,313. | | 18,810. |
| 575 CALL MICRON TECHNOLOGY EXP 5/18/96 | 04/19/96 | 05/08/96 | 55,773. | 98,444. | 42,671. | |
| 575 CALL MICRON TECHNOLOGY EXP 5/18/96 | 05/08/96 | 05/20/96 | EXPIRED | 73,600. | 73,600. | |
| 700 CALL MICRON TECHNOLOGY EXP 5/18/96 | 04/25/96 | 05/20/96 | EXPIRED | 72,100. | 72,100. | |
| 300 CALL TERADYNE EXP 5/18/96 | 04/26/96 | 05/20/96 | EXPIRED | 29,025. | 29,025. | |
| 200 CALL TEXAS INSTRUMENT EXP 5/18/96 @60 | 04/26/96 | 05/20/96 | EXPIRED | 30,600. | 30,600. | |
| 400 CALL BAYNETWORKS INC EXP 5/18/96 | 05/09/96 | 05/20/96 | EXPIRED | 81,200. | 81,200. | |
| 100 CALL BAYNETWORKS INC EXP 6/22/96 @ | 06/04/96 | 06/06/96 | 2,200. | 5,300. | 3,100. | |
| 10 CALL STARBUCKS EXP 7/20/97 | 06/06/96 | 07/22/96 | EXPIRED | 1,935. | 1,935. | |
| 50 CALL EMPLOYEE SIOLUTIONS INC EXP 11/16/96 | 10/03/96 | 11/04/96 | 18,574. | 11,425. | | 7,149. |
| 100 CALL MICRON TECHNOLOGY EXP 11/16/96 | 11/04/96 | 11/08/96 | 17,774. | 29,493. | 11,719. | |
| 460 CALL MICRON TECHNOLOGY EXP 11/16/96 | VARIOUS | 11/13/96 | 81,012. | 73,244. | | 7,768. |
| 250 CALL MICRON TECHNOLOGY EXP 11/16/96 | 11/13/96 | 11/14/96 | 24,124. | 33,688. | 9,564. | |
| 150 CALL MICRON TECHNOLOGY EXP 12/21/96 | 11/06/96 | 11/14/96 | 41,661. | 33,338. | | 8,323. |

| Description | Acquired | Sold | Price | Cost | Loss | Gain |
|---|---|---|---|---|---|---|
| 250 CALL JUST FOR FEET EXP 12/21/96 @25 | 11/13/96 | 12/20/96 | 20,999. | 57,125. | 36,126. | |
| 200 CALL ENZO BIOCHEM. EXP 1/20/96 @20 | VARIOUS | 01/22/96 | EXPIRED | 35,801. | 35,801. | |
| 300 CALL HASBRO EXP 3/16/96 @40 | 02/12/96 | 03/18/96 | EXPIRED | 17,756. | 17,756. | |
| 450 CALL MICRON TECHNOLOGY EXP 3/16/96 @45 | VARIOUS | 03/18/96 | EXPIRED | 95,858. | 95,858. | |
| 500 CALL HASBRO EXP 4/20/96 @40 | 02/06/96 | 04/22/96 | EXPIRED | 43,542. | 43,542. | |
| 200 CALL MICRON TECHNOLOGY EXP 12/21/96 @30 | 11/06/96 | 11/13/96 | 53,305. | 44,797. | | 8,508. |
| 225 CALL JUST FOR FEET INC EXP 12/21/96 | VARIOUS | 12/23/96 | 17,679. | 53,972. | 36,293. | |
| 6,000 SHS SOLAR MATES, INC | 09/05/96 | 11/04/96 | 43,217. | 38,724. | | 4,493. |
| 300 SHS SOLAR MATES, INC | 09/16/96 | 11/04/96 | 2,149. | 2,069. | | 80. |
| 6,300 SHS STERLING VISION | VARIOUS | 11/06/96 | 43,547. | 46,403. | 2,856. | |
| 1,000 SHS SOLAR MATES, INC | 09/16/96 | 11/06/96 | 6,896. | 6,896. | | |
| 2,700 SHS SOLAR MATES, INC | 09/27/96 | 11/06/96 | 18,622. | 18,880. | 258. | |
| 100 CALL CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/14/96 | 11/19/96 | 141,119. | 79,774. | | 61,345. |
| 100 CALL CICSO SYSTEMS EXP 6/22/96 @55 | 05/09/96 | 06/20/96 | 1,673. | 29,350. | 27,677. | |
| 100 CALL MCAFEE ASSOC. EXP 11/16/96 @45 | 11/05/96 | 11/12/96 | 17,774. | 29,493. | 11,719. | |
| Total to Sch. D, Part I, line 1 | | | 9,204,348. | 9,868,254. | 2550930. | 1887024. |

