| Schedule B | Tax-Exempt Interest From 1099-DIV | Statement 13 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| GALAXY FUNDS | 4. |
| MERRILL LYNCH | 7. |
| Total Tax-Exempt Interest from 1099-DIV to Schedule B, line 5 | 11. |

| Schedule D | | Short-Term Capital Gains and Losses | | | | Statement 14 |
|---|---|---|---|---|---|---|
| Description | Acquired | Sold | Price | Cost | Loss | Gain |
| 2,500 SHS. DENDRITE INT'L. | 01/24/96 | 02/22/96 | 43,863. | 41,500. | | 2,363. |
| 200 SHS. LYCOS INC. | 04/02/96 | 04/03/96 | 3,950. | 3,200. | | 750. |
| 2,000 SHS. INDIVIDUAL INC. | 03/15/96 | 04/09/96 | 28,000. | 32,200. | 4,200. | |
| 3,000 SHS. PHYSICIAN CORP. OF AMER. | 02/27/96 | 04/09/96 | 43,065. | 52,425. | 9,360. | |
| 400 SHS. PRISM SOLUTION, INC | 03/15/96 | 04/09/96 | 9,100. | 6,800. | | 2,300. |
| 5,000 SHS. SILICON VALLEY RESEARCH INC. NEW | 02/09/96 | 04/09/96 | 20,000. | 25,250. | 5,250. | |
| 1,000 SHS SOFTDESK INC. | 02/22/96 | 04/09/96 | 9,500. | 13,830. | 4,330. | |
| 3,000 SHS SOFTKWY INT'L INC. | 04/09/96 | 04/25/96 | 85,575. | 67,275. | | 18,300. |
| 1,500 SHS SOFTKEY INT'L. INC. | 04/09/96 | 04/26/96 | 44,850. | 33,637. | | 11,213. |
| 1,100 SHS. IOMEGA CORP. | 06/04/96 | 06/04/96 | 43,862. | 38,500. | | 5,362. |
| 1,500 SHS SOFTKEY INT'L INC | 04/17/96 | 04/22/96 | 44,850. | 37,995. | | 6,855. |
| 2,000 SHS NAT'L HEALTHCARE MFG. | 09/23/96 | 09/24/96 | 5,285. | 7,520. | 2,235. | |
| 9,000 SHS NETWORK LONG DISTANCE INC | 09/23/96 | 09/24/96 | 98,570. | 102,780. | 4,210. | |
| 4,000 SHS DATA SYS & SFTWR INC | 09/23/96 | 10/10/96 | 21,190. | 24,520. | 3,330. | |
| 2,000 WTS SOLAR-MATES INC | 09/23/96 | 10/10/96 | 3,530. | 3,720. | 190. | |
| 2,000 WTS SOLAR-MATES INC | 09/23/96 | 10/10/96 | 3,405. | 3,720. | 315. | |
| 1,000 WTS SOLAR-MATES INC | 09/23/96 | 10/10/96 | 1,570. | 1,860. | 290. | |

| Description | Date Acquired | Date Sold | Cost | Proceeds | Gain | Loss |
|---|---|---|---|---|---|---|
| 5,000 WTS SOLAR-MATES INC | 09/23/96 | 10/10/96 | 7,285. | 9,300. | 2,015. | |
| 5,000 SHS PALOMAR MED TECH INC | 09/27/96 | 10/30/96 | 34,535. | 48,140. | 13,605. | |
| 5,000 SHS SOLAR-MATES INC | 09/23/96 | 10/31/96 | 39,985. | 38,450. | | 1,535. |
| 9,000 SHS SOLAR-MATES INC | 09/23/96 | 11/01/96 | 68,494. | 64,260. | | 4,234. |
| 2,000 SHS SOLAR-MATES INC | 09/27/96 | 11/01/96 | 15,959. | 13,607. | | 2,352. |
| 2,000 SHS SOLAR-MATES INC | VARIOUS | 11/01/96 | 15,709. | 13,458. | | 2,251. |
| 2,000 SHS SOLAR-MATES INC | 09/27/96 | 11/01/96 | 15,459. | 13,580. | | 1,879. |
| 7,000 SHS STERLING VISION | 11/04/96 | 11/06/96 | 48,565. | 51,405. | 2,840. | |
| 3,000 SHS STERLING VISION | 11/05/96 | 11/06/96 | 19,774. | 21,799. | 2,025. | |
| 2,000 SHS STERLING VISION INC | 11/05/96 | 11/06/96 | 13,271. | 14,637. | 1,366. | |
| 2,000 SHS ARTERIAL VASCULAR | 11/05/96 | 11/08/96 | 32,435. | 30,815. | | 1,620. |
| 1,000 SHS CHAD THERAPEUTICS | 11/06/96 | 11/08/96 | 15,794. | 16,436. | 642. | |
| 1,500 SHS CHAD THERAPEUTICS | 11/06/96 | 11/08/96 | 23,919. | 24,654. | 735. | |
| 3,500 SHS WIRELESS TELECOM GROUP INC | 11/15/96 | 11/15/96 | 35,731. | 38,382. | 2,651. | |
| 2,500 SHS SYNTHETECH INC | 11/06/96 | 11/19/96 | 19,923. | 19,065. | | 858. |
| 2,500 SHS SYNTHETECH INC | 11/14/96 | 11/20/96 | 19,922. | 21,090. | 1,168. | |
| 1,500 SHS VITECH AMERICA INC | 11/19/96 | 11/22/96 | 15,128. | 17,078. | 1,950. | |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 17,422. | 16,725. | | 697. |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 17,173. | 16,725. | | 448. |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 16,675. | 16,725. | 50. | |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 16,425. | 16,725. | 300. | |
| 1,000 SHS INTEGRATED MEAS. | 10/16/96 | 11/25/96 | 16,175. | 16,725. | 550. | |
| 3,000 SHS INTEGRATED MEAS. | VARIOUS | 11/25/96 | 50,047. | 60,965. | 10,918. | |
| 2,000 SHS INTEGRATED MEAS. | 11/20/96 | 11/25/96 | 31,865. | 41,493. | 9,628. | |
| 5,000 SHS INTEGRATED MEAS. | VARIOUS | 11/25/96 | 85,610. | 94,323. | 8,713. | |
| 2,000 SHS DATA SYTS & SOFTWARE | 10/03/96 | 10/10/96 | 10,595. | 12,126. | 1,531. | |

