**Internal Revenue Serv.. .** | **Department o.. .ie Treasury**

Appeals Office
CT-RI Appeals Office
333 East River Dr., Suite 200
East Hartford, CT 06108

Date: September 30, 2004

EDWARD MARANDOLA JR.
and CARMEN MARANDOLA
36 BEACON HILL ROAD
NEWPORT RI 02840-4206

**Person to Contact:**
Vincent D'Avirro
Employee ID Number: 06-01015
Tel: 860.290.4054
Fax: 860.290.4030
Contact Hours: 8am to 4:30pm
**Refer Reply to:**
AP:FE:CT-RI:VDA
**In Re:**
Income Tax Liability
**Amount of Claim:**
$961,947.00
**Amount Allowed:**
$8,419.00
**Tax Period(s) Ended:**
12/1996

**Certified Mail :** 7003 3110 0001 1518 3394

Dear Mr. & Mrs. Marandola:

We considered your protest and the evidence and arguments in support of the above claim for a refund of tax and, after making necessary adjustments, are allowing a part of the claimed amount.

We are sorry, but we cannot allow the entire claim for the following reasons:

You do not have a net operating loss in 1998 because you did not make a valid mark to market election under IRC section 475(f) and revenue Procedure 99-17. Therefore, you do not have a net operating loss carry-back deduction in 1996.

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is partially disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Frank Fiore
Team Manager

PENGAD-Bayonne, N.J.
JOINT EXHIBIT
4

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

NEWPORT, RI 02840

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0008 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VKHN10 |
| Total Postage & Fees | $ 2.67 | 09/30/04 |

EAST HARTFORD CT
SEP 3 0 2004
USPS - 06108

7003 3110 0001 1518 3394

Sent To Edward Marandola, Jr. & Carmen
Street, Apt. No.; or PO Box No. Marandola
36 Beacon Hill Road
City, State, ZIP+4 Newport, RI 02840-4206

PS Form 3800, June 2002 See Reverse for Instructions

PS Form 3800, June 2002 (Reverse)

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**