Case 1:05-cv-00252-CFL Document 24-10 Filed 10/25/2006 Page 1 of 20

Form **1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **1997** (99) IRS Use Only - Do not write or staple in this space.

OFFICE COPY

For the year Jan. 1-Dec. 31, 1997, or other tax year beginning , 1997, ending , 19 OMB No. 1545-0074

**Label** (See instructions on page 10.) Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial: EDWARD | Last name: MARANDOLA JR. | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 10.: 36 BEACON HILL ROAD | Apt. no. | **For help in finding line instructions, see pages 2 and 3 in the booklet.** |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 10.: NEWPORT, RI 02840 | | |

**Presidential Election Campaign** (See page 10.)
Do you want $3 to go to this fund? Yes / No
If a joint return, does your spouse want $3 to go to this fund?
**Note:** Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|
| PHILLIP MARANDOLA | [redacted] | SON | |
| ANDREW MARANDOLA | [redacted] | SON | |
| CHELSEA MARANDOLA | [redacted] | DAUGHTER | |
| MAIA MARANDOLA | [redacted] | DAUGHTER | |
| | | | |
| | | | |

If more than six dependents, see page 10.

No. of your children on 6c who: ● lived with you; ● did not live with you due to divorce or separation (see instructions): 4
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 5

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.
If you did not get a W-2, see page 12.
Enclose but do not attach any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 386,793. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 47,662. |
| b | Tax-exempt interest. DO NOT include on line 8a — 8b: 11. | | |
| 9 | Dividends. Attach Schedule B if required | 9 | 8,916. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | <3,000.> |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | 236. |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 13) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 13) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 5,101,548. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 14) | 20b | |
| 21 | Other income. List type and amount - see page 15 | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 5,542,155. |

## Adjusted Gross Income

If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC inst. on page 21.

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 16) | 23 | | | |
| 24 | Medical savings account deduction. Attach Form 8853 | 24 | | | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F | 25 | | | |
| 26 | One-half of self-employment tax. Attach Schedule SE | 26 | | | |
| 27 | Self-employed health insurance deduction (see page 17) | 27 | 1,236. | | |
| 28 | Keogh & self-employed SEP plans and SIMPLE plans | 28 | | | |
| 29 | Penalty on early withdrawal of savings | 29 | | | |
| 30a | Alimony paid b Recipient's SSN ▶ 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 | 30a | 52,000. | | |
| 31 | Add lines 23 through 30a. | | | 31 | 53,236. |
| 32 | Subtract line 31 from line 22. This is your **adjusted gross income.** ▶ | | | 32 | 5,488,919. |

JOINT EXHIBIT 5

PENGAD-Bayonne, N.J.

LHA **For Privacy Act and Paperwork Reduction Act Notice, see page 38.**

| | | | | |
|---|---|---|---|---|
| **Tax Computation** | 33 Amount from line 32 (adjusted gross income) | | 33 | 5,488,919. |
| | 34a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 34a | | | |
| | b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 18 and check here ▶ 34b ☐ | | | |
| | 35 Enter the larger of your: **Itemized deductions** from Schedule A, line 28, OR **Standard deduction** shown below for your filing status. But see page 18 if you checked any box on line 34a or 34b or someone can claim you as a dependent. • Single - $4,150 • Married filing jointly or Qualifying widow(er) - $6,900 • Head of household - $6,050 • Married filing separately - $3,450 | | 35 | 186,515. |
| | 36 Subtract line 35 from line 33 | | 36 | 5,302,404. |
| | 37 If line 33 is $90,900 or less, multiply $2,650 by the total number of exemptions claimed on line 6d. If line 33 is over $90,900, see the worksheet on page 19 for the amount to enter | | 37 | 0. |
| | 38 **Taxable income.** Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- | | 38 | 5,302,404. |
| | 39 **Tax.** See page 19. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | 39 | 2,078,765. |
| **Credits** | 40 Credit for child and dependent care expenses. Attach Form 2441 | 40 | | |
| | 41 Credit for the elderly or the disabled. Attach Schedule R | 41 | | |
| | 42 Adoption credit. Attach Form 8839 | 42 | | |
| | 43 Foreign tax credit. Attach Form 1116 | 43 | | |
| | 44 Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 44 | | |
| | 45 Add lines 40 through 44 | | 45 | |
| | 46 Subtract line 45 from line 39. If line 45 is more than line 39, enter -0- ▶ | | 46 | 2,078,765. |
| **Other Taxes** | 47 Self-employment tax. Attach Schedule SE | | 47 | |
| | 48 Alternative minimum tax. Attach Form 6251 | | 48 | 0. |
| | 49 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 49 | |
| | 50 Tax on qualified retirement plans (including IRAs) and MSAs. Attach Form 5329 if required | | 50 | |
| | 51 Advance earned income credit payments from Form(s) W-2 | | 51 | |
| | 52 Household employment taxes. Attach Schedule H | | 52 | |
| | 53 Add lines 46 through 52. This is your **total tax** ▶ | | 53 | 2,078,765. |
| **Payments** | 54 Federal income tax withheld from Forms W-2 and 1099 | 54 117,907. | | Statement 6 |
| | 55 1997 estimated tax payments and amount applied from 1996 return | 55 | | |
| Attach Forms W-2, W-2G, and 1099-R on page 1. | 56a **Earned income credit.** Attach Schedule EIC if you have a qualifying child b Nontaxable earned income: amount ▶ and type ▶ | 56a | | |
| | 57 Amount paid with Form 4868 (request for extension) | 57 | | |
| | 58 Excess social security and RRTA tax withheld (see page 27) Stmt 7 | 58 4,055. | | |
| | 59 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | | |
| | 60 Add lines 54, 55, 56a, 57, 58, and 59. These are your **total payments** ▶ | | 60 | 121,962. |
| **Refund** | 61 If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** | | 61 | |
| Have it directly deposited! See Page 27 and fill in 62b, 62c, and 62d. | 62a Amount of line 61 you want **REFUNDED TO YOU** ▶ | | 62a | |
| | ▶ b Routing number c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d Account number | | | |
| | 63 Amount of line 61 you want **APPLIED TO YOUR 1998 ESTIMATED TAX** ▶ | 63 | | |
| **Amount You Owe** | 64 If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 27 ▶ | | 64 | 2,061,494. |
| | 65 Estimated tax penalty. Also include on line 64 | 65 104,691. | | |

