| Form 1040 | Personal Exemption Worksheet | Statement 1 |
|---|---|---|

1. Is the amount on Form 1040, line 33, more than the amount shown on line 4 below for your filing status?
   No.  Stop. Multiply $2,650 by the total number of exemptions claimed on Form 1040, line 6d, and enter the result on line 37.
   Yes. Go to line 2.
2. Multiply $2,650 by the total number of exemptions claimed on Form 1040, line 6d . . . . . . . . . . . . . . . . . . .    13,250.
3. Enter the amount from Form 1040, line 33 . .    5,488,919.
4. Enter the amount for your filing status . .    121,200.
   Married filing separate        $ 90,900
   Single                         $121,200
   Head of household              $151,500
   Married filing joint or widow(er)   $181,800
5. Subtract line 4 from line 3 . . . . . . . .    5,367,719.
   If line 5 is more than $122,500 ($61,250 if married filing separate) enter zero on Form 1040, line 37.
6. Divide line 5 by $2,500 ($1,250 if MFS) . .
7. Multiply line 6 by 2% (.02) and enter the result as a decimal . . . . . . . . . . . . . . . . . . . .
8. Multiply line 2 by line 7 . . . . . . . . . . . . . . . . . . .
9. Subtract line 8 from line 2. Total to Form 1040, line 37.    0.

| Form 1040 | Tax-Exempt Interest | Statement 2 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| THE BOSTON GROUP | 11. |
| Total to Form 1040, line 8b | 11. |

| Form 1040 | Wages Received and Taxes Withheld | Statement 3 |
|---|---|---|

| T S | Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|---|
| T | VICTORY FINISHING TECHNOLOGIES | 133,756. | 26,907. | 7,407. | | 4,055. | 1,895. |
| T | DIVERSIFIED PRODUCTS, INC. | 253,037. | 90,986. | 24,856. | 456. | 4,055. | 3,669. |
| | Totals | 386,793. | 117,893. | 32,263. | 456. | 8,110. | 5,564. |

| Form 1040 | | Late Payment Interest | | | | Statement 4 |
|---|---|---|---|---|---|---|
| Description | Date | Amount | Balance | Rate | Days | Interest |
| Tax due | 04/15/98 | 1,956,803. | 1,956,803. | .0800 | 183 | 80,073. |
| Date filed | 10/15/98 | | 2,036,876. | | | |
| Total late payment interest | | | | | | 80,073. |

| Form 1040 | | Late Payment Penalty | | | Statement 5 |
|---|---|---|---|---|---|
| Description | Date | Amount | Balance | Months | Penalty |
| Tax due | 04/15/98 | 1,956,803. | 1,956,803. | 6 | 58,704. |
| Date filed | 10/15/98 | | | | |
| Total late payment penalty | | | | | 58,704. |

| Form 1040 | Federal Income Tax Withheld | Statement 6 |
|---|---|---|

| T S | Description | Amount |
|---|---|---|
| T | Wages/Salaries | 117,893. |
|   | From Form 1099-INT or 1099-DIV | 14. |
|   | Total to Form 1040, line 54 | 117,907. |

| Form 1040 | Excess Social Security Tax Worksheet | Statement | 7 |

|  | Taxpayer | Spouse |
|---|---|---|
| 1. Add all social security tax withheld but not more than $4,054.80 for each employer (this tax should be shown in Box 4 of your W-2 forms). Enter the total here . . . . . . . . . . . . . . . . . . . . . . . | 8,110. | |
| 2. Enter any uncollected social security tax on tips or group-term life insurance included in the total on Form 1040, line 53 . . . . . . . . . . . . . . . . . . | | |
| 3. Add lines 1 and 2 . . . . . . . . . . . . . . . . . . | 8,110. | |
| 4. Social security tax limit . . . . . . . . . . . . . . | 4,055. | |
| 5. Subtract line 4 from line 3. Excess social security tax included in Form 1040, line 58 . . . . . . . . . . | 4,055. | |

