Form **4797**

Department of the Treasury
Internal Revenue Service    (99)

# Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))

► Attach to your tax return.

OMB NO. 1545-0184

**1997**

Attachment
Sequence No. **27**

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number

**1** Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1997 on Form(s) 1099-S
(or a substitute statement) that you will be including on line 2, 10, or 20 .................................................. | **1** |

## Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) for entire year. Subtract (f) from the sum of (d) and (e) | (h) 28% RATE GAIN or (LOSS) (see instructions below) |
|---|---|---|---|---|---|---|---|
| **2** See Statement 21 | | | | | | 41,196. | 41,195. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 ............................................. | **3** | | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 ......................... | **4** | | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ........................... | **5** | | |
| **6** Gain, if any, from line 32, from other than casualty or theft ................................... | **6** | | |
| **7** Combine lines 2 through 6 in columns (g) and (h). Enter gain or (loss) here, and on the appropriate line as follows: | **7** | 41,196. | 41,195. |

**Partnerships** - Enter the gain or (loss) on Form 1065, Schedule K, lines 6a and 6b. Skip lines 8, 9, 11, and 12 below.

**S corporations** - Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7, column (g) is a gain and the S corporation is subject to the capital gains tax.

**All others** - If line 7, column (g) is zero or a loss, enter that amount on line 11 below and skip lines 8 and 9. If line 7, column (g) is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain or (loss) in each column as a long-term capital gain or (loss) on Schedule D and skip lines 8, 9, and 12 below.

| | | | |
|---|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years ...... See Statement 22 | **8** | 236. | 236. |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows: | **9** | 40,960. | 40,959. |

**S corporations** - Enter only the gain in column (g) on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others** - If line 9, column (g) is zero, enter the gain from line 7, column (g) on line 12 below. If line 9, column (g) is more than zero, enter the amount from line 8, column (g) on line 12 below, and enter the gain or (loss) in each column of line 9 as a long-term capital gain or (loss) on Schedule D.

* Corporations (other than S corporations) should not complete column (h). Partnerships and S corporations must complete column (h). All others must complete column (h) only if line 7, column (g), is a gain or loss includes all gains and losses in column (g) from sales, exchanges, or conversions (including installment payments received) either (a) before 5/7/97 or (b) after 7/28/97 for assets held more than 1 year but not more than 18 months.

## Part II — Ordinary Gains and Losses

**10** Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **11** Loss, if any, from line 7, column (g) ........................................ | **11** | | |
| **12** Gain, if any, from line 7, column (g) or amount from line 8, column (g) if applicable ............. | **12** | 236. | |
| **13** Gain, if any, from line 31 .................................................. | **13** | | |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a ............................... | **14** | | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 ................... | **15** | | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 ..................... | **16** | | |
| **17** Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations ........................ | **17** | | |
| **18** Combine lines 10 through 17 in column (g). Enter gain or (loss) here, and on the appropriate line as follows: | **18** | 236. | |

**a** For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

**b** For individual returns:

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here and on line 22 of Schedule A (Form 1040). Identify as from "Form 4797, line 18b(1)." | **18b(1)** | |

(2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 ....... | **18b(2)** | 236. |

**LHA**    For Paperwork Reduction Act Notice, see page 1 of separate instructions.

Form **4797** (1997)

718011/12-03-97

Case 1:05-cv-00252-CFL

**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |

| | These columns relate to the properties on lines 19A through 19D. ► | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | 20 | | | | |
| 21 | Cost or other basis plus expense of sale ............ | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable ... | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 ...... | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 .............. | 24 | | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 ... | 25a | | | | |
| b | Enter the smaller of line 24 or 25a ...................... | 25b | | | | |
| 26 | **If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291.** | | | | | |
| a | Additional depreciation after 1975 ...................... | 26a | | | | |
| b | Applicable percentage multiplied by the smaller of line 24 or line 26a .................................... | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e ........................................ | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 ...... | 26d | | | | |
| e | Enter the smaller of line 26c or 26d ................. | 26e | | | | |
| f | Section 291 amount (corporations only) ............ | 26f | | | | |
| g | Add lines 26b, 26e, and 26f .............................. | 26g | | | | |
| 27 | **If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership.** | | | | | |
| a | Soil, water, and land clearing expenses ............... | 27a | | | | |
| b | Line 27a multiplied by applicable percentage ...... | 27b | | | | |
| c | Enter the smaller of line 24 or 27b ..................... | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs ........................... | 28a | | | | |
| b | Enter the smaller of line 24 or 28a ..................... | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 ......................... | 29a | | | | |
| b | Enter the smaller of line 24 or 29a ..................... | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 ................................ | 30 | |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 ........................... | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6, column (g), and if applicable, column (h) ........................... | 32 | |

**Part IV** Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less

See instructions.

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years ................................. | 33 | | |
| 34 | Recomputed depreciation ........................................................................ | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. ........................................... | 35 | | |

| Schedule B | Nontaxable Distributions | Statement 15 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| MERRILL LYNCH | 1. |
| Total to Schedule B, line 8 | 1. |

---

| Schedule D | Short-Term Capital Gains and Losses | | | | Statement 16 |
|---|---|---|---|---|---|

| Description | Acquired | Sold | Price | Cost | Gain Or Loss |
|---|---|---|---|---|---|
| 11,000 SHS.   ADVANTAGE MEDIA GROUP | 08/  /96 | 09/17/97 | 35,117. | 50,606. | (15,489.) |
| 1,000 SHS.   ARZAN INT'L LTD. | 03/15/96 | 08/20/97 | 945. | 3,130. | (2,185.) |
| 500 WTS.   ARZAN INT'L LTD. | 03/15/96 | 08/20/97 | 95. | 67. | 28. |
| 2,500 SHS.   ADVANTAGE MEDIA GROUP | 03/04/96 | 08/26/97 | 8,124. | 11,255. | (3,131.) |
| 5,500 SHS.   ADVANTAGE MEDIA GROUP | 08/16/96 | 08/26/97 | 17,874. | 31,630. | (13,756.) |
| 6,400 SHS.   ADVANTAGE MEDIA GROUP | 10/  /96 | 10/17/97 | 20,928. | 40,182. | (19,254.) |
| 14,000 WTS SERENGENTI | VARIOUS | 12/09/97 | 1,792. | 25,960. | (24,168.) |
| 5,000 shs.   Inamed Corp | 08/18/97 | 09/05/97 | 30,915. | 29,424. | 1,491. |
| 65,000 shs Mark Solutions Inc | VARIOUS | 09/12/97 | 268,113. | 210,004. | 58,109. |
| 9,300 shs IDM Environemntal | 09/03/97 | 11/14/97 | 61,026. | 36,038. | 24,988. |
| 5,000 shs IDM Enviro. | 09/03/97 | 11/17/97 | 31,871. | 19,375. | 12,496. |
| 10,000 shs IDM Enviro. | 09/03/97 | 11/19/97 | 59,995. | 38,751. | 21,244. |
| 23,000 shs IDM Enviro. | 09/03/97 | 11/21/97 | 143,512. | 89,126. | 54,386. |
| 20,000 shs IDM Enviro. | VARIOUS | 11/21/97 | 126,243. | 109,504. | 16,739. |
| 17,000 shs Marketing Services | 10/14/97 | 12/16/97 | 73,282. | 97,753. | (24,471.) |
| 2,000 shs Inamed Corp | 08/18/97 | 12/16/97 | 7,247. | 12,336. | (5,089.) |
| 8,000 shs IDM Enviro. | 09/09/97 | 12/16/97 | 45,495. | 51,001. | (5,506.) |
| 3,000 shs Inamed Corp | 08/18/97 | 12/16/97 | 10,125. | 18,504. | (8,379.) |
| 500 call Miravant @ 35 | 12/15/97 | 12/18/97 | 68,498. | 103,478. | (34,980.) |
| 500 call Miravant @ 55 | 11/14/97 | 12/24/97 | EXPIRED | 128,053. | (128,053.) |
| 500 call Miravant @ 45 | 12/08/97 | 12/24/97 | EXPIRED | 39,418. | (39,418.) |
| 4,600 shs IDM Enviro | 09/09/97 | 12/31/97 | 26,734. | 29,326. | (2,592.) |
| 50 call Biochem 1/97 @ 45 | 12/10/96 | 01/07/97 | 31,467. | 35,472. | (4,005.) |
| 100 call Centenial Tech 1/97 @ 40 | VARIOUS | 01/03/97 | 297,565. | 190,264. | 107,301. |

