**Internal Revenue Serv.. .**
Appeals Office
CT-RI Appeals Office
333 East River Dr., Suite 200
East Hartford, CT 06108

**Department o. .ie Treasury**

Date: September 30, 2004

**Person to Contact:**
Vincent D'Avirro
Employee ID Number: 06-01015
Tel: 860.290.4054
Fax: 860.290.4030
Contact Hours: 8am to 4:30pm
**Refer Reply to:**
AP:FE:CT-RI:VDA
**In Re:**
Income Tax Liability
**Amount of Claim:**
$961,947.00
**Amount Allowed:**
$8,419.00
**Tax Period(s) Ended:**
12/1996

EDWARD MARANDOLA JR.
and CARMEN MARANDOLA
36 BEACON HILL ROAD
NEWPORT RI 02840-4206

**Certified Mail :** 7003 3110 0001 1518 3394

Dear Mr. & Mrs. Marandola:

We considered your protest and the evidence and arguments in support of the above claim for a refund of tax and, after making necessary adjustments, are allowing a part of the claimed amount.

We are sorry, but we cannot allow the entire claim for the following reasons:

You do not have a net operating loss in 1998 because you did not make a valid mark to market election under IRC section 475(f) and revenue Procedure 99-17. Therefore, you do not have a net operating loss carry-back deduction in 1996.

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is partially disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Frank Fiore
Team Manager

JOINT EXHIBIT 4
PENGAD-Bayonne, N.J.

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

NEWPORT, RI 02840

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0008 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VRRH10 |
| Total Postage & Fees | $ 2.67 | 09/30/04 |

EAST HARTFORD CT
SEP 3 0 2004
USPS - 06108

7003 3110 0001 1518 3394

Sent To
Edward Marandola, Jr. & Carmen
Street, Apt. No.; or PO Box No. Marandola
36 Beacon Hill Road
City, State, ZIP+4 Newport, RI 02840-4206

PS Form 3800, June 2002 See Reverse for Instructions

PS Form 3800, June 2002 (Reverse)

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 5,488,919.00 | | | |
| | TAXABLE INCOME 5,302,404.00 | | | |
| 10-17-1998 | RETURN FILED & TAX ASSESSED 08221-297-63324-8 199845 | 2,078,765.00 | | 11-23-1998 |
| 04-15-1998 | WITHHOLDING & EXCESS FICA | | 121,962.00 | |
| 04-15-1998 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1998 | | | |
| 04-15-1998 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-1998 | | | |
| | ESTIMATED TAX PENALTY 199845 | 104,691.00 | | 11-23-1998 |
| | FAILURE TO PAY TAX PENALTY 199845 | 78,272.12 | | 11-23-1998 |
| | INTEREST ASSESSED 199845 | 97,556.71 | | 11-23-1998 |
| 02-16-1999 | FEDERAL TAX LIEN | | | |
| 02-04-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-24-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE UNDELIVERABLE LEVY NOTICE | | | |
| 11-04-1999 | PENDING INSTALLMENT AGREEMENT | | | |



PENGAD-Bayonne, N. J.
JOINT EXHIBIT
6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-19-2001 | RECEIVED POA/TIA | | | |
| 05-16-2002 | INSTALLMENT AGREEMENT | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 19247-605-10009-2 200231 | 0.00 | | 08-12-2002 |
| 04-15-2002 | OVERPAID CREDIT APPLIED 1040 200112 | | 118,244.00 | |
| 04-09-2003 | SUBSEQUENT PAYMENT | | 1,087,497.01 | |
| 04-09-2003 | OVERPAID CREDIT APPLIED 1040-SA 199612 | | 76,910.04 | |
| 06-25-2003 | SUBSEQUENT PAYMENT LEVY | | 141,270.99 | |
| 04-15-2003 | OVERPAID CREDIT APPLIED 1040 200212 | | 13,122.00 | |
| 01-02-2004 | SUBSEQUENT PAYMENT FEDERAL TAX LIEN | | 500,000.00 | |
| 01-02-2004 | SUBSEQUENT PAYMENT FEDERAL TAX LIEN | | 205,535.00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-02-2004 | SUBSEQUENT PAYMENT FEDERAL TAX LIEN | | 500,000.00 | |
| 01-02-2004 | OVERPAID CREDIT APPLIED 1040 200012 | | 273,673.88 | |
| | FAILURE TO PAY TAX PENALTY 200404 | 410,928.62 | | 02-09-2004 |
| | INTEREST ASSESSED 200404 | 268,001.47 | | 02-09-2004 |
| | FAILURE TO PAY TAX PENALTY 200405 | 0.01 | | 02-16-2004 |
| 02-16-2004 | FAILURE TO PAY TAX PENALTY ABATED | 489,200.75- | | |
| | ADDITIONAL TAX ASSESSED 22254-423-05002-4 200405 | 0.00 | | 02-16-2004 |
| | INTEREST ASSESSED 200405 | 489,200.74 | | 02-16-2004 |
| 06-25-2003 | OVERPAID CREDIT APPLIED 1040 199812 | | 2,470.69 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-02-2004 | OVERPAID CREDIT APPLIED 1040 199812 | | 17,550.86 | |
| 01-02-2004 | OVERPAID CREDIT APPLIED 1040 199912 | | 22,002.62 | |
| 01-02-2004 | OVERPAID CREDIT APPLIED 1040 200012 | | 76,103.29 | |
| | INTEREST ASSESSED 200405 | 118,127.46 | | 02-16-2004 |
| 02-06-2004 | FEDERAL TAX LIEN RELEASED | | | |
| 03-09-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 01-31-2005 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT REVIEW 19247-687-79010-4 200442 | 0.00 | | 11-01-2004 |
| 11-01-2004 | RENUMBERED RETURN 19247-687-79010-4 | | | |
| 11-08-2004 | UPDATED POA/TIA | | | |
| 11-23-1998 | Statutory Notice of Balance Due | | | |
| 12-14-1998 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Susan McMahon

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18

LOCATION: INTERNAL REVENUE SERVICE
ANDOVER, MA

ACCOUNT STATUS DATE 03/14/2005