## 1997 Income from Passthroughs

AMERGAS DRILLING PROGRAM 1985-A L.P.
I.D. Number: 06-1126995
Type: Partnership

Activity Information:

AMERGAS DRILLING PROGRAM 1985-A L.P.

Other passive activity

| | | |
|---|---|---|
| Ordinary income (loss) | -174 | |
| CANCELLATION OF INDEBTEDNESS | 0 | |
| Schedule E activity income (loss) | | -174 |
| Allowable passive loss from Form 8582 | | -174 |

Tax Preference Items:

Other K-1 Information:

| | |
|---|---|
| Interest | 3 |
| Investment income | 3 |

# 1997 Income from Passthroughs

```
POISTANO REALTY CO., INC.
I.D. Number: 05-0477314
Type: S Corporation
```

Activity Information:

POISTANO REALTY CO., INC.

Rental real estate - Active participation

| | |
|---|---:|
| Ordinary income (loss) | -744 |
| Rental real estate income (loss) | 83,147 |
| Schedule E activity income (loss) | 82,403 |

Tax Preference Items:

Depreciation adjustment for post-1986 property            486

Other K-1 Information:

Contributions - 50% limitation                             26

# 1997 Income from Passthroughs

```
ISCHIA FREEDOM CORPORATION
I.D. Number: 05-0480072
Type: S Corporation
```

Activity Information:

 ISCHIA FREEDOM CORPORATION

Rental real estate - Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 78 |
|    Schedule E activity income (loss) | 78 |

# 1997 Income from Passthroughs

```
R M REALTY L.L.C.
I.D. Number: 05-0494321
Type: Partnership
```

Activity Information:

R M REALTY L.L.C.

Rental real estate - Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 57,593 |
| Schedule E activity income (loss) | 57,593 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 158 |

## 1997 Income from Passthroughs

```
BARBER'S AUTO SALES & BODY WORKS
I.D. Number: 05-0313521
Type: S Corporation
```

Activity Information:

 BARBER'S AUTO SALES & BODY WORKS

 Trade or business - Material participation

| | | |
|---|---|---|
| Ordinary income (loss) | -130,289 | |
| Schedule E activity income (loss) | | -130,289 |

 Tax Preference Items:

 Depreciation adjustment for post-1986 property | 6,024

Other K-1 Information:

| | |
|---|---|
| Interest | 17,334 |
| Dividends | 5,169 |
| Contributions - 50% limitation | 563 |
| Investment income | 22,503 |

## 1997 Income from Passthroughs

```
NORWOOD REALTY, L.L.C.
I.D. Number: 05-0493281
Type: Partnership
```

Activity Information:

NORWOOD REALTY, L.L.C.

Rental real estate - Active participation

| | | |
|---|---|---|
| Ordinary income (loss) | -122 | |
| Schedule E activity income (loss) | | -122 |
| Allowable passive loss from Form 8582 | | -122 |

# 1997 Income from Passthroughs

TOM RICCI'S RENTAL CARS USA LLC
I.D. Number: 06-1478658
Type: Partnership

Activity Information:

TOM RICCI'S RENTAL CARS USA LLC

Trade or business - Material participation

| | | |
|---|---|---|
| Ordinary income (loss) | −15,064 | |
| Schedule E activity income (loss) | | −15,064 |

Tax Preference Items:

Depreciation adjustment for post-1986 property             190

# 1997 Income from Passthroughs

Summary of K-1 Information for all Passthroughs

Other K-1 Information:

| | |
|---|---:|
| Interest | 45,743 |
| Dividends | 5,169 |

Deductions:

| | |
|---|---:|
| Contributions - 50% limitation | 6,192 |
| Health insurance premiums | 3,091 |

Investment Interest Expense:

| | |
|---|---:|
| Investment income | 50,273 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 65,927 |

OMB NO. 1545-0184

| Form **4797** | **Sales of Business Property** | **1997** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) ▶ Attach to your tax return. | Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| EDWARD MARANDOLA JR. | |

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1997 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 ........................................... **1**

**Part I   Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year**

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) for entire year Subtract (f) from the sum of (d) and (e) | (h) 28% RATE GAIN or (LOSS) (see instructions below) |
|---|---|---|---|---|---|---|---|
| 2 See Statement 18 | | | | | | 41,196. | 41,195. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 ........................................... | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 ........................... | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ........................... | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft ........................... | 6 | |
| 7 | Combine lines 2 through 6 in columns (g) and (h). Enter gain or (loss) here, and on the appropriate line as follows: | 7 | 41,196. | 41,195. |

**Partnerships** - Enter the gain or (loss) on Form 1065, Schedule K, lines 6a and 6b. Skip lines 8, 9, 11, and 12 below.

