| a Control number 1333 013 | 1 Wages, tips, other compensation 249999.88 | 2 Federal income tax withheld 35680.50 |
| | 3 Social security wages 68400.00 | 4 Social security tax withheld 4240.80 |
| | 5 Medicare wages and tips 249999.88 | 6 Medicare tax withheld 3624.92 |

Department of the Treasury—Internal Revenue Service

c Employer's name, address, and ZIP code
DIVERSIFIED PRODUCTS INC
1200 EDDY STREET
PROVIDENCE RI 02905

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 |
| b Employer's identification number 05-0384622 | d number | |
| 13 See instrs. for Box 13 | RI-TDI 456.00 | |

e Employee's name, address, and ZIP code
1001
36 BEACON HILL ROAD
NEWPORT RI 02840

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |

**W-2** Wage and Tax Statement **1998**

| 16 State Employer's state I.D. No. RI 05-0384622 | 17 State wages, tips, etc. 249999.88 |
| 18 State income tax 26000.00 | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

---

| a Control number 153 162 | 1 Wages, tips, other compensation 135351.39 | 2 Federal income tax withheld 26597.48 |
| | 3 Social security wages 68400.00 | 4 Social security tax withheld 4240.80 |
| | 5 Medicare wages and tips 131955.80 | 6 Medicare tax withheld 1913.61 |

Department of the Treasury—Internal Revenue Service

c Employer's name, address, and ZIP code
VICTORY FINSHNG TECHNLGIES INC
145 GLOBE STREET
PROVIDENCE RI 02903

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 3300.00 |
| b Employer's identification number 05-0251745 | d number | |
| 13 See instrs. for Box 13 | HLTH CH-S 3395.59 RI-TDI 456.00 | |

e Employee's name, address, and ZIP code
EDWARD MARANOOLA JR
36 BEACON HILL ROAD
NEWPORT RI 02840

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |

**W-2** Wage and Tax Statement **1998**

| 16 State Employer's state I.D. No. RI 05-0251745 | 17 State wages, tips, etc. 135351.39 |
| 18 State income tax 7181.20 | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

1 For State, City, or Local Tax Department

JOINT EXHIBIT 8

PENGAD—Bayonne, N.J.

08221303439461

Form **1040** U.S. Individual Income Tax Return **1998** (99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1998, or other tax year beginning , 1998, ending , 19    OMB No. 1545-0074

**Label**
(See instructions on page 18.)
Use the IRS label.
Otherwise, please print or type.

Your first name and initial: **EDWARD**    Last name: **MARANDOLA JR.**

If a joint return, spouse's first name and initial    Last name

Home address (number and street). If you have a P.O. box, see page 18. **36 BEACON HILL ROAD**    Apt. no.

▲ **IMPORTANT!** ▲
You must enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18. **NEWPORT, RI 02840**

**Presidential Election Campaign** (See page 18.)
▶ Do you want $3 to go to this fund?    Yes | No
If a joint return, does your spouse want $3 to go to this fund?

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a ..........

b [ ] Spouse ..........

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| PHILLIP MARANDOLA | | SON | X |
| ANDREW MARANDOLA | | SON | X |
| CHELSEA MARANDOLA | | DAUGHTER | X |
| MAIA MARANDOLA | | DAUGHTER | X |

If more than six dependents, see page 19.

No. of boxes checked on 6a and 6b: **1**
No. of your children on 6c who:
• lived with you: **4**
• did not live with you due to divorce or separation (see page 19)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ **5**

d Total number of exemptions claimed ..........

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 .......... | 7 | 385,351.
8a Taxable interest. Attach Schedule B if required .......... | 8a | 60,048.
b Tax-exempt interest. DO NOT include on line 8a ........ | 8b | 18.
9 Ordinary dividends. Attach Schedule B if required .......... | 9 | 74.
10 Taxable refunds, credits, or offsets of state and local income taxes Stmt 3 .......... | 10 | 0.
11 Alimony received .......... | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ .......... | 12 |
13 Capital gain or (loss). Attach Schedule D .......... | 13 | <3,000.>
14 Other gains or (losses). Attach Form 4797 .......... | 14 |
15a Total IRA distributions | 15a | b Taxable amount (see page 22) | 15b |
16a Total pensions and annuities | 16a | b Taxable amount (see page 22) | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .......... | 17 | 705,467.
18 Farm income or (loss). Attach Schedule F .......... | 18 |
19 Unemployment compensation .......... | 19 |
20a Social security benefits | 20a | b Taxable amount (see page 24) | 20b |
21 Other income. List type and amount - see page 24 .......... | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 1,147,940.

RECEIVED
OCT 19 1999
INTERNAL REVENUE SERVICE
RI DISTRICT

**Adjusted Gross Income**

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC inst. on page 36.

