CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 1,095,940.00 | | | |
| | TAXABLE INCOME 577,473.00 | | | |
| 10-19-1999 | RETURN FILED & TAX ASSESSED 08221-303-43946-9 199946 | 271,295.00 | | 11-29-1999 |
| 04-15-1999 | WITHHOLDING & EXCESS FICA | | 126,518.00 | |
| 06-16-1998 | ESTIMATED TAX DECLARATION | | 100,000.00 | |
| 04-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1999 | | | |
| 11-04-1999 | PENDING INSTALLMENT AGREEMENT | | | |
| | ESTIMATED TAX PENALTY 199946 | 698.00 | | 11-29-1999 |
| | LATE FILING PENALTY 199946 | 6,044.89 | | 11-29-1999 |
| | FAILURE TO PAY TAX PENALTY 199946 | 1,791.08 | | 11-29-1999 |
| | INTEREST ASSESSED 199946 | 2,436.28 | | 11-29-1999 |
| )1-28-2000 | FEDERAL TAX LIEN | | | |
| )2-21-2000 | FEES AND COLLECTION COSTS | 60.00 | | |
| )4-06-2000 | RECEIVED POA/TIA | | | |
| l1-07-2000 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |



PENGAD-Bayonne, N. J.
JOINT
EXHIBIT
9

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-19-2001 | UPDATED POA/TIA | | | |
| 05-16-2002 | INSTALLMENT AGREEMENT | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 19247-605-10010-2 200231 | 0.00 | | 08-12-2002 |
| 06-25-2003 | SUBSEQUENT PAYMENT LEVY | | 64,255.00 | |
| | FAILURE TO PAY TAX PENALTY 200328 | 8,447.75 | | 07-21-2003 |
| 01-02-2004 | SUBSEQUENT PAYMENT FEDERAL TAX LIEN | | 17,550.86 | |
| | INTEREST ASSESSED 200404 | 16,595.45 | | 02-09-2004 |
| | FAILURE TO PAY TAX PENALTY 200404 | 955.41 | | 02-09-2004 |
| 11-29-1999 | LATE FILING PENALTY ABATED | 6,044.89- | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | FAILURE TO PAY TAX PENALTY 200405 | 0.01 | | 02-16-2004 |
| 02-16-2004 | FAILURE TO PAY TAX PENALTY ABATED | 11,194.25- | | |
| | ADDITIONAL TAX ASSESSED 22254-423-05003-4 200405 | 0.00 | | 02-16-2004 |
| 02-16-2004 | INTEREST ABATED | 2,782.42- | | |
| 06-25-2003 | OVERPAYMENT CREDIT TRANSFERRED 1040 199712 | | (2,470.69) | |
| 01-02-2004 | OVERPAYMENT CREDIT TRANSFERRED 1040 199712 | | (17,550.86) | |
| 02-06-2004 | FEDERAL TAX LIEN RELEASED | | | |
| 03-09-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 01-31-2005 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT REVIEW 19247-687-79011-4 200442 | 0.00 | | 11-01-2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR                    EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-01-2004 | RENUMBERED RETURN 19247-687-79011-4 | | | |
| 11-29-1999 | Statutory Notice of Balance Due | | | |
| 12-20-1999 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1998

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Susan McMahon

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18

LOCATION: INTERNAL REVENUE SERVICE
ANDOVER, MA

ACCOUNT STATUS DATE 03/14/2005