# 1998 Income from Passthroughs

R M REALTY L.L.C.
I.D. Number: 05-0494321
Type: Partnership

Activity Information:

R M REALTY L.L.C.

Rental real estate - Active participation

| | |
|---|---|
| Rental real estate income (loss) | 46,963 |
| Schedule E activity income (loss) | 46,963 |

Tax Preference Items:

Depreciation adjustment for post-1986 property          158

# 1998 Income from Passthroughs

BARBER'S AUTO SALES & BODY WORKS
I.D. Number: 05-0313521
Type: S Corporation

Activity Information:

BARBER'S AUTO SALES & BODY WORKS

Trade or business - Material participation

| | | |
|---|---|---|
| Ordinary income (loss) | -164,898 | |
| Schedule E activity income (loss) | | -164,898 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 3,225 |
| Adjusted gain or loss | -137 |

Other K-1 Information:

| | |
|---|---|
| Interest - Total | 15,368 |
| Interest and Dividends Detail: | |
| Savings/loans, bank and other | 15,018 |
| U.S. bonds and obligations | 350 |
| Investment income | 15,368 |

828021
10-16-98

# 1998 Income from Passthroughs

NORWOOD REALTY, L.L.C.
I.D. Number: 05-0493281
Type: Partnership

Activity Information:

NORWOOD REALTY, L.L.C.

Rental real estate - Active participation

| | |
|---|---|
| Rental real estate income (loss) | 12,344 |
| Schedule E activity income (loss) | 12,344 |

# 1998 Income from Passthroughs

TOM RICCI'S RENTAL CARS USA LLC
I.D. Number: 06-1478658
Type: Partnership

Activity Information:

TOM RICCI'S RENTAL CARS USA LLC

Trade or business - Material participation

| | | |
|---|---|---|
| Ordinary income (loss) | -227,848 | |
| Schedule E activity income (loss) | | -227,848 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 302 |

Other K-1 Information:

| | |
|---|---|
| Self-employment earnings (loss) | -227,848 |
| Nondeductible expenses | 1,646 |

828021
10-16-98

## 1998 Income from Passthroughs

**RAM REALTY LLC**
**I.D. Number: 05-0489973**
**Type: Partnership**

Activity Information:

RAM REALTY LLC

Rental real estate - Active participation

| | |
|---|---|
| Rental real estate income (loss) | 8,695 |
| Schedule E activity income (loss) | 8,695 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 150 |

# 1998 Income from Passthroughs

DIVERSIFIED FOODS, INC
I.D. Number: 05-0498784
Type: S Corporation

Activity Information:

 DIVERSIFIED FOODS, INC

 Trade or business - Material participation

 Ordinary income (loss)                          -113,665

  Schedule E activity income (loss)                           -113,665

 Tax Preference Items:

 Depreciation adjustment for post-1986 property              14,356

Other K-1 Information:

 Contributions - 50% limitation                                 276
 Nondeductible expenses                                         363

828021
10-16-98

# 1998 Income from Passthroughs

**DER ASSOCIATES LLC**
**I.D. Number: 05-0497908**
**Type: Partnership**

Activity Information:

 DER ASSOCIATES LLC

 Trade or business - Material participation

 Ordinary income (loss)                    -46,260

   Schedule E activity income (loss)                      -46,260


 Tax Preference Items:

 Adjusted gain or loss                                        612

Other K-1 Information:

 Contributions - 50% limitation                               11

# 1998 Income from Passthroughs

BARTRAM & BRAKENHOFF OF FLORIDA, L.C.
I.D. Number: 65-0834878
Type: Partnership

Activity Information:

  BARTRAM & BRAKENHOFF OF FLORIDA, L.C.

  Trade or business - Material participation

  Ordinary income (loss)                          -1,644

     Schedule E activity income (loss)                        -1,644

## 1998 Income from Passthroughs

Summary of K-1 Information for all Passthroughs

Other K-1 Information:

| | |
|---|---:|
| Interest - Total | 59,491 |
| Interest and Dividends Detail: | |
| Savings/loans, bank and other | 59,141 |
| U.S. bonds and obligations | 350 |
| Long-term capital gain (loss) | 939 |
| Self-employment earnings (loss) (calculated) | -227,848 |
| Nondeductible expenses | 81,105 |

Deductions:

| | |
|---|---:|
| Contributions - 50% limitation | 19,865 |

Investment Interest Expense:

| | |
|---|---:|
| Investment income | 59,491 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 31,584 |
| Adjusted gain or loss | 475 |

828021
10-16-98

# Statement of Rental and Royalty Income

| Name(s) as shown on return | | Your social security number |
|---|---|---|
| EDWARD MARANDOLA JR. | | ██████████ |

Kind  **Vacation Condo**

Location **Maine**

| Rental and Royalty Income | | GROSS | PERSONAL/DUAL OWNERSHIP EXCLUSION | VACATION HOME LOSS LIMITATION | NET TO SCH E |
|---|---|---|---|---|---|
| 3. Rents received | 3 | 1,200. | | | 1,200. |
| 4. Royalties received | 4 | | | | |
| **Rental and Royalty Expenses** | | | | | |
| 5. Advertising | 5 | | | | |
| 6. Auto and travel | 6 | | | | |
| 7. Cleaning and maintenance | 7 | | | | |
| 8. Commissions | 8 | | | | |
| 9. Insurance | 9 | | | | |
| 10. Legal and other professional fees | 10 | | | | |
| 11. Management fees | 11 | | | | |
| 12. Mortgage interest paid to banks, etc. | 12 | 12,713. | 10,603. | | 2,110. |
| 13. Other interest | 13 | | | | |
| 14. Repairs | 14 | | | | |
| 15. Supplies | 15 | | | | |
| 16. Taxes | 16 | | | | |
| 17. Utilities | 17 | | | | |
| 18. Other (list) ▶ | 18 | | | | |
| 19. Add lines 5 through 18 | 19 | 12,713. | 10,603. | | 2,110. |
| 20. Depreciation expense or depletion | 20 | | | | |
| 21. Total expenses. Add lines 19 and 20 | 21 | 12,713. | 10,603. | | 2,110. |
| 22. Income or (loss) from rental or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties) | 22 | <11,513.> | | | <910.> |