| Schedule D | Long-Term Capital Gains and Losses | | | | Statement  15 | |
|---|---|---|---|---|---|---|
| Description | Acquired | Sold | Price | Cost | Loss | Gain |
| 2,000 SHS CENTENNIAL TECH | 04/12/94 | 05/06/96 | 37,345. | 8,000. | | 29,345. |
| 1,000 SHS CENTENNIAL TECH | 04/12/94 | 05/30/96 | 23,866. | 4,000. | | 19,866. |
| 2,000 SHS CENTENNIAL TECH | 04/12/94 | 06/03/96 | 48,276. | 8,000. | | 40,276. |

| | | | | | |
|---|---|---|---|---|---|
| 5,000 SHS | 04/12/94 | 12/03/96 | 171,992. | 10,000. | 161,992. |
| CENTENNIAL TECH | | | | | |
| 7,000 SHS | 04/12/94 | 12/06/96 | 274,064. | 14,001. | 260,063. |
| CENTENNIAL TECH | | | | | |
| 3,000 SHS | VARIOUS | 12/18/96 | 128,167. | 6,400. | 121,767. |
| CENTENNIAL TECH | | | | | |
| 2,000 SHS | 09/07/95 | 09/25/96 | 9,470. | 4,071. | 5,399. |
| ADVANTAGE MED | | | | | |
| 1,594 WTOO 98 | 09/02/92 | 09/05/96 | 24,010. | 199. | 23,811. |
| PRIME | | | | | |
| | | | | | |
| Total to Sch. D, Part II, line 9 | | | 717,190. | 54,671. | 662,519. |

*AS AMENDED*

| Schedule D | Capital Loss Carryover | Statement   16 |
|---|---|---|

```
1. Enter the amount from Form 1040, line 35 . . . . . . . . . . .    1,966,120.
2. Enter the loss from Schedule D, line 19, as a positive amount.        3,000.
3. Combine lines 1 and 2. If zero or less, enter -0- . . . . . .    1,969,120.
4. Enter the smaller of line 2 or line 3 . . . . . . . . . . . .         3,000.

5. Enter the loss from Schedule D, line 8, as a positive amount .    5,886,610.
6. Enter the gain, if any, from Schedule D,
   line 17 . . . . . . . . . . . . . . . . . . . . . . .    662,519.
7. Enter the amount from line 4 . . . . . . . . . . . .        3,000.
8. Add lines 6 and 7 . . . . . . . . . . . . . . . . . . . . .     665,519.
9. Short-term capital loss carryover to 1997.
   Subtract line 8 from line 5. If zero or less, enter -0- . . .    5,221,091.

10. Enter the loss from Schedule D, line 17, as a positive amount.
11. Enter the gain, if any, from Schedule D,
    line 8 . . . . . . . . . . . . . . . . . . . . . . . .
12. Subtract line 5 from line 4.  If zero or less,
    enter -0-  . . . . . . . . . . . . . . . . . . . . . . .
13. Add lines 11 and 12 . . . . . . . . . . . . . . . . . . . . .
14. Long-term capital loss carryover to 1997.
    Subtract line 13 from line 10. If zero or less, enter -0-  . .
```

| Form 4952 | Investment Interest Expense | Statement   17 |
|---|---|---|

| Description | Current | Carryover |
|---|---|---|
| FLEET BANK - LAND MORTGAGE | 7,243. | |
| COBURN & MEREDITH - MARGIN INTEREST | 53,409. | |
| Disallowed Investment Interest Prior Years | | 314,505. |
| BARRON CHASE SECURITIES | 4,195. | |
| COWEN & CO | 1,762. | |
| MERRILL LYNCH | 779. | |
| Totals to Form 4952 | 67,388. | 314,505. |

| Form 4952 | Income from Property Held for Investment | Statement   18 |
|---|---|---|

| Description | Amount |
|---|---|
| Interest income | 38,416. |
| Dividend income | 329. |
| Total to Form 4952, line 4a | 38,745. |

Form 4952          Disallowed Investment Interest Expense          Statement   19

| Description | Amount |
| --- | --- |
| Schedule A – C/O | 314,505. |
| Schedule A | 28,643. |
| Total to Form 4952, line 7 | 343,148. |

---

Schedule E          Income or (Loss) from Partnerships and S Corps   Statement   20