| Description | Date Acquired | Date Sold | Cost | Sales Price | Gain | Loss |
|---|---|---|---|---|---|---|
| 5,000 SHS STERLING VISION | 11/06/96 | 11/06/96 | 33,177. | 36,665. | 3,488. | |
| 3,000 SHS WIRELESS TELECOM GROUP INC | 11/18/96 | 11/15/96 | 30,627. | 33,292. | 2,665. | |
| 2,500 SHS SYNTHETECH INC | 11/14/96 | 11/19/96 | 19,530. | 21,253. | 1,723. | |
| 2,500 SHS SYNTHETECH INC | 11/18/96 | 11/20/96 | 19,530. | 19,870. | 340. | |
| 2,500 SHS DATA SYSTEMS & SOFTWARE INC | 04/08/96 | 05/09/96 | 19,673. | 17,383. | | 2,290. |
| 4,000 SHS OPTI INC | 03/26/96 | 05/22/96 | 28,735. | 25,856. | | 2,879. |
| 2,500 SHS NIMBUS CD INT'L INC | 05/10/96 | 05/22/96 | 33,110. | 37,500. | 4,390. | |
| 2,000 SHS NIMBUS CD INT'L INC | VARIOUS | 05/22/96 | 26,750. | 23,438. | | 3,312. |
| 1,500 SHS NIMBUS CD INT'L INC | 05/15/96 | 05/23/96 | 23,610. | 15,937. | | 7,673. |
| 2,000 SHS NIMBUS CD INT'L INC | VARIOUS | 05/23/96 | 31,750. | 22,008. | | 9,742. |
| 1,000 SHS NIMBUS CD INT'L INC | 05/17/96 | 05/23/96 | 16,125. | 11,383. | | 4,742. |
| 4,000 SHS DATA SYSTEMS & SOFTWARE INC | VARIOUS | 05/23/96 | 34,485. | 28,543. | | 5,942. |
| 1,500 SHS DATA SYSTEMS & SOFTWARE INC | 04/15/96 | 06/03/96 | 12,173. | 11,161. | | 1,012. |
| 6,000 SHS OPTI INC | 03/26/96 | 06/04/96 | 42,735. | 38,784. | | 3,951. |
| 4,500 SHS DATA SYSTEMS & SOFTWARE INC | VARIOUS | 06/04/96 | 36,829. | 34,115. | | 2,714. |
| 5,000 SHS PARLUX FRAGRANCES INC | 06/04/96 | 06/11/96 | 74,360. | 61,515. | | 12,845. |
| 5,000 SHS PARLUX FRAGRANCES INC | 06/07/96 | 06/11/96 | 73,125. | 61,890. | | 11,235. |
| 3,000 SHS PARLUX FRAGRANCES INC | VARIOUS | 06/11/96 | 42,750. | 38,330. | | 4,420. |
| 5,000 SHS PARLUX FRAGRANCES INC | VARIOUS | 06/12/96 | 58,735. | 60,925. | 2,190. | |
| 2,500 SHS GASONICS INT'L | 05/29/96 | 06/24/96 | 27,798. | 33,906. | 6,108. | |
| 3,500 SHS GASONICS INT'L | 05/29/96 | 06/24/96 | 42,000. | 47,479. | 5,479. | |
| 3,000 SHS GASONICS INT'L | 05/29/96 | 06/24/96 | 32,850. | 40,568. | 7,718. | |
| 4,000 SHS BELL MICROPRODUCTS | 05/28/96 | 06/25/96 | 29,235. | 37,500. | 8,265. | |
| 3,000 SHS GASONICS INT'L | VARIOUS | 06/25/96 | 32,423. | 41,015. | 8,592. | |