**Sign Here** Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| | | EXECUTIVE |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] | Date 10/14/98 | Check if self-employed [X] | Preparer's social security no. 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 |
| Firm's name (or yours if self-employed) and address ▶ | Dacey Guarino & Company | EIN | 05 0425517 |
| | 1275 Wampanoag Trail, Suite 20 | ZIP code | 02915-1217 |
| | East Providence, RI | | |

** Interest not Included 80,073.
** Penalty not Included 58,704.

**** Total Due 2,200,271.

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals, Estates, and Trusts

▶ See separate instructions.
▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041.

OMB No.1545-0140
1997
Attachment Sequence No. 06

Name(s) shown on tax return

EDWARD MARANDOLA JR.

**Note:** In most cases, you **do not** need to file Form 2210. The IRS will figure any penalty you owe and sen[redacted] Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from line 20 or line 32 on the penalty line of your return, but do not attach Form 2210.

## Part I Reasons for Filing

If 1a, b, or c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1 Check whichever boxes apply (if none apply, see the **Note** above):

- a ☐ You request a **waiver.** In certain circumstances, the IRS will waive all or part of the penalty. See **Walver of Penalty** on page 1 of the instructions.
- b ☐ You use the **annualized income installment method.** If your income varied during the year, this method may reduce the amount of one or more required installments. See page 4 of the instructions.
- c ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payments on the payment due dates. See the instructions for line 22 on page 3.
- d ☐ Your required annual payment (line 13 below) is based on your 1996 tax and you filed or are filing a joint return for either 1996 or 1997 but not for both years.

## Part II Required Annual Payment

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 2 | Enter your 1997 tax after credits (see page 2 of the instructions) **Caution:** Also see page 2 for a special rule if claiming the research credit | | | 2 | 2,078,765. |
| 3 | Other taxes (see page 2 of the instructions) | | | 3 | |
| 4 | Add lines 2 and 3 | | | 4 | 2,078,765. |
| 5 | Earned income credit | 5 | | | |
| 6 | Credit for Federal tax paid on fuels | 6 | | | |
| 7 | Add lines 5 and 6 | | | 7 | |
| 8 | Current year tax. Subtract line 7 from line 4 | | | 8 | 2,078,765. |
| 9 | Multiply line 8 by 90% (.90) | 9 | 1,870,889. | | |
| 10 | Withholding taxes. **Do not** include any estimated tax payments on this line (see page 2 of the instructions) | | | 10 | 121,962. |
| 11 | Subtract line 10 from line 8. If less than $500, stop here; **do not** complete or file this form. You do not owe the penalty | | | 11 | 1,956,803. |
| 12 | Enter the tax shown on your 1996 tax return (110% of that amount if the adjusted gross income shown on that return is more than $150,000, or if married filing separately for 1997, more than $75,000). **Caution:** See instructions. | | | 12 | 1,887,114. |
| 13 | **Required annual payment.** Enter the **smaller** of line 9 or line 12 | | | 13 | 1,870,889. |

**Note:** If line 10 is equal to or more than line 13, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above.

## Part III Short Method

**(Caution:** See page 2 of the instructions to find out if you can use the short method. If you checked box **1b** or **c** in Part I, skip this part and go to Part IV.)