| Schedule A | Other Taxes | Statement | 8 |

| Description | Amount |
|---|---|
| REAL ESTATE 111 HARISON AVE - CLOSING | 5,069. |
| REAL ESTATE HARISON AVE LAND | 6,271. |
| REAL ESTATE - NEWRY ME | 3,079. |
| REAL ESTATE - TAHOE | 58. |
| REAL ESTATE - HILLSIDE ST | 2,908. |
| Total to Schedule A, line 8 | 17,385. |

| Schedule A | State and Local Income Taxes | Statement | 9 |

| Description | Amount |
|---|---|
| VICTORY FINISHING TECHNOLOGIES | 7,407. |
| DIVERSIFIED PRODUCTS, INC. | 24,856. |
| State Disability Insurance - DIVERSIFIED PRODUCTS, INC. | 456. |
| Massachusetts Tax Payments | 385. |
| Rhode Island Tax Payments | 100,000. |
| Total to Schedule A, line 5 | 133,104. |

| Schedule A | Cash Contributions | | Statement 10 |
|---|---|---|---|
| Description | | Amount 50% Limit | Amount 30% Limit |
| Miscellaneous | | 0. | |
| MADONNA MANOR | | 250. | |
| RI HOSPITAL FOUNDATION | | 5,000. | |
| SAVE THE BAY | | 500. | |
| SUFFOLK UNIVERSITY | | 2,500. | |
| PED/NEUR FOUNDATION | | 1,800. | |
| SALVE REGINA UNIVERSITY | | 230. | |
| GREAT GATSBY SOCIETY | | 285. | |
| MISCELLANEOUS $100 OR LESS | | 1,140. | |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | | 2,885. | |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | | 1,988. | |
| From K-1 - NORWOOD MOTOR GROUP, INC. | | 706. | |
| From K-1 - NORWOOD MOTOR ASSOCIATES, INC. | | 24. | |
| From K-1 - POISTANO REALTY CO., INC. | | 26. | |
| From K-1 - BARBER'S AUTO SALES & BODY WORKS | | 563. | |
| Subtotals | | 17,897. | |
| Total to Schedule A, line 15 | | | 17,897. |

| Schedule A | Investment Interest | Statement 11 |
|---|---|---|
| Description | | Amount |
| FLEET BANK - LAND MORTGAGE | | 5,395. |
| COBURN & MEREDITH - MARGIN INTEREST | | 46,430. |
| HAMBRECHT & QUIST | | 1,028. |
| COWEN & CO | | 1,499. |
| Disallowed Investment Interest Prior Years | | 344,562. |
| HAMBRECHT & QUIST | | 9,906. |
| FLEET BANK - LAND MTGE (NEW) | | 289. |
| Disallowed Investment Interest | | <14,240.> |
| Disallowed Investment Interest C/O | | <344,562.> |
| Total to Schedule A, line 13 | | 50,307. |

| Schedule A | Medical and Dental Expenses | Statement 12 |
|---|---|---|

| Description | Amount |
|---|---|
| Self-employed Health Insurance | 1,855. |
| Total to Schedule A, line 1 | 1,855. |



| Schedule A | Itemized Deductions Worksheet | Statement 13 |
|---|---|---|

| | | |
|---|---|---:|
| 1. | Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 .................... | 347,547. |
| 2. | Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling losses included on line 27 ....... | 50,307. |
| 3. | Subtract line 2 from line 1. If the result is zero, STOP HERE; enter the amount from line 1 above on Schedule A, line 28 ...................... | 297,240. |
| 4. | Multiply line 3 above by 80% (.80) ..... 237,792. | |
| 5. | Enter the amount from Form 1040, line 32. .. 5,488,919. | |
| 6. | Enter $121,200 ($60,600 if married filing separately) ................ 121,200. | |
| 7. | Subtract line 6 from line 5. If the result is zero or less, STOP HERE; enter the amount from line 1 above on Schedule A, line 28 .. 5,367,719. | |
| 8. | Multiply line 7 above by 3% (.03) ...... 161,032. | |
| 9. | Enter the smaller of line 4 or line 8 ............ | 161,032. |
| 10. | Total itemized deductions. Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 .... | 186,515. |