| | | | | | |
|---|---|---|---|---|---|
| 200 call Centennial Tech 1/97 @ 45 | 12/19/96 | 01/03/97 | 123,114. | 71,852. | 51,262. |
| 100 call Centennial Tech 1/97 @ 45 | VARIOUS | 01/03/97 | 35,835. | 38,292. | (2,457.) |
| 270 call Centennial Tech 1/97 @ 50 | 12/31/96 | 01/06/97 | 28,753. | 143,284. | (114,531.) |
| 200 call Biochem 1/97 @ 40 | 12/09/96 | 01/07/97 | 217,250. | 165,014. | 52,236. |
| 450 call Biochem 1/97 @ 45 | VARIOUS | 01/07/97 | 216,324. | 275,972. | (59,648.) |
| 5000 shs Sterling Vision | 05/30/96 | 01/08/97 | 45,871. | 38,752. | 7,119. |
| 100 call Ascend Com. 1/97 @ 60 | 12/27/96 | 01/14/97 | 98,758. | 53,243. | 45,515. |
| 500 call Ascend Com. 1/97 @ 65 | 12/31/96 | 01/14/97 | 264,578. | 118,215. | 146,363. |
| 300 call Feet 1/97 @ 25 | 01/03/97 | 01/15/97 | 171,658. | 106,539. | 65,119. |
| 300 call Applied Materials 2/97 @ 35 | 01/06/97 | 01/17/97 | 322,809. | 146,242. | 176,567. |
| 3,000 shs Serengeti Eyewear | 06/25/96 | 01/28/97 | 20,997. | 22,501. | (1,504.) |
| 5,000 wts. Serengeti Eyewear | VARIOUS | 01/29/97 | 9,079. | 9,092. | (13.) |
| 1,000 shs Serengeti Eyewear | 09/05/96 | 02/03/97 | 7,223. | 6,326. | 897. |
| 5,000 shs Serengeti Eyewear | 09/05/96 | 02/12/97 | 26,247. | 31,701. | (5,454.) |
| 350 shs Serengeti Eyewear | 09/09/96 | 02/18/97 | 1,777. | 2,284. | (507.) |
| 10,000 shs Centennial Tech | VARIOUS | 02/21/97 | 22,165. | 241,906. | (219,741. |
| 200 call Computer Sciences | 01/30/97 | 02/21/97 | 33,353. | 70,342. | (36,989.) |
| 600 call Centennial Tech 2/97 @ 35 | VARIOUS | 02/24/97 | EXPIRED | 212,597. | (212,597. |
| 600 call Centennial Tech 2/97 @ 40 | VARIOUS | 02/24/97 | EXPIRED | 216,690. | (216,690. |
| 300 call Ascend Comm 2/97 @ 65 | 01/15/97 | 02/24/97 | EXPIRED | 258,692. | (258,692. |
| 200 call Ascend Comm 2/97 @ 70 | 01/20/97 | 02/24/97 | EXPIRED | 173,369. | (173,369. |
| 1,000 call Cabletron 2/97 @ 35 | VARIOUS | 02/24/97 | EXPIRED | 211,302. | (211,302. |
| 400 call Digital Equip. 2/97 @ 35 | 01/06/97 | 02/24/97 | EXPIRED | 166,859. | (166,859. |
| 100 call Digital Equip 2/97 @ 35 | 01/07/97 | 02/24/97 | EXPIRED | 38,417. | (38,417.) |
| 400 call 3Comm 2/97 @ 70 | 01/28/97 | 02/24/97 | 0. | 102,781. | (102,781. |
| 500 call 3Comm 2/97 @ 75 | 01/15/97 | 02/24/97 | 0. | 194,386. | (194,386. |
| 5,000 shs Alpha-Beta Tech | 02/07/97 | 03/20/97 | 56,221. | 58,751. | (2,530.) |

| Description | Date 1 | Date 2 | Col A | Col B | Col C |
|---|---|---|---|---|---|
| 5,000 shs Sequoia Sys | 10/11/96 | 03/20/97 | 11,185. | 13,440. | (2,255.) |
| 4,000 shs Cabletron Systems | 01/17/97 | 04/04/97 | 121,544. | 143,002. | (21,458.) |
| 7,000 shs Cabletron System | 01/20/97 | 04/ /97 | 213,691. | 251,511. | (37,820.) |
| 9,000 shs Cabletron Systems | 01/ /97 | 06/ /97 | 404,695. | 322,657. | 82,038. |
| 5,000 shs Quality Dino Ent | 10/14/96 | 06/05/97 | 13,346. | 22,940. | (9,594.) |
| 15,000 shs Cinemaster Theater | 02/21/97 | 06/05/97 | 14,398. | 41,690. | (27,292.) |
| 2,333 shs Genetic Vectors | 12/20/96 | 07/07/97 | 17,220. | 20,002. | (2,782.) |
| 1,650 shs Serengeti Eyewear | 09/09/96 | 07/07/97 | 5,442. | 10,768. | (5,326.) |
| 2,000 shs Nyer Medical Group | 11/22/96 | 07/07/97 | 11,623. | 30,752. | (19,129.) |
| 3,000 shs Platinum Entertain. | 09/ /96 | 07/07/97 | 19,197. | 48,754. | (29,557.) |
| 15,000 shs Red Roof Inns | 04/ /97 | 07/23/97 | 248,712. | 262,729. | (14,017.) |
| 8,000 shs ATCross | 06/03/97 | 07/28/97 | 75,714. | 91,169. | (15,455.) |
| 2,300 shs ATCross | 06/03/97 | 07/30/97 | 20,830. | 27,000. | (6,170.) |
| 1,000 shs ATCross | 06/03/97 | 07/31/97 | 8,949. | 11,739. | (2,790.) |
| 7,700 shs ATCross | 06/03/97 | 08/ /97 | 68,158. | 90,391. | (22,233.) |
| 8,000 shs ATCross | 06/ /97 | 08/ /97 | 68,140. | 94,255. | (26,115.) |
| 25,000 shs Alpha-Beta Tech | 02/07/97 | 08/20/97 | 111,474. | 295,001. | (183,527. |
| 25,000 shs Alpha-Beta Tech | VARIOUS | 08/21/97 | 109,057. | 252,271. | (143,214. |
| 3,000 shs ATCross | 06/04/97 | 08/25/97 | 26,547. | 35,731. | (9,184.) |
| 100 call Learning Co 1/98 @5 | 07/23/97 | 09/09/97 | 100,561. | 64,382. | 36,179. |
| 200 call Learning Co 1/98 @7.5 | VARIOUS | 09/09/97 | 151,093. | 119,319. | 31,774. |
| 5,000 shs Learning Inc | 07/28/97 | 09/10/97 | 75,170. | 54,453. | 20,717. |
| 4,000 shs Learning Inc | 07/ /97 | 09/ /97 | 58,394. | 49,917. | 8,477. |
| 1,000 shs Learning Inc | 08/01/97 | 09/16/97 | 13,660. | 13,190. | 470. |
| 3,600 shs Advantage Media | 10/11/96 | 09/17/97 | 12,530. | 22,951. | (10,421.) |
| 500 call Ascend Comm. 10/97 @ 40 | 09/09/97 | 10/20/97 | EXPIRED | 228,724. | (228,724. |
| 300 call Ascend Comm 10/97 @ 45 | 09/09/97 | 10/20/97 | EXPIRED | 83,589. | (83,589.) |
| 25,000 shs Advantage Media Gr | / /96 | 08/26/97 | 81,244. | 104,010. | (22,766.) |
| 1,000 shs Geowaste (as nominee) | 01/20/97 | 08/26/97 | 1,811. | 3,538. | (1,727.) |
| 550 call Micron 1/97 @ 35 | 01/02/97 | 12/26/96 | 22,247. | 18,853. | 3,394. |
| 150 call BQX 1/97 @ 55 | 01/03/97 | 12/20/96 | 18,872. | 11,078. | 7,794. |
| 150 call BQX 1/97 @ 50 | 12/10/96 | 01/08/97 | 23,344. | 31,555. | (8,211.) |
| 75 call GQW 1/97 @ 55 | 12/17/96 | 01/13/97 | 6,616. | 37,895. | (31,279.) |