**S corporations** - Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7, column (g) is a gain and the S corporation is subject to the capital gains tax.

**All others** - If line 7, column (g) is zero or a loss, enter that amount on line 11 below and skip lines 8 and 9. If line 7, column (g) is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain or (loss) in each column as a long-term capital gain or (loss) on Schedule D and skip lines 8, 9, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years ......... See Statement 19 | 8 | 236. | 236. |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows: | 9 | 40,960. | 40,959. |

**S corporations** - Enter only the gain (loss) on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others** - If line 9, column (g) is zero, enter the gain from line 7, column (g) on line 12 below. If line 9, column (g) is more than zero, enter the amount from line 8, column (g) on line 12 below, and enter the gain or (loss) in each column of line 9 as a long-term capital gain or (loss) on Schedule D.

\* Corporations (other than S corporations) should not complete column (h). Partnerships and S corporations must complete column (h). All others must complete column (h) only if line 7, column (g), is a gain. 28% rate gain or loss included in column (g) from sales, exchanges, or conversions (including installment payments received) **either (a) before** 5/7/97 **or (b) after** 7/28/97 for assets held more than 1 year but not more than 18 months.

**Part II   Ordinary Gains and Losses**

| | | | |
|---|---|---|---|
| 10 | Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less): | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 11 | Loss, if any, from line 7, column (g) ........................... | 11 | |
| 12 | Gain, if any, from line 7, column (g) or amount from line 8, column (g) if applicable | 12 | 236. |
| 13 | Gain, if any, from line 31 ........................... | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a ........................... | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 ........................... | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 ........................... | 16 | |
| 17 | Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations ........................... | 17 | |
| 18 | Combine lines 10 through 17 in column (g). Enter gain or (loss) here, and on the appropriate line as follows: | 18 | 236. |
| a | For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed. | | |
| b | For individual returns: | | |
| | (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here and on line 22 of Schedule A (Form 1040). Identify as from "Form 4797, line 18b(1)." .................. | 18b(1) | |
| | (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 ........................... | 18b(2) | 236. |

LHA   **For Paperwork Reduction Act Notice, see page 1 of separate Instructions.**                   Form **4797** (1997)

718011/03-12-98

14360118   743180   MARAE2440      092   MARANDOLA JR., EDWARD            MARAE242

Form 4797 (1997) EDWARD MARANDOLA JR.

**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (Note: See line 1 before completing.) | 20 | | | | |
| 21 Cost or other basis plus expense of sale | 21 | | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 If section 1245 property: | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the smaller of line 24 or 25a | 25b | | | | |
| 26 If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 | 26a | | | | |
| b Applicable percentage multiplied by the smaller of line 24 or line 26a | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the smaller of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage | 27b | | | | |
| c Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 If section 1254 property: | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 28a | | | | |
| b Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 If section 1255 property: | | | | | |
| a Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b Enter the smaller of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6, column (g), and if applicable, column (h) | 32 | |

**Part IV** Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
See instructions.

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. | 35 | | |

718012
03-12-98

30

14360118   743180   MARAE2440   092   MARANDOLA JR., EDWARD   MARAE242

Form **6251**

Department of the Treasury
Internal Revenue Service

## Alternative Minimum Tax - Individuals

OMB No. 1545-0227

**1997**

Attachment
Sequence No. **32**

▶ Attach to Form 1040 or Form 1040NR.

Name(s) shown on Form 1040

EDWARD MARANDOLA JR.

Your social security number

| Part I | Adjustments and Preferences | | |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 35, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 **or** 2 1/2% of Form 1040, line 33 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 198,074. |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | <6,271.> |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | 65,283. |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss See Statement 20 | 11 | 2,899. |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |

14 Other. Enter the amount, if any, for each item below and enter the total on line 14.

| | | | | | | |
|---|---|---|---|---|---|---|
| a | Charitable contributions | | h | Loss limitations | | |
| b | Circulation expenditures | | i | Mining costs | | |
| c | Depletion | | j | Patron's adjustment | | |
| d | Depreciation (pre-1987) | | k | Pollution control facilities | | |
| e | Installment sales | | l | Research and experimental | | |
| f | Intangible drilling costs | | m | Tax shelter farm activities | | |
| g | Long-term contracts | | n | Related adjustments | | |
| | | | | | 14 | |

| 15 | Total Adjustments and Preferences. Combine lines 1 through 14 ▶ | 15 | 259,985. |
|---|---|---|---|

| Part II | Alternative Minimum Taxable Income | | |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 36.** If less than zero, enter as a (loss) ▶ | 16 | 3,748,894. |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 33, is over $121,200 (over $60,600 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A, line 28 | 18 | <115,784.> |
| 19 | Combine lines 15 through 18 ▶ | 19 | 3,893,095. |
| 20 | Alternative tax net operating loss deduction | 20 | |
| 21 | Alternative Minimum Taxable Income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ▶ | 21 | 3,893,095. |

| Part III | Exemption Amount and Alternative Minimum Tax | | |
|---|---|---|---|