23 IRA deduction (see page 25) .......... | 23 |
24 Student loan interest deduction (see page 27) .......... | 24 |
25 Medical savings account deduction. Attach Form 8853 ........ | 25 |
26 Moving expenses. Attach Form 3903 .......... | 26 |
27 One-half of self-employment tax. Attach Schedule SE ........ | 27 |
28 Self-employed health insurance deduction (see page 28) ....... | 28 |
29 Keogh & self-employed SEP plans and SIMPLE plans ...... | 29 |
30 Penalty on early withdrawal of savings .......... | 30 |
31a Alimony paid  b Recipient's SSN ▶ 508 78 9272 | 31a | 52,000.
32 Add lines 23 through 31a .......... | 32 | 52,000.
33 Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 1,095,940.

810001 02-16-99    LHA    **For Disclosure, Privacy, Act, and Paperwork Reduction Act Notice, see page 51.**    Form 1040 (1998)

14421008    743180    MARAE2440    062    MARANDOLA JR., EDWARD    MARAE241

Form 1040 (1998)   EDWARD MARANDOLA JR.   OMB No. 1545-0074   Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 1,095,940. |
| | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 29 and check here ▶ 35b ☐ | | |
| **Standard Deduction for Most People** Single: $4,250 Head of household: $6,250 Married filing jointly or Qualifying widow(er): $7,100 Married filing separately: $3,550 | 36 | Enter the **larger** of your **Itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 518,467. |
| | 37 | Subtract line 36 from line 34 | 37 | 577,473. |
| | 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet on page 30 for the amount to enter | 38 | 0. |
| | 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 577,473. |
| | 40 | Tax. See page 30. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 207,113. |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| | 43 | Child tax credit (see page 31) | 43 | |
| | 44 | Education credits. Attach Form 8863 | 44 | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 47 | |
| | 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 207,113. |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | 51 | 64,182. |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | 271,295. |
| **Payments** Attach Forms W-2 and W-2G on page 1. Also attach Form 1099-R if tax was withheld. | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 122,277. |
| | 58 | 1998 estimated tax payments and amount applied from 1997 return | 58 | 100,000. |
| | 59a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child | | |
| | b | Nontaxable earned income: amount ▶ and type ▶ | 59a | |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| | 61 | Amount paid with Form 4868 (request for extension) | 61 | |
| | 62 | Excess social security and RRTA tax withheld (see page 43) Stmt. 6 | 62 | 4,241. |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 64 | 226,518. |
| **Refund** Have it directly deposited! See page 44 and fill in 66b, 66c, and 66d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | |
| | 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | |
| | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 67 | Amount of line 65 you want **APPLIED TO YOUR 1999 ESTIMATED TAX** ▶ | 67 | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE** For details on how to pay, see page 44 ▶ | 68 | 45,475. |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | 698. |

**Sign Here**
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date __1/14/99__ Your occupation EXECUTIVE   Daytime telephone number (optional)

Spouse's signature. If a joint return, BOTH must sign. Date ____ Spouse's occupation   (401) 421-1900

**Paid Preparer's Use Only**

Preparer's signature ▶ _____ Date 10/12/9   Check if self-employed ☒   Preparer's social security no. 044 38 2757

Firm's name (or yours if self-employed) and address ▶ Dacey Guarino & Company   1445 Wampanoag Trail, Suite 202   East Providence, RI   EIN 05 0425517   ZIP code 02915

14421008   743180   MARAE2440   062   MARANDOLA JR., EDWARD   MARAE241

**Child Tax Credit Worksheet - Line 43** (keep for your records)

| Name(s): First | Last | |
|---|---|---|
| EDWARD | MARANDOLA JR. | ▮▮▮▮▮ |

- **1.** $400.00 X <u>  4  </u> . Multiply and enter the result .................................... **1.** 1,600.
  - ▲ Enter number of qualifying children

**2.** Are you filing **Form 2555, 2555-EZ, or 4563,** or are you excluding income from Puerto Rico?

  [X] **No.** Enter the amount from Form 1040, line 34. } .................. **2.** <u>   1,095,940.   </u>

  [ ] **Yes.** Enter your **modified adjusted gross income.**

**3.** Enter the amount shown below for your filing status:
  - Married filing jointly, enter $110,000
  - Single, head of household, or qualifying widow(er), enter $75,000 } ........ **3.** <u>   75,000.   </u>
  - Married filing separately $55,000

**4.** Is line 2 more than line 3?

  [ ] **No.** Skip lines 4 and 5, enter -0- on line 6, and go to line 7.