821801
10-13-98

15130118  743180  MARAE2440      082  MARANDOLA JR., EDWARD          MARAE242

OMB No. 1545-0227

**Form 6251**

Department of the Treasury
Internal Revenue Service (99)

# Alternative Minimum Tax - Individuals

▶ Attach to Form 1040 or Form 1040NR. *AS AMENDED*

**1998**

Attachment
Sequence No. **32**

Name(s) shown on Form 1040

EDWARD MARANDOLA JR.

Your social security number

## Part I Adjustments and Preferences

| | | |
|---|---|---:|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 ........... | 1 |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 34 ........... | 2 |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 ........... | 3   406,227. |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home ........... | 4 |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 ........... | 5 |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or 21 ........... | 6 |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction ........... | 7   <7,353.> |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation ........... | 8   31,038. |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss ........... | 9   475. |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income ........... | 10 |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss See Statement 15 | 11   2,694. |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 ........... | 12 |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 ........... | 13 |

14 Other. Enter the amount, if any, for each item below and enter the total on line 14.

| | | | | |
|---|---|---|---|---|
| a | Circulation expenditures ... | | h | Loss limitations ........... |
| b | Depletion ..................... | | i | Mining costs ........... |
| c | Depreciation (pre-1987) ... | | j | Patron's adjustment ........... |
| d | Installment sales .............. | | k | Pollution control facilities ... |
| e | Intangible drilling costs ..... | | l | Research and experimental |
| f | Large partnerships ......... | | m | Section 1202 exclusion ... |
| g | Long-term contracts ........ | | n | Tax shelter farm activities ... |
| | | | o | Related adjustments ........... |

| | | |
|---|---|---:|
| | | 14 |
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ........... ▶ | 15   433,081. |

## Part II Alternative Minimum Taxable Income

| | | |
|---|---|---:|
| 16 | Enter the amount from **Form 1040, line 37.** If less than zero, enter as a (loss) ........... ▶ | 16   <2,860,390.> |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount ........... | 17 |
| 18 | If Form 1040, line 34, is over $124,500 (over $62,250 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 ........... | 18 |
| 19 | Combine lines 15 through 18 ........... ▶ | 19   <2,427,309.> |
| 20 | Alternative tax net operating loss deduction. ........... | 20 |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ........... ▶ | 21   <2,427,309.> |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see instructions.)

| If your filing status is: | And line 21 is not over: | THEN enter on line 22: | | |
|---|---|---|---|---:|
| Single or head of household ........... | $112,500 | $33,750 | } | |
| Married filing jointly or qualifying widow(er) ........ | 150,000 | 45,000 | | 22   33,750. |
| Married filing separately ........... | 75,000 | 22,500 | | |

If line 21 is over the amount shown above for your filing status, see instructions.

| | | |
|---|---|---:|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ........... ▶ | 23   0. |
| 24 | If you completed Schedule D (Form 1040), and have an amount on line 25 or line 27 (or would have had an amount on either line if you had completed Part IV) (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. All others: If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ........... ▶ | 24 |
| 25 | Alternative minimum tax foreign tax credit. ........... | 25 |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ........... ▶ | 26   0. |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 46) ........... | 27 |
| 28 | **Alternative Minimum Tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 51 ........... ▶ | 28   0. |

LHA    For Paperwork Reduction Act Notice, see separate instructions.

Form **6251**(1998)

819481
11-04-98

15130118   743180   MARAE2440      082   MARANDOLA JR., EDWARD       MARAE242

Form 6251(1998)

## Part IV  Line 24 Computation Using Maximum Capital Gains Rates

**Caution:** *If you did not complete Part IV of Schedule D (Form 1040), complete lines 20 through 27 of Schedule D (as refigured for the AMT, if necessary) before you complete this part.*

| | | | |
|---|---|---|---|
| 29 | Enter the amount from line 23 | **29** | |
| 30 | Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary) ... **30** | | |
| 31 | Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary) ... **31** | | |
| 32 | Add lines 30 and 31 ... **32** | | |
| 33 | Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary) ... **33** | | |
| 34 | Enter the **smaller** of line 32 or line 33 | **34** | |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- | **35** | |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | **36** | |
| 37 | Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax) | **37** | |
| 38 | Enter the **smallest** of line 29, line 30, or line 37 | **38** | |
| 39 | Multiply line 38 by 10% (.10) ▶ | **39** | |
| 40 | Enter the **smaller** of line 29 or line 30 | **40** | |
| 41 | Enter the amount from line 38 | **41** | |
| 42 | Subtract line 41 from line 40. If zero or less, enter -0- | **42** | |
| 43 | Multiply line 42 by 20% (.20) ▶ | **43** | |
| 44 | Enter the amount from line 29 | **44** | |
| 45 | Add lines 35, 38, and 42 | **45** | |
| 46 | Subtract line 45 from line 44 | **46** | |
| 47 | Multiply line 46 by 25% (.25) ▶ | **47** | |
| 48 | Add lines 36, 39, 43, and 47 | **48** | |
| 49 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | **49** | |
| 50 | Enter the **smaller** of line 48 or line 49 here and on line 24 ▶ | **50** | |