Name

| Employer ID No. | Not at Risk | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
| --- | --- | --- | --- | --- | --- | --- | --- |
| VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | | |
| 05-0251745 | | S | | | | | 188,458. |
| DIVERSIFIED PRODUCTS, INC. | | | | | | | |
| 05-0384622 | | S | | | | | 3,705,595. |
| OCEAN STATE NISSAN, INC. | | | | | | | |
| 05-0422120 | | S | | | | | 149,177. |
| NORWOOD MOTOR GROUP, INC. | | | | | | | |
| 05-0461212 | | S | | | | | 106,245. |
| NORWOOD MOTOR ASSOCIATES, INC. | | | | | | | |
| 05-0461217 | | S | | | | | 142,408. |
| AMERGAS DRILLING PROGRAM 1983-E | | | | | | | |
| 06-1089179 | | P * | | | 246. | | |
| AMERGAS DRILLING PROGRAM 1984-A | | | | | | | |
| 22-2536630 | | P * | | | 605. | | |
| AMERGAS DRILLING PROGRAM 1985-A L.P. | | | | | | | |
| 06-1126995 | | P | | 963. | | | |
| POISTANO REALTY CO., INC. | | | | | | | |
| 05-0477314 | | S | | 76,724. | | | |
| ISCHIA FREEDOM CORPORATION | | | | | | | |
| 05-0480072 | | S | | 1,056. | | | |
| R M REALTY L.L.C. | | | | | | | |
| 05-0494321 | | P | | 2,962. | | | |
| † BARBER'S AUTO SALES & BODY WORKS | | | | | | | |
| 05-0313521 | | S | | | 10,151. | | |
| † RAM REALTY LLC | | | | | | | |
| 05-0489973 | | P | 10,532. | | | | |
| Totals to Sch. E, ln. 28 | | | 10,532. | 81,705. | 11,002. | | 4,291,883. |

* Entire disposition of passive activity
† Not included in original return

| Schedule SE | Non-Farm Income | Statement 21 |
|---|---|---|

| Description | Amount |
|---|---|
| BIG BROTHERS OF RI | 1,000. |
| Total to Schedule SE, line 2 | 1,000. |

*AS AMENDED*

| Form 4797 | Nonrecaptured Net Section 1231 Losses<br>from Prior Years | | Statement    22 |
|---|---|---|---|

| Tax Year | (A)<br>Section 1231<br>Losses | (B)<br>Section 1231<br>Losses Recaptured | (C)<br>(A) minus (B) |
|---|---|---|---|
| 1991 | | | |
| 1992 | | | |
| 1993 | | | |
| 1994 | | | |
| 1995 | 570. | | 570. |
| Total to Form 4797 | 570. | | 570. |

| Form 6251 | | Passive Activities | | Statement    23 |
|---|---|---|---|---|

|  |  | Net Income (Loss) | | |
|---|---|---|---|---|
| Name of Activity | Form | AMT | Regular | Adjustment |
| AMERGAS DRILLING<br>PROGRAM 1985-A L.P. | Sch E | 963. | 963. | |
| POISTANO REALTY CO.,<br>INC. | Sch E | 77,210. | 76,724. | 486. |
| ISCHIA FREEDOM<br>CORPORATION | Sch E | 1,056. | 1,056. | |
| R M REALTY L.L.C. | Sch E | 2,970. | 2,962. | 8. |
| RAM REALTY LLC | Sch E | <10,081.> | <10,532.> | 451. |
| RESIDENTIAL RENTAL -<br>8401 POST ROAD NORTH<br>KINGSTOWN, RI | Sch E | <25,645.> | <27,350.> | 1,705. |
| COMMERCIAL BUILDING -<br>PAWTUCKET, RI | Sch E | 6,707. | 6,034. | 673. |
| Total to Form 6251, line 11 | | | | 3,323. |

Form 1040                    Personal Exemption Worksheet                    Statement   2

1.  Is the amount on Form 1040, line 32, more than the amount shown on line 4
    below for your filing status?
    No.  Stop. Multiply $2,550 by the total number of exemptions claimed on
         Form 1040, line 6d, and enter the result on line 36.
    Yes. Go to line 2.
2.  Multiply $2,550 by the total number of exemptions claimed
    on Form 1040, line 6d . . . . . . . . . . . . . . . . . . . . . .                15,300.
3.  Enter the amount from Form 1040, line 32 . .        2,347,162.
4.  Enter the amount for your filing status  . .          176,950.
        Married filing separate          $ 88,475
        Single                           $117,950
        Head of household                $147,450
        Married filing joint or widow(er)  $176,950
5.  Subtract line 4 from line 3  . . . . . . . .        2,170,212.
    If line 5 is more than $122,500 ($61,250 if
    married filing separate) enter zero
    on Form 1040, line 36.
6.  Divide line 5 by $2,500 ($1,250 if MFS)  . .
7.  Multiply line 6 by 2% (.02) and enter the result
    as a decimal . . . . . . . . . . . . . . . . . .
8.  Multiply line 2 by line 7  . . . . . . . . . . . . . . . . . . . .