| Description | Date Acquired | Date Sold | Cost | Proceeds | Gain | Loss |
|---|---|---|---|---|---|---|
| 1,000 SHS BELL MICROPRODUCTS | 05/28/96 | 06/25/96 | 7,310. | 9,375. | 2,065. | |
| 4,000 SHS BELL MICROPRODUCTS | 05/31/96 | 06/25/96 | 28,740. | 37,714. | 8,974. | |
| 1,000 SHS BELL MICROPRODUCTS | 05/31/96 | 06/25/96 | 7,206. | 9,375. | 2,169. | |
| 4,715 SHS BELL MICROPRODUCTS | VARIOUS | 06/25/96 | 33,388. | 42,156. | 8,768. | |
| 3,000 SHS PARLUX FRAGRANCES INC | 06/28/96 | 06/26/96 | 29,935. | 31,890. | 1,955. | |
| 6,000 SHS ISOLYSER CO. INC | VARIOUS | 06/28/96 | 71,235. | 70,271. | | 964. |
| 4,000 SHS ISOLYSER CO., INC | VARIOUS | 07/03/96 | 48,735. | 49,524. | 789. | |
| 4,000 SHS SBS TECHNOLOGIES INC | 06/14/96 | 07/08/96 | 49,010. | 63,015. | 14,005. | |
| 4,000 SHS PSINET INC | VARIOUS | 07/12/96 | 37,835. | 60,005. | 22,170. | |
| 3,000 SHS SBS TECHNOLOGIES INC | 06/14/96 | 07/12/96 | 33,235. | 47,250. | 14,015. | |
| 3,000 SHS SBS TECHNOLOGIES INC | VARIOUS | 07/12/96 | 33,000. | 47,015. | 14,015. | |
| 1,500 SHS NETWORK LONG DISTANCE | 07/17/96 | 08/27/96 | 16,608. | 17,253. | 645. | |
| 1,000 SHS NETWORK LONG DISTANCE | 07/17/96 | 08/28/96 | 10,974. | 11,502. | 528. | |
| 2,500 SHS NETWORK LONG DISTANCE | 07/17/96 | 08/28/96 | 27,160. | 28,754. | 1,594. | |
| 1,000 SHS NETWORK LONG DISTANCE | 07/17/96 | 08/28/96 | 11,114. | 11,502. | 388. | |
| 25 PUT OPTI INC EXP 9/21/96 @5 | 04/18/96 | 09/23/96 | EXPIRED | 2,053. | 2,053. | |
| 25 PUT OPTI INC EXP 9/21/96 @5 | 04/19/96 | 09/23/96 | EXPIRED | 1,896. | 1,896. | |
| 1,000 SHS ACME ELECTRIC CORP | 11/16/95 | 04/24/96 | 11,673. | 8,025. | | 3,648. |
| 5,000 SHS CREATIVE LEARNING PRODS INC NEW | 06/03/96 | 07/15/96 | 6,061. | 10,157. | 4,096. | |
| 5,000 SHS CREATIVE LEARNING PRODS INC NEW | 06/03/96 | 07/18/96 | 6,211. | 10,157. | 3,946. | |
| 10,000 SHS CREATIVE LEARNING PRODS INC NEW | 06/03/96 | 07/25/96 | 10,123. | 20,314. | 10,191. | |
| 1,000 GLENDALE FED BANKS - WTS | 11/07/95 | 01/29/96 | 6,998. | 7,375. | 377. | |
| 10,000 SHS ISOLYSER CO. INC. | 06/25/96 | 07/17/96 | 95,373. | 121,502. | 26,129. | |
| 5,000 SHS LEARNING INC COM | 07/17/96 | 11/18/96 | 93,870. | 103,502. | 9,632. | |
| 2,000 SHS NYER MEDICAL GROUP INC | 11/30/95 | 05/24/96 | 56,407. | 12,500. | | 43,907. |

| Description | Date Acquired | Date Sold | Sales Price | Cost | Loss | Gain |
|---|---|---|---|---|---|---|
| 1,000 SHS NYER MEDICAL GROUP INC | 11/30/95 | 11/18/96 | 15,873. | 6,250. | | 9,623. |
| 1,500 SHS NYER MEDICAL GROUP INC | 05/23/96 | 11/18/96 | 25,157. | 30,690. | 5,533. | |
| 1,000 SHS NYER MEDICAL GROUP INC | 06/14/96 | 11/18/96 | 15,750. | 16,502. | 752. | |
| 5,000 SHS PSINET INC COM | 06/10/96 | 06/12/96 | 78,623. | 73,127. | | 5,496. |
| 5,000 SHS PSINET INC COM | 06/11/96 | 07/17/96 | 46,748. | 76,252. | 29,504. | |
| 5,000 SHS PSINET INC COM | 06/25/96 | 07/17/96 | 46,125. | 64,502. | 18,377. | |
| 5,000 SHS SBS TECHNOLOGIES INC | VARIOUS | 07/25/96 | 55,748. | 70,692. | 14,944. | |
| 3,000 SHS SOLAR MATES INC | 02/15/96 | 10/30/96 | 24,861. | 15,751. | | 9,110. |
| 3,000 WTS SOLAR MATES INC EXP 12/31/99 | 02/15/96 | 06/14/96 | 5,323. | 3,751. | | 1,572. |
| 5,000 SHS SOLAR MATES INC | 02/15/96 | 11/11/96 | 34,998. | 26,251. | | 8,747. |
| 2,000 SHS SOLAR MATES INC | VARIOUS | 11/20/96 | 12,998. | 12,751. | | 247. |
| 2,000 SHS SOLAR MATES INC | 06/25/96 | 11/21/96 | 12,998. | 15,001. | 2,003. | |
| 2,000 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | VARIOUS | 03/28/96 | 35,848. | 52,725. | 16,877. | |
| 3,000 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | 01/31/96 | 04/29/96 | 83,148. | 42,075. | | 41,073. |
| 3,000 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | VARIOUS | 05/02/96 | 81,148. | 53,076. | | 28,072. |
| 1,500 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | 02/09/96 | 05/03/96 | 41,511. | 29,288. | | 12,223. |
| 3,000 SHS SOFTKEY INT'L EFF 10-29-96 LEARNING | VARIOUS | 05/08/96 | 78,523. | 70,540. | | 7,983. |
| 650 SHS WEBSECURE INC COM | 12/05/96 | 12/05/96 | 8,827. | 5,200. | | 3,627. |
| 500 CALL ASCEND COMM. INC EXP 12/21/96 @70 | 12/12/96 | 12/20/96 | 4,748. | 255,951. | 251,203. | |
| 50 PUT AUGAT INC EXP 11/16/96 @20 | 10/04/96 | 11/12/96 | 6,310. | 777. | | 5,533. |
| 300 CALL BAY NETWORKS INC EXP 5/18/96 @30 | 05/02/96 | 05/08/96 | 136,743. | 103,523. | | 33,220. |
| 200 CALL BAY NETWORKS INC EXP 5/18/96 @35 | 05/09/96 | 05/16/96 | 2,448. | 31,002. | 28,554. | |