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 14 | Enter the amount, if any, from line 10 above | 14 | 121,962. | | |
| 15 | Enter the total amount, if any, of estimated tax payments you made | 15 | | | |
| 16 | Add lines 14 and 15 | | | 16 | 121,962. |
| 17 | **Total underpayment for year.** Subtract line 16 from line 13. If zero or less, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above | | | 17 | 1,748,927. |
| 18 | Multiply line 17 by .05986 | | | 18 | 104,691. |
| 19 | • If the amount on line 17 was paid **on or after** 4/15/98, enter -0-. • If the amount on line 17 was paid **before** 4/15/98, make the following computation to find the amount to enter on line 19. Amount on line 17 x Number of days paid before 4/15/98 x .00025 | | | 19 | 0. |
| 20 | **PENALTY.** Subtract line 19 from line 18. Enter the result here and on Form 1040, line 65; Form 1040A, line 34; Form 1040NR, line 65; Form 1040NR-EZ, line 26; or Form 1041, line 27 ▶ | | | 20 | 104,691. |

LHA **For Paperwork Reduction Act Notice, see page 1 of separate instructions.** Form **2210** (1997)

712501
12-10-97

**SCHEDULES A&B (Form 1040)** Department of the Treasury Internal Revenue Service

# Schedule A - Itemized Deductions

**(Schedule B is on page 2)**

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074 **1997** Attachment Sequence No. 07

Name(s) shown on Form 1040: EDWARD MARANDOLA JR. — Your social security number: [redacted]

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses (see page A-1) See Statement 12 | 1 | 1,855. | | |
| | 2 | Enter amount from Form 1040, line 33 — 2: 5,488,919. | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 411,669. | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0. |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes See Statement 9 | 5 | 133,104. | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 47,585. | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ See Statement 8 | 8 | 17,385. | | |
| | 9 | Add lines 5 through 8 | | | 9 | 198,074. |
| **Interest You Paid** (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | |
| **Note:** Personal interest is not deductible. | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ID# 13-3098068 MERRILL LYNCH CREDIT CORP | 11 | 81,269. | | |
| | 12 | Points not reported to you on Form 1098. See page A-3 | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) Stmt 11 | 13 | 50,307. | | |
| | 14 | Add lines 10 through 13 | | | 14 | 131,576. |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 See Statement 10 | 15 | 17,897. | | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. You MUST attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 17,897. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-4.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 33 — 24 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-5. List type and amount ▶ | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 33, over $121,200 (over $60,600 if married filing separately)? Stmt 13<br>**NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 35, the **larger** of this amount or your standard deduction. ▶<br>**YES.** Your deduction may be limited. See page A-5 for the amount to enter. | | | 28 | 186,515. |

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1.

EDWARD MARANDOLA JR.

Your social security number: [redacted]

## Schedule B - Interest and Dividend Income

Attachment Sequence No. 08

### Part I Interest Income

Note: *If you had over $400 in taxable interest income, you must also complete Part III.*

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ See Statement 14 | 1 | 47,662. |
| 2 | Add the amounts on line 1 | 2 | 47,662. |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 47,662. |

### Part II Dividend Income

Note: *If you had over $400 in gross dividends and/or other distributions on stock, you must also complete Part III.*

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

5 List name of payer. Include gross dividends and/or other distributions on stock here. Any capital gain distributions and nontaxable distributions will be deducted on lines 7 and 8 ▶

| Payer | | Amount |
|---|---|---|
| COWEN & CO | 5 | 386. |
| GALAXY FUNDS | 5 | 5. |
| HAMBRECHT & QUIST LLC | 5 | 549. |
| MERRILL LYNCH | 5 | 1. |
| ALLIANCE FUND SERVICES | 5 | 1,252. |
| CORBURN & MEREDITH | 5 | 1,496. |
| CULVERWELL CAP RES | 5 | 12. |
| HAMBRECHT & QUEST H40-61826 | 5 | 47. |
| From K-1 - BARBER'S AUTO SALES & BODY WORKS | 5 | 5,169. |

| | | | | | |
|---|---|---|---|---|---|
| 6 | Add the amounts on line 5 | | | 6 | 8,917. |
| 7 | Capital gain distributions. Enter here and on Schedule D | 7 | | | |
| 8 | Nontaxable distributions. See Statement 15 | 8 | 1. | | |
| 9 | Add lines 7 and 8 | | | 9 | 1. |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | | | 10 | 8,916. |

### Part III Foreign Accounts and Trusts

You must complete this part if you (a) had over $400 of interest or dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 11a | At any time during 1997, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 12 | During 1997, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520 or 926. See page B-2 | | X |

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

1997

Attachment Sequence No. 12

Name(s) shown on Form 1040

EDWARD MARANDOLA JR.