| Schedule B | Interest Income | Statement 14 |
|---|---|---|

| Name of Payer | Amount |
|---|---:|
| BER-LYN | 873. |
| FLEET NATIONAL BANK | 386. |
| M L CREDIT CORP (ESCROW) | 615. |
| R.I. HOSPITAL TRUST BANK | 45. |
| FLET NATIONAL BANK | 32. |
| FLEET NATIONAL BANK | 64. |
| LESS REC'D AS NOMINEE | <32.> |
| LESS REC'D AS NOMINEE | <64.> |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | 639. |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | 26,095. |
| From K-1 - NORWOOD MOTOR ASSOCIATES, INC. | 190. |
| From K-1 - AMERGAS DRILLING PROGRAM 1985-A L.P. | 3. |
| US GOVT INTEREST | 271. |
| OTHER INTEREST | 180. |
| U.S. GOV'T. INTEREST | 881. |
| OTHER INTEREST | 150. |
| GOV'T SECUTITIES | 1,159. |
| OTHER INTEREST | 16,175. |
| Total to Schedule B, line 1 | 47,662. |

# 1997 Income from Passthroughs

DIVERSIFIED PRODUCTS, INC.
I.D. Number: 05-0384622
Type: S Corporation

Activity Information:

 DIVERSIFIED PRODUCTS, INC.

 Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 4,545,163 |
| Rental real estate income (loss) | 5,280 |
| Schedule E activity income (loss) | 4,550,443 |

Tax Preference Items:

 Depreciation adjustment for post-1986 property         -7,071

Other K-1 Information:

| | |
|---|---:|
| Interest | 26,095 |
| Contributions - 50% limitation | 1,988 |
| Investment income | 26,095 |

728021
11-12-97

## 1997 Income from Passthroughs

OCEAN STATE NISSAN, INC.
I.D. Number: 05-0422120
Type: S Corporation

Activity Information:

OCEAN STATE NISSAN, INC.

Trade or business - Material participation

| | | |
|---|---:|---:|
| Ordinary income (loss) | -24,510 | |
| Schedule E activity income (loss) | | -24,510 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 2,087 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 451 |
| Investment income | 451 |

728021
11-12-97

# 1997 Income from Passthroughs

NORWOOD MOTOR GROUP, INC.
I.D. Number: 05-0461212
Type: S Corporation

Activity Information:

NORWOOD MOTOR GROUP, INC.

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 110,134 |
| Schedule E activity income (loss) | 110,134 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 2,031 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 1,031 |
| Contributions - 50% limitation | 706 |
| Investment income | 1,031 |

728021
11-12-97

# 1997 Income from Passthroughs

NORWOOD MOTOR ASSOCIATES, INC.
I.D. Number: 05-0461217
Type: S Corporation

Activity Information:

NORWOOD MOTOR ASSOCIATES, INC.

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 149,974 |
| Schedule E activity income (loss) | 149,974 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 340 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 190 |
| Contributions - 50% limitation | 24 |
| Investment income | 190 |

728021
11-12-97

# 1997 Income from Passthroughs

AMERGAS DRILLING PROGRAM 1985-A L.P.
I.D. Number: 06-1126995
Type: Partnership

Activity Information:

AMERGAS DRILLING PROGRAM 1985-A L.P.

Other passive activity

| | | |
|---|---:|---:|
| Ordinary income (loss) | -174 | |
| CANCELLATION OF INDEBTEDNESS | 0 | |
| Schedule E activity income (loss) | | -174 |
| Allowable passive loss from Form 8582 | | -174 |

Tax Preference Items:

Other K-1 Information:

| | |
|---|---:|
| Interest | 3 |
| Investment income | 3 |

728021
11-12-97

# 1997 Income from Passthroughs

POISTANO REALTY CO., INC.
I.D. Number: 05-0477314
Type: S Corporation

Activity Information:

POISTANO REALTY CO., INC.