| Description | Date | Date | | | |
|---|---|---|---|---|---|
| 400 call QQA 1/97 @ 70 | 12/27/96 | 01/13/97 | 10,755. | 19,365. | (8,610.) |
| 500 call MU 1/97 @ 32.5 | 12/26/96 | 01/13/97 | 35,396. | 58,055. | (22,659.) |
| 500 call Micron 2/97 @ 32.5 | 02/ /97 | 01/ /97 | 49,818. | 23,030. | 26,788. |
| 350 call MU 2/97 @ 32.5 | 01/13/97 | 02/13/97 | 41,934. | 87,078. | (45,144.) |
| 100 call Micron 3/97 @ 35 | 02/13/97 | 02/19/97 | 15,634. | 15,665. | (31.) |
| 300 call MU 3/97 @ 40 | 02/21/97 | 02/18/97 | 16,934. | 22,240. | (5,306.) |
| 100 call CS 2/97 @ 35 | 01/08/97 | 02/25/97 | EXPIRED | 23,740. | (23,740.) |
| 200 call Micron 3/97 @ 35 | 02/13/97 | 03/05/97 | 122,980. | 31,330. | 91,650. |
| 200 call MU 3/97 @ 37.5 | 03/05/97 | 02/21/97 | 25,172. | 84,515. | (59,343.) |
| 280 call MU 4/97 @ 37.5 | 02/ /97 | 03/14/97 | 222,018. | 51,830. | 170,188. |
| 280 call MU 3/97 @ 40 | 03/14/97 | 03/05/97 | 64,233. | 148,975. | (84,742.) |
| 280 call MU 3/97 @ 37.5 | 03/17/97 | 02/ /97 | 28,446. | 180,415. | (151,969. |
| 280 call Micron 4/97 @ 40 | 03/05/97 | 03/17/97 | 148,580. | 103,765. | 44,815. |
| 200 call MU 4/97 @ 47.5 | 03/18/97 | 03/17/97 | 31,234. | 18,315. | 12,919. |
| 200 call MU 4/97 @ 42.5 | 03/17/97 | 03/18/97 | 44,183. | 73,765. | (29,582.) |
| 700 call MU 3/97 @ 45 | 03/17/97 | 03/26/97 | EXPIRED | 107,850. | (107,850. |
| 400 call MU 3/97 @ 47.5 | 03/17/97 | 03/26/97 | EXPIRED | -24,184. | 24,184. |
| 300 call MU 4/97 @ 45 | 03/27/97 | 04/02/97 | 10,067. | 22,040. | (11,973.) |
| 300 call MU 4/97 @ 47.5 | 04/02/97 | 03/31/97 | 8,360. | 7,428. | 932. |
| 300 put MU 4/97 @ 45 | 04/08/97 | 03/19/97 | 200,678. | 84,627. | 116,051. |
| 300 put MU 4/97 @ 40 | 03/19/97 | 04/08/97 | 12,558. | 99,315. | (86,757.) |
| 300 call MU 4/97 @ 42.5 | 04/02/97 | 04/09/97 | 52,558. | 25,890. | 26,668. |
| 300 call MU 4/97 @ 45 | 04/09/97 | 04/02/97 | 10,067. | 23,765. | (13,698.) |
| 200 call MU 5/97 @ 40 | 04/14/97 | 04/18/97 | 20,367. | 39,965. | (19,598.) |
| 400 call MU 5/97 @ 42.5 | 04/ /97 | 04/ /97 | 26,519. | 23,692. | 2,827. |
| 500 call VMQ 4/97 @ 5 | VARIOUS | 04/22/97 | 0. | 20,130. | (20,130.) |
| 200 call MU 5/97 @ 40 | 04/18/97 | 04/25/97 | 20,367. | 8,165. | 12,202. |
| 300 call NQY 5/97 @ 35 | 04/08/97 | 04/25/97 | (6,440.) | -28,484. | 22,044. |
| 200 call MU 5/97 @ 37.5 | 04/18/97 | 04/ /97 | 17,719. | 39,815. | (22,096.) |
| 15 call MU 5/97 @ 35 | 04/29/97 | 04/30/97 | 2,791. | 3,090. | (299.) |
| 250 call CS 5/97 @ 35 | 03/26/97 | 05/01/97 | 28,429. | 45,265. | (16,836.) |
| 50 put NQY 10/97 @ 25 | 05/01/97 | 04/08/97 | 19,667. | 20,840. | (1,173.) |
| 50 put IOM 8/97 @ 15 | 05/01/97 | 04/09/97 | 5,628. | 4,590. | 1,038. |
| 175 call IOM 8/97 @ 25 | 05/01/97 | 04/09/97 | 18,622. | 4,740. | 13,882. |
| 50 put NQY 10/97 @ 25 | 05/02/97 | 04/08/97 | 19,667. | 19,695. | (28.) |
| 30 put IOM 8/97 @ 15 | 05/02/97 | 04/09/97 | 3,377. | 3,540. | (163.) |
| 100 put Bay 9/97 @ 15 | 05/02/97 | 04/09/97 | 15,634. | 10,720. | 4,914. |