22 **Exemption Amount.** (If this form is for a child under age 14, see instructions.)

| If your filing status is: | And line 21 is not over: | THEN enter on line 22: | | |
|---|---|---|---|---|
| Single or head of household | $112,500 | $33,750 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 | 22 | 0. |
| Married filing separately | 75,000 | 22,500 | | |

If line 21 is **over** the amount shown above for your filing status, see instructions.

| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 3,893,095. |
|---|---|---|---|
| 24 | If you completed Schedule D (Form 1040), and had an amount on line 25 or line 27 (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | 24 | 1,086,567. |
| 25 | Alternative minimum tax foreign tax credit | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 | 26 | 1,086,567. |
| 27 | Enter your tax from Form 1040, line 39 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 1,463,575. |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 48 ▶ | 28 | 0. |

LHA   For Paperwork Reduction Act Notice, see separate instructions.

Form 6251(1997)

719481
03-12-98

14360118   743180   MARAE2440        092   MARANDOLA JR., EDWARD              MARAE242

**Part IV**  **Line 24 Computation Using Maximum Capital Gains Rates**

| | | | |
|---|---|---|---|
| 29 Enter the amount from line 23 | | 29 | |
| 30 Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary) | 30 | | |
| 31 Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary) | 31 | | |
| 32 Add lines 30 and 31 | 32 | | |
| 33 Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary) | 33 | | |
| 34 Enter the **smaller** of line 32 or line 33 | | 34 | |
| 35 Subtract line 34 from line 29. If zero or less, enter -0- | | 35 | |
| 36 If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | | 36 | |
| 37 Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax) | | 37 | |
| 38 Enter the **smallest** of line 29, line 30, or line 37 | | 38 | |
| 39 Multiply line 38 by 10% (.10) ▶ | | 39 | |
| 40 Enter the **smaller** of line 29 or line 30 | | 40 | |
| 41 Enter the amount from line 38 | | 41 | |
| 42 Subtract line 41 from line 40. If zero or less, enter -0- | | 42 | |
| 43 Multiply line 42 by 20% (.20) ▶ | | 43 | |
| 44 Enter the amount from line 29 | | 44 | |
| 45 Add lines 35, 38, and 42 | | 45 | |
| 46 Subtract line 45 from line 44 | | 46 | |
| 47 Multiply line 46 by 25% (.25) ▶ | | 47 | |
| 48 Add lines 36, 39, 43, and 47 | | 48 | |
| 49 If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 49 | |
| 50 Enter the **smaller** of line 48 or line 49 here and on line 24 ▶ | | 50 | |

**ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT**

Name(s): EDWARD MARANDOLA JR.

Social Security Number: [redacted]

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1- | VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | |
| | * Regular Income | 341,737. | | | | | |
| | Depr Adj | 61,682. | 61,682. | | | | |
| | * AMT Net Income | 403,419. | 61,682. | | | | |
| K1- | DIVERSIFIED PRODUCTS, INC. | | | | | | |
| | * Regular Income | 4,550,443. | | | | | |
| | Depr Adj | <7,071.> | <7,071.> | | | | |
| | * AMT Net Income | 4,543,372. | <7,071.> | | | | |
| K1- | OCEAN STATE NISSAN, INC. | | | | | | |
| | * Regular Income | <24,510.> | | | | | |
| | Depr Adj | 2,087. | 2,087. | | | | |
| | * AMT Net Income | <22,423.> | 2,087. | | | | |
| K1- | NORWOOD MOTOR GROUP, INC. | | | | | | |
| | * Regular Income | 110,134. | | | | | |
| | Depr Adj | 2,031. | 2,031. | | | | |
| | * AMT Net Income | 112,165. | 2,031. | | | | |

Adjustment

719911 09-05-97

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s): EDWARD MARANDOLA JR.