  [X] **Yes.** Subtract line 3 from line 2 ................................ **4.** <u>   1,020,940.   </u>

**5.** Divide line 4 by $1,000. If the result is not a whole number, round it up to the next higher whole number (for example, round 0.01 to 1) ............ **5.** <u>   1,021.   </u>

**6.** Multiply $50 by the number on line 5 .................................... **6.** 51,050.

**7.** Subtract line 6 from line 1. If zero or less, **stop here; you cannot** take this credit ............ **7.** <49,450.>

**8.** Enter the amount from Form 1040, line 40 .............................. **8.** _____

**9.** Is line 1 above more than $800?

  [ ] **No.** Add the amounts from Form 1040, lines 41, 42, and 44. Enter the total. }

  [ ] **Yes.** Enter the amount from the worksheet below. ............ **9.** _____

**10.** Subtract line 9 above from line 8 .................................... **10.** _____

**11. Child tax credit.** Enter the **smaller** of line 7 or line 10 here and on Form 1040, line 43 ............ **11.** _____

---

Use this worksheet only if you checked "Yes" on line 9 of the worksheet above

**1.** Add the amounts from Form 1040, lines 41, 42, and 44. Enter the total ............ **1.** _____

**2.** Are you claiming any of the following credits: the adoption credit **(Form 8839)**, the mortgage interest credit **(Form 8396)**, or the District of Columbia first-time homebuyer credit **(Form 8859)**?

  [ ] **No.** **Stop here;** enter the amount from line 1 above on line 9 of the worksheet above.

  [ ] **Yes.** Enter the amount from line 7 of the worksheet above .............. **2.** _____

  **Next,** complete Form 1040, lines 52, 59a, 59b, and 62 if they apply to you. Then, go to line 3 below.

**3.** Enter the total social security and Medicare taxes withheld from your pay (and your spouse's if filing a joint return). These taxes should be shown in boxes 4 and 6 of your W-2 form(s) .............................. **3.** _____

**4.** Enter the total of the amounts from Form 1040, line 27 and line 52, plus any uncollected social security and Medicare or RRTA tax on tips or group-term life insurance. This tax should be shown in box 13 of your W-2 form(s) with codes **A** and **B** or **M** and **N**. ........ **4.** _____

**5.** Add lines 3 and 4 .............................. **5.** _____

**6.** Add the amounts from Form 1040, lines 59a and 62. Enter the total .............................. **6.** _____

**7.** Subtract line 6 from line 5. If zero, **stop here;** enter the amount from line 1 above on line 9 of the worksheet above ........................ **7.** _____

**8.** Subtract line 7 from line 2. If line 7 is more than line 2, enter -0-. This is your child tax credit for purposes of figuring the credits listed on line 2 ........ **8.** _____

  **Next,** complete the applicable credit form(s) listed on line 2. Use the amount from line 8 above in place of the amount from Form 1040, line 43. Then, go to line 9 below.

**9.** Enter the total of any adoption credit from Form 8839, line 14, mortgage interest credit from Form 8396, line 11, and District of Columbia first-time homebuyer credit from Form 8859, line 11 ............ **9.** _____

**10.** Add lines 1 and 9. Enter the total here and on line 9 of the worksheet above ........................ **10.** _____

| Form **2210** | **Underpayment of** | OMB No. 1545-0140 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | **Estimated Tax by Individuals, Estates, and Trusts**<br>► See separate instructions.<br>► Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | **1998**<br>Attachment<br>Sequence No. **06** |

Name(s) shown on tax return

EDWARD MARANDOLA JR.

**Note:** In most cases, you **do not** need to file Form 2210. The IRS will figure any penalty you owe and se[...]
Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from Part III, line 21, or Part IV, line 35, on the
penalty line of your return, but **do not** attach Form 2210.

| Part I | **Reasons for Filing -** If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return. |
|---|---|

**1** Check whichever boxes apply (if none apply, see the **Note** above):

**a** ☐ You request a **waiver.** In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** on page 2 of the instructions.

**b** ☐ You use the **annualized income installment method.** If your income varied during the year, this method may reduce the amount of one or more required installments. See page 4 of the instructions.

**c** ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payments on the payment due dates. See the instructions for line 23 on page 3.

**d** ☐ Your required annual payment (line 14 below) is based on your 1997 tax and you filed or are filing a joint return for either 1997 or 1998 but not for both years.

| Part II | **Required Annual Payment** | | | |
|---|---|---|---|---|
| **2** | Enter your 1998 tax after credits (see page 2 of the instructions) | | **2** | 207,113. |
| **3** | Other taxes (see page 2 of the instructions) | | **3** | 64,182. |
| **4** | Add lines 2 and 3 | | **4** | 271,295. |
| **5** | Earned income credit | **5** | | |
| **6** | Additional child tax credit | **6** | | |
| **7** | Credit for Federal tax paid on fuels | **7** | | |
| **8** | Add lines 5, 6, and 7 | | **8** | |
| **9** | Current year tax. Subtract line 8 from line 4 | | **9** | 271,295. |
| **10** | Multiply line 9 by 90% (.90) | **10** | 244,166. | |
| **11** | Withholding taxes. **Do not** include any estimated tax payments on this line (see page 2 of the instructions) | | **11** | 126,518. |
| **12** | Subtract line 11 from line 9. If less than $1,000, stop here, **do not** complete or file this form. You do not owe the penalty | | **12** | 144,777. |
| **13** | Enter the tax shown on your 1997 tax return. | | **13** | 2,078,765. |
| **14** | **Required annual payment.** Enter the **smaller** of line 10 or line 13 | | **14** | 244,166. |