# Form 6251 - AMT Charitable Contributions Worksheet

EDWARD MARANDOLA JR.

|  | AGI | <2,332,645.> |
|---|---|---|
|  | 50% of AGI | <1,166,323.> |

| Year | | 50% Limit | 30% Limit | Appreciated Property 30% Limit | Appreciated Property 20% Limit | Total Contributions Allowed | Total Contributions Carryover |
|---|---|---|---|---|---|---|---|
| 1993 | Contributions | | | | | | |
|  | Remaining Basis | | | | | | |
|  | Contributions Basis | | | | | | |
| Less: | Allowed | | | | | | |
| Less: | NOL Absorb. | | | | | | |
|  | Lost | | | | | | |
| 1994 | Contributions | | | | | | |
| Less: | Allowed | | | | | | |
| Less: | NOL Absorb. | | | | | | |
|  | Carryover | | | | | | |
| 1995 | Contributions | | | | | | |
| Less: | Allowed | | | | | | |
| Less: | NOL Absorb. | | | | | | |
|  | Carryover | | | | | | |
| 1996 | Contributions | | | | | | |
| Less: | Allowed | | | | | | |
| Less: | NOL Absorb. | | | | | | |
|  | Carryover | | | | | | |
| 1997 | Contributions | | | | | | |
| Less: | Allowed | | | | | | |
| Less: | NOL Absorb. | | | | | | |
|  | Carryover | | | | | | |
| 1998 | Contributions | 19,865. | | | | | |
| Less: | Allowed | | | | | | |
| Less: | NOL Absorb. | | | | | | |
|  | Carryover | 19,865. | | | | | 19,865. |
|  | AMT charitable contributions | | | | | | 19,865. |
| Less: | Charitable contributions allowed under regular tax calculation | | | | | | |
|  | Charitable contributions adjustment to Form 6251, line 140 | | | | | | |

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s)

EDWARD MARANDOLA JR.

| Form Name | Description | Income | Form 6251, Line 8 | Adjustment Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h |
|---|---|---|---|---|---|---|
| K1 - | VICTORY FINISHING TECHNOLOGIES, INC. | | | | | |
| | * Regular Income | <969,273.> | | | | |
| | Depr Adj | 13,847. | 13,847. | | | |
| | * AMT Net Income | <955,426.> | 13,847. | | | |
| K1 - | DIVERSIFIED PRODUCTS, INC. | | | | | |
| | * Regular Income | 1,915,917. | | | | |
| | * AMT Net Income | 1,915,917. | | | | |
| K1 - | OCEAN STATE NISSAN, INC. | | | | | |
| | * Regular Income | 4,954. | | | | |
| | Depr Adj | 818. | 818. | | | |
| | * AMT Net Income | 5,772. | 818. | | | |
| K1 - | NORWOOD MOTOR GROUP, INC. | | | | | |
| | * Regular Income | 51,800. | | | | |
| | Depr Adj | <1,156.> | <1,156.> | | | |
| | * AMT Net Income | 50,644. | <1,156.> | | | |
| K1 - | NORWOOD MOTOR ASSOCIATES, INC. | | | | | |
| | * Regular Income | 140,833. | | | | |
| | Depr Adj | <354.> | <354.> | | | |
| | * AMT Net Income | 140,479. | <354.> | | | |

ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s)

EDWARD MARANDOLA JR.

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h |
|---|---|---|---|---|---|---|
| K1- | AMERGAS DRILLING PROGR AM 1985-A L.P. | | | | | |
| | * Regular Income | <1,373.> | | | | |
| | * AMT Net Income | <1,373.> | | | | |
| K1- | BARBER'S AUTO SALES & BODY WORKS | | | | | |
| | * Regular Income | <164,898.> | | | | |
| | Depr Adj | 3,225. | 3,225. | | | |
| | Adj Gain/Loss, Ln | <137.> | | <137.> | | |
| | * AMT Net Income | <161,810.> | 3,225. | <137.> | | |
| K1- | TOM RICCI'S RENTAL CAR S USA LLC | | | | | |
| | * Regular Income | <227,848.> | | | | |
| | Depr Adj | 302. | 302. | | | |
| | * AMT Net Income | <227,546.> | 302. | | | |
| K1- | DIVERSIFIED FOODS, INC | | | | | |
| | * Regular Income | <113,665.> | | | | |
| | Depr Adj | 14,356. | 14,356. | | | |
| | * AMT Net Income | <99,309.> | 14,356. | | | |
| K1- | DER ASSOCIATES LLC | | | | | |
| | * Regular Income | <46,260.> | | | | |
| | Adj Gain/Loss, Ln | 612. | | 612. | | |
| | * AMT Net Income | <45,648.> | | 612. | | |

819011
11-05-98

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

**Name(s):** EDWARD MARANDOLA JR.

**Social Security Number:** ████████

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| R- | RESIDENTIAL RENTAL - 8 | | | | | | |
| | 401 POST ROAD NORTH RI | | | | | | |
| | * Regular Income | <16,790.> | | | | | |
| | AMT Depr Adj | 1,705. | | | 1,705. | | |
| | * AMT Net Income | <15,085.> | | | 1,705. | | |
| R- | COMMERCIAL BUILDING - | | | | | | |
| | PAWTUCKET, RI | | | | | | |
| | * Regular Income | 8,401. | | | | | |
| | AMT Depr Adj | 443. | | | 443. | | |
| | * AMT Net Income | 8,844. | | | 443. | | |
| K1- | POISTANO REALTY CO., I | | | | | | |
| | NC. | | | | | | |
| | * Regular Income | 66,730. | | | | | |
| | AMT Adjustments | 238. | | | 238. | | |
| | * AMT Net Income | 66,968. | | | 238. | | |
| K1- | ISCHIA FREEDOM CORPORA | | | | | | |
| | TION | | | | | | |
| | * Regular Income | 556. | | | | | |
| | * AMT Net Income | 556. | | | | | |

519011
11-05-98

**ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT**

Name(s)

EDWARD MARANDOLA JR.