9.  Subtract line 8 from line 2. Total to Form 1040, line 36.                          0.

Form 1040          Taxable State and Local Income Tax Refunds    Statement    3

|  | 1995 | 1994 | 1993 |
|---|---|---|---|
| Net tax refunds from State and Local Income Tax Refunds Stmt. | | | |
| Less:Refunds—no benefit due to AMT | | | |
| 1  Net refunds for recalculation | | | |
| 2  Total itemized deductions before phaseout | 508,341. | | |
| 3  Deduction not subj to phaseout | 39,432. | | |
| 4  Net refunds from line 1 | | | |
| 5  Line 2 minus lines 3 and 4 | 468,909. | | |
| 6  Multiply line 5 by 80% (.80) | 375,127. | | |
| 7  Prior year AGI | 2,737,328. | | |
| 8  Item. ded. phaseout threshold | 114,700. | | |
| 9  Subtract line 8 from line 7 (If zero or less, skip lines 10 through 15, and enter amount from line 1 on line 16) | 2,622,628. | | |
| 10  Multiply line 9 by 3% (.03) | 78,679. | | |
| 11  Allowable itemized deductions (line 5 less the lesser of line 6 or line 10) | 390,230. | | |
| 12  Item ded. not subj to phaseout | 39,432. | | |
| 13a Total adj. itemized deductions | 429,662. | | |
| 13b Prior yr. std. ded. available | 6,550. | | |
| 14  Prior yr. allowable item. ded. | 429,662. | | |
| 15  Subtract the greater of line 13a or line 13b from line 14 | | | |
| 16  Taxable refunds (lesser of line 15 or line 1) | | | |
| 17  Allowable prior yr. item. ded. | 429,662. | | |
| 18  Prior year std. ded. available | 6,550. | | |
| 19  Subtract line 18 from line 17 | 423,112. | | |
| 20  Lesser of line 16 or line 19 | | | |
| 21  Prior year taxable income | 2,307,666. | | |

22  Amount to include on Form 1040, line 10
    * If line 21 is -0- or more, use amount from line 20
    * If line 21 is a negative amount, net lines 20 and 21                                0.

    State and local income tax refunds prior to 1993

    Total to Form 1040, line 10                                                          0.

| Form 1040 | Tax-Exempt Interest | Statement 4 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| GALAXY FUNDS | 4. |
| MERRILL LYNCH | 7. |
| Total to Form 1040, line 8b | 11. |

| Form 1040 | Wages Received and Taxes Withheld | Statement 5 |
|---|---|---|

| T S | Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|---|
| T | VICTORY FINISHING TECHNOLOGIES | 133,243. | 26,785. | 7,366. | 418. | 3,887. | 1,888. |
| T | DIVERSIFIED PRODUCTS, INC. | 162,647. | 41,658. | 12,614. | | 3,887. | 2,359. |
| S | VICTORY FINISHING TECHNOLOGIES, INC. | 22,159. | 1,601. | 458. | 244. | 1,374. | 321. |
| | Totals | 318,049. | 70,044. | 20,438. | 662. | 9,148. | 4,568. |

Form 1040                    Excess Social Security Tax Worksheet              Statement    6

|  | Taxpayer | Spouse |
|---|---|---|
| 1. Add all social security tax withheld but not more than $3,887.40 for each employer (this tax should be shown in Box 4 of your W-2 forms). Enter the total here . . . . . . . . . . . . . . . . . . . . . | 7,774. | 1,374. |
| 2. Enter any uncollected social security tax on tips or group-term life insurance included in the total on Form 1040, line 51 . . . . . . . . . . . . . . . . . . |  |  |
| 3. Add lines 1 and 2 . . . . . . . . . . . . . . . . . . | 7,774. | 1,374. |
| 4. Social security tax limit . . . . . . . . . . . . . | 3,887. | 3,887. |
| 5. Subtract line 4 from line 3. Excess social security tax included in Form 1040, line 56 . . . . . . . . | 3,887. | 0. |