| Description | Date Acquired | Date Sold | Sales Price | Cost | Loss | Gain |
|---|---|---|---|---|---|---|
| 50 CALL CABLETRON SYSTEMS EXP 11/16/96 @60 | 10/31/96 | 11/05/96 | 44,197. | 20,302. | | 23,895. |
| 200 CALL CABLETRON SYSTEMS EXP 11/16/96 @60 | 10/31/96 | 11/06/96 | 134,043. | 85,960. | | 48,083. |
| 100 CALL CABLETRON SYSTEMS EXP 11/16/96 @60 | 11/01/96 | 11/06/96 | 66,898. | 51,717. | | 15,181. |
| 300 CALL CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/11/96 | 11/13/96 | 162,393. | 215,345. | 52,952. | |
| 100 CALL CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/14/96 | 11/19/96 | 161,118. | 79,774. | | 81,344. |
| 100 CALL CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/13/96 | 11/19/96 | 156,116. | 67,209. | | 88,907. |
| 200 PUT CABLETRON SYSTEMS EXP 11/16/96 @60 | 11/12/96 | 10/31/96 | 25,147. | 4,289. | | 20,858. |
| 100 PUT CABLETRON SYSTEMS EXP 11/16/96 @65 | 11/01/96 | 11/06/96 | 33,147. | 14,090. | | 19,057. |
| 300 PUT CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/11/96 | 11/12/96 | 68,507. | 79,400. | 10,893. | |
| 200 CALL CENTENNIAL TECHNOLOGIES INC | 12/13/96 | 12/30/96 | 339,178. | 120,143. | | 219,035. |
| 100 CALL CHEYENNE SOFTWARE EXP 12/21/96 @20 | VARIOUS | 10/07/96 | 97,515. | 29,719. | | 67,796. |
| 50 CALL CHEYENNE SOFTWARE EXP 12/21/96 @ 22.5 | 09/30/96 | 10/07/96 | 35,906. | 8,377. | | 27,529. |
| 300 CALL CICSO SYSTEMS EXP 6/22/96 @55 | 04/29/96 | 05/08/96 | 50,496. | 53,846. | 3,350. | |
| 200 CALL CICSO SYSTEMS EXP 6/22/96 @55 | 05/09/96 | 05/24/96 | 64,746. | 56,827. | | 7,919. |
| 400 CALL CICSO SYSTEMS EXP 6/22/96 @55 | VARIOUS | 06/21/96 | 2,398. | 125,202. | 122,804. | |
| 200 CALL CORRECTIONS CORP OF AMERICA EXP | VARIOUS | 12/13/96 | 67,156. | 48,920. | | 18,236. |
| 75 CALL EMPLOYEE SOLUTIONS INC EXP 11/16/96 @ 15 | VARIOUS | 10/30/96 | 55,409. | 36,879. | | 18,530. |
| 50 CALL EMPLOYEE SOLUTIONS INC EXP 11/16/96 @15 | 10/11/96 | 11/01/96 | 32,822. | 23,190. | | 9,632. |

| Description | Date Acquired | Date Sold | Sales Price | Cost | Loss | Gain |
|---|---|---|---|---|---|---|
| 25 CALL EMPLOYEE SOLUTIONS INC EXP 11/16/96 @17.5 | 10/07/96 | 10/30/96 | 12,635. | 7,002. | | 5,633. |
| 50 CALL EMPLOYEE SOLUTIONS INC EXP 12/21/96 @17.5 | 10/30/96 | 11/04/96 | 22,247. | 27,852. | 5,605. | |
| 50 CALL EMPLOYEE SOLUTION INC EXP 12/21/96 @17.5 | 10/31/96 | 11/04/96 | 23,762. | 27,177. | 3,415. | |
| 100 CALL EMPLOYEE SOLUTIONS INC EXP 12/21/96 @17.5 | VARIOUS | 11/07/96 | 53,621. | 55,652. | 2,031. | |
| 100 CALL GATEWAY 2000 INC EXP 12/21/96 @50 | 12/05/96 | 12/10/96 | 128,292. | 79,879. | | 48,413. |
| 500 CALL GATEWAY 2000 INC EXP 12/21/96 @55 | 12/03/96 | 12/10/96 | 371,833. | 186,973. | | 184,860. |
| 250 CALL INTEL EXP 5/18/96 @65 | 04/17/96 | 05/08/96 | 70,566. | 53,315. | | 17,251. |
| 100 CALL INTEL EXP 6/22/96 @70 | 05/09/96 | 05/15/96 | 50,496. | 25,600. | | 24,896. |
| 200 CALL INTEL EXP 6/22/96 @70 | 05/09/96 | 05/20/96 | 65,996. | 51,201. | | 14,795. |
| 200 CALL INTEL EXP 6/22/96 @70 | 05/09/96 | 05/21/96 | 55,371. | 51,201. | | 4,170. |
| 200 CALL INTEL EXP 6/22/96 @70 | 05/22/96 | 05/24/96 | 52,246. | 47,352. | | 4,894. |
| 350 CALL INTEL EXP 6/22/96 @70 | VARIOUS | 05/31/96 | 161,743. | 104,500. | | 57,243. |
| 150 CALL INTEL EXP 6/22/96 @70 | 05/28/96 | 06/04/96 | 102,545. | 54,252. | | 48,293. |
| 100 CALL INTEL EXP 6/22/96 @75 | 06/06/96 | 06/20/96 | 573. | 25,750. | 25,177. | |
| 400 CALL INTEL EXP 6/22/96 @75 | VARIOUS | 06/24/96 | EXPIRED | 88,181. | 88,181. | |
| 500 CALL JUST FOR FEET EXP 12/21/96 @22.5 | VARIOUS | 12/19/96 | 158,878. | 194,094. | 35,216. | |
| 100 CALL MCAFEE ASSOC. INC EXP 12/21/96 @40 | 11/07/96 | 11/08/96 | 66,426. | 79,251. | 12,825. | |
| 100 CALL MCAFEE ASSOC. INC EXP 12/21/96 @40 | 11/14/96 | 12/09/96 | 108,706. | 90,337. | | 18,369. |
| 400 CALL MCAFEE ASSOC. INC EXP 12/21/96 @40 | VARIOUS | 12/10/96 | 350,896. | 322,900. | | 27,996. |
| 100 CALL MCAFEE ASSOC. INC EXP 12/21/96 @45 | 11/04/96 | 11/08/96 | 39,069. | 54,602. | 15,533. | |
| 100 PUT MCAFEE ASSOC. INC EXP 12/21/96 @45 | 11/04/96 | 11/08/96 | 32,122. | 43,349. | 11,227. | |