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| | (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired | (c) Date sold | (d) Sales price (See page D-3) | (e) Cost or other basis (See page D-4) | (f) GAIN or (LOSS) FOR ENTIRE YEAR Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | See Statement 16 | | | 20705998. | 23390666. | <2,684,668.> |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 | | 2 | | | |
| 3 | **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | | 3 | 20705998. | | |
| 4 | Short-term gain from Forms 2119 and 6252, and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 9 of your 1996 Capital Loss Carryover Worksheet | | | | 6 | (5,221,091.) |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ▶ | | | | 7 | <7,905,759.> |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| | (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired | (c) Date sold | (d) Sales price (See page D-3) | (e) Cost or other basis (See page D-4) | (f) GAIN or (LOSS) FOR ENTIRE YEAR Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|---|
| 8 | See Statement 17 | | | 1,590,225. | 240,658. | 1,349,567. | 1,338,606. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 | | 9 | | | | |
| 10 | **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | | 10 | 1,590,225. | | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2119, 2439, and 6252; and long-term gain or loss from Forms 4684, 6781, and 8824 See Statement 18 | | | | 11 | 40,960. | 40,959. |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 | | |
| 13 | Capital gain distributions | | | | 13 | | |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 14 of your 1996 Capital Loss Carryover Worksheet | | | | 14 | ( ) | ( ) |
| 15 | Combine lines 8 through 14 in column (g) | | | | 15 | | 1,379,565. |
| 16 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ▶ | | | | 16 | 1,390,527. | |

* **28% Rate Gain or Loss** includes all gains and losses in Part II, column (f) from sales, exchanges, conversions (including installment payments received) either:
- **Before** May 7, 1997, or
- **After** July 28, 1997, for assets held more than 1 year but **not** more than 18 months.

It also includes **ALL** "collectibles gains and losses" (as defined on page D-4).

## Part III Summary of Parts I and II

| | | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13<br>**Next:** Complete Form 1040 through line 38. Then, go to **Part IV** to figure your tax if:<br>• Both lines 16 and 17 are gains, **and**<br>• Form 1040, line 38, is more than zero. | 17 | <6,515,232.> |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:<br>• The loss on line 17; **or**<br>• (3,000) or, if married filing separately, (1,500) | 18 | ( 3,000.) |
| | **Next:** Complete Form 1040 through line 36. Then, complete the **Capital Loss Carryover Worksheet** on page D-4 if:<br>• The loss on line 17 exceeds the loss on line 18, **or**<br>• Form 1040, line 36, is a loss See Statement 19 | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| | | | | | |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 38 | | | 19 | |
| 20 | Enter the **smaller** of line 16 or line 17 | 20 | | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | | | |
| 23 | Combine line 7 and 15. If zero or less, enter -0- | 23 | | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | | | |
| 25 | Enter your unrecaptured section 1250 gain, if any (see page D-4) | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | |
| 29 | Enter the **smaller** of line 19 or $41,200 ($24,650 if single; $20,600 if married filing separately; $33,050 if head of household) | | | 29 | |
| 30 | Enter the **smaller** of line 28 or line 29 | | | 30 | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | | | 31 | |
| 32 | Enter the **larger** of line 30 or line 31 | | | 32 | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies ▶ | | | 33 | |
| 34 | Enter the amount from line 29 | | | 34 | |
| 35 | Enter the amount from line 28 | | | 35 | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- | | | 36 | |
| 37 | Multiply line 36 by 10% (.10) ▶ | | | 37 | |
| 38 | Enter the **smaller** of line 19 or line 27 | | | 38 | |
| 39 | Enter the amount from line 36 | | | 39 | |
| 40 | Subtract line 39 from line 38. If zero or less, enter -0- | | | 40 | |
| 41 | Multiply line 40 by 20% (.20) ▶ | | | 41 | |
| 42 | Enter the **smaller** of line 22 or line 25 | | | 42 | |
| 43 | Add lines 22 and 32 | 43 | | | |
| 44 | Enter the amount from line 19 | 44 | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | | | 45 | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | | | 46 | |
| 47 | Multiply line 46 by 25% (.25) ▶ | | | 47 | |
| 48 | Enter the amount from line 19 | | | 48 | |
| 49 | Add lines 32, 36, 40, and 46 | | | 49 | |
| 50 | Subtract line 49 from line 48 | | | 50 | |
| 51 | Multiply line 50 by 28% (.28) ▶ | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | |
| 54 | **Tax.** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 39 ▶ | | | 54 | |

SCHEDULE E (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

1997

Attachment Sequence No. 13

Name(s) shown on return

EDWARD MARANDOLA JR.