Rental real estate - Active participation

| | |
|---|---:|
| Ordinary income (loss) | -744 |
| Rental real estate income (loss) | 83,147 |
| Schedule E activity income (loss) | 82,403 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 486 |

Other K-1 Information:

| | |
|---|---:|
| Contributions - 50% limitation | 26 |

728021
11-12-97

# 1997 Income from Passthroughs

ISCHIA FREEDOM CORPORATION
I.D. Number: 05-0480072
Type: S Corporation

Activity Information:

ISCHIA FREEDOM CORPORATION

Rental real estate - Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 78 |
| Schedule E activity income (loss) | 78 |

728021
11-12-97

# 1997 Income from Passthroughs

1. R M REALTY L.L.C.
   I.D. Number: 05-0494321
   Type: Partnership

Activity Information:

R M REALTY L.L.C.

Rental real estate - Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 57,593 |
| Schedule E activity income (loss) | 57,593 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 158 |

728021
11-12-97

# 1997 Income from Passthroughs

BARBER'S AUTO SALES & BODY WORKS
I.D. Number: 05-0313521
Type: S Corporation

Activity Information:

BARBER'S AUTO SALES & BODY WORKS

Trade or business - Material participation

| | | |
|---|---:|---:|
| Ordinary income (loss) | -130,289 | |
| Schedule E activity income (loss) | | -130,289 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 6,024 |

Other K-1 Information:

| | |
|---|---:|
| Interest | 17,334 |
| Dividends | 5,169 |
| Contributions - 50% limitation | 563 |
| Investment income | 22,503 |

728021
11-12-97

# 1997 Income from Passthroughs

NORWOOD REALTY, L.L.C.
I.D. Number: 05-0493281
Type: Partnership

Activity Information:

NORWOOD REALTY, L.L.C.

Rental real estate - Active participation

| | | |
|---|---:|---:|
| Ordinary income (loss) | -122 | |
|    Schedule E activity income (loss) | | -122 |
|    Allowable passive loss from Form 8582 | | -122 |

728021
11-12-97

# 1997 Income from Passthroughs

TOM RICCI'S RENTAL CARS USA LLC
I.D. Number: 06-1478658
Type: Partnership

Activity Information:

TOM RICCI'S RENTAL CARS USA LLC

Trade or business - Material participation

| | | |
|---|---:|---:|
| Ordinary income (loss) | -15,064 | |
| Schedule E activity income (loss) | | -15,064 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 190 |

728021
11-12-97

# 1997 Income from Passthroughs

Summary of K-1 Information for all Passthroughs

Other K-1 Information:

| | |
|---|---:|
| Interest | 45,743 |
| Dividends | 5,169 |

Deductions:

| | |
|---|---:|
| Contributions - 50% limitation | 6,192 |
| Health insurance premiums | 3,091 |

Investment Interest Expense:

| | |
|---|---:|
| Investment income | 50,273 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 65,927 |

728021
11-12-97

# Depreciation and Amortization Detail     RESIDENTIAL RENTAL - 8401 POST ROAD NO    E- 1

| Asset Number | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization | Current year deduction |
|---|---|---|---|---|---|---|---|---|
| 1 | RESIDENTIAL RENTAL 8401 POST ROAD | | | | | | | |
|  | 010193 | SL | 27.50 | 17 | 150,000. | | 21,592. | 5,455. |
|  | Total Sch E Depreciation | | | | | | | |
|  | | | | | 150,000. | | 21,592. | 5,455. |

# - Current year section 179    (D) - Asset disposed

716261
10-07-97

# Depreciation and Amortization Detail — COMMERCIAL BUILDING - PAWTUCKET, RI    E-  2

| Asset Number | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization | Current year deduction |
|---|---|---|---|---|---|---|---|---|
| 101 | SIGN | | | | | | | |
| | 06 30 94 | 150DB | 15.00 | 17 | 35,000. | | 8,068. | 2,695. |
| 102 | BUILDING | | | | | | | |
| | 06 30 94 | SL | 39.00 | 17 | 26,250. | | 1,642. | 673. |
| | Total Sch E Depreciation | | | | 61,250. | | 9,710. | 3,368. |

\# - Current year section 179    (D) - Asset disposed

716261
10-07-97