| | | | | | |
|---|---|---|---|---|---|
| 300 call Bay 6/97 @ 22.5 | 05/02/97 | 04/09/97 | 11,910. | 14,240. | (2,330.) |
| 300 call Bay 9/97 @ 22.5 | 04/09/97 | 05/05/97 | 57,033. | 35,465. | 21,568. |
| 300 call Bay 9/97 @ 25 | 05/05/97 | 05/02/97 | 26,809. | 40,415. | (13,606.) |
| 24 call NQY 6/97 @ 35 | 05/07/97 | 04/29/97 | 1,079. | 4,450. | (3,371.) |
| 250 call CS 6/97 @ 35 | 05/01/97 | 05/07/97 | 89,607. | 64,015. | 25,592. |
| 250 call CS 5/97 @ 35 | 05/07/97 | 05/01/97 | 28,429. | 63,515. | (35,086.) |
| 100 call MU 6/97 @ 37.5 | 05/02/97 | 05/13/97 | 16,367. | 37,915. | (21,548.) |
| 100 call MU 5/97 @ 35 | 05/13/97 | 05/02/97 | 39,584. | 16,140. | 23,444. |
| 50 put WDC 5/97 @ 65 | 05/14/97 | 05/07/97 | 2,497. | 6,223. | (3,726.) |
| 276 call NQY 6/97 @ 35 | 05/16/97 | 04/29/97 | 12,406. | 35,915. | (23,509.) |
| 50 put DAL 6/97 @ 90 | 05/19/97 | 05/20/97 | 6,035. | 11,303. | (5,268.) |
| 50 put AOL 6/97 @ 50 | 05/06/97 | 05/20/97 | 14,735. | 20,340. | (5,605.) |
| 100 put WDC 6/97 @ 60 | 05/21/97 | 05/14/97 | 27,807. | 47,915. | (20,108.) |
| 100 put WDC 6/97 @ 65 | 05/ /97 | 05/21/97 | 75,832. | 35,005. | 40,827. |
| 200 call MI 8/97 @ 22.5 | 05/05/97 | 05/22/97 | 59,183. | 29,515. | 29,668. |
| 100 put cqm 6/97 55 | 05/22/97 | 05/05/97 | 20,809. | 4,065. | 16,744. |
| 200 call MIR 6/97 @ 22.5 | 05/29/97 | 05/05/97 | 14,335. | 23,115. | (8,780.) |
| 175 IOM 6/97 @ 20 | 06/05/97 | 05/01/97 | 5,104. | 26,915. | (21,811.) |
| 100 MU 7/97 @ 37.5 | 05/13/97 | 06/05/97 | 50,883. | 25,515. | 25,368. |
| 300 call NQY 7/97 @ 40 | 06/05/97 | 05/ /97 | 27,821. | 34,765. | (6,944.) |
| 100 call KO 6/97 @ 65 | 05/14/97 | 06/10/97 | 1,517. | 15,615. | (14,098.) |
| 60 put NKE 6/97 @ 55 | 05/09/97 | 06/10/97 | 2,417. | 13,815. | (11,398.) |
| 175 call IOM 7/97 @ 22.5 | 06/20/97 | 06/05/97 | 20,116. | 27,984. | (7,868.) |
| 175 call IOM 8/97 @ 20 | 04/09/97 | 06/20/97 | 60,608. | 44,965. | 15,643. |
| 100 call MU 6/97 @ 37.5 | 05/13/97 | 06/20/97 | 16,367. | 31,615. | (15,248.) |
| 300 call NQY 6/97 @ 35 | 06/20/97 | 06/05/97 | 25,234. | 8,565. | 16,669. |
| 100 call MU 6/97 @ 40 | 06/05/97 | 06/23/97 | 5,260. | 25,365. | (20,105.) |
| 60 call NM 6/97 @ 10 | 05/07/97 | 06/24/97 | EXPIRED | 6,315. | (6,315.) |
| 50 put AOL 6/97 @ 45 | 05/14/97 | 06/24/97 | EXPIRED | 9,690. | (9,690.) |
| 100 put KO 6/97 @ 65 | 06/10/97 | 06/24/97 | EXPIRED | 1,517. | (1,517.) |
| 200 put CQM 6/97 @ 60 | VARIOUS | 06/24/97 | EXPIRED | 76,317. | (76,317.) |
| 60 put NKE 7/97 @ 55 | 06/10/97 | 07/02/97 | 7,245. | 12,230. | (4,985.) |
| 60 put NKE 6/97 @ 55 | 06/10/97 | 06/24/97 | EXPIRED | 2,417. | (2,417.) |
| 100 put KO 7/97 @ 65 | 06/10/97 | 07/02/97 | 3,985. | 10,365. | (6,380.) |
| 600 call NQY 7/97 @ 40 | 07/ /97 | 07/02/97 | 42,524. | 123,680. | (81,156.) |
| 300 call NQY 7/97 @ 35 | 04/08/97 | 07/10/97 | 163,180. | 67,440. | 95,740. |
| 600 call NQY 8/97 @ 45 | 07/ /97 | 07/ /97 | 119,328. | 168,610. | (49,282.) |
| 300 call NQY 8/97 @ 40 | 07/02/97 | 07/16/97 | 215,078. | 68,730. | 146,348. |
| 200 call CS 8/97 @ 35 | 07/14/97 | 07/22/97 | 5,342. | 28,515. | (23,173.) |
| 6,000 shs Donnelly Ent Sol | 06/24/97 | 07/24/97 | 63,633. | 63,323. | 310. |
| 6,500 shs Amdahl Corp | 07/24/97 | 07/30/97 | 75,964. | 67,124. | 8,840. |
| 550 call RII 10/97 @ 30 | 08/15/97 | 07/ /97 | 31,316. | 15,765. | 15,551. |
| 200 call CS 9/97 @35 | 08/08/97 | 08/19/97 | 22,742. | 24,765. | (2,023.) |
| 200 call CS 8/97 @ 35 | 07/22/97 | 08/19/97 | EXPIRED | 5,343. | (5,343.) |