Social Security Number: ▮▮▮▮▮▮

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1- | NORWOOD MOTOR ASSOCIATES, INC. | | | | | | |
| | * Regular Income | 149,974. | | | | | |
| | Depr Adj | 340. | 340. | | | | |
| | * AMT Net Income | 150,314. | 340. | | | | |
| K1- | BARBER'S AUTO SALES & BODY WORKS | | | | | | |
| | * Regular Income | <130,289.> | | | | | |
| | Depr Adj | 6,024. | 6,024. | | | | |
| | * AMT Net Income | <124,265.> | 6,024. | | | | |
| K1- | TOM RICCI'S RENTAL CARS USA LLC | | | | | | |
| | * Regular Income | <15,064.> | | | | | |
| | Depr Adj | 190. | 190. | | | | |
| | * AMT Net Income | <14,874.> | 190. | | | | |
| E- | RESIDENTIAL RENTAL - 8 401 POST ROAD NORTH KI | | | | | | |
| | * Regular Income | <26,287.> | | | | | |
| | AMT Depr Adj | 1,705. | | | 1,705. | | |
| | * AMT Net Income | <24,582.> | | | 1,705. | | |

719911
09-05-97

## ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

**Name(s):** EDWARD MARANDOLA JR.

**Social Security Number:** ███████

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| E- | COMMERCIAL BUILDING - PAWTUCKET, RI | | | | | | |
| | * Regular Income | 5,632. | | | | | |
| | AMT Depr Adj | 550. | | | 550. | | |
| | * AMT Net Income | 6,182. | | | 550. | | |
| K1- | AMERGAS DRILLING PROGR AM 1985-A L.P. | | | | | | |
| | * Regular Income | <174.> | | | | | |
| | * AMT Net Income | <174.> | | | | | |
| K1- | POISTANO REALTY CO., I NC. | | | | | | |
| | * Regular Income | 82,403. | | | | | |
| | AMT Adjustments | 486. | | | 486. | | |
| | * AMT Net Income | 82,889. | | | 486. | | |
| K1- | ISCHIA FREEDOM CORPORA TION | | | | | | |
| | * Regular Income | 78. | | | | | |
| | * AMT Net Income | 78. | | | | | |
| K1- | R M REALTY L.L.C. | | | | | | |
| | * Regular Income | 57,593. | | | | | |
| | AMT Adjustments | 158. | | | 158. | | |
| | * AMT Net Income | 57,751. | | | 158. | | |

719911
09-05-97

**ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT**

Name(s)

EDWARD MARANDOLA JR.

Social Security Number

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1 - | NORWOOD REALTY, L.L.C. | | | | | | |
| | * Regular Income | <122.> | | | | | |
| | * AMT Net Income | <122.> | | | | | |
| | | | | | | | |
| | ** Total Adj & Pref ** | | 65,283. | | 2,899. | | |

719011
09-05-97

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
### (Including Information on Listed Property)    SUMMARY

▶ Attach this form to your return.

OMB No. 1545-0172

**1997**

Attachment
Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| EDWARD MARANDOLA JR. | ALL BUSINESS ACTIVIT | |

**Part I**  Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "listed property," complete Pa

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions | **1** | 18,000. |
| 2 | Total cost of section 179 property placed in service | **2** | 295,000. |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 95,000. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 0. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from 1996 | **10** | 8,575. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | 0. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | 0. |
| 13 | Carryover of disallowed deduction to 1998. Add lines 9 and 10, less line 12 ▶ | **13** | 8,575. |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II**  MACRS Depreciation For Assets Placed in Service ONLY During Your 1997 Tax Year (Do Not Include Listed Property.)

### Section A – General Asset Account Election

| | |
|---|---|
| 14 | If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions ▶ ☐ |

### Section B – General Depreciation System (GDS) (See instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | | MM | S/L | |
| | / | | | MM | S/L | |

### Section C – Alternative Depreciation System (ADS) (See instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

**Part III**  Other Depreciation (Do Not Include Listed Property.) (See instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1997 | **17** | |
| 18 | Property subject to section 168(f)(1) election | **18** | |
| 19 | ACRS and other depreciation | **19** | |

**Part IV**  Summary  (See instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | **20** | |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **21** | |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **22** | |

LHA   **For Paperwork Reduction Act Notice, see the separate instructions.**    Form **4562** (1997)

716251
03-12-98

37

Form **8271**
(Rev. January 1996)
Department of the Treasury
Internal Revenue Service

**Investor Reporting of Tax Shelter Registration Number**

► Attach to your tax return

OMB No. 1545-0881

Attachment
Sequence No. **71**

| Investor's name(s) shown on return | Investor's identifying number | Investor's tax year ended |
|---|---|---|
| EDWARD MARANDOLA JR. | ▮▮▮▮▮ | 12/31/97 |