**Note:** If line 11 is equal to or more than line 14, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above.

| Part III | **Short Method (Caution:** See page 2 of the instructions to find out if you can use the short method. If you checked box **1b** or **1c** in Part I, skip this part and go to Part IV.) | | | |
|---|---|---|---|---|
| **15** | Enter the amount, if any, from line 11 above | **15** | | |
| **16** | Enter the total amount, if any, of estimated tax payments you made | **16** | | |
| **17** | Add lines 15 and 16 | | **17** | |
| **18** | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above | | **18** | |
| **19** | Multiply line 18 by .05043 | | **19** | |
| **20** | • If the amount on line 18 was paid **on or after** 4/15/99, enter -0-.<br>• If the amount on line 18 was paid **before** 4/15/99, make the following computation to find the amount to enter on line 20.<br><br>Amount on × Number of days paid × .00019<br>line 18   before 4/15/99 | | **20** | |
| **21** | **PENALTY. Subtract line 20 from line 19. Enter the result here and on Form 1040, line 69; Form 1040A, line 44; Form 1040NR, line 68; Form 1040NR-EZ, line 27; or Form 1041, line 26** ► | | **21** | |

LHA   **For Paperwork Reduction Act Notice, see page 1 of separate instructions.**

Form **2210** (1998)

## Part IV | Regular Method

| | | | **Payment Due Dates** | | | |
|---|---|---|---|---|---|---|
| **Section A - Figure Your Underpayment** | | | **(a)** 4/15/98 | **(b)** 6/15/98 | **(c)** 9/15/98 | **(d)** 1/15/99 |
| 22 | Required installments. If box 1b applies, enter the amounts from Schedule AI, line 26. Otherwise, enter 1/4 of line 14, Form 2210, in each column | 22 | 61,042. | 61,042. | 61,042. | 61,040. |
| 23 | Estimated tax paid and tax withheld. For column (a) only, also enter the amount from line 23 on line 27. If line 23 is equal to or more than line 22 for all payment periods, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked a box in Part 1 | 23 | 31,630. | 131,630. | 31,630. | 31,628. |
| | **Complete lines 24 through 30 of one column before going to the next column.** | | | | | |
| 24 | Enter amount, if any, from line 30 of previous column | 24 | | | 41,176. | 11,764. |
| 25 | Add lines 23 and 24 | 25 | | 131,630. | 72,806. | 43,392. |
| 26 | Add amounts on lines 28 and 29 of the previous column | 26 | | 29,412. | | |
| 27 | Subtract line 26 from line 25. If zero or less, enter -0-. For column (a) only, enter the amount from line 23 | 27 | 31,630. | 102,218. | 72,806. | 43,392. |
| 28 | If the amount on line 27 is zero, subtract line 25 from line 26. Otherwise, enter -0- | 28 | | 0. | 0. | |
| 29 | Underpayment. If line 22 is equal to or more than line 27, subtract line 27 from line 22. Then go to line 24 of next column. Otherwise, go to line 30 ▶ | 29 | 29,412. | | | 17,648. |
| 30 | Overpayment. If line 27 is more than line 22, subtract line 22 from line 27. Then go to line 24 of next column | 30 | | 41,176. | 11,764. | |

### Section B - Figure the Penalty  (Complete lines 31 and 34 of one column before going to the next column.)

| | | | 4/15/98 | 6/15/98 | 9/15/98 | |
|---|---|---|---|---|---|---|
| **Rate Period 1** | **April 16, 1998-December 31, 1998** 31  Number of days FROM the date shown above line 31 TO the date the amount on line 29 was paid or 12/31/98, whichever is earlier | 31 | Days: | Days: | Days: | |
| | | | **See Attached Worksheet** | | | |
| | 32  Underpayment on line 29  x (Number of days on line 31 / 365) x .08 ▶ | 32 | $ | $ | $ | |
| | | | 12/31/98 | 12/31/98 | 12/31/98 | 1/15/99 |
| **Rate Period 2** | **January 1, 1999-April 15, 1999** 33  Number of days FROM the date shown above line 33 TO the date the amount on line 29 was paid or 12/31/98, whichever is earlier | 33 | Days: | Days: | Days: | Days: |
| | 34  Underpayment on line 29  x (Number of days on line 33 / 365) x .07 ▶ | 34 | $ | $ | $ | $ |
| 35 | **PENALTY.** Add all amounts on lines 32 and 34 in all columns. Enter the total here and on Form 1040, line 69; Form 1040A, line 44; Form 1040NR, line 68; Form 1040NR-EZ, line 27; or Form 1041, line 26 ▶ | 35 | $ | | | 698. |

OMB No. 1545-0074

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions
## (Schedule B is on page 2)

▶ Attach to Form 1040.    ▶ See Instructions for Schedules A and B (Form 1040).