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h |
|---|---|---|---|---|---|---|
| K1- | R M REALTY L.L.C. | | | | | |
| | * Regular Income | 46,963. | | | | |
| | AMT Adjustments | 158. | | | 158. | |
| | * AMT Net Income | 47,121. | | | 158. | |
| K1- | NORWOOD REALTY, L.L.C. | | | | | |
| | * Regular Income | 12,344. | | | | |
| | * AMT Net Income | 12,344. | | | | |
| K1- | RAM REALTY LLC | | | | | |
| | * Regular Income | 8,695. | | | | |
| | AMT Adjustments | 150. | | | 150. | |
| | * AMT Net Income | 8,845. | | | 150. | |
| B- | Vacation Condo - Maine | | | | | |
| | * Regular Income | <910.> | | | | |
| | * AMT Net Income | <910.> | | | | |
| | ** Total Adj & Pref ** | | 31,038. | 475. | 2,694. | |

810011
11-05-98

Form **8812**

**Additional Child Tax Credit**

▶ Attach to Form 1040 or 1040A.

▶ See instructions on page 2.

OMB No. 1545-1620

**1998**

Department of the Treasury
Internal Revenue Service

Attachment
Sequence No. **47**

Name(s) shown on return

EDWARD MARANDOLA JR.

**Before you begin . . .**

- Complete Form 1040 through line 59b or Form 1040A through line 37b.
- If you (or your spouse if filing jointly) had more than one employer for 1998 and total wages of over $50,700, see the instructions for Form 1040, line 62, or Form 1040A, line 39. Figure the amount, if any, of excess social security and railroad retirement (RRTA) taxes withheld.
- Have your W-2 form(s) and **Child Tax Credit Worksheet** available. The worksheet is on page 32 in the Form 1040 instructions and page 33 in the Form 1040A instructions.

| | | | |
|---|---|---|---|
| 1 | Enter the total social security and Medicare taxes withheld from your pay (and your spouse's if filing a joint return). These taxes should be shown in boxes 4 and 6 of your W-2 form(s). If you worked for a railroad, see page 2 | 1 | 14,021. |
| 2 | **Form 1040 filers,** enter the amount from Form 1040, line 27 and line 52, plus any uncollected social security and Medicare or RRTA taxes included on line 56. **Form 1040A filers,** enter -0-. | 2 | |
| 3 | Add lines 1 and 2 | 3 | 14,021. |
| 4 | **Form 1040 filers,** enter the total of the amounts from Form 1040, lines 59a and 62. Form 1040A filers, enter the total of the amount from Form 1040A, line 37a, plus any excess social security and RRTA taxes withheld that you entered to the left of line 39. | 4 | 4,241. |
| 5 | Subtract line 4 from line 3. If the result is zero or less, **stop;** you **cannot** take this credit | 5 | 9,780. |
| 6 | Enter the amount from line 7 of the Child Tax Credit Worksheet ........ 6 | 1,600. | |
| 7 | Enter the amount from Form 1040, line 43, or Form 1040A, line 28 ........ 7 | | |
| 8 | Subtract line 7 from line 6. If the result is zero, **stop;** you **cannot** take this credit | 8 | 1,600. |
| 9 | **Additional child tax credit.** Enter the **smaller** of line 5 or line 8 here and on Form 1040, line 60, or Form 1040A, line 38 | 9 | 1,600. |

LHA  **For Paperwork Reduction Act Notice, see page 2.**

Form **8812** (1998)

*AS AMENDED*

| Form **4562** | **Depreciation and Amortization** | | OMB No. 1545-0172 |
|---|---|---|---|
| | (Including Information on Listed Property) **SUMMARY** | | **1998** |
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate instructions.    ▶ Attach this form to your return. | | Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| EDWARD MARANDOLA JR. | ALL BUSINESS ACTIVIT█████ | ████████ |

**Part I  Election To Expense Certain Tangible Property (Section 179)** (Note: If you have any "listed property," complete P█████████████)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions | 1 | 18,500. |
| 2 | Total cost of section 179 property placed in service | 2 | 0. |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 18,500. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | **Total Pass-through Section 179 Expense Deduction** | | 9,065. |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 ............ | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 9,065. |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 9,065. |
| 10 | Carryover of disallowed deduction from 1997 | 10 | 17,395. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | 0. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 0. |
| 13 | Carryover of disallowed deduction to 1999. Add lines 9 and 10, less line 12 ▶ | 13 | 26,460. |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II  MACRS Depreciation For Assets Placed in Service ONLY During Your 1998 Tax Year (Do Not Include Listed Property.)**

**Section A - General Asset Account Election**

14  If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions ▶ ☐

**Section B - General Depreciation System (GDS) (See instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Alternative Depreciation System (ADS) (See instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

**Part III  Other Depreciation (Do Not Include Listed Property.) (See instructions.)**

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1998 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV  Summary (See instructions.)**

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

LHA  **For Paperwork Reduction Act Notice, see the separate instructions.** | Form **4562** (1998)

816251 02-16-99

44

15130118  743180  MARAE2440      082  MARANDOLA JR., EDWARD      MARAE242

Form **8271**
(Rev. July 1998)
Department of the Treasury
Internal Revenue Service

**Investor Reporting of Tax Shelter Registration Number**

▶ Attach to your tax return

OMB No. 1545-0881

**Attachment Sequence No. 71**

Investor's name(s) shown on return

EDWARD MARANDOLA JR.