Schedule A                      State and Local Income Taxes                  Statement    7

| Description | Amount |
|---|---|
| VICTORY FINISHING TECHNOLOGIES | 7,366. |
| State Disability Insurance - VICTORY FINISHING TECHNOLOGIES | 418. |
| DIVERSIFIED PRODUCTS, INC. | 12,614. |
| VICTORY FINISHING TECHNOLOGIES, INC. | 458. |
| State Disability Insurance - VICTORY FINISHING TECHNOLOGIES, INC. | 244. |
| Massachusetts Tax Payments | 1,180. |
| Rhode Island Tax Payments | 218,291. |
| Reduction of State Tax Deduction - State Refunds | <639.> |
| Total to Schedule A, line 5 | 239,932. |

*AS AMENDED*

---

| Schedule A | Cash Contributions | | Statement | 8 |
|---|---|---|---|---|

| Description | Amount 50% Limit | Amount 30% Limit |
|---|---|---|
| Miscellaneous | 1,050. | |
| SAVE THE BAY | 15,120. | |
| MCCAULEY HOUSE | 3,000. | |
| ARTHRITIS FOUNDATION | 290. | |
| NEWPORT PRESERVATION SOCIETY | 500. | |
| MARY BRENNAN FUND | 250. | |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | 15,970. | |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | 2,128. | |
| From K-1 - OCEAN STATE NISSAN, INC. | 49. | |
| From K-1 - NORWOOD MOTOR GROUP, INC. | 110. | |
| From K-1 - NORWOOD MOTOR ASSOCIATES, INC. | 49. | |
| Subtotals | 38,516. | |
| Total to Schedule A, line 15 | | 38,516. |

---

| Schedule A | Investment Interest | Statement | 9 |
|---|---|---|---|

| Description | Amount |
|---|---|
| FLEET BANK - LAND MORTGAGE | 7,243. |
| COBURN & MEREDITH - MARGIN INTEREST | 53,409. |
| Disallowed Investment Interest Prior Years | 314,505. |
| BARRON CHASE SECURITIES | 4,195. |
| COWEN & CO | 1,762. |
| MERRILL LYNCH | 779. |
| Disallowed Investment Interest | <28,643.> |
| Disallowed Investment Interest C/O | <314,505.> |
| Total to Schedule A, line 13 | 38,745. |

---

| Schedule A | Medical and Dental Expenses | Statement | 10 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Medical Insurance Premiums Paid Self-employed Health Insurance | 2,152. |
| Total to Schedule A, line 1 | 2,152. |



*AS AMENDED*

| Schedule A | Itemized Deductions Worksheet | Statement   11 |
|---|---|---|

1.  Add the amounts on Schedule A, lines 4, 9, 14, 18,
    19, 26, and 27  . . . . . . . . . . . . . . . . . . . . .    447,918.
2.  Add the amounts on Schedule A, lines 4, 13, and 19,
    plus any gambling losses included on line 27  . . . . . .     38,745.
3.  Subtract line 2 from line 1. If the result is zero,
    STOP HERE; enter the amount from line 1 above on
    Schedule A, line 28 . . . . . . . . . . . . . . . . . .      409,173.
4.  Multiply line 3 above by 80% (.80)  . . . . .    327,338.
5.  Enter the amount from Form 1040, line 32. . .  2,347,162.
6.  Enter $117,950 ($58,975 if married filing
    separately) . . . . . . . . . . . . . . . . .    117,950.
7.  Subtract line 6 from line 5. If the result
    is zero or less, STOP HERE; enter the amount
    from line 1 above on Schedule A, line 28  . .  2,229,212.
8.  Multiply line 7 above by 3% (.03) . . . . . .     66,876.
9.  Enter the smaller of line 4 or line 8 . . . . . . . . . .     66,876.

10. Total itemized deductions. Subtract line 9 from line 1.
    Enter the result here and on Schedule A, line 28  . . . .    381,042.

| Schedule B | Interest Income | Statement   12 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| FLEET NATIONAL BANK | 306. |
| M L  CREDIT CORP | 849. |
| R.I. HOSPITAL TRUST BANK | 28. |
| BER-LYN | 924. |
| From K-1 – VICTORY FINISHING TECHNOLOGIES, INC. | 405. |
| From K-1 – DIVERSIFIED PRODUCTS, INC. | 30,475. |
| From K-1 – NORWOOD MOTOR ASSOCIATES, INC. | 1,565. |
| From K-1 – AMERGAS DRILLING PROGRAM 1983-E | 2. |
| From K-1 – AMERGAS DRILLING PROGRAM 1984-A | 6. |
| From K-1 – AMERGAS DRILLING PROGRAM 1985-A L.P. | 6. |
| From K-1 – BARBER'S AUTO SALES & BODY WORKS | 1,395. |
| From K-1 – RAM REALTY LLC | 19. |
| US GOVT INTEREST | 270. |
| US GOVT  INTEREST | 2,166. |
| Total to Schedule B, line 1 | 38,416. |