| Description | Date Acquired | Date Sold | Cost | Proceeds | Loss | Gain |
|---|---|---|---|---|---|---|
| 100 CALL MCAFEE (150SH) EXP 12/21/96 @36.625 | 11/21/96 | 12/05/96 | 193,266. | 122,284. | | 70,982. |
| 200 CALL MICRON TECHNOLOGY EXP 4/20/96 @30 | 03/15/96 | 04/11/96 | 54,396. | 65,602. | 11,206. | |
| 250 CALL MICRON TECHNOLOGY EXP 5/18/96 @40 | 04/29/96 | 05/20/96 | EXPIRED | 27,815. | 27,815. | |
| 50 CALL MICRON TECHNOLOGY EXP 12/21/96 @30 | 11/06/96 | 11/13/96 | 12,969. | 12,177. | | 792. |
| 500 CALL MICRON TECHNOLOGY EXP 12/23/96 @35 | 12/16/96 | 12/23/96 | EXPIRED | 79,285. | 79,285. | |
| 100 CALL SOFTKEY INT'L INC EXP 8/17/96 @17.5 | VARIOUS | 08/16/96 | 729. | 30,467. | 29,738. | |
| 300 CALL TERADYNE INC EXP 6/22/96 @ 22.5 | 05/17/96 | 06/24/96 | EXPIRED | 44,408. | 44,408. | |
| 100 CALL TERADYNE INC EXP 7/20/96 @20 | 05/31/96 | 07/22/96 | EXPIRED | 21,377. | 21,377. | |
| 200 CALL VIDEOSERVER INC EXP 1/18/97 @45 | 12/11/96 | 12/17/96 | 107,197. | 168,846. | 61,649. | |
| 300 CALL MICRON TECHNOLOGY EXP 12/21/96 @ 27.5 | 11/06/96 | 11/13/96 | 121,357. | 116,088. | | 5,269. |
| 600 CALL MICRON TECHNOLOGY EXP 12/21/96 @32.5 | VARIOUS | 12/23/96 | EXPIRED | 128,727. | 128,727. | |
| 200 CALL MICRON TECHNOLOGY | 11/07/96 | 11/14/96 | 47,983. | 44,765. | | 3,218. |
| 145 CALL BAYNETWORKS INC EXP 6/22/96 @30 | 06/03/96 | 06/12/96 | 6,804. | 22,476. | 15,672. | |
| 55 CALL BAYNETWORKS INC EXP 6/22/96 @30 | 06/03/96 | 06/24/96 | EXPIRED | 8,526. | 8,526. | |
| 30 CALL BAYNETWORKS INC EXP 7/20/96 @30 | 06/06/96 | 06/04/96 | 4,273. | 6,975. | 2,702. | |
| 220 CALL BAYNETWORKS INC EXP 7/20/96 @30 | 06/04/96 | 07/22/96 | EXPIRED | 51,152. | 51,152. | |
| 50 CALL GATEWAY 2000 (GQW) EXP 1/18/97 @60 | 12/04/96 | 12/09/96 | 29,384. | 17,926. | | 11,458. |
| 100 CALL PARAMETRIC TECHNOLOGIES | 12/04/96 | 12/10/96 | 10,170. | 20,030. | 9,860. | |