**Part I Income or Loss From Rental Real Estate and Royalties** Note: Report income and expenses from [redacted] personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

| 1 | Show the kind and location of each rental real estate property: | 2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days or • 10% of the total days rented at fair rental value? (See page E-1.) | Yes | No |
|---|---|---|---|---|
| A | RESIDENTIAL RENTAL 8401 POST ROAD NORTH KINGSTOWN, RI | A | | X |
| B | COMMERCIAL BUILDING PAWTUCKET, RI | B | | X |
| C | | C | | |

| Income: | | Properties A | Properties B | Properties C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | | 9,000. | | 3 | 9,000. |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see page E-2) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | 14,566. | | | 12 | 14,566. |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 6,266. | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Other (list) ▶ | 18 | | | | | |
| 19 Add lines 5 through 18 | 19 | 20,832. | | | 19 | 20,832. |
| 20 Depreciation expense or depletion (see page E-2) | 20 | 5,455. | 3,368. | | 20 | 8,823. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 26,287. | 3,368. | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file Form 6198 | 22 | <26,287.> | 5,632. | | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | <26,287.> | | | | |
| 24 **Income.** Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | 5,632. |
| 25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | | | | | 25 | ( 26,287.) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 | <20,655.> |

Case 1:05-cv-00252-CFL Document 24-10 Fi

Name(s) shown on return. Do not enter name and social security number if shown on Page 1

EDWARD MARANDOLA JR.

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gro*

*Real Estate professionals must complete line 42 below.*

## Part II Income or Loss From Partnerships and S Corporations

**Note:** *If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f) you must attach Form 6198.*

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | See Statement 20 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 140,074. | | | 5,152,288. |
| b Totals | 296. | | 169,863. | | |

| | | |
|---|---|---|
| 29 Add columns (h) and (k) of line 28a | 29 | 5,292,362. |
| 30 Add columns (g), (i), and (j) of line 28b | 30 | ( 170,159.) |
| 31 Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 5,122,203. |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | |
|---|---|---|
| 34 Add columns (d) and (f) of line 33a | 34 | |
| 35 Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| 38 Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | | |
|---|---|---|---|---|
| 39 Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | | | 39 | |
| 40 TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | | | 40 | 5,101,548. |
| 41 **Reconciliation of Farming and Fishing Income.** Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-5) | 41 | | | |
| 42 **Reconciliation for Real Estate Professionals.** If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | | | |

# 1997 Income from Passthroughs

VICTORY FINISHING TECHNOLOGIES, INC.
I.D. Number: 05-0251745
Type: S Corporation

Activity Information:

VICTORY FINISHING TECHNOLOGIES, INC.

Trade or business - Material participation

| | |
|---|---|
| Ordinary income (loss) | 338,396 |
| Rental real estate income (loss) | 3,341 |
| Schedule E activity income (loss) | 341,737 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 61,682 |

Other K-1 Information:

| | |
|---|---|
| Interest | 639 |
| Contributions - 50% limitation | 2,885 |
| Health insurance premiums | 3,091 |

Does not apply

Form **6251** Alternative Minimum Tax - Individuals

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227
**1997**
Attachment Sequence No. 32

Name(s) shown on Form 1040: EDWARD MARANDOLA JR.

Your social security number: [redacted]

## Part I Adjustments and Preferences

| Line | Description | | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 35, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 **or** 2 1/2% of Form 1040, line 33 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 198,074. |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | <6,271.> |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | 65,283. |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss See Statement 23 | 11 | 2,899. |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | 14 | |

| Item | Amount | Item | Amount |
|---|---|---|---|
| a Charitable contributions | | h Loss limitations | |
| b Circulation expenditures | | i Mining costs | |
| c Depletion | | j Patron's adjustment | |
| d Depreciation (pre-1987) | | k Pollution control facilities | |
| e Installment sales | | l Research and experimental | |
| f Intangible drilling costs | | m Tax shelter farm activities | |
| g Long-term contracts | | n Related adjustments | |

| Line | Description | | Amount |
|---|---|---|---|
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ▶ | 15 | 259,985. |

## Part II Alternative Minimum Taxable Income

| Line | Description | | Amount |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 36.** If less than zero, enter as a (loss) ▶ | 16 | 5,302,404. |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 33, is over $121,200 (over $60,600 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | <161,032.> |
| 19 | Combine lines 15 through 18 ▶ | 19 | 5,401,357. |
| 20 | Alternative tax net operating loss deduction. | 20 | |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ▶ | 21 | 5,401,357. |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see instructions.)