| | | | | | |
|---|---|---|---|---|---|
| 10,000 shs Palomar Med Tech | 07/16/97 | 08/20/97 | 22,563. | 32,656. | (10,093.) |
| 5,500 shs Tera Computer | 08/ /97 | 08/22/97 | 67,337. | 49,204. | 18,133. |
| 5,000 shs Palomar Med Tech | 07/16/97 | 08/25/97 | 11,135. | 16,328. | (5,193.) |
| 250 call NKQ 1/98 @ 10 | 07/10/97 | 08/26/97 | 44,446. | 13,465. | 30,981. |
| 250 call NKQ 11/97 @ 10 | 08/26/97 | 07/10/97 | 3,872. | 36,703. | (32,831.) |
| 5,000 shs Palomar Med Tech | 07/16/97 | 08/26/97 | 10,641. | 16,328. | (5,687.) |
| 200 call CS 9/97 @ 35 | 08/19/97 | 08/28/97 | 22,742. | 10,815. | 11,927. |
| 200 call CS 10/97 @ 35 | 08/19/97 | 08/28/97 | 19,184. | 41,015. | (21,831.) |
| 50 call CHK 3/98 @ 10 | 07/30/97 | 08/28/97 | 6,347. | 7,528. | (1,181.) |
| 50 call CHK 9/97 @ 10 | 08/28/97 | 07/30/97 | 1,560. | 1,778. | (218.) |
| 50 call NKQ 1/98 @ 10 | 08/22/97 | 08/28/97 | 5,380. | 4,953. | 427. |
| 10,000 shs Specialty Telecons | 08/ /97 | 09/ /97 | 148,790. | 172,444. | (23,654.) |
| 10,000 shs Bio Tech Gen Corp | 09/ /97 | 09/25/97 | 144,298. | 138,508. | 5,790. |
| 200 call RII 10/97 @ 22.5 | 07/15/97 | 09/30/97 | 202,978. | 58,665. | 144,313. |
| 400 call RII 10/97 @ 25 | VARIOUS | 09/30/97 | 305,975. | 73,183. | 232,792. |
| 8,000 shs IDM Enviro. | VARIOUS | 10/06/97 | 54,418. | 41,504. | 12,914. |
| 12,000 shs IDM Enviro. | 09/ /97 | 10/08/97 | 81,799. | 72,656. | 9,143. |
| 400 call Miravant 12/97 @ 60 | 09/30/97 | 10/10/97 | 575,166. | 162,760. | 412,406. |
| 100 call CQM 12/97 @ 60 | 10/06/97 | 10/10/97 | 102,982. | 61,430. | 41,552. |
| 100 call CQM 12/97 @ 70 | 10/13/97 | 10/06/97 | 25,419. | 54,515. | (29,096.) |
| 500 call GTW 3/98 @ 45 | 10/15/97 | 09/30/97 | 71,683. | 140,515. | (68,832.) |
| 300 call Ascend Comm. 10/97 @ 35 | 09/30/97 | 10/17/97 | 4,607. | 25,290. | (20,683.) |
| 3,000 shs Sterling Vison | 10/28/96 | 10/17/97 | 20,892. | 22,500. | (1,608.) |
| 17,000 shs Sterling Vision | 10/ /96 | 10/17/97 | 113,136. | 131,250. | (18,114.) |
| 2,000 shs Sterling Vision | 01/23/97 | 10/17/97 | 13,102. | 19,000. | (5,898.) |
| 500 call Ascend Com 12/97 @ 35 | 10/10/97 | 10/20/97 | 147,980. | 171,765. | (23,785.) |
| 500 call Ascend Com 11/97 @ 40 | 10/20/97 | 10/08/97 | 32,906. | 39,915. | (7,009.) |
| 700 call Ascend Com 11/97 @ 35 | 10/ /97 | 10/30/97 | 20,459. | 150,492. | (130,033.) |
| 400 call Miravant 11/97 @ 70 | 10/10/97 | 11/ /97 | 1,930. | 333,815. | (331,885.) |
| 11,500 shs Nutraceutix | 06/05/97 | 11/ /97 | 9,206. | 11,310. | (2,104.) |
| 400 call INQ 11/97 @ 90 | 10/15/97 | 11/25/97 | EXPIRED | 131,815. | (131,815.) |
| 400 call INQ 11/97 @ 95 | 10/15/97 | 11/25/97 | EXPIRED | -63,383. | 63,383. |

| Description | | | | | |
|---|---|---|---|---|---|
| 550 call Ascend Comm 11/97 @ 35 | 10/ /97 | 11/25/97 | EXPIRED | 120,331. | (120,331. |
| 400 call NQY 11/97 @ 40 | 10/ /97 | 11/25/97 | EXPIRED | 147,230. | (147,230. |
| 100 call Ascend 11/97 @ 45 | 10/20/97 | 11/25/97 | EXPIRED | 4,740. | (4,740.) |
| 400 call Miravant 11/97 @ 60 | 11/11/97 | 11/25/97 | EXPIRED | 14,480. | (14,480.) |
| 500 call GTW 3/98 @ 35 | 09/30/97 | 12/08/97 | 140,730. | 203,315. | (62,585.) |
| 500 call GTW 3/98 @ 40 | 12/08/97 | 10/15/97 | 196,978. | 78,015. | 118,963. |
| 2,300 uts Nevstar Gaming | 09/24/97 | 12/09/97 | 5,735. | 11,716. | (5,981.) |
| 4,600 wts Nevstar Gaming | 10/27/97 | 12/09/97 | 1,083. | 1,868. | (785.) |
| 11,500 shs Nutraceutix Inc | 06/05/97 | 12/ /97 | 10,503. | 14,355. | (3,852.) |
| 500 call GTW 11/98 @ 35 | 12/08/97 | 12/23/97 | 53,468. | 80,611. | (27,143.) |
| 24,000 shs Nutraceutix Inc | 06/ /97 | 12/23/97 | 14,140. | 26,210. | (12,070.) |
| 700 call Ascend Com 12/97 @ 40 | 10/30/97 | 12/23/97 | EXPIRED | 27,665. | (27,665.) |
| 500 call CHK 12/97 @ 12.5 | 09/30/97 | 12/23/97 | EXPIRED | 65,315. | (65,315.) |
| 500 call CHK 12/97 @ 15 | 12/23/97 | 10/14/97 | 34,484. | EXPIRED | 34,484. |
| 125 call Centennial 1/97 @ 50 | 12/23/96 | 01/03/97 | 36,436. | 24,875. | 11,561. |
| 146 call Biochem 1/97 @ 50 | 01/ /97 | 01/07/97 | 47,105. | 36,609. | 10,496. |
| 195 call Cabletron 2/97 @ 35 | 01/ /97 | 02/22/97 | EXPIRED | 47,205. | (47,205.) |
| 500 call Learn Co 6/97 @ 7.5 | 06/03/97 | 06/16/97 | 38,874. | 67,375. | (28,501.) |
| 300 call Netscape 7/97 @ 30 | 06/24/97 | 07/08/97 | 291,440. | 162,300. | 129,140. |
| 500 call Learn Co 7/97 @ 7.5 | 06/16/97 | 07/17/97 | 66,998. | 67,375. | (377.) |
| 300 call Netscape 8/97 @ 35 | 07/08/97 | 07/17/97 | 311,441. | 192,300. | 119,141. |
| 200 call Ascend Comm 9/97 @ 45 | 07/23/97 | 07/23/97 | 176,794. | 208,200. | (31,406.) |
| 100 call Pairgain 8/97 @ 17.5 | 07/18/97 | 07/28/97 | 37,149. | 14,415. | 22,734. |
| 10,000 shs Amdahl Corp | 07/24/97 | 07/30/97 | 118,146. | 102,381. | 15,765. |
| 1,000 call Learn Co 10/97 @ 7.5 | VARIOUS | 08/04/97 | 791,598. | 452,125. | 339,473. |
| 120 call Republic 8/97 @ 22 | 07/09/97 | 08/06/97 | 22,079. | 22,795. | (716.) |
| 400 call Pairgain 8/97 @ 17.5 | 07/ /97 | 08/06/97 | 173,594. | 58,156. | 115,438. |
| 500 call Applied Mag 9/97 @ 3 | 08/ /97 | 08/08/97 | 326,614. | 192,376. | 134,238. |