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | AMERGAS DRILLING PROGRAM 1985-A L.P. | 85073000110 | 06-1126995 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

719921
09-15-97

14360118    743180    MARAE2440        092    MARANDOLA JR., EDWARD                    MARAE242

*AS AMENDED*

| Form **4952** | **Investment Interest Expense Deduction** | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to your tax return. | **1997** Attachment Sequence No. **72** |

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number
▉▉▉▉▉▉▉

### Part I — Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1997. ........................ See Statement 21 | 1 | 5,684. |
| 2 | Disallowed investment interest expense from 1996 Form 4952, line 7 .................... | 2 | 343,148. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 ................................ | 3 | 348,832. |

### Part II — Net Investment Income

| | | | |
|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) ........................ See Statement 22 | 4a | 56,578. |
| b | Net gain from the disposition of property held for investment ...................... **4b** | | |
| c | Net capital gain from the disposition of property held for investment .............. **4c** | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- ........................ | 4d | |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ................................ ▶ | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e ........................ | 4f | 56,578. |
| 5 | Investment expenses ........................ See Statement 23 | 5 | 6,271. |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- ......... | 6 | 50,307. |

### Part III — Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1998. Subtract line 6 from line 3. If zero or less, enter -0- ........................ See Statement 24 | 7 | 298,525. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 .............. | 8 | 50,307. |

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4952** (1997)

Alternative Minimum Tax *AS AMENDED*

| Form **4952** | **Investment Interest Expense Deduction** | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to your tax return. | **1997** Attachment Sequence No. **72** |

Name(s) shown on return: **EDWARD MARANDOLA JR.**   Identifying number ████

### Part I  Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1997. | 1 | 5,684. |
| 2 | Disallowed investment interest expense from 1996 Form 4952, line 7 | 2 | 344,562. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 350,246. |

### Part II  Net Investment Income

| | | | |
|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 56,578. |
| b | Net gain from the disposition of property held for investment | 4b | |
| c | Net capital gain from the disposition of property held for investment | 4c | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | 4d | |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ▶ | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e | 4f | 56,578. |
| 5 | Investment expenses | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | 6 | 56,578. |

### Part III  Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1998. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 293,668. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 | 8 | 56,578. |

```
Regular Form 4952, line 8                50,307.
Less recomputed Form 4952, line 8        56,578.
Interest adjustment - Form 6251 line 7  <6,271.>
```

LHA   For Paperwork Reduction Act Notice, see separate instructions.   Form **4952** (1997)

718901 03-12-98
14360118   743180   MARAE2440      092   MARANDOLA JR., EDWARD       MARAE242

| Form 1040 | Personal Exemption Worksheet | Statement 1 |
|---|---|---|

1. Is the amount on Form 1040, line 33, more than the amount shown on line 4
   below for your filing status?
   No.   Stop. Multiply $2,650 by the total number of exemptions claimed on
         Form 1040, line 6d, and enter the result on line 37.
   Yes. Go to line 2.
2. Multiply $2,650 by the total number of exemptions claimed
   on Form 1040, line 6d  . . . . . . . . . . . . . . . . . . . .    13,250.
3. Enter the amount from Form 1040, line 33 . .    3,980,657.
4. Enter the amount for your filing status  . .      121,200.
      Married filing separate          $ 90,900
      Single                           $121,200
      Head of household                $151,500
      Married filing joint or widow(er)  $181,800
5. Subtract line 4 from line 3  . . . . . . . .    3,859,457.
   If line 5 is more than $122,500 ($61,250 if
   married filing separate) enter zero
   on Form 1040, line 37.
6. Divide line 5 by $2,500 ($1,250 if MFS)  . .
7. Multiply line 6 by 2% (.02) and enter the result
   as a decimal . . . . . . . . . . . . . . . . . .
8. Multiply line 2 by line 7 . . . . . . . . . . . . . . . . .
9. Subtract line 8 from line 2. Total to Form 1040, line 37.                0.

| Form 1040 | Tax-Exempt Interest | Statement 2 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| THE BOSTON GROUP | 11. |
| Total to Form 1040, line 8b | 11. |

| Form 1040 | Wages Received and Taxes Withheld | Statement 3 |
|---|---|---|

| T S | Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|---|
| T | VICTORY FINISHING TECHNOLOGIES | 133,756. | 26,907. | 7,407. | | 4,055. | 1,895. |
| T | DIVERSIFIED PRODUCTS, INC. | 253,037. | 90,986. | 24,856. | 456. | 4,055. | 3,669. |
| | Totals | 386,793. | 117,893. | 32,263. | 456. | 8,110. | 5,564. |

EDWARD MARANDOLA JR.