**1998**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

EDWARD MARANDOLA JR.

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see page A-1) | 1 | | |
| | 2 Enter amount from Form 1040, line 34 ...... [2] | | | |
| | 3 Multiply line 2 above by 7.5% (.075) | 3 | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** (See page A-2.) | 5 State and local income taxes ......... See Statement 8 | 5 | 347,225. | |
| | 6 Real estate taxes (see page A-2) | 6 | 48,085. | |
| | 7 Personal property taxes | 7 | | |
| | 8 Other taxes. List type and amount ▶ See Statement 7 | 8 | 10,917. | |
| | 9 Add lines 5 through 8 | | 9 | 406,227. |
| **Interest You Paid** (See page A-3.) **Note:** Personal interest is not deductible. | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 68,749. | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | |
| | 13 Investment interest. Attach Form 4952 if required. (See page A-3.) Stmt 10 | 13 | 52,769. | |
| | 14 Add lines 10 through 13 | | 14 | 121,518. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 Gifts by cash or check. If you made any gift of $250 or more, see page A-4 ..... See Statement 9 | 15 | 19,865. | |
| | 16 Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | | |
| | 17 Carryover from prior year | 17 | | |
| | 18 Add lines 15 through 17 | | 18 | 19,865. |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-6 for expenses to deduct here.) | 20 Unreimbursed employee expenses - job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | |
| | 21 Tax preparation fees | 21 | | |
| | 22 Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 22 | | |
| | 23 Add lines 20 through 22 | 23 | | |
| | 24 Enter amount from Form 1040, line 34 ............ [24] | | | |
| | 25 Multiply line 24 above by 2% (.02) | 25 | | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | |
| **Other Miscellaneous Deductions** | 27 Other - from list on page A-6. List type and amount ▶ | | 27 | |
| **Total Itemized Deductions** | 28 Is Form 1040, line 34, over $124,500 (over $62,250 if married filing separately)? Stmt 11 | | | |
| | **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the **larger** of this amount or your standard deduction. | } ..... ▶ | 28 | 518,467. |
| | **YES.** Your deduction may be limited. See page A-6 for the amount to enter. | | | |

LHA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 1998

819501
11-02-98

14421008   743180   MARAE2440      062   MARANDOLA JR., EDWARD      MARAE241

Schedules A&B (Form 1040) 1998

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1.

OMB No. 1545-0074    Page **2**

Your social security number

EDWARD MARANDOLA JR.

## Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. **08**

| | | Amount |
|---|---|---|
| **Part I** **Interest** | Note: *If you had over $400 in taxable interest income, you must also complete Part III.* | |
| | 1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ _____ | |
| | See Statement 12 | 60,048. |

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | |
|---|---|---|---|
| 2 | Add the amounts on line 1 | 2 | 60,048. |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 60,048. |

| | | | Amount |
|---|---|---|---|
| **Part II** **Ordinary Dividends** | Note: *If you had over $400 in ordinary dividends, you must also complete Part III.* | | |
| | 5 List name of payer. Include only ordinary dividends. Report any capital gain distributions on Schedule D, line 13 ▶ | | |
| | ALLIANCE CAP. RESERVE | | 59. |
| | COWEN & CO | | 7. |
| | GALAXY FUNDS | | 5. |
| | NATL SEC CORP (251437) | | 18. |
| | H.J. MEYERS | 5 | 3. |

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | |
|---|---|---|---|
| | Subtotal for line 5 | | 92. |
| | Tax-exempt dividends    See Statement 13 | | <18.> |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 | 6 | 74. |

| **Part III** **Foreign Accounts and Trusts** | You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | 7a At any time during 1998, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| | b If "Yes," enter the name of the foreign country ▶ | | |
| | 8 During 1998, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520 | | X |

LHA    For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule B (Form 1040) 1998

827501
11-02-98

14421008    743180    MARAE2440    062    MARANDOLA JR., EDWARD    MARAE241

**SCHEDULE D**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

► Attach to Form 1040.    ► See instructions for Schedule D (Form 1040).
► Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**1998**

Attachment
Sequence No. **12**

Name(s) shown on Form 1040

EDWARD MARANDOLA JR.