Investor's identifying number

Investor's tax year ended

12/31/98

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | AMERGAS DRILLING PROGRAM 1985-A L.P. | 85073000110 | 06-1126995 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

LHA

Form **8271** (Rev. 7-98)

819921
06-24-98

15130118   743180   MARAE2440      082   MARANDOLA JR., EDWARD                    MARAE242

*AS AMENDED*

Form **4952**

Department of the Treasury
Internal Revenue Service   (99)

### Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191

**1998**

Attachment
Sequence No. **72**

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number

██████████

## Part I    Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1998. ................... See Statement 16 | 1 | 31,506. |
| 2 | Disallowed investment interest expense from 1997 Form 4952, line 7 ......................... | 2 | 298,525. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 ............................................... | 3 | 330,031. |

## Part II    Net Investment Income

| | | | | |
|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) ........................ See Statement 17 | | 4a | 60,122. |
| b | Net gain from the disposition of property held for investment ........................... | 4b | | |
| c | Net capital gain from the disposition of property held for investment ............... | 4c | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- ........................................ | | 4d | |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ...........................................................▶ | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e .................................................. | | 4f | 60,122. |
| 5 | Investment expenses ....................................... See Statement 18 | | 5 | 7,353. |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- ................. | | 6 | 52,769. |

## Part III    Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1999. Subtract line 6 from line 3. If zero or less, enter -0- .................................... See Statement 19 | 7 | 277,262. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 ................. | 8 | 52,769. |

LHA    For Paperwork Reduction Act Notice, see separate instructions.

Form **4952** (1998)

Alternative Minimum Tax *AS AMENDED*

| Form **4952** | **Investment Interest Expense Deduction** | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to your tax return. | **1998** Attachment Sequence No. **72** |

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number

### Part I  Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1998. | 1 | 31,506. |
| 2 | Disallowed investment interest expense from 1997 Form 4952, line 7 | 2 | 293,668. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 325,174. |

### Part II  Net Investment Income

| | | | | |
|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | | 4a | 60,122. |
| b | Net gain from the disposition of property held for investment | 4b | | |
| c | Net capital gain from the disposition of property held for investment | 4c | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | | 4d | |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ▶ | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e | | 4f | 60,122. |
| 5 | Investment expenses | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | | 6 | 60,122. |

### Part III  Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1999. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 265,052. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 | 8 | 60,122. |

```
Regular Form 4952, line 8              52,769.
Less recomputed Form 4952, line 8      60,122.
Interest adjustment - Form 6251 line 7  <7,353.>
```

818901
11-14-98

47

15130118   743180   MARAE2440      082   MARANDOLA JR., EDWARD          MARAE242

## Schedule A - Net Operating Loss (NOL)

# 1998

Name

Social Security Number

### EDWARD MARANDOLA JR.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Adjusted gross income from 1998 Form 1040, line 34. Estates and trusts, skip lines 1 and 2 | | | 1 | <2,332,645.> |
| 2 | Deductions (individuals only): | | | | |
| a | Enter amount from your 1998 Form 1040, line 36 | 2a | 527,745. | | |
| b | Enter your deduction for exemptions from 1998 Form 1040, line 38 | 2b | 13,500. | | |
| c | Add lines 2a and 2b | | | 2c | <541,245.> |
| 3 | Combine lines 1 and 2c. Estates and trusts, enter your taxable income | | | 3 | <2,873,890.> |

Note: If line 3 is zero or more, do not complete rest of schedule. You do not have a net operating loss.

Adjustments:

| | | | | | |
|---|---|---|---|---|---|
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter exemption amount from your tax return | 4 | | | 13,500. |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number | 5 | 5,176,192. | | |
| 6 | Total nonbusiness capital gains (without regard to any section 1202 exclusion) | 6 | | | |
| 7 | If line 5 is more than line 6, enter difference; otherwise, enter -0- | 7 | 5,176,192. | | |
| 8 | If line 6 is more than line 5, enter difference; otherwise, enter -0- | 8 | 0. | | |
| 9 | Nonbusiness deductions. | 9 | 579,745. | | |
| 10 | Nonbusiness income other than capital gains. | 10 | 60,122. | | |
| 11 | Add lines 8 and 10 | 11 | 60,122. | | |
| 12 | If line 9 is more than line 11, enter difference; otherwise, enter -0- | | | 12 | 519,623. |
| 13 | If line 11 is more than line 9, enter difference; otherwise, enter -0-. Do not enter more than line 8 | 13 | 0. | | |
| 14 | Total business capital losses before limitation. Enter as a positive number | 14 | | | |
| 15 | Total business capital gains (without regard to any section 1202 exclusion) | 15 | | | |
| 16 | Add lines 13 and 15 | 16 | | | |
| 17 | If line 14 is more than line 16, enter difference; otherwise, enter -0- | 17 | 0. | | |
| 18 | Add lines 7 and 17 | 18 | 5,176,192. | | |
| 19 | Enter the loss, if any, from line 17 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16, column (3), of Schedule D (Form 1041).) Enter as a positive number.  If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 19 through 24 and enter on line 25 the amount from line 18 | 19 | 5,176,192. | | |
| 20 | Section 1202 exclusion. Enter as a positive number | 20 | | | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | 21 | 5,176,192. | | |
| 22 | Enter the loss from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss from line 17 of Schedule D (Form 1041).) Enter as a positive number | 22 | 3,000. | | |
| 23 | If line 21 is more than line 22, enter the difference; otherwise, enter -0- | 23 | 5,173,192. | | |
| 24 | If line 22 is more than line 21, enter the difference; otherwise, enter -0- | | | 24 | 0. |
| 25 | Subtract line 23 from line 18. If zero or less, enter -0- | | | 25 | 3,000. |
| 26 | Net operating loss deduction for losses from other years. Enter as a positive number | | | 26 | |
| 27 | Add lines 4, 12, 20, 24, 25, and 26 | | | 27 | 536,123. |
| 28 | Net operating loss. Combine from lines 3 and 27. If the result is less than zero, enter it here. If the result is zero or more, you do not have a net operating loss | | | 28 | <2,337,767.> |