| Description | Date 1 | Date 2 | Col A | Col B | Col C | Col D |
|---|---|---|---|---|---|---|
| 250 CALL MICRON TECHNOLOGY EXP 12/21/96 @32.5 | 11/26/96 | 12/11/96 | 85,982. | 54,567. | | 31,415. |
| 250 CALL MICRON TECHNOLOGY EXP 12/21/96 @32.5 | 12/13/96 | 12/05/96 | 51,608. | 68,453. | 16,845. | |
| 50 CALL PARAMEDIC TECHNOLOGY EXP 12/21/96 @55 | 12/09/96 | 12/13/96 | 5,785. | 6,565. | 780. | |
| 50 CALL APPLIED MAGNETIC CORP (APM) EXP 1/18/97 | 12/09/96 | 12/16/96 | 10,672. | 16,565. | 5,893. | |
| 75 CALL GATEWAY 2000 EXP 1/18/97 @65 | 12/17/96 | 12/10/96 | 26,722. | 11,665. | | 15,057. |
| 250 CALL MICRON TECHNOLOGY EXP 1/18/97 @37.5 | 12/17/96 | 12/13/96 | 64,358. | 46,048. | | 18,310. |
| 75 CALL GATEWAY 2000 EXP 1/18/97 @60 | 12/04/96 | 12/17/96 | 19,798. | 26,889. | 7,091. | |
| 200 CALL ASCEND COMM. INC (QQA) EXP 12/21/96 @75 | VARIOUS | 12/17/96 | 3,135. | 32,905. | 29,770. | |
| 10 CALL ASPECT COMM. CORP. (ATQ) EXP 12/96 @60 | 12/20/96 | 12/12/96 | 1,600. | 493. | | 1,107. |
| 100 CALL ASPECT COMM. CORP EXP 12/21/96 @55 | 12/10/96 | 12/23/96 | 59,133. | 23,740. | | 35,393. |
| 90 CALL ASPECT COMM. CORP EXP 12/21/96 @60 | 12/23/96 | 12/12/96 | 14,404. | 23,115. | 8,711. | |
| 250 CALL MICRON TECHNOLOGY EXP 12/21/96 | 12/17/96 | 12/24/96 | EXPIRED | 9,640. | 9,640. | |
| 550 CALL MICRON TECHNOLOGY EXP 1/18/97 | VARIOUS | 12/26/96 | 22,197. | 200,580. | 178,383. | |
| 50 CALL BMC SOFTWARE INC (BCQ) EXP 1/18/97 | 12/19/96 | 12/30/96 | 7,547. | 10,003. | 2,456. | |
| 50 CALL DIEBOLD CORP. (DBD) EXP 1/18/97 @60 | 12/23/96 | 12/31/96 | 14,535. | 6,540. | | 7,995. |
| 75 CALL GATEWAY 2000 EXP 1/18/97 @60 | 12/31/96 | 12/17/96 | 19,798. | 10,309. | | 9,489. |
| 250 CALL MICRON TECHNOLOGY EXP 12/21/96 @32.5 | 11/26/96 | 12/13/96 | 114,356. | 55,818. | | 58,538. |
| 1650 CALL MICRON TECHNOLOGY EXP 4/20/97 | VARIOUS | 04/11/96 | 127,321. | 147,778. | 20,457. | |

| Description | Date Acquired | Date Sold | Cost | Sales Price | Gain | Loss |
|---|---|---|---|---|---|---|
| 200 PUT MICRON TECHNOLOGY EXP 4/20/97 | 04/12/96 | 04/16/96 | 4,400. | 15,600. | 11,200. | |
| 50 CALL MICRON TECHNOLOGY EXP 4/20/97 | 04/16/96 | 04/19/96 | 42,749. | 70,250. | 27,501. | |
| 50 CALL MICRON TECHNOLOGY EXP 4/20/97 | 04/16/96 | 04/22/96 | EXPIRED | 17,125. | 17,125. | |
| 125 CALL MICRON TEHNOLOGY EXP 05/18/96 | 04/19/96 | 04/26/96 | 49,623. | 23,031. | | 26,592. |
| 100 CALL TYCO EXP 6/22/96 | 04/23/96 | 04/26/96 | 7,200. | 14,050. | 6,850. | |
| 200 CALL CICSO EXP 6/22/96 | 04/26/96 | 05/08/96 | 35,649. | 34,350. | | 1,299. |
| 250 CALL INTEL EXP 5/18/96 | 04/17/96 | 05/08/96 | 71,123. | 52,313. | | 18,810. |
| 575 CALL MICRON TECHNOLOGY EXP 5/18/96 | 04/19/96 | 05/08/96 | 55,773. | 98,444. | 42,671. | |
| 575 CALL MICRON TECHNOLOGY EXP 5/18/96 | 05/08/96 | 05/20/96 | EXPIRED | 73,600. | 73,600. | |
| 700 CALL MICRON TECHNOLOGY EXP 5/18/96 | 04/25/96 | 05/20/96 | EXPIRED | 72,100. | 72,100. | |
| 300 CALL TERADYNE EXP 5/18/96 | 04/26/96 | 05/20/96 | EXPIRED | 29,025. | 29,025. | |
| 200 CALL TEXAS INSTRUMENT EXP 5/18/96 @60 | 04/26/96 | 05/20/96 | EXPIRED | 30,600. | 30,600. | |
| 400 CALL BAYNETWORKS INC EXP 5/18/96 | 05/09/96 | 05/20/96 | EXPIRED | 81,200. | 81,200. | |
| 100 CALL BAYNETWORKS INC EXP 6/22/96 @ | 06/04/96 | 06/06/96 | 2,200. | 5,300. | 3,100. | |
| 10 CALL STARBUCKS EXP 7/20/97 | 06/06/96 | 07/22/96 | EXPIRED | 1,935. | 1,935. | |
| 50 CALL EMPLOYEE SIOLUTIONS INC EXP 11/16/96 | 10/03/96 | 11/04/96 | 18,574. | 11,425. | | 7,149. |
| 100 CALL MICRON TECHNOLOGY EXP 11/16/96 | 11/04/96 | 11/08/96 | 17,774. | 29,493. | 11,719. | |
| 460 CALL MICRON TECHNOLOGY EXP 11/16/96 | VARIOUS | 11/13/96 | 81,012. | 73,244. | | 7,768. |
| 250 CALL MICRON TECHNOLOGY EXP 11/16/96 | 11/13/96 | 11/14/96 | 24,124. | 33,688. | 9,564. | |
| 150 CALL MICRON TECHNOLOGY EXP 12/21/96 | 11/06/96 | 11/14/96 | 41,661. | 33,338. | | 8,323. |