| If your filing status is: | And line 21 is not over: | THEN enter on line 22: |
|---|---|---|
| Single or head of household | $112,500 | $33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is **over** the amount shown above for your filing status, see instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 22 | Exemption Amount | 22 | 0. |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 5,401,357. |
| 24 | If you completed Schedule D (Form 1040), and had an amount on line 25 or line 27 (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | 24 | 1,508,880. |
| 25 | Alternative minimum tax foreign tax credit. | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 1,508,880. |
| 27 | Enter your tax from Form 1040, line 39 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 2,078,765. |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 48 ▶ | 28 | 0. |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**



719481
11-17-97

Case 1:05-cv-00252-CFL Document 24-10 Filed 10/25/2006 Page 12 of 20

## Part IV Line 24 Computation Using Maximum Capital Gains Rates

| Line | Description | | |
|---|---|---|---|
| 29 | Enter the amount from line 23 | | 29 |
| 30 | Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary) | 30 | |
| 31 | Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary) | 31 | |
| 32 | Add lines 30 and 31 | 32 | |
| 33 | Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary) | 33 | |
| 34 | Enter the **smaller** of line 32 or line 33 | | 34 |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- | | 35 |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | | 36 |
| 37 | Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax) | | 37 |
| 38 | Enter the **smallest** of line 29, line 30, or line 37 | | 38 |
| 39 | Multiply line 38 by 10% (.10) ▶ | | 39 |
| 40 | Enter the **smaller** of line 29 or line 30 | | 40 |
| 41 | Enter the amount from line 38 | | 41 |
| 42 | Subtract line 41 from line 40. If zero or less, enter -0- | | 42 |
| 43 | Multiply line 42 by 20% (.20) ▶ | | 43 |
| 44 | Enter the amount from line 29 | | 44 |
| 45 | Add lines 35, 38, and 42 | | 45 |
| 46 | Subtract line 45 from line 44 | | 46 |
| 47 | Multiply line 46 by 25% (.25) ▶ | | 47 |
| 48 | Add lines 36, 39, 43, and 47 | | 48 |
| 49 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 49 |
| 50 | Enter the **smaller** of line 48 or line 49 here and on line 24 ▶ | | 50 |

Form **4562** Department of the Treasury Internal Revenue Service

# Depreciation and Amortization (Including Information on Listed Property) SUMMARY

▶ Attach this form to your return.

OMB No. 1545-0172 **1997** Attachment Sequence No. 67

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| EDWARD MARANDOLA JR. | ALL BUSINESS ACTIVITI[redacted] | |

**Part I** Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "listed property," complete Part[redacted]

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions | 1 | 18,000. |
| 2 | Total cost of section 179 property placed in service | 2 | 295,000. |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 95,000. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 0. |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1996 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | 0. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 0. |
| 13 | Carryover of disallowed deduction to 1998. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

**Part II** MACRS Depreciation For Assets Placed in Service ONLY During Your 1997 Tax Year (Do Not Include Listed Property.)

**Section A - General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions ▶ ☐

**Section B - General Depreciation System (GDS)** (See instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Alternative Depreciation System (ADS)** (See instructions.)

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 16 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part III** Other Depreciation (Do Not Include Listed Property.) (See instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1997 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

LHA **For Paperwork Reduction Act Notice, see the separate instructions.** Form **4562** (1997)

716251
10-22-97

Form **8271** (Rev. January 1996) Department of the Treasury Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return

OMB No. 1545-0881

Attachment Sequence No. 71

| Investor's name(s) shown on return | Investor's identifying number | Investor's tax year ended |
|---|---|---|
| EDWARD MARANDOLA JR. | [redacted] | 12/31/97 |

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | AMERGAS DRILLING PROGRAM 1985-A L.P. | 85073000110 | 06-1126995 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

LHA For Paperwork Reduction Act Notice, see instructions.



719921
09-15-97

Case 1:05-cv-00252-CFL Document 24-10 Filed 10/25/2006 Page 15 of 20

25

**SCHEDULE K-1 (Form 1065)** Department of the Treasury Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 1997 or fiscal year beginning , 1997, and ending , 19

OMB No. 1545-0099

**1997**

Partner's identifying number ▶ 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

Partnership's identifying number ▶ 06-1126995

Partner's name, address, and ZIP code

EDWARD MARANDOLA
VICTORY PLATING
145 GLOBE ST.
PROVIDENCE, RI 02903

Partnership's name, address, and ZIP code

AMERGAS DRILLING PROGRAM 1985-A
LIMITED PARTNERSHIP
55 MONROE BLVD, SUITE 3J
LONG BEACH, NY 11561

**A** This partner is a [ ] general partner [X] limited partner [ ] limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a [X] domestic or a [ ] foreign partner?