| | | | | | |
|---|---|---|---|---|---|
| 300 call Ascend Com 9/97 @ 65 | 08/08/97 | 08/06/97 | 30,824. | 17,925. | 12,899. |
| 180 call Republic 8/97 @ 22 | 07/09/97 | 08/08/97 | 19,619. | 34,193. | (14,574.) |
| 500 call Applied Mag 9/97 @ 35 | 08/08/97 | 08/11/97 | 129,495. | 188,525. | (59,030.) |
| 400 call Netscape 9/97 @ 35 | 08/04/97 | 08/11/97 | 288,590. | 222,650. | 65,940. |
| 500 call Netscape 9/97 @ 40 | 07/28/97 | 08/11/97 | 204,493. | 166,900. | 37,593. |
| 300 call 3Com 9/97 @ 55 | 08/08/97 | 08/11/97 | 115,196. | 154,800. | (39,604.) |
| 300 call Ascend 9/97 @55 | 08/06/97 | 08/11/97 | 34,889. | 113,550. | (78,661.) |
| 71 put S&P 100 9/97 @ 89 | 08/11/97 | 08/ /97 | 174,831. | 134,519. | 40,312. |
| 100 call Pairgain 9/97 @ 20 | 08/04/97 | 08/21/97 | 59,644. | 44,100. | 15,544. |
| 29 put S&P 100 9/97 @ 89 | 08/11/97 | 08/25/97 | 52,093. | 54,332. | (2,239.) |
| 315 call Pairgain 10/97 @ 22.5 | 08/06/97 | 08/26/97 | 178,038. | 87,728. | 90,310. |
| 100 call Pairgain 9/97 @ 22.5 | 08/21/97 | 09/09/97 | 50,894. | 40,354. | 10,540. |
| 500 call Learn Co 10/97 @ 10 | 08/04/97 | 09/ /97 | 224,783. | 170,500. | 54,283. |
| 500 call Pairgain 10/97 @ 25 | VARIOUS | 09/10/97 | 213,489. | 205,695. | 7,794. |
| 500 call Netscape 9/97 @ 40 | 08/ /97 | 09/19/97 | 60,744. | 95,508. | (34,764.) |
| 500 call Republic 10/97 @ 25 | VARIOUS | 09/24/97 | 229,488. | 72,379. | 157,109. |
| 85 call Pairgain 10/97 @ 22.5 | 08/06/97 | 09/09/97 | 48,572. | 23,673. | 24,899. |
| 200 call PDT Inc 10/97 @ 40 | 08/18/97 | 09/25/97 | 266,167. | 86,634. | 179,533. |
| 200 call Miravant 10/97 @ 50 | 09/24/97 | 09/25/97 | 112,542. | 64,454. | 48,088. |
| 200 call PDT Inc 12/97 @ 40 | 08/18/97 | 09/26/97 | 339,285. | 103,204. | 236,081. |
| 100 PDT Inc 3/98 @45 | 08/18/97 | 09/26/97 | 145,891. | 55,354. | 90,537. |
| 500 call Republic 10/97 @ 27. | 09/24/97 | 09/26/97 | 154,491. | 126,754. | 27,737. |
| 500 call Republic 10/97 @ 30 | 09/26/97 | 09/30/97 | 148,241. | 64,254. | 83,987. |
| 19,000 shs Mark Solutions Inc | 10/01/97 | 10/07/97 | 71,104. | 54,777. | 16,327. |
| 650 call Miravant 12/97 @ 55 | 09/26/97 | 10/10/97 | 1,167,682. | 449,154. | 718,528. |
| 300 call Miravant 12/97 @ 60 | 09/30/97 | 10/10/97 | 426,432. | 109,804. | 316,628. |
| 50,000 shs Netmaster Group | 10/10/97 | 10/14/97 | 27,495. | 39,254. | (11,759.) |

| | | | | | |
|---|---|---|---|---|---|
| 100 call Miravant 10/97 @ 60 | 09/26/97 | 10/15/97 | 51,519. | 25,354. | 26,165. |
| 200 call Miravant 10/97 @ 55 | 09/26/97 | 10/15/97 | 196,789. | 111,954. | 84,835. |
| 4,000 shs Mark Solutions Inc | 10/01/97 | 10/15/97 | 16,045. | 11,532. | 4,513. |
| 500 call Medics PH10/97 @ 5 | 10/13/97 | 10/16/97 | 100,743. | 207,879. | (107,136. |
| 3,000 shs Mark Solutions Inc | 10/01/97 | 10/16/97 | 12,221. | 8,649. | 3,572. |
| 1300 call Ascend Com 10/97 @ 35 | VARIOUS | 10/17/97 | 10,130. | 96,901. | (86,771.) |
| 50,000 shs Mark Solutions Inc | 10/01/97 | 10/20/97 | 177,170. | 152,357. | 24,813. |
| 15,000 shs IDM Enviromental | 10/01/97 | 10/20/97 | 106,117. | 77,700. | 28,417. |
| 500 call Ascend Comm 10/97 @ 40 | 09/12/97 | 10/20/97 | EXPIRED | 101,754. | (101,754. |
| 700 call Ascend Comm 10/97 @ 45 | 09/ /97 | 10/20/97 | EXPIRED | 191,771. | (191,771. |
| 1,000 call Netscape 10/97 @ 40 | 09/ /97 | 10/20/97 | EXPIRED | 316,008. | (316,008. |
| 1,700 call Ascend Comm 11/97 @ 35 | 10/16/97 | 10/28/97 | 786. | 3,566. | (2,780.) |
| 500 call Intel 11/97 @ 90 | 10/15/97 | 10/29/97 | 41,995. | 164,254. | (122,259. |
| 10,000 shs General Surgical | 10/10/97 | 10/30/97 | 52,619. | 49,813. | 2,806. |
| 500 call Intel 11/97 @ 85 | 10/30/97 | 10/31/97 | 51,369. | 67,379. | (16,010.) |
| 300 call Miravant 11/97 @ 65 | 10/20/97 | 01/11/97 | 821. | 143,554. | (142,733. |
| 25,000 shs IDM Enviro. | 10/01/97 | 11/14/97 | 170,990. | 129,500. | 41,490. |
| 90,000 General Surgical | 10/ /97 | 11/ /97 | 387,291. | 486,725. | (99,434.) |
| 60 call miravant 11/97 @ 50 | 11/14/97 | 11/21/97 | 191. | 11,311. | (11,120.) |
| 9,830 call Ascend 1/97 @ 35 | 10/16/97 | 11/24/97 | EXPIRED | 199,938. | (199,938. |
| 315 call Miravant 11/97 @ 50 | 11/14/97 | 11/24/97 | EXPIRED | 59,383. | (59,383.) |
| 500 call Medicis Ph | 10/20/97 | 11/24/97 | EXPIRED | 169,204. | (169,204. |
| 400 call Miravant 11/97 @ 55 | VARIOUS | 11/24/97 | EXPIRED | 60,158. | (60,158.) |
| 500 call Miravant 11/97 @ 60 | 11/ /97 | 11/24/97 | EXPIRED | 31,133. | (31,133.) |
| 200 call Miravant 11/97 @ 70 | 10/15/97 | 11/24/97 | EXPIRED | 98,203. | (98,203.) |
| 20,000 shs IDM Enviro. | 10/01/97 | 12/23/97 | 112,178. | 117,850. | (5,672.) |
| 17 call Ascend Comm 12/97 @ 35 | 10/28/97 | 12/22/97 | EXPIRED | 2,189. | (2,189.) |
| 1,000 call Miravant 12/97 @ 70 | 10/10/97 | 12/22/97 | EXPIRED 1,046,004. | (1,046,00 | |