---

| Form 1040 | Federal Income Tax Withheld | Statement 4 |
|---|---|---|

| T | | |
| S | Description | Amount |
| --- | --- | --- |
| T | Wages/Salaries | 117,893. |
| | From Form 1099-INT or 1099-DIV | 14. |
| | Total to Form 1040, line 54 | 117,907. |

EDWARD MARANDOLA JR.

| Form 1040 | Excess Social Security Tax Worksheet | Statement | 5 |

| | Taxpayer | Spouse |
|---|---|---|
| 1. Add all social security tax withheld but not more than $4,054.80 for each employer (this tax should be shown in Box 4 of your W-2 forms). Enter the total here . . . . . . . . . . . . . . . . . . . | 8,110. | |
| 2. Enter any uncollected social security tax on tips or group-term life insurance included in the total on Form 1040, line 53 . . . . . . . . . . . . . . . . | | |
| 3. Add lines 1 and 2 . . . . . . . . . . . . . . . . | 8,110. | |
| 4. Social security tax limit . . . . . . . . . . . . | 4,055. | |
| 5. Subtract line 4 from line 3. Excess social security tax included in Form 1040, line 58 . . . . . . . . . | 4,055. | |

| Schedule A | Other Taxes | Statement | 6 |

| Description | Amount |
|---|---|
| REAL ESTATE 111 HARISON AVE - CLOSING | 5,069. |
| REAL ESTATE HARISON AVE LAND | 6,271. |
| REAL ESTATE - NEWRY ME | 3,079. |
| REAL ESTATE - TAHOE | 58. |
| REAL ESTATE - HILLSIDE ST | 2,908. |
| Total to Schedule A, line 8 | 17,385. |

| Schedule A | State and Local Income Taxes | Statement | 7 |

| Description | Amount |
|---|---|
| VICTORY FINISHING TECHNOLOGIES | 7,407. |
| DIVERSIFIED PRODUCTS, INC. | 24,856. |
| State Disability Insurance - DIVERSIFIED PRODUCTS, INC. | 456. |
| Massachusetts Tax Payments | 385. |
| Rhode Island Tax Payments | 100,000. |
| Total to Schedule A, line 5 | 133,104. |

*AS AMENDED*

| Schedule A | Cash Contributions | | Statement    8 |
|---|---|---|---|

| Description | Amount<br>50% Limit | Amount<br>30% Limit |
|---|---|---|
| Miscellaneous | 0. | |
| MADONNA MANOR | 250. | |
| RI HOSPITAL FOUNDATION | 5,000. | |
| SAVE THE BAY | 500. | |
| SUFFOLK UNIVERSITY | 2,500. | |
| PED/NEUR FOUNDATION | 1,800. | |
| SALVE REGINA   UNIVERSITY | 230. | |
| GREAT GATSBY SOCIETY | 285. | |
| MISCELLANEOUS $100 OR LESS | 1,140. | |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | 2,885. | |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | 1,988. | |
| From K-1 - NORWOOD MOTOR GROUP, INC. | 706. | |
| From K-1 - NORWOOD MOTOR ASSOCIATES, INC. | 24. | |
| From K-1 - POISTANO REALTY CO., INC. | 26. | |
| From K-1 - BARBER'S AUTO SALES & BODY WORKS | 563. | |
| Subtotals | 17,897. | |
| Total to Schedule A, line 15 | | 17,897. |

| Schedule A | Investment Interest | Statement    9 |
|---|---|---|

| Description | Amount |
|---|---|
| FLEET BANK - LAND MORTGAGE | 5,395. |
| Disallowed Investment Interest Prior Years | 343,148. |
| FLEET BANK - LAND MTGE (NEW) | 289. |
| Disallowed Investment Interest C/O | <298,525.> |
| Total to Schedule A, line 13 | 50,307. |

| Schedule A | Medical and Dental Expenses | Statement   10 |
|---|---|---|

| Description | Amount |
|---|---|
| Self-employed Health Insurance | 1,855. |
| Total to Schedule A, line 1 | 1,855. |

*AS AMENDED*

| Schedule A | Itemized Deductions Worksheet | Statement 11 |
|---|---|---|

1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 347,547.
2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling losses included on line 27 . . . . . . 50,307.
3. Subtract line 2 from line 1. If the result is zero, STOP HERE; enter the amount from line 1 above on Schedule A, line 28 . . . . . . . . . . . . . . . . . . . . . 297,240.
4. Multiply line 3 above by 80% (.80) . . . . .   237,792.
5. Enter the amount from Form 1040, line 32. . .   3,980,657.
6. Enter $121,200 ($60,600 if married filing separately) . . . . . . . . . . . . . . . . .   121,200.
7. Subtract line 6 from line 5. If the result is zero or less, STOP HERE; enter the amount from line 1 above on Schedule A, line 28 . .   3,859,457.
8. Multiply line 7 above by 3% (.03) . . . . . .   115,784.
9. Enter the smaller of line 4 or line 8 . . . . . . . . . . 115,784.