Your social security number

⬛⬛ ⬛⬛ ⬛⬛⬛⬛

## Part I | Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price (See page D-6) | (e) Cost or other basis (See page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|
| 1 See Statement 14 | | 5,660,469. | 8,467,348. | <2,806,879.> |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 ................. | 2 | | |
| 3 **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | 3 | 5,660,469. | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1997 Capital Loss Carryover Worksheet | | 6 | ( 6,512,232.) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ........................ ► | | 7 | <9,319,111.> |

## Part II | Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price (See page D-6) | (e) Cost or other basis (See page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|
| 8 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 ................. | 9 | | | |
| 10 **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | 10 | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | 12 | 939. | |
| 13 Capital gain distributions. See page D-2 | | 13 | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1997 Capital Loss Carryover Worksheet | | 14 | ( ) | ( ) |
| 15 Combine lines 8 through 14 in column (g) | | 15 | | |
| 16 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ........................ ► | | 16 | 939. | |

Next: Go to Part III on page 2.

* **28% Rate Gain or Loss** includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain on qualified small business stock (see page D-5).

LHA    **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule D (Form 1040) 1998

820511/02-18-99

14421008    743180    MARAE2440      062    MARANDOLA JR., EDWARD            MARAE241

| Part III | Summary of Parts I and II | | |
|---|---|---|---|

17  Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | <9,318,172.>

Next:  Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
- Both lines 16 and 17 are gains, **and**
- Form 1040, line 39, is more than zero.

18  If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17; **or**
- ($3,000) or, if married filing separately, ($1,500) | 18 ( | 3,000.)

Next:  Complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet**
on page D-6 if:
- The loss on line 17 exceeds the loss on line 18, **or**   See Statement 15
- Form 1040, line 37, is a loss.

| Part IV | Tax Computation Using Maximum Capital Gains Rates | | |
|---|---|---|---|

19  Enter your taxable income from Form 1040, line 39 | 19 |
20  Enter the **smaller** of line 16 or line 17 of Schedule D | 20 |
21  If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 |
22  Subtract line 21 from line 20. If zero or less, enter -0- | 22 |
23  Combine line 7 and 15. If zero or less, enter -0- | 23 |
24  Enter the **smaller** of line 15 or line 23, but not less than zero | 24 |
25  Enter your unrecaptured section 1250 gain, if any (see page D-7) | 25 |
26  Add lines 24 and 25 | 26 |
27  Subtract line 26 from line 22. If zero or less, enter -0- | 27 |
28  Subtract line 27 from line 19. If zero or less, enter -0- | 28 |
29  Enter the **smaller** of:
- The amount on line 19, **or**
- $25,350 if single; $42,350 if married filing jointly or qualifying widow(er);
  $21,175 if married filing separately; or $33,950 if head of household | 29 |
30  Enter the **smaller** of line 28 or line 29 | 30 |
31  Subtract line 22 from line 19. If zero or less, enter -0- | 31 |
32  Enter the **larger** of line 30 or line 31 | 32 |
33  Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever
applies | 33 |
34  Enter the amount from line 29 | 34 |
35  Enter the amount from line 28 | 35 |
36  Subtract line 35 from line 34. If zero or less, enter -0- | 36 |

37  Multiply line 36 by 10% (.10) | 37 |
38  Enter the **smaller** of line 19 or line 27 | 38 |
39  Enter the amount from line 36 | 39 |
40  Subtract line 39 from line 38 | 40 |

41  Multiply line 40 by 20% (.20) | 41 |
42  Enter the **smaller** of line 22 or line 25 | 42 |
43  Add lines 22 and 32 | 43 |
44  Enter the amount from line 19 | 44 |
45  Subtract line 44 from line 43. If zero or less, enter -0- | 45 |
46  Subtract line 45 from line 42. If zero or less, enter -0- | 46 |

47  Multiply line 46 by 25% (.25) | 47 |
48  Enter the amount from line 19 | 48 |
49  Add lines 32, 36, 40, and 46 | 49 |
50  Subtract line 49 from line 48 | 50 |

51  Multiply line 50 by 28% (.28) | 51 |
52  Add lines 33, 37, 41, 47, and 51 | 52 |
53  Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | 53 |

54  **Tax on taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on
Form 1040, line 40 | 54 |

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041.    ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1998**

Attachment
Sequence No. **13**

Name(s) shown on return

EDWARD MARANDOLA JR.