# Alternative Tax Net Operating Loss Worksheet

**1998**

| | | |
|---|---|---|
| Name(s) as shown on return | | |
| **EDWARD MARANDOLA JR.** | | |

| | | | |
|---|---|---|---|
| 1. Loss for the current year | | | 2,873,890. |
| 2. Personal exemptions | | 13,500. | |
| 3. Net operating loss deduction | | | |
| 4. Excess of nonbusiness deductions over nonbusiness income: | | | |
| (A) AMT nonbusiness itemized deductions and adjustments | 180,871. | | |
| (B) AMT nonbusiness income | 60,122. | | |
| (C) Net nonbusiness capital gains (without regard to any section 1202 exclusion) | | | |
| (D) Total nonbusiness income | 60,122. | | |
| (E) Difference (line 4(A) less 4(D)) not less than zero | | 120,749. | |
| 5. Adjusted deduction for business capital loss | | | |
| (A) Business capital loss | | | |
| (B) Line 4(D) minus 4(A), not less than zero | 0. | | |
| (C) Business capital gains (without regard to any section 1202 exclusion) | | | |
| (D) Total (line 5(B) plus 5(C)) | | | |
| (E) Difference (line 5(A) less 5(D)) not less than zero | | | |
| 6. Excess of nonbusiness capital loss over nonbusiness capital gain | | 3,000. | |
| 7. Adjusted section 1202 exclusion | | | |
| 8. Total adjustment and preference items (Form 6251, line 15) | | 433,081. | |
| 9. Total (line 2 + 3 + 4(E) + 5(E) + 6 + 7 + 8) | | | 570,330. |
| 10. Current year alternative tax net operating loss - (line 1 less line 9) | | | 2,303,560. |

| Form 1040 | State and Local Income Tax Refunds | | Statement    1 |
|-----------|-----------|-----------|-----------|
| | 1997 | 1996 | 1995 |

| | 1997 | 1996 | 1995 |
|---|---|---|---|
| Gross state/local inc tax refunds | Massachusetts<br>142. | | |
| Less: Tax paid in following year | 142. | | |
| Net tax refunds   Massachusetts | 0. | | |
| Total net tax refunds | 0. | | |

| Form 1040 | Taxable State and Local Income Tax Refunds | | Statement 2 |
|---|---|---|---|
| | 1997 | 1996 | 1995 |

|  |  |  |  |  |
|---|---|---|---|---|
| | Net tax refunds from State and Local Income Tax Refunds Stmt. | | | |
| | Less:Refunds-no benefit due to AMT | | | |
| 1 | Net refunds for recalculation | | | |
| 2 | Total itemized deductions before phaseout | 347,547. | | |
| 3 | Deduction not subj to phaseout | 50,307. | | |
| 4 | Net refunds from line 1 | | | |
| 5 | Line 2 minus lines 3 and 4 | 297,240. | | |
| 6 | Multiply line 5 by 80% (.80) | 237,792. | | |
| 7 | Prior year AGI | 5,488,919. | | |
| 8 | Item. ded. phaseout threshold | 121,200. | | |
| 9 | Subtract line 8 from line 7 (If zero or less, skip lines 10 through 15, and enter amount from line 1 on line 16) | 5,367,719. | | |
| 10 | Multiply line 9 by 3% (.03) | 161,032. | | |
| 11 | Allowable itemized deductions (line 5 less the lesser of line 6 or line 10) | 136,208. | | |
| 12 | Item ded. not subj to phaseout | 50,307. | | |
| 13a | Total adj. itemized deductions | 186,515. | | |
| 13b | Prior yr. std. ded. available | 4,150. | | |
| 14 | Prior yr. allowable item. ded. | 186,515. | | |
| 15 | Subtract the greater of line 13a or line 13b from line 14 | | | |
| 16 | Taxable refunds (lesser of line 15 or line 1) | | | |
| 17 | Allowable prior yr. item. ded. | 186,515. | | |
| 18 | Prior year std. ded. available | 4,150. | | |
| 19 | Subtract line 18 from line 17 | 182,365. | | |
| 20 | Lesser of line 16 or line 19 | | | |
| 21 | Prior year taxable income | 5,302,404. | | |

22 Amount to include on Form 1040, line 10
   * If line 21 is -0- or more, use amount from line 20
   * If line 21 is a negative amount, net lines 20 and 21                    0.