| Description | Acquired | Sold | Price | Cost | Loss | Gain |
|---|---|---|---|---|---|---|
| 250 CALL JUST FOR FEET EXP 12/21/96 @25 | 11/13/96 12/21/96 | 12/20/96 | 20,999. | 57,125. | 36,126. | |
| 200 CALL ENZO BIOCHEM. EXP 1/20/96 @20 | VARIOUS | 01/22/96 | EXPIRED | 35,801. | 35,801. | |
| 300 CALL HASBRO EXP 3/16/96 @40 | 02/12/96 | 03/18/96 | EXPIRED | 17,756. | 17,756. | |
| 450 CALL MICRON TECHNOLOGY EXP 3/16/96 @45 | VARIOUS | 03/18/96 | EXPIRED | 95,858. | 95,858. | |
| 500 CALL HASBRO EXP 4/20/96 @40 | 02/06/96 | 04/22/96 | EXPIRED | 43,542. | 43,542. | |
| 200 CALL MICRON TECHNOLOGY EXP 12/21/96 @30 | 11/06/96 | 11/13/96 | 53,305. | 44,797. | | 8,508. |
| 225 CALL JUST FOR FEET INC EXP 12/21/96 | VARIOUS | 12/23/96 | 17,679. | 53,972. | 36,293. | |
| 6,000 SHS SOLAR MATES, INC | 09/05/96 | 11/04/96 | 43,217. | 38,724. | | 4,493. |
| 300 SHS SOLAR MATES, INC | 09/16/96 | 11/04/96 | 2,149. | 2,069. | | 80. |
| 6,300 SHS STERLING VISION | VARIOUS | 11/06/96 | 43,547. | 46,403. | 2,856. | |
| 1,000 SHS SOLAR MATES, INC | 09/16/96 | 11/06/96 | 6,896. | 6,896. | | |
| 2,700 SHS SOLAR MATES, INC | 09/27/96 | 11/06/96 | 18,622. | 18,880. | 258. | |
| 100 CALL CABLETRON SYSTEMS EXP 12/21/96 @65 | 11/14/96 | 11/19/96 | 141,119. | 79,774. | | 61,345. |
| 100 CALL CICSO SYSTEMS EXP 6/22/96 @55 | 05/09/96 | 06/20/96 | 1,673. | 29,350. | 27,677. | |
| 100 CALL MCAFEE ASSOC. EXP 11/16/96 @45 | 11/05/96 | 11/12/96 | 17,774. | 29,493. | 11,719. | |
| Total to Sch. D, Part I, line 1 | | | 9,204,348. | 9,868,254. | 2550930. | 1887024. |

Schedule D           Long-Term Capital Gains and Losses           Statement 15

| Description | Acquired | Sold | Price | Cost | Loss | Gain |
|---|---|---|---|---|---|---|
| 2,000 SHS CENTENNIAL TECH | 04/12/94 | 05/06/96 | 37,345. | 8,000. | | 29,345. |
| 1,000 SHS CENTENNIAL TECH | 04/12/94 | 05/30/96 | 23,866. | 4,000. | | 19,866. |
| 2,000 SHS CENTENNIAL TECH | 04/12/94 | 06/03/96 | 48,276. | 8,000. | | 40,276. |

| | | | | | |
|---|---|---|---|---|---|
| 5,000 SHS CENTENNIAL TECH | 04/12/94 | 12/03/96 | 171,992. | 10,000. | 161,992. |
| 7,000 SHS CENTENNIAL TECH | 04/12/94 | 12/06/96 | 274,064. | 14,001. | 260,063. |
| 3,000 SHS CENTENNIAL TECH | VARIOUS | 12/18/96 | 128,167. | 6,400. | 121,767. |
| 2,000 SHS ADVANTAGE MED | 09/07/95 | 09/25/96 | 9,470. | 4,071. | 5,399. |
| 1,594 WTOO 98 PRIME | 09/02/92 | 09/05/96 | 24,010. | 199. | 23,811. |
| Total to Sch. D, Part II, line 9 | | | 717,190. | 54,671. | 662,519. |

| Schedule D | Capital Loss Carryover | Statement 16 |

1. Enter the amount from Form 1040, line 35 . . . . . . . . . . . . .   1,966,120.
2. Enter the loss from Schedule D, line 19, as a positive amount.       3,000.
3. Combine lines 1 and 2. If zero or less, enter -0- . . . . . . .   1,969,120.
4. Enter the smaller of line 2 or line 3 . . . . . . . . . . . . .       3,000.

5. Enter the loss from Schedule D, line 8, as a positive amount .   5,886,610.
6. Enter the gain, if any, from Schedule D,
   line 17 . . . . . . . . . . . . . . . . . . . . . .     662,519.
7. Enter the amount from line 4 . . . . . . . . . . . .       3,000.
8. Add lines 6 and 7 . . . . . . . . . . . . . . . . . . . . . . .     665,519.
9. Short-term capital loss carryover to 1997.
   Subtract line 8 from line 5. If zero or less, enter -0- . . .   5,221,091.