**D** Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 3.7096000% |
| Loss sharing | % | 3.7096000% |
| Ownership of capital | % | 3.7096000% |

**E** IRS Center where partnership filed return: HOLTSVILLE, NY

**F** Partner's share of liabilities:

| | |
|---|---|
| Nonrecourse | $ 0. |
| Qualified nonrecourse financing | $ |
| Other | $ 0. |

**G** Tax shelter registration number ▶ 85073000110

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

**I** Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -1,259. | | -171. | ( ) | -1,430. |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | -174. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | | |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a Interest | 3. | Sch. B, Part I, line 1 |
| | b | Dividends | | Sch. B, Part II, line 5 |
| | c | Royalties | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): (1) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| | 5 | Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net sec. 1231 gain (loss) (other than casualty or theft): a 28% rate gain (loss) | | |
| | | b Total for year | | |
| | 7 | Other income (loss) (attach schedule) | | Enter on applicable line of your return |
| Deductions | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | | |
| | 11 | Other deductions (attach schedule) | | |
| Credits, Investment Interest & S.E. | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14 a | Interest expense on investment debts | | Form 4952, line1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 3. | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (2) Investment expenses included on line 10 above | | |
| | 15 a | Net earnings (loss) from self-employment | 0. | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Gross nonfarm income | | |
| Adjustments and Tax Preference | 16 a | Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | e | Other adjustments and tax preference items (attach schedule) | | |
| Other | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses | | |
| | 22 | Distributions of money (cash and marketable securities) | | |
| | 23 | Distributions of property other than money | | |

JWA For Paperwork Reduction Act Notice, see Form 1065 Instructions. No Information Required for Page 2 Schedule K-1 (Form 1065) 1997

25

711161 11-25-97

15090124 764526 1985A 020 AMERGAS DRILLING PROGRAM 1985- 1985A__1

Form **4952**

Department of the Treasury
Internal Revenue Service

# Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191

**1997**

Attachment Sequence No. 72

Name(s) shown on return: EDWARD MARANDOLA JR.

Identifying number: [redacted]

## Part I Total Investment Interest Expense

| | | Line | Amount |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1997. See Statement 24 | 1 | 64,547. |
| 2 | Disallowed investment interest expense from 1996 Form 4952, line 7 | 2 | 344,562. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 409,109. |

## Part II Net Investment Income

| | | Line | Amount |
|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) See Statement 25 | 4a | 56,578. |
| b | Net gain from the disposition of property held for investment | 4b | |
| c | Net capital gain from the disposition of property held for investment | 4c | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | 4d | |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ▶ | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e | 4f | 56,578. |
| 5 | Investment expenses See Statement 26 | 5 | 6,271. |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | 6 | 50,307. |

## Part III Investment Interest Expense Deduction

| | | Line | Amount |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1998. Subtract line 6 from line 3. If zero or less, enter -0- See Statement 27 | 7 | 358,802. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 | 8 | 50,307. |

Form **4952**

Department of the Treasury
Internal Revenue Service

# Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191

**1997**

Attachment Sequence No. 72

Name(s) shown on return: EDWARD MARANDOLA JR.

Identifying number: [redacted]

## Part I Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1997 | 1 | 64,547. |
| 2 | Disallowed investment interest expense from 1996 Form 4952, line 7 | 2 | 344,562. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 409,109. |

## Part II Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | | | 4a | 56,578. |
| b | Net gain from the disposition of property held for investment | 4b | | | |
| c | Net capital gain from the disposition of property held for investment | 4c | | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | | | 4d | |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ▶ | | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e | | | 4f | 56,578. |
| 5 | Investment expenses | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | | | 6 | 56,578. |

## Part III Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1998. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 352,531. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 | 8 | 56,578. |

| | |
|---|---|
| Regular Form 4952, line 8 | 50,307. |
| Less recomputed Form 4952, line 8 | 56,578. |
| Interest adjustment - Form 6251 line 7 | <6,271.> |

Form **8582** Department of the Treasury Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate Instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008 **1997** Attachment Sequence No. 88

Name(s) shown on return: EDWARD MARANDOLA JR.

Identifying number: [redacted]

## Part I 1997 Passive Activity Loss

**Caution:** *See the instructions for Worksheets 1 and 2 on page 7 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | 145,706. | | |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | <26,409.> | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | | | |
| d | Combine lines 1a, 1b, and 1c | | | 1d | 119,297. |

**All Other Passive Activities**

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 2a | Activities with net income (enter the amount from Worksheet 2, column (a)) | 2a | | | |
| b | Activities with net loss (enter the amount from Worksheet 2, column (b)) | 2b | <174.> | | |
| c | Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) | 2c | | | |
| d | Combine lines 2a, 2b, and 2c | | | 2d | <174.> |
| 3 | Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Take the losses to the form or schedule you normally report them on. If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | 119,123. |