| | | | | | |
|---|---|---|---|---|---|
| 1,000 call Miravant 12/97 @ 55 | VARIOUS | 12/22/97 | EXPIRED | 129,133. | (129,133. |
| 250 call Miravant 12/97 @ 60 | 12/02/97 | 12/22/97 | EXPIRED | 25,879. | (25,879.) |
| 25,000 shs Misonix Inc | 08/14/97 | 08/15/97 | 344,985. | 351,125. | (6,140.) |
| 25,000 shs HMT Corp | 08/ /97 | 08/18/97 | 349,984. | 364,896. | (14,912.) |
| 5,000 shs Pacific Chem Inc | 08/ /97 | 09/12/97 | 60,119. | 64,502. | (4,383.) |
| 5,000 shs Pacific Chem Inc | 08/11/97 | 09/19/97 | 54,619. | 65,310. | (10,691.) |
| 20,000 shs Mark Solutions Inc | 08/18/97 | 09/24/97 | 76,585. | 57,504. | 19,081. |
| 4,000 shs Mark Solutions Inc | 08/18/97 | 09/26/97 | 15,545. | 12,000. | 3,545. |
| 10,000 shs Laidlaw & Co | 06/06/97 | 08/ /97 | 73,988. | 50,005. | 23,983. |
| 250 call CS 4/97 @35 | 04/17/97 | 03/26/97 | 17,234. | 2,093. | 15,141. |
| 200 call MIR 6/97 @ 25 | 05/22/97 | 05/29/97 | 1,885. | 15,815. | (13,930.) |
| 5000 call lsi 1/98 @ 45 | 10/14/97 | 09/30/97 | 40,234. | 17,640. | 22,594. |

Total to Sch. D, Page 1, Line 1                20705998.  23390666.  <2684668.>

| Schedule D | | Long-Term Capital Gains and Losses | | | Statement   17 |
|---|---|---|---|---|---|
| Description | Acquired | Sold | Price | Cost | Gain Or Loss | 28% Gain |

| Description | Acquired | Sold | Price | Cost | Gain Or Loss | 28% Gain |
|---|---|---|---|---|---|---|
| 17,000 SHS. CENTENNIAL TECH., INC. | 04/28/95 | 01/17/97 | 583,353. | 40,800. | 542,553. | 542,553. |
| 6,000 SHS. CENTENNIAL TECH., INC. | VARIOUS | 01/20/97 | 218,491. | 14,400. | 204,091. | 204,091. |
| 2,000 SHS. CENTENNIAL TECH., INC. | 05/30/95 | 01/21/97 | 72,496. | 4,800. | 67,696. | 67,696. |
| 5,000 SHS. CENTENNIAL TECH., INC. | 05/30/95 | 02/04/97 | 98,495. | 12,000. | 86,495. | 86,495. |
| 30,000 SHS. CENTENNIAL TECH., INC. | VARIOUS | 02/07/97 | 579,064. | 108,340. | 470,724. | 470,724. |
| 5,000 SHS. CENTENNIAL TECH., INC. | 11/15/96 | 02/21/97 | 11,082. | 44,035. | (32,953.) | (32,953.) |
| 5,000 SHS. ADVANTAGE MEDIA GROUP | 09/07/95 | 08/22/97 | 17,495. | 10,177. | 7,318. | |
| 3,000 SHS. ADVANTAGE MEDIA GROUP | 09/07/95 | 08/26/97 | 9,749. | 6,106. | 3,643. | |

Total to Sch. D, Part II, line 8        1,590,225.   240,658.   1349567.   1338606.

| Schedule D | Net Long-Term Gain or Loss from Forms 4797, 2119, 2439, 6252, 4684, 6781 and 8824 | Statement 18 |

| Description of Property | Gain or Loss | 28% Gain |
|---|---|---|
| Form 4797 | 40,960. | 40,959. |
| Total to Schedule D, Part II, line 11 | 40,960. | 40,959. |

```
Schedule D                Capital Loss Carryover              Statement  19
```

1. Enter the amount from Form 1040, line 36 . . . . . . . . . . .   5,302,404.
2. Enter the loss from Schedule D, line 18, as a positive amount.      3,000.
3. Combine lines 1 and 2. If zero or less, enter -0- . . . . . .    5,305,404.
4. Enter the smaller of line 2 or line 3 . . . . . . . . . . . .        3,000.

5. Enter the loss from Schedule D, line 7, as a positive amount .   7,905,759.
6. Enter the gain, if any, from Schedule D,
   line 16  . . . . . . . . . . . . . . . . . . . . . . 1,390,527.
7. Add lines 4 and 6  . . . . . . . . . . . . . . . . . . . . . .   1,393,527.
8. Short-term capital loss carryover to 1998.
   Subtract line 7 from line 5. If zero or less, enter -0-  . . .   6,512,232.

9. Enter the loss from Schedule D, line 16, as a positive amount.
10. Enter the gain, if any, from Schedule D,
    line 7 . . . . . . . . . . . . . . . . . . . . . .
11. Subtract line 5 from line 4.  If zero or less,
    enter -0-  . . . . . . . . . . . . . . . . . . . . .
12. Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . . .
13. Long-term capital loss carryover to 1998.
    Subtract line 12 from line 9. If zero or less, enter -0-   . .

```
Schedule E      Income or (Loss) from Partnerships and S Corps     Statement  20
```

Name

| Employer ID No. | Not at Risk | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
|---|---|---|---|---|---|---|---|
| VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | | |
| 05-0251745 | | S | | | | | 341,737. |
| DIVERSIFIED PRODUCTS, INC. | | | | | | | |
| 05-0384622 | | S | | | | | 4,550,443. |
| OCEAN STATE NISSAN, INC. | | | | | | | |
| 05-0422120 | | S | | | 24,510. | | |
| NORWOOD MOTOR GROUP, INC. | | | | | | | |
| 05-0461212 | | S | | | | | 110,134. |
| NORWOOD MOTOR ASSOCIATES, INC. | | | | | | | |
| 05-0461217 | | S | | | | | 149,974. |
| AMERGAS DRILLING PROGRAM 1985-A L.P. | | | | | | | |
| 06-1126995 | | P | 174. | | | | |
| POISTANO REALTY CO., INC. | | | | | | | |
| 05-0477314 | | S | | 82,403. | | | |
| ISCHIA FREEDOM CORPORATION | | | | | | | |
| 05-0480072 | | S | | 78. | | | |
| R M REALTY L.L.C. | | | | | | | |
| 05-0494321 | | P | | 57,593. | | | |

```
BARBER'S AUTO SALES & BODY WORKS
 05-0313521         S                         130,289.
NORWOOD REALTY, L.L.C.
 05-0493281         P          122.
TOM RICCI'S RENTAL CARS USA LLC
 06-1478658         P                          15,064.
```

| | | | | | |
|---|---|---|---|---|---|
| Totals to Sch. E, ln. 28 | 296. | 140,074. | 169,863. | | 5,152,288. |