10. Total itemized deductions. Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 . . . . 231,763.

| Schedule B | Interest Income | Statement 12 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| BER-LYN | 873. |
| FLEET NATIONAL BANK | 386. |
| M L  CREDIT CORP (ESCROW) | 615. |
| R.I. HOSPITAL TRUST BANK | 45. |
| FLET NATIONAL BANK | 32. |
| FLEET NATIONAL BANK | 64. |
| LESS REC'D AS NOMINEE | <32.> |
| LESS REC'D AS NOMINEE | <64.> |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | 639. |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | 26,095. |
| From K-1 - NORWOOD MOTOR ASSOCIATES, INC. | 190. |
| From K-1 - AMERGAS DRILLING PROGRAM 1985-A L.P. | 3. |
| US GOVT INTEREST | 271. |
| OTHER INTEREST | 180. |
| U.S. GOV'T. INTEREST | 881. |
| OTHER INTEREST | 150. |
| GOV'T SECUTITIES | 1,159. |
| OTHER INTEREST | 16,175. |
| Total to Schedule B, line 1 | 47,662. |

*AS AMENDED*

| Schedule B | Nontaxable Distributions | Statement | 13 |
|---|---|---|---|

| Name of Payer | Amount |
|---|---|
| MERRILL LYNCH | 1. |
| Total to Schedule B, line 8 | 1. |

| Schedule C | Other Income | Statement | 14 |
|---|---|---|---|

| Description | Amount |
|---|---|
| LOSS ON SECURITIES TRADES | <1,335,101.> |
| MARK TO MARKET ADJUSTMENT 12/31/97 | <114,298.> |
| Total to Schedule C, line 6 | <1,449,399.> |

| Schedule D | Net Long-Term Gain or Loss from Forms 4797, 2119, 2439, 6252, 4684, 6781 and 8824 | Statement | 15 |
|---|---|---|---|

| Description of Property | Gain or Loss | 28% Gain |
|---|---|---|
| Form 4797 | 40,960. | 40,959. |
| Total to Schedule D, Part II, line 11 | 40,960. | 40,959. |

EDWARD MARANDOLA JR.

*AS AMENDED*

| Schedule D | Capital Loss Carryover | Statement 16 |
|---|---|---|

1. Enter the amount from Form 1040, line 36 . . . . . . . . . . .    3,748,894.
2. Enter the loss from Schedule D, line 18, as a positive amount.    3,000.
3. Combine lines 1 and 2. If zero or less, enter -0- . . . . . .    3,751,894.
4. Enter the smaller of line 2 or line 3 . . . . . . . . . . . .    3,000.

5. Enter the loss from Schedule D, line 7, as a positive amount .    5,221,091.
6. Enter the gain, if any, from Schedule D,
   line 16 . . . . . . . . . . . . . . . . . . . . . .    40,960.
7. Add lines 4 and 6 . . . . . . . . . . . . . . . . . . . . .    43,960.
8. Short-term capital loss carryover to 1998.
   Subtract line 7 from line 5. If zero or less, enter -0- . . .    5,177,131.

9. Enter the loss from Schedule D, line 16, as a positive amount.
10. Enter the gain, if any, from Schedule D,
    line 7 . . . . . . . . . . . . . . . . . . . . . . . . . .
11. Subtract line 5 from line 4.  If zero or less,
    enter -0- . . . . . . . . . . . . . . . . . . . . . .
12. Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . .
13. Long-term capital loss carryover to 1998.
    Subtract line 12 from line 9. If zero or less, enter -0-  . .

| Schedule E | Income or (Loss) from Partnerships and S Corps | Statement 17 |
|---|---|---|