**Part I — Income or Loss From Rental Real Estate and Royalties** Note: Report income and loss from the rental of personal property on **Schedule C** or **C-EZ**. Report farm rental income or loss from **Form 4835** on page 2, line 39.

| 1 Show the kind and location of each **rental real estate property**: | 2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • **14 days or** • 10% of the total days rented at fair rental value? (See page E-1.) | Yes | No |
|---|---|---|---|
| A RESIDENTIAL RENTAL 8401 POST ROAD NORTH KINGSTOWN, RI | A | | X |
| B COMMERCIAL BUILDING PAWTUCKET, RI | B | | X |
| C Vacation Condo Maine | C | | X |

**Income:**

| | | | Properties | | | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|---|
| | | | **A** | **B** | **C** | | |
| 3 Rents received | 3 | | 2,400. | 11,500. | 1,200. | 3 | 15,100. |
| 4 Royalties received | 4 | | | | | 4 | |

**Expenses:**

| | | | | | |
|---|---|---|---|---|---|
| 5 Advertising | 5 | | | | |
| 6 Auto and travel (see page E-2) | 6 | | | | |
| 7 Cleaning and maintenance | 7 | | | | |
| 8 Commissions | 8 | | | | |
| 9 Insurance | 9 | | | | |
| 10 Legal and other professional fees | 10 | | | | |
| 11 Management fees | 11 | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | 8,349. | | 2,110. | 12 | 10,459. |
| 13 Other interest | 13 | | | | |
| 14 Repairs | 14 | 2,075. | | | |
| 15 Supplies | 15 | | | | |
| 16 Taxes | 16 | 3,311. | | | |
| 17 Utilities | 17 | | | | |
| 18 Other (list) ▶ | 18 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 Add lines 5 through 18 | 19 | 13,735. | | 2,110. | 19 | 15,845. |
| 20 Depreciation expense or depletion (see page E-3) | 20 | 5,455. | 3,099. | | 20 | 8,554. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 19,190. | 3,099. | 2,110. | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file **Form 6198** | 22 | <16,790.> | 8,401. | <910.> | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file **Form 8582**. Real estate professionals must complete line 42 on page 2 | 23 | <16,790.> | | <910.> | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | 8,401. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | | | | | 25 | ( 17,700.) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 | <9,299.> |

821491
10-28-98    LHA    For Paperwork Reduction Act Notice, see Form 1040 instructions.    14    Schedule E (Form 1040) 1998

14421008    743180    MARAE2440    062    MARANDOLA JR., EDWARD    MARAE241

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

**EDWARD MARANDOLA JR.**

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gr[...]*
*Real Estate professionals must complete line 42 below.*

| Part II | Income or Loss From Partnerships and S Corporations | **Note:** *If you report a loss from an at-risk activity, you MUST check either column* **(e)** *or* **(f)** *on line 27 to describe your investment in the activity. If you check column* **(f)** *you must attach* **Form 6198.** |
|---|---|---|

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| **A** | See Statement 16 | | | | | |
| **B** | | | | | | |
| **C** | | | | | | |
| **D** | | | | | | |
| **E** | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **E** | | | | | |
| **28a** Totals | | 135,288. | | | 2,113,504. |
| **b** Totals | 1,373. | | 1,523,588. | 9,065. | |

| 29 | Add columns (h) and (k) of line 28a | 29 | 2,248,792. |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | (1,534,026.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 714,766. |

| Part III | Income or Loss From Estates and Trusts |
|---|---|

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| **A** | | |
| **B** | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| **A** | | | | |
| **B** | | | | |
| **33a** Totals | | | | |
| **b** Totals | | | | |

| 34 | Add columns (d) and (f) of line 33a | 34 | |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

| Part IV | Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder |
|---|---|

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|---|

| Part V | Summary |
|---|---|

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | 705,467. |
| 41 | Reconciliation of Farming and Fishing Income. Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) ... | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

# 1998 Income from Passthroughs

OCEAN STATE NISSAN, INC.
I.D. Number: 05-0422120
Type: S Corporation

Activity Information:

OCEAN STATE NISSAN, INC.

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 4,954 |
| Schedule E activity income (loss) | 4,954 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 818 |

Other K-1 Information:

| | |
|---|---:|
| Nondeductible expenses | 5,583 |

828021
10-16-98

# 1998 Income from Passthroughs

NORWOOD MOTOR GROUP, INC.
I.D. Number: 05-0461212
Type: S Corporation

Taxable Income (Loss) Summary:

| | |
|---|---:|
| Section 179 deduction | -9,065 |
| Nonpassive income | 51,800 |
| Net income (loss) for passthrough entity | 42,735 |

Activity Information:

NORWOOD MOTOR GROUP, INC.

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 51,800 |
| Schedule E activity income (loss) | 51,800 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | -1,156 |

Other K-1 Information:

| | |
|---|---:|
| Interest - Total | 17,906 |
| Contributions - 50% limitation | 98 |
| Investment income | 17,906 |
| Nondeductible expenses | 3,975 |

828021
10-16-98

# 1998 Income from Passthroughs

NORWOOD MOTOR ASSOCIATES, INC.
I.D. Number: 05-0461217
Type: S Corporation

Activity Information:

NORWOOD MOTOR ASSOCIATES, INC.