   State and local income tax refunds prior to 1995

   Total to Form 1040, line 10                                              0.

| Form 1040 | Tax-Exempt Interest | Statement | 3 |

| Name of Payer | Amount |
|---|---|
| NATL SEC CORP (251437) | 18. |
| Total to Form 1040, line 8b | 18. |

| Form 1040 | Wages Received and Taxes Withheld | | | | | Statement | 4 |

| T S | Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|---|
| T | VICTORY FINISHING TECHNOLOGIES | 135,351. | 26,597. | 7,181. | 456. | 4,241. | 1,914. |
| T | DIVERSIFIED PRODUCTS, INC. | 250,000. | 95,680. | 26,000. | 456. | 4,241. | 3,625. |
| | Totals | 385,351. | 122,277. | 33,181. | 912. | 8,482. | 5,539. |

```
Form 1040              Excess Social Security Tax Worksheet        Statement    5
```

|  | Taxpayer | Spouse |
|---|---|---|
| 1. Add all social security tax withheld but not more than $4,240.80 for each employer (this tax should be shown in Box 4 of your W-2 forms). Enter the total here . . . . . . . . . . . . . . . . . . . . . . | 8,482. | |
| 2. Enter any uncollected social security tax on tips or group-term life insurance included in the total on Form 1040, line 56 . . . . . . . . . . . . . . . . . | | |
| 3. Add lines 1 and 2 . . . . . . . . . . . . . . . . . | 8,482. | |
| 4. Social security tax limit . . . . . . . . . . . . . | 4,241. | |
| 5. Subtract line 4 from line 3. Excess social security tax included in Form 1040, line 62 . . . . . . . . . | 4,241. | |

```
Schedule A                        Other Taxes                     Statement    6
```

| Description | Amount |
|---|---|
| REAL ESTATE 111 HARISON AVE - CLOSING | 3,564. |
| REAL ESTATE HARISON AVE LAND | 7,353. |
| REAL ESTATE - NEWRY ME | |
| REAL ESTATE - TAHOE | |
| REAL ESTATE - HILLSIDE ST | |
| Total to Schedule A, line 8 | 10,917. |

```
Schedule A                  State and Local Income Taxes          Statement    7
```

| Description | Amount |
|---|---|
| VICTORY FINISHING TECHNOLOGIES | 7,181. |
| State Disability Insurance - VICTORY FINISHING TECHNOLOGIES | 456. |
| DIVERSIFIED PRODUCTS, INC. | 26,000. |
| State Disability Insurance - DIVERSIFIED PRODUCTS, INC. | 456. |
| Massachusetts Tax Payments | 1,298. |
| Rhode Island Tax Payments | 311,976. |
| Reduction of State Tax Deduction - State Refunds | <142.> |
| Total to Schedule A, line 5 | 347,225. |

*AS AMENDED*

| Schedule A | Cash Contributions | | Statement | 8 |

| Description | Amount 50% Limit | Amount 30% Limit |
|---|---|---|
| Miscellaneous | 0. | |
| GREAT GATSBY SOCIETY | 0. | |
| MADONNA MANOR | 0. | |
| MISCELLANEOUS $100 OR LESS | 0. | |
| PED/NEUR FOUNDATION | 0. | |
| RI HOSPITAL FOUNDATION | 0. | |
| SALVE REGINA  UNIVERSITY | 0. | |
| SAVE THE BAY | 0. | |
| SUFFOLK UNIVERSITY | 0. | |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | 18,800. | |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | 680. | |
| From K-1 - NORWOOD MOTOR GROUP, INC. | 98. | |
| From K-1 - DIVERSIFIED FOODS, INC | 276. | |
| From K-1 - DER ASSOCIATES LLC | 11. | |
| Subtotals | 19,865. | |
| Total to Schedule A, line 15 | | 19,865. |

| Schedule A | Investment Interest | Statement | 9 |

| Description | Amount |
|---|---|
| FLEET BANK - LAND MORTGAGE | 28,249. |
| FLEET BANK - LAND MTGE (NEW) | 3,257. |
| DISALLOWED INVESTMENT INTEREST PRE '97 | 298,525. |
| Disallowed Investment Interest C/O | <277,262.> |
| Total to Schedule A, line 13 | 52,769. |

| Schedule B | Interest Income | Statement | 10 |

| Name of Payer | Amount |
|---|---|
| FLEET NATIONAL BANK | 182. |
| FLEET NATIONAL BANK | 44. |
| FLET NATIONAL BANK | 22. |
| LESS REC'D AS NOMINEE | <44.> |
| LESS REC'D AS NOMINEE | <22.> |
| M L  CREDIT CORP (ESCROW) | 331. |
| BANK BOSTON | 29. |

```
NATIONAL SECURITIES CORP.                                              15.
From K-1 - VICTORY FINISHING TECHNOLOGIES, INC.                      413.
From K-1 - DIVERSIFIED PRODUCTS, INC.                             25,804.
From K-1 - NORWOOD MOTOR GROUP, INC.                             17,906.
GOV'T SECUTITIES                                                     350.
OTHER INTEREST                                                    15,018.
                                                                 --------
Total to Schedule B, line 1                                      60,048.
                                                                 ========
```

| Schedule B | Tax-Exempt Interest From 1099-DIV | Statement | 11 |
|---|---|---|---|

| Name of Payer | Amount |
|---|---|
| NATL SEC CORP (251437) | 18. |
| Total Tax-Exempt Interest from 1099-DIV to Schedule B, line 5 | 18. |

| Schedule C | Other Income | Statement | 12 |
|---|---|---|---|

| Description | Amount |
|---|---|
| LOSS ON SECURITIES TRADES | <2,806,879.> |
| MARK TO MARGIN ADJUSTMENT 12/31/98 | <609,384.> |
| Total to Schedule C, line 6 | <3,416,263.> |