10. Enter the loss from Schedule D, line 17, as a positive amount.
11. Enter the gain, if any, from Schedule D,
    line 8 . . . . . . . . . . . . . . . . . . . . . . .
12. Subtract line 5 from line 4.  If zero or less,
    enter -0- . . . . . . . . . . . . . . . . . . . . .
13. Add lines 11 and 12 . . . . . . . . . . . . . . . . . . . . . .
14. Long-term capital loss carryover to 1997.
    Subtract line 13 from line 10. If zero or less, enter -0- . .

| Form 4952 | Investment Interest Expense | Statement 17 |

| Description | Current | Carryover |
|---|---:|---:|
| FLEET BANK - LAND MORTGAGE | 7,243. | |
| COBURN & MEREDITH - MARGIN INTEREST | 53,409. | |
| Disallowed Investment Interest Prior Years | | 314,505. |
| BARRON CHASE SECURITIES | 4,195. | |
| COWEN & CO | 1,762. | |
| MERRILL LYNCH | 779. | |
| Totals to Form 4952 | 67,388. | 314,505. |

| Form 4952 | Income from Property Held for Investment | Statement 18 |

| Description | Amount |
|---|---:|
| Interest income | 38,416. |
| Dividend income | 329. |
| Total to Form 4952, line 4a | 38,745. |

| Form 4952 | Disallowed Investment Interest Expense | Statement 19 |
|---|---|---|

| Description | Amount |
|---|---|
| Schedule A - C/O | 314,505. |
| Schedule A | 28,643. |
| Total to Form 4952, line 7 | 343,148. |

| Schedule E | Income or (Loss) from Partnerships and S Corps | Statement 20 |
|---|---|---|

| Name<br>Employer ID No. | Not at Risk | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
|---|---|---|---|---|---|---|---|
| VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | | |
| 05-0251745 | | S | | | | | 188,458. |
| DIVERSIFIED PRODUCTS, INC. | | | | | | | |
| 05-0384622 | | S | | | | | 3,705,595. |
| OCEAN STATE NISSAN, INC. | | | | | | | |
| 05-0422120 | | S | | | | | 149,177. |
| NORWOOD MOTOR GROUP, INC. | | | | | | | |
| 05-0461212 | | S | | | | | 106,245. |
| NORWOOD MOTOR ASSOCIATES, INC. | | | | | | | |
| 05-0461217 | | S | | | | | 142,408. |
| AMERGAS DRILLING PROGRAM 1983-E | | | | | | | |
| 06-1089179 | | P | * | | 246. | | |
| AMERGAS DRILLING PROGRAM 1984-A | | | | | | | |
| 22-2536630 | | P | * | | 605. | | |
| AMERGAS DRILLING PROGRAM 1985-A L.P. | | | | | | | |
| 06-1126995 | | P | | 963. | | | |
| POISTANO REALTY CO., INC. | | | | | | | |
| 05-0477314 | | S | | 76,724. | | | |
| ISCHIA FREEDOM CORPORATION | | | | | | | |
| 05-0480072 | | S | | 1,056. | | | |
| R M REALTY L.L.C. | | | | | | | |
| 05-0494321 | | P | | 2,962. | | | |
| † BARBER'S AUTO SALES & BODY WORKS | | | | | | | |
| 05-0313521 | | S | | | 10,151. | | |
| † RAM REALTY LLC | | | | | | | |
| 05-0489973 | | P | 10,532. | | | | |
| Totals to Sch. E, ln. 28 | | | 10,532. | 81,705. | 11,002. | | 4,291,883. |

* Entire disposition of passive activity
† *Not included in original return*

| Schedule SE | Non-Farm Income | Statement 21 |
|---|---|---|

| Description | Amount |
|---|---|
| BIG BROTHERS OF RI | 1,000. |
| Total to Schedule SE, line 2 | 1,000. |

| Form 4797 | Nonrecaptured Net Section 1231 Losses from Prior Years | | Statement 22 |
|---|---|---|---|
| Tax Year | (A) Section 1231 Losses | (B) Section 1231 Losses Recaptured | (C) (A) minus (B) |
| 1991 | | | |
| 1992 | | | |
| 1993 | | | |
| 1994 | | | |
| 1995 | 570. | | 570. |
| Total to Form 4797 | 570. | | 570. |

| Form 6251 | | Passive Activities | | Statement 23 |
|---|---|---|---|---|
| | | Net Income (Loss) | | |
| Name of Activity | Form | AMT | Regular | Adjustment |
| AMERGAS DRILLING PROGRAM 1985-A L.P. | Sch E | 963. | 963. | |
| POISTANO REALTY CO., INC. | Sch E | 77,210. | 76,724. | 486. |
| ISCHIA FREEDOM CORPORATION | Sch E | 1,056. | 1,056. | |
| R M REALTY L.L.C. | Sch E | 2,970. | 2,962. | 8. |
| RAM REALTY LLC | Sch E | <10,081.> | <10,532.> | 451. |
| RESIDENTIAL RENTAL - 8401 POST ROAD NORTH KINGSTOWN, RI | Sch E | <25,645.> | <27,350.> | 1,705. |
| COMMERCIAL BUILDING - PAWTUCKET, RI | Sch E | 6,707. | 6,034. | 673. |
| Total to Form 6251, line 11 | | | | 3,323. |