## Part II Special Allowance for Rental Real Estate With Active Participation

**Note:** *Enter all numbers in Part II as positive amounts. See page 7 of the instructions for examples.*

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | |
| 5 | Enter $150,000. If married filing separately, see the instructions | 5 | | | |
| 6 | Enter modified adjusted gross income, but not less than zero | 6 | | | |
| | **Note:** If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7. | | | | |
| 7 | Subtract line 6 from line 5 | 7 | | | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | |
| 9 | Enter the **smaller** of line 4 or line 8 | | | 9 | |

## Part III Total Losses Allowed

| Line | Description | | Amount |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total | 10 | |
| 11 | **Total losses allowed from all passive activities for 1997.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 26,583. |

Case 1:05-cv-00252-CFL Document 24-10 Filed 10/25/2006 Page 19 of 20

Alternative Minimum Tax

Form **8582** Department of the Treasury Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate Instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008 **1997** Attachment Sequence No. 88

Name(s) shown on return: EDWARD MARANDOLA JR.

Identifying number: [redacted]

**Part I 1997 Passive Activity Loss**

**Caution:** *See the instructions for Worksheets 1 and 2 on page 7 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| Line | Description | | | | |
|---|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | 146,900. | | |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | <24,704.> | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | | | |
| d | Combine lines 1a, 1b, and 1c | | | 1d | 122,196. |

**All Other Passive Activities**

| Line | Description | | | | |
|---|---|---|---|---|---|
| 2a | Activities with net income (enter the amount from Worksheet 2, column (a)) | 2a | | | |
| b | Activities with net loss (enter the amount from Worksheet 2, column (b)) | 2b | <174.> | | |
| c | Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) | 2c | | | |
| d | Combine lines 2a, 2b, and 2c | | | 2d | <174.> |
| 3 | Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Take the losses to the form or schedule you normally report them on. If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | 122,022. |

**Part II Special Allowance for Rental Real Estate With Active Participation**

**Note:** *Enter all numbers in Part II as positive amounts. See page 7 of the instructions for examples.*

| Line | Description | | | | |
|---|---|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | |
| 5 | Enter $150,000. If married filing separately, see the instructions | 5 | | | |
| 6 | Enter modified adjusted gross income, but not less than zero | 6 | | | |
| | **Note:** If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7. | | | | |
| 7 | Subtract line 6 from line 5 | 7 | | | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | |
| 9 | Enter the **smaller** of line 4 or line 8 | | | 9 | |

**Part III Total Losses Allowed**

| Line | Description | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total | 10 | |
| 11 | **Total losses allowed from all passive activities for 1997.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 24,878. |

LHA **For Paperwork Reduction Act Notice, see separate instructions.** Form **8582** (1997)

Case 1:05-cv-00252-CFL Document 24-10 Filed 10/25/2006 Page 20

TABLE 1 (Keep for your records.)

**Part I** Qualified Loan Limit

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | Enter the average balance for 1997 of all your grandfathered debt. See line 1 instructions. | 1 | |
| 2 | Enter the average balance for 1997 of all your home acquisition debt. See line 2 instructions | 2 | 1,513,202. |
| 3 | Enter $1,000,000 ($500,000 if married filing separately) | 3 | 1,000,000. |
| 4 | Enter the **larger** of the amount on line 1 or the amount on line 3 | 4 | 1,000,000. |
| 5 | Add the amounts on lines 1 and 2. Enter the total here | 5 | 1,513,202. |
| 6 | Enter the **smaller** of the amount on line 4 or the amount on line 5 | 6 | 1,000,000. |
| 7 | Enter $100,000 ($50,000 if married filing separately). See line 7 instructions for a limit that may apply | 7 | 0. |
| 8 | Add the amounts on lines 6 and 7. Enter the total. This is your qualified loan limit | 8 | 1,000,000. |

**Part II** Deductible Home Mortgage Interest

| Line | Description | No. | Amount |
|---|---|---|---|
| 9 | Enter the total of the average balances of 1997 for all mortgages on **all** qualified homes. See line 9 instructions | 9 | 1,513,202. |
| | • If line 8 is less than line 9, GO ON to line 10. • If line 8 is equal to or more than line 9, STOP HERE. All of your interest on all the mortgages included on line 9 is deductible as home mortgage interest on Schedule A (Form 1040), line 10 or 11, whichever applies. | | |
| 10 | Enter the total amount of interest that you paid in 1997. See line 10 instructions | 10 | 122,948. |
| 11 | Divide the amount on line 8 by the amount on line 9. Enter the result as a decimal amount (rounded to three places) | 11 | x .661 |
| 12 | Multiply the amount on line 10 by the decimal amount on line 11. Enter the result. This is your **deductible home mortgage interest.** Enter this amount on Schedule A (Form 1040), line 10 or 11, whichever applies | 12 | 81,269. |
| 13 | Subtract the amount on line 12 from the amount on line 10. Enter the result. This is **not home mortgage interest.** See line 13 instructions | 13 | 41,679. |