---

| Form 4797 | Property Held More than One Year | | Statement 21 |
|---|---|---|---|

| Description | Date Acquired | Date Sold | Sales Price | Depr. | Cost or Basis | Gain Or Loss | 28% Gain |
|---|---|---|---|---|---|---|---|
| VICTORY FINISHING TECHNOLOGIES, | | | | | | 1. | |
| BARBER'S AUTO SALES & BODY WORKS | | | | | | 41,195. | 41,195. |
| Total to 4797, Part I, line 2 | | | | | | 41,196. | 41,195. |

| Form 4797 | Nonrecaptured Net Section 1231 Losses from Prior Years | | Statement 22 |

| Tax Year | (A) Section 1231 Losses | (B) Section 1231 Losses Recaptured | (C) (A) minus (B) |
|---|---|---|---|
| 1992 | | | |
| 1993 | | | |
| 1994 | | | |
| 1995 | 570. | 334. | 236. |
| 1996 | | | |
| Total to Form 4797 | 570. | 334. | 236. |

| Form 6251 | Passive Activities | | Statement 23 |

| | | Net Income (Loss) | | |
| Name of Activity | Form | AMT | Regular | Adjustment |
|---|---|---|---|---|
| AMERGAS DRILLING PROGRAM 1985-A L.P. | Sch E | <174.> | <174.> | |
| POISTANO REALTY CO., INC. | Sch E | 82,889. | 82,403. | 486. |
| ISCHIA FREEDOM CORPORATION | Sch E | 78. | 78. | |
| R M REALTY L.L.C. | Sch E | 57,751. | 57,593. | 158. |
| NORWOOD REALTY, L.L.C. | Sch E | <122.> | <122.> | |
| RESIDENTIAL RENTAL — 8401 POST ROAD NORTH KINGSTOWN, RI | Sch E | <24,582.> | <26,287.> | 1,705. |
| COMMERCIAL BUILDING — PAWTUCKET, RI | Sch E | 6,182. | 5,632. | 550. |
| Total to Form 6251, line 11 | | | | 2,899. |

| Form 4952 | Investment Interest Expense | Statement | 24 |
|---|---|---|---|

| Description | Current | Carryover |
|---|---|---|
| FLEET BANK - LAND MORTGAGE | 5,395. | |
| COBURN & MEREDITH - MARGIN INTEREST | 46,430. | |
| HAMBRECHT & QUIST | 1,028. | |
| COWEN & CO | 1,499. | |
| Disallowed Investment Interest Prior Years | | 344,562. |
| HAMBRECHT & QUIST | 9,906. | |
| FLEET BANK - LAND MTGE (NEW) | 289. | |
| Totals to Form 4952 | 64,547. | 344,562. |

| Form 4952 | Income from Property Held for Investment | Statement | 25 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Interest income | 47,662. |
| Dividend income | 8,916. |
| Total to Form 4952, line 4a | 56,578. |

| Form 4952 | Investment Expense | Statement | 26 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Schedule A deductions | 6,271. |
| Total to Form 4952, line 5 | 6,271. |

| Form 4952 | Disallowed Investment Interest Expense | Statement | 27 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Schedule A - C/O | 344,562. |
| Schedule A | 14,240. |
| Total to Form 4952, line 7 | 358,802. |

| Form 8582 | Active Rental of Real Estate – Worksheet 1 | | Statement 28 | | |
|---|---|---|---|---|---|
| | Current Year | | Prior Year Unallowed | Overall Gain or Loss | |
| Name of Activity | Net Income | Net Loss | Loss | Gain | Loss |
| POISTANO REALTY CO., INC. | 82,403. | 0. | | 82,403. | |
| ISCHIA FREEDOM CORPORATION | 78. | 0. | | 78. | |
| R M REALTY L.L.C. | 57,593. | 0. | | 57,593. | |
| NORWOOD REALTY, L.L.C. | 0. | <122.> | | | <122.> |
| RESIDENTIAL RENTAL – 8401 POST ROAD NORTH KINGSTOWN, RI | 0. | <26,287.> | | | <26,287.> |
| COMMERCIAL BUILDING – PAWTUCKET, RI | 5,632. | 0. | | 5,632. | |
| Totals | 145,706. | <26,409.> | | 145,706. | <26,409.> |

| Form 8582 | Other Passive Activities – Worksheet 2 | | Statement 29 | | |
|---|---|---|---|---|---|
| | Current Year | | Prior Year Unallowed | Overall Gain or Loss | |
| Name of Activity | Net Income | Net Loss | Loss | Gain | Loss |
| AMERGAS DRILLING PROGRAM 1985–A L.P. | 0. | <174.> | | | <174.> |
| Totals | 0. | <174.> | | | <174.> |

Form 8582                    Summary of Passive Activities                    Statement  30

| R R E A Name | Form or Schedule | Gain/Loss | Prior Year C/O | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|---|
| AMERGAS DRILLING PROGRAM 1985-A L.P. | Sch E | <174.> | | <174.> | | 174. |
| X POISTANO REALTY CO., INC. | Sch E | 82,403. | | 82,403. | | |
| X ISCHIA FREEDOM CORPORATION | Sch E | 78. | | 78. | | |
| X R M REALTY L.L.C. | Sch E | 57,593. | | 57,593. | | |
| X NORWOOD REALTY, L.L.C. | Sch E | <122.> | | <122.> | | 122. |
| X RESIDENTIAL RENTAL - 8401 POST ROAD NORTH | Sch E | <26,287.> | | <26,287.> | | 26,287. |
| X COMMERCIAL BUILDING - PAWTUCKET, RI | Sch E | 5,632. | | 5,632. | | |
| Totals | | 119,123. | | 119,123. | | 26,583. |

Prior year carryovers allowed due to current year net activity income

Total to Form 8582, line 11                                          26,583.

Form 8582         **Alternative Minimum Tax**         Statement 31
Active Rental of Real Estate - Worksheet 1

| Name of Activity | Current Year Net Income | Current Year Net Loss | Prior Year Unallowed Loss | Overall Gain or Loss Gain | Overall Gain or Loss Loss |
|---|---|---|---|---|---|
| POISTANO REALTY CO., INC. | 82,889. | 0. | | 82,889. | |
| ISCHIA FREEDOM CORPORATION | 78. | 0. | | 78. | |
| R M REALTY L.L.C. | 57,751. | 0. | | 57,751. | |
| NORWOOD REALTY, L.L.C. | 0. | <122.> | | | <122.> |
| RESIDENTIAL RENTAL - 8401 POST ROAD NORTH KINGSTOWN, RI | 0. | <24,582.> | | | <24,582.> |
| COMMERCIAL BUILDING - PAWTUCKET, RI | 6,182. | 0. | | 6,182. | |
| Totals | 146,900. | <24,704.> | | 146,900. | <24,704.> |

Form 8582         **Alternative Minimum Tax**         Statement 32
Other Passive Activities - Worksheet 2

| Name of Activity | Current Year Net Income | Current Year Net Loss | Prior Year Unallowed Loss | Overall Gain or Loss Gain | Overall Gain or Loss Loss |
|---|---|---|---|---|---|
| AMERGAS DRILLING PROGRAM 1985-A L.P. | 0. | <174.> | | | <174.> |
| Totals | 0. | <174.> | | | <174.> |

Form 8582AMT           Summary of Passive Activities - AMT           Statement 33

| R R E A Name | Form or Schedule | Gain/Loss | Prior Year C/O | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|---|
| AMERGAS DRILLING PROGRAM 1985-A L.P. | Sch E | <174.> | | <174.> | | 174. |
| X POISTANO REALTY CO., INC. | Sch E | 82,889. | | 82,889. | | |
| X ISCHIA FREEDOM CORPORATION | Sch E | 78. | | 78. | | |
| X R M REALTY L.L.C. | Sch E | 57,751. | | 57,751. | | |
| X NORWOOD REALTY, L.L.C. | Sch E | <122.> | | <122.> | | 122. |
| X RESIDENTIAL RENTAL - 8401 POST ROAD NORTH | Sch E | <24,582.> | | <24,582.> | | 24,582. |
| X COMMERCIAL BUILDING - PAWTUCKET, RI | Sch E | 6,182. | | 6,182. | | |
| Totals | | 122,022. | | 122,022. | | 24,878. |

Prior year carryovers allowed due to current year net activity income

Total to Form 8582AMT, line 11                                       24,878.