Name

| Employer ID No. | Not at Risk | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
|---|---|---|---|---|---|---|---|
| VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | | |
| 05-0251745 | | S | | | | | 341,737. |
| DIVERSIFIED PRODUCTS, INC. | | | | | | | |
| 05-0384622 | | S | | | | | 4,550,443. |
| OCEAN STATE NISSAN, INC. | | | | | | | |
| 05-0422120 | | S | | | 24,510. | | |
| NORWOOD MOTOR GROUP, INC. | | | | | | | |
| 05-0461212 | | S | | | | | 110,134. |
| NORWOOD MOTOR ASSOCIATES, INC. | | | | | | | |
| 05-0461217 | | S | | | | | 149,974. |
| AMERGAS DRILLING PROGRAM 1985-A L.P. | | | | | | | |
| 06-1126995 | | P | 174. | | | | |
| POISTANO REALTY CO., INC. | | | | | | | |
| 05-0477314 | | S | | 82,403. | | | |
| ISCHIA FREEDOM CORPORATION | | | | | | | |
| 05-0480072 | | S | | 78. | | | |
| R M REALTY L.L.C. | | | | | | | |
| 05-0494321 | | P | | 57,593. | | | |

EDWARD MARANDOLA JR.

| BARBER'S AUTO SALES & BODY WORKS | | | | |
|---|---|---|---|---|
| 05-0313521 | S | | 130,289. | |
| NORWOOD REALTY, L.L.C. | | | | |
| 05-0493281 | P | 122. | | |
| TOM RICCI'S RENTAL CARS USA LLC | | | | |
| 06-1478658 | P | | 15,064. | |
| Totals to Sch. E, ln. 28 | | 296. | 140,074. | 169,863. | 5,152,288. |

---

| Form 4797 | Property Held More than One Year | | | | | | Statement 18 |
|---|---|---|---|---|---|---|---|
| Description | Date Acquired | Date Sold | Sales Price | Depr. | Cost or Basis | Gain Or Loss | 28% Gain |
| VICTORY FINISHING TECHNOLOGIES, | | | | | | 1. | |
| BARBER'S AUTO SALES & BODY WORKS | | | | | | 41,195. | 41,195. |
| Total to 4797, Part I, line 2 | | | | | | 41,196. | 41,195. |

| Form 4797 | Nonrecaptured Net Section 1231 Losses from Prior Years | | Statement 19 |
|---|---|---|---|

| Tax Year | (A) Section 1231 Losses | (B) Section 1231 Losses Recaptured | (C) (A) minus (B) |
|---|---|---|---|
| 1992 | | | |
| 1993 | | | |
| 1994 | | | |
| 1995 | 570. | 334. | 236. |
| 1996 | | | |
| Total to Form 4797 | 570. | 334. | 236. |

| Form 6251 | Passive Activities | | Statement 20 |
|---|---|---|---|

Net Income (Loss)

| Name of Activity | Form | AMT | Regular | Adjustment |
|---|---|---|---|---|
| AMERGAS DRILLING PROGRAM 1985-A L.P. | Sch E | <174.> | <174.> | |
| POISTANO REALTY CO., INC. | Sch E | 82,889. | 82,403. | 486. |
| ISCHIA FREEDOM CORPORATION | Sch E | 78. | 78. | |
| R M REALTY L.L.C. | Sch E | 57,751. | 57,593. | 158. |
| NORWOOD REALTY, L.L.C. | Sch E | <122.> | <122.> | |
| RESIDENTIAL RENTAL - 8401 POST ROAD NORTH KINGSTOWN, RI | Sch E | <24,582.> | <26,287.> | 1,705. |
| COMMERCIAL BUILDING - PAWTUCKET, RI | Sch E | 6,182. | 5,632. | 550. |
| Total to Form 6251, line 11 | | | | 2,899. |

| Form 4952 | Investment Interest Expense | | Statement 21 |
|---|---|---|---|
| **Description** | | **Current** | **Carryover** |
| FLEET BANK - LAND MORTGAGE | | 5,395. | |
| Disallowed Investment Interest Prior Years | | | 343,148. |
| FLEET BANK - LAND MTGE (NEW) | | 289. | |
| Totals to Form 4952 | | 5,684. | 343,148. |

| Form 4952 | Income from Property Held for Investment | Statement 22 |
|---|---|---|
| **Description** | | **Amount** |
| Interest income | | 47,662. |
| Dividend income | | 8,916. |
| Total to Form 4952, line 4a | | 56,578. |

| Form 4952 | Investment Expense | Statement 23 |
|---|---|---|
| **Description** | | **Amount** |
| Schedule A deductions | | 6,271. |
| Total to Form 4952, line 5 | | 6,271. |

| Form 4952 | Disallowed Investment Interest Expense | Statement 24 |
|---|---|---|
| **Description** | | **Amount** |
| Schedule A - C/O | | 298,525. |
| Total to Form 4952, line 7 | | 298,525. |