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 140,833 |
| Schedule E activity income (loss) | 140,833 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | -354 |

Other K-1 Information:

| | |
|---|---:|
| Nondeductible expenses | 4,920 |

828021
10-16-98

# 1998 Income from Passthroughs

AMERGAS DRILLING PROGRAM 1985-A L.P.
I.D. Number: 06-1126995
Type: Partnership

Activity Information:

AMERGAS DRILLING PROGRAM 1985-A L.P.

Other passive activity

| | | |
|---|---:|---:|
| Ordinary income (loss) | -1,373 | |
| CANCELLATION OF INDEBTEDNESS | 0 | |
| Schedule E activity income (loss) | | -1,373 |
| Allowable passive loss from Form 8582 | | -1,373 |

Tax Preference Items:

Other K-1 Information:

| | |
|---|---:|
| Long-term capital gain (loss) | 939 |

# 1998 Income from Passthroughs

POISTANO REALTY CO., INC.
I.D. Number: 05-0477314
Type: S Corporation

Activity Information:

POISTANO REALTY CO., INC.

Rental real estate - Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 66,730 |
| Schedule E activity income (loss) | 66,730 |

Tax Preference Items:

Depreciation adjustment for post-1986 property        238

828021
10-16-98

# 1998 Income from Passthroughs

ISCHIA FREEDOM CORPORATION
I.D. Number: 05-0480072
Type: S Corporation

Activity Information:

ISCHIA FREEDOM CORPORATION

Rental real estate - Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 556 |
| Schedule E activity income (loss) | 556 |

## 1998 Income from Passthroughs

R M REALTY L.L.C.
I.D. Number: 05-0494321
Type: Partnership

Activity Information:

 R M REALTY L.L.C.

Rental real estate - Active participation

| Rental real estate income (loss) | 46,963 |
|---|---|
| Schedule E activity income (loss) | 46,963 |

Tax Preference Items:

Depreciation adjustment for post-1986 property              158

828021
10-16-98

# 1998 Income from Passthroughs

```
BARBER'S AUTO SALES & BODY WORKS
I.D. Number: 05-0313521
Type: S Corporation
```

Activity Information:

 BARBER'S AUTO SALES & BODY WORKS

 Trade or business - Material participation

 Ordinary income (loss)                            -164,898
                                        _____

  Schedule E activity income (loss)                          -164,898
                                                    ============


 Tax Preference Items:

 Depreciation adjustment for post-1986 property              3,225
 Adjusted gain or loss                                        -137

Other K-1 Information:

 Interest - Total                                            15,368
 Interest and Dividends Detail:
   Savings/loans, bank and other                             15,018
   U.S. bonds and obligations                                   350
 Investment income                                           15,368

# 1998 Income from Passthroughs

NORWOOD REALTY, L.L.C.
I.D. Number: 05-0493281
Type: Partnership

Activity Information:

NORWOOD REALTY, L.L.C.

Rental real estate - Active participation

| | |
|---|---|
| Rental real estate income (loss) | 12,344 |
| Schedule E activity income (loss) | 12,344 |

# 1998 Income from Passthroughs

TOM RICCI'S RENTAL CARS USA LLC
I.D. Number: 06-1478658
Type: Partnership

Activity Information:

TOM RICCI'S RENTAL CARS USA LLC

Trade or business - Material participation

| | | |
|---|---|---|
| Ordinary income (loss) | -227,848 | |
| Schedule E activity income (loss) | | -227,848 |


Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 302 |

Other K-1 Information:

| | |
|---|---|
| Self-employment earnings (loss) | -227,848 |
| Nondeductible expenses | 1,646 |

828021
10-16-98

# 1998 Income from Passthroughs

RAM REALTY LLC
I.D. Number: 05-0489973
Type: Partnership

Activity Information:

RAM REALTY LLC

Rental real estate - Active participation

| | |
|---|---|
| Rental real estate income (loss) | 8,695 |
| Schedule E activity income (loss) | 8,695 |

Tax Preference Items:

Depreciation adjustment for post-1986 property                    150

828021
10-16-98

# 1998 Income from Passthroughs

```
DIVERSIFIED FOODS, INC
I.D. Number: 05-0498784
Type: S Corporation
```

Activity Information:

DIVERSIFIED FOODS, INC

Trade or business - Material participation

| | | |
|---|---:|---:|
| Ordinary income (loss) | -113,665 | |
| Schedule E activity income (loss) | | -113,665 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 14,356 |

Other K-1 Information:

| | |
|---|---:|
| Contributions - 50% limitation | 276 |
| Nondeductible expenses | 363 |

# 1998 Income from Passthroughs

DER ASSOCIATES LLC
I.D. Number: 05-0497908
Type: Partnership

Activity Information:

 DER ASSOCIATES LLC

 Trade or business - Material participation

 Ordinary income (loss)                          -46,260

   Schedule E activity income (loss)                        -46,260


 Tax Preference Items:

 Adjusted gain or loss                                          612

Other K-1 Information:

 Contributions - 50% limitation                                 11