Schedule D                     Capital Loss Carryover                Statement  13

```
 1. Enter the amount from Form 1040, line 37 . . . . . . . . . . . <2,860,390.>
 2. Enter the loss from Schedule D, line 18, as a positive amount.    3,000.
 3. Combine lines 1 and 2. If zero or less, enter -0-  . . . . . .        0.
 4. Enter the smaller of line 2 or line 3  . . . . . . . . . . . .        0.

 5. Enter the loss from Schedule D, line 7, as a positive amount .  5,177,131.
 6. Enter the gain, if any, from Schedule D,
    line 16  . . . . . . . . . . . . . . . . . . . . . . .  939.
 7. Add lines 4 and 6  . . . . . . . . . . . . . . . . . . . . . .      939.
 8. Short-term capital loss carryover to 1999.
    Subtract line 7 from line 5. If zero or less, enter -0-  . . .  5,176,192.

 9. Enter the loss from Schedule D, line 16, as a positive amount.
10. Enter the gain, if any, from Schedule D,
    line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . .
11. Subtract line 5 from line 4.  If zero or less,
    enter -0-  . . . . . . . . . . . . . . . . . . . . . . . . .
12. Add lines 10 and 11  . . . . . . . . . . . . . . . . . . . . .
13. Long-term capital loss carryover to 1999.
    Subtract line 12 from line 9. If zero or less, enter -0-  . .
```

Schedule E      Income or (Loss) from Partnerships and S Corps      Statement  14

Name

| Employer ID No. | Not at Risk | X if frn | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
|---|---|---|---|---|---|---|---|---|
| VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | | | |
| 05-0251745 | | | S | | | 969,273. | | |
| DIVERSIFIED PRODUCTS, INC. | | | | | | | | |
| 05-0384622 | | | S | | | | | 1,915,917. |
| OCEAN STATE NISSAN, INC. | | | | | | | | |
| 05-0422120 | | | S | | | | | 4,954. |
| NORWOOD MOTOR GROUP, INC. | | | | | | | | |
| 05-0461212 | | | S | | | | | 51,800. |
| NORWOOD MOTOR ASSOCIATES, INC. | | | | | | | | |
| 05-0461217 | | | S | | | | | 140,833. |
| AMERGAS DRILLING PROGRAM 1985-A L.P. | | | | | | | | |
| 06-1126995 | | | P | | | 1,373. | | |
| POISTANO REALTY CO., INC. | | | | | | | | |
| 05-0477314 | | | S | | 66,730. | | | |
| ISCHIA FREEDOM CORPORATION | | | | | | | | |
| 05-0480072 | | | S | | 556. | | | |
| R M REALTY L.L.C. | | | | | | | | |
| 05-0494321 | | | P | | 46,963. | | | |

```
BARBER'S AUTO SALES & BODY WORKS
05-0313521           S                        164,898.
NORWOOD REALTY, L.L.C.
05-0493281           P               12,344.
TOM RICCI'S RENTAL CARS USA LLC
06-1478658           P                        227,848.
RAM REALTY LLC
05-0489973           P                8,695.
DIVERSIFIED FOODS, INC
05-0498784           S                        113,665.
DER ASSOCIATES LLC
05-0497908           P                         46,260.
BARTRAM & BRAKENHOFF OF FLORIDA, L.C.
65-0834878           P                          1,644.
                                   _____ _____          _____
Totals to Sch. E, ln. 28            135,288. 1,524,961.             2,113,504.
                                   =========== ===========          ===========
```

---

| Form 6251 | Passive Activities | Statement 15 |
| --- | --- | --- |

|  |  | Net Income (Loss) |  |  |
| --- | --- | --- | --- | --- |
| Name of Activity | Form | AMT | Regular | Adjustment |
| POISTANO REALTY CO., INC. | Sch E | 66,968. | 66,730. | 238. |
| ISCHIA FREEDOM CORPORATION | Sch E | 556. | 556. | |
| R M REALTY L.L.C. | Sch E | 47,121. | 46,963. | 158. |
| NORWOOD REALTY, L.L.C. | Sch E | 12,344. | 12,344. | |
| RAM REALTY LLC | Sch E | 8,845. | 8,695. | 150. |
| RESIDENTIAL RENTAL - 8401 POST ROAD NORTH KINGSTOWN, RI | Sch E | <15,085.> | <16,790.> | 1,705. |
| COMMERCIAL BUILDING - PAWTUCKET, RI | Sch E | 8,844. | 8,401. | 443. |
| Vacation Condo - Maine | Sch E | <910.> | <910.> | |
| Total to Form 6251, line 11 | | | | 2,694. |

*AS AMENDED*

| Form 4952 | Investment Interest Expense | Statement  16 |
|---|---|---|

| Description | Current | Carryover |
|---|---|---|
| FLEET BANK - LAND MORTGAGE | 28,249. | |
| FLEET BANK - LAND MTGE (NEW) | 3,257. | |
| DISALLOWED INVESTMENT INTEREST PRE '97 | | 298,525. |
| Totals to Form 4952 | 31,506. | 298,525. |

| Form 4952 | Income from Property Held for Investment | Statement  17 |
|---|---|---|

| Description | Amount |
|---|---|
| Interest income | 60,048. |
| Dividend income | 74. |
| Total to Form 4952, line 4a | 60,122. |

| Form 4952 | Investment Expense | Statement  18 |
|---|---|---|

| Description | Amount |
|---|---|
| Schedule A deductions | 7,353. |
| Total to Form 4952, line 5 | 7,353. |

| Form 4952 | Disallowed Investment Interest Expense | Statement  19 |
|---|---|---|

| Description | Amount |
|---|---|
| Schedule A - C/O | 277,262. |
| Total to Form 4952, line 7 | 277,262. |