Form **1040**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **1999** (99) | IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1999, or other tax year beginning , 1999, ending

OMB No. 1545-0074

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **EDWARD**  Last name: **MARANDOLA JR.**  Your social security number: **440**

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 18.: **36 BEACON HILL ROAD**  Apt. no.

▲ **IMPORTANT!** ▲ You must enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.: **NEWPORT, RI 02840**

**Presidential Election Campaign** (See page 18.)

Yes | No | Note: Checking "Yes" will not change your tax or reduce your refund.

Do you want $3 to go to this fund?
If a joint return, does your spouse want $3 to go to this fund?

**Filing Status**

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b [ ] Spouse

No. of boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| PHILLIP MARANDOLA | | SON | X |
| ANDREW MARANDOLA | | SON | X |
| CHELSEA MARANDOLA | | DAUGHTER | X |
| MAIA MARANDOLA | 036 02 4004 | DAUGHTER | X |

If more than six dependents, see page 19.

No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 19)  **4**
Dependents on 6c not entered above
Add numbers entered on lines above ▶ **5**

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 390,180. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 31,391. |
| b | Tax-exempt interest. DO NOT include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 133. |
| 10 | Taxable refunds, or credits of state and local income taxes    Stmt 1 Stmt 3 | 10 | 98. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | <380,297.> |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | <3,000.> |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions | 15a | b Taxable amount (see page 22) | 15b | |
| 16a | Total pensions and annuities | 16a | b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 467,366. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 505,871. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 | |
| 24 | Student loan interest deduction (see page 26) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid ▶ Recipient's SSN ▶ 508 78 9272 | 31a | 52,000. |
| 32 | Add lines 23 through 31a | 32 | 52,000. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 453,871. |

JOINT EXHIBIT 11    PSK&D-Bayonne, N. J.

910001 10-29-99  LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.**  Form **1040** (1999)

*As Amended*

Case 1:05-cv-00852-CJB . Document 24-21 Filed P&IRND 1550074

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 453,871. |
| | 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| **Standard Deduction for Most People** | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | | |
| | 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 250,595. |
| **Single:** $4,300 | 37 | Subtract line 36 from line 34 | 37 | 203,276. |
| **Head of household:** $6,350 | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | 38 | 0. |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 203,276. |
| **Married filing jointly or Qualifying widow(er):** $7,200 | 40 | **Tax** (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 61,446. |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| **Married filing separately:** $3,600 | 43 | Child tax credit (see page 33) | 43 | |
| | 44 | Education credits. Attach Form 8863 | 44 | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) _____ | 47 | |
| | 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 61,446. |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | 51 | 45,798. |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | 107,244. |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 124,203. |
| | 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | |
| | 59a | Earned income credit. Attach Sch. EIC if you have a qualifying child | | |
| | b | Nontaxable earned income: amount ▶ _____ and type ▶ _____ | 59a | |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| | 61 | Amount paid with request for extension to file (see page 48) | 61 | |
| | 62 | Excess social security and RRTA tax withheld (see page 48) Stmt 5 | 62 | 4,501. |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 64 | 128,704. |
| **Refund** Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** ▶ | 65 | 21,460. |
| | 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | 21,460. |
| | b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number _____ | | |
| | 67 | Amount of line 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | 67 | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE** ▶ For details on how to pay, see page 49 | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | |

**Sign Here**
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation EXECUTIVE | Daytime telephone number (optional) (401) 421-1900 |
|---|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address | Dacey Guarino & Company, LLP 1445 Wampanoag Trail, Suite 202 East Providence, RI | | EIN 05 0425517 | ZIP code 02915 |

*As Amended*

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service       (99)

OMB No. 1545-0074

# Schedule A - Itemized Deductions
### (Schedule B is on page 2)
▶ Attach to Form 1040.    ▶ See Instructions for Schedules A and B (Form 1040).

**1999**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

EDWARD MARANDOLA JR.

Your social security number

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** Do not include expenses reimbursed or paid by others. | | 1 | |
| | 1 | Medical and dental expenses (see page A-1) | | | |
| | 2 | Enter amount from Form 1040, line 34 ... | 2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes ... See Statement 7 | | 5 | 84,616. |
| | 6 | Real estate taxes (see page A-2) | | 6 | 48,544. |
| | 7 | Personal property taxes | | 7 | |
| | 8 | Other taxes. List type and amount ▶ See Statement 6 _____ | | 8 | 29,063. |
| | 9 | Add lines 5 through 8 | | 9 | 162,223. |
| **Interest You Paid** (See page A-3.) Note: Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | | 10 | 66,249. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ _____ | | 11 | |
| | 12 | Points not reported to you on Form 1098. (See page A-3.) | | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) Stmt 9 | | 13 | 23,069. |
| | 14 | Add lines 10 through 13 | | 14 | 89,318. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 See Statement 8 | | 15 | 8,872. |
| | 16 | Other than by cash or check. If any gift of $250 or more, You **MUST** attach Form 8283 if over $500 | | 16 | |
| | 17 | Carryover from prior year | | 17 | |
| | 18 | Add lines 15 through 17 | | 18 | 8,872. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ _____ | | 20 | |
| | 21 | Tax preparation fees | | 21 | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ _____ | | 22 | |
| | 23 | Add lines 20 through 22 | | 23 | |
| | 24 | Enter amount from Form 1040, line 34 | 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) | | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ _____ | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? Stmt 10 ☐ **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36. ☒ **YES.** Your deduction may be limited. See page A-6 for the amount to enter. | | 28 | 250,595. |

LHA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

919501
05-17-00

Schedule A (Form 1040) 1999

*Amended Return*

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1.

Your social security number

EDWARD MARANDOLA JR.

Attachment
Sequence No. **08**

## Schedule B - Interest and Ordinary Dividends

**Part I**
**Interest**

Note. If you had over $400 in taxable interest, you must also complete Part III.

| | | | Amount |
|---|---|---|---|
| **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ _____ | | |
| | See Statement 11 | | 31,391. |

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | |
|---|---|---|---|
| **2** | Add the amounts on line 1 | **2** | 31,391. |
| **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **MUST** attach Form 8815 | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | **4** | 31,391. |

**Part II**
**Ordinary Dividends**

Note. If you had over $400 in ordinary dividends, you must also complete Part III.

| | | | Amount |
|---|---|---|---|
| **5** | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | | |
| | ALLIANCE CAP. RES. (NUTMEG) | | 2. |
| | COWEN & CO (4677) | | 17. |
| | GALAXY FUNDS | | 5. |
| | HAMBRECHT & QUEST H40-6182618 | | 2. |
| | CULVERWELL (PRIME FND) | | 24. |
| | JWGENESIS (2755437) | | 13. |
| | SMITH BARNEY (382-45079-11) | | 64. |
| | JWGENESIS (2755498) | **5** | 3. |
| | NATIONAL SEC. (55330225) | | 3. |

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | |
|---|---|---|---|
| **6** | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 | **6** | 133. |

**Part III**
**Foreign Accounts and Trusts**

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** | At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| **b** | If "Yes," enter the name of the foreign country ▶ | | |
| **8** | During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

LHA    **For Paperwork Reduction Act Notice, see Form 1040 instructions.**    Schedule B (Form 1040) 1999

927501
10-11-99

13391113 743180 MARAE2440        1999.06200 MARANDOLA JR., EDWARD        MARAE241

Case 1:05-cv-00252-CFL   Document 21   Filed 06/25/2006   Page 5 of 25

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
### (Sole Proprietorship)

▶ **Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.**

▶ Attach to Form 1040 or Form 1041.  ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1999**

Attachment Sequence No. **09**

Name of proprietor
**EDWARD MARANDOLA JR.**

Social security number (SSN)

**A** Principal business or profession, including product or service (see page C-1)
**Securities Trading**

**B** Enter code from pages C-8 & 9 ▶ 523110

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ _____
City, town or post office, state, and ZIP code _____

**F** Accounting method: (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 1999? If "No," see page C-2 for limit on losses .... ☒ Yes ☐ No

**H** If you started or acquired this business during 1999, check here ........ ▶ ☐

## Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. **Caution:** *If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here* ▶ ☐ | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3)  See Statement 12 | 6 | <380,297.> |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | <380,297.> |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20 | Rent or lease (see page C-4): | |
| 10 | Car and truck expenses (see page C-3) | 10 | | a | Vehicles, machinery, and equipment | 20a |
| 11 | Commissions and fees | 11 | | b | Other business property | 20b |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | 22 | Supplies (not included in Part III) | 22 |
| | | | | 23 | Taxes and licenses | 23 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | |
| 15 | Insurance (other than health) | 15 | | a | Travel | 24a |
| 16 | Interest: | | | b | Meals and entertainment | |
| a | Mortgage (paid to banks, etc.) | 16a | | c | Enter nondeductible amount included on line 24b (see page C-5) | |
| b | Other | 16b | | d | Subtract line 24c from line 24b | 24d |
| 17 | Legal and professional services | 17 | | 25 | Utilities | 25 |
| 18 | Office expense | 18 | | 26 | Wages (less employment credits) | 26 |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 0. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | <380,297.> |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | 31 | <380,297.> |

• If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you MUST go on to line 32.

| | | |
|---|---|---|
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 32a ☒ All investment is at risk. |
| | • If you checked 32b, you MUST attach **Form 6198.** | 32b ☐ Some investment is not at risk. |

LHA   For Paperwork Reduction Act Notice, see Form 1040 Instructions.

**Schedule C (Form 1040) 1999**

As Amended

OMB No. 1545-0074

| SCHEDULE D<br>(Form 1040) | **Capital Gains and Losses** | **1999** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ **Attach to Form 1040.**     ▶ **See Instructions for Schedule D (Form 1040).** | Attachment<br>Sequence No. **12** |

Name(s) shown on Form 1040 — Your social security number

EDWARD MARANDOLA JR.

## Part I — Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property<br>(Example: 100 sh. XYZ Co.) | (b) Date acquired<br>(c) Date sold | (d) Sales price | (e) Cost or other basis | (f) GAIN or (LOSS)<br>Subtract (e) from (d) | |
|---|---|---|---|---|---|
| **1** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Enter your short-term totals | **2** | | |
| **3** **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | **3** | | |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet | | **6** | ( 9,315,172. ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f)   ▶ | | **7** | <9,315,172.> |

## Part II — Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property<br>(Example: 100 sh. XYZ Co.) | (b) Date acquired<br>(c) Date sold | (d) Sales price | (e) Cost or other basis | (f) GAIN or (LOSS)<br>Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS)<br>* (see instr. below) |
|---|---|---|---|---|---|
| **8** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **9** Enter your long-term totals | **9** | | | |
| **10** **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | **10** | | | |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824   See Statement 13 | **11** | 103. | | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | | | |
| **13** Capital gain distributions | **13** | | | |
| **14** Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet | **14** | ( ) | ( ) | |
| **15** Combine lines 8 through 14 in column (g) | **15** | | | |
| **16** **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f)   ▶ | **16** | 103. | | |

Next: Go to Part III on page 2.

\* 28% Rate Gain or Loss includes all "collectibles gains and losses" and up to 50% of the eligible gain on qualified small business stock.

LHA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule D (Form 1040) 1999

| **Part III** | **Summary of Parts I and II** | | | | |
|---|---|---|---|---|---|

**17** Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 ... **17** <9,315,069.>

**Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
- Both lines 16 and 17 are gains, **and**
- Form 1040, line 39, is more than zero.

**18** If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17, **or**
- ($3,000) or, if married filing separately, ($1,500)

**18** ( 3,000.)

**Next:** Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss**

**Carryover Worksheet** if:        See Statement 14
- The loss on line 17 exceeds the loss on line 18, **or**
- Form 1040, line 37, is a loss.

| **Part IV** | **Tax Computation Using Maximum Capital Gains Rates** | | |
|---|---|---|---|

**19** Enter your taxable income from Form 1040, line 39 ............................................. **19**

**20** Enter the **smaller** of line 16 or line 17 of Schedule D ............... **20**

**21** If you are filing Form 4952, enter the amount from Form 4952, line 4e ............... **21**

**22** Subtract line 21 from line 20. If zero or less, enter -0- ............... **22**

**23** Combine lines 7 and 15. If zero or less, enter -0- ............................... **23**

**24** Enter the **smaller** of line 15 or line 23, but not less than zero ............... **24**

**25** Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet ............... **25**

**26** Add lines 24 and 25 ............................................................. **26**

**27** Subtract line 26 from line 22. If zero or less, enter -0- ............................... **27**

**28** Subtract line 27 from line 19. If zero or less, enter -0- ............................... **28**

**29** Enter the **smaller** of:
- The amount on line 19, **or**
- $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); } **29**
  $21,525 if married filing separately; or $34,550 if head of household

**30** Enter the **smaller** of line 28 or line 29 ............... **30**

**31** Subtract line 22 from line 19. If zero or less, enter -0- ............... **31**

**32** Enter the **larger** of line 30 or line 31 ............... ► **32**

**33** Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies ............ **33**

**Note.** If line 29 is less than line 28, go to line 38.

**34** Enter the amount from line 29 ............... **34**

**35** Enter the amount from line 28 ............... **35**

**36** Subtract line 35 from line 34. If zero or less, enter -0- ............... **36**

**37** Multiply line 36 by 10% (.10) ............................................................. **37**

**Note.** If line 27 is more than zero **and** equal to line 36, go to line 52.

**38** Enter the **smaller** of line 19 or line 27 ............... **38**

**39** Enter the amount from line 36 ............... **39**

**40** Subtract line 39 from line 38 ............... ► **40**

**41** Multiply line 40 by 20% (.20) ............................................................. **41**

**Note.** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48.

**42** Enter the **smaller** of line 22 or line 25 ............... **42**

**43** Add lines 22 and 32 ............... **43**

**44** Enter the amount from line 19 ............... **44**

**45** Subtract line 44 from line 43. If zero or less, enter -0- ............... **45**

**46** Subtract line 45 from line 42. If zero or less, enter -0- ............... ► **46**

**47** Multiply line 46 by 25% (.25) ............................................................. **47**

**Note.** If line 24 is zero or blank, go to line 52.

**48** Enter the amount from line 19 ............... **48**

**49** Add lines 32, 36, 40, and 46 ............... **49**

**50** Subtract line 49 from line 48 ............... **50**

**51** Multiply line 50 by 28% (.28) ............................................................. **51**

**52** Add lines 33, 37, 41, 47, and 51 ............................................................. **52**

**53** Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies ............ **53**

**54** **Tax on taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 ............... ► **54**

OMB No. 1545-0074

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Supplemental Income and Loss**

(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041.     ▶ See Instructions for Schedule E (Form 1040).

**1999**

Attachment
Sequence No. **13**

Name(s) shown on return

Your social security number

EDWARD MARANDOLA JR.

| **Part I** | Income or Loss From Rental Real Estate and Royalties | Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39. |
|---|---|---|

| 1 Show the kind and location of each rental real estate property: | 2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: <br> • 14 days, or <br> • 10% of the total days rented at fair rental value? <br> (See page E-1.) | | Yes | No |
|---|---|---|---|---|
| A RESIDENTIAL RENTAL <br> 8401 POST ROAD NORTH KINGSTOWN, RI | | A | | X |
| B COMMERCIAL BUILDING <br> PAWTUCKET, RI | | B | | X |
| C VACATION CONDO, JORDAN GRAND <br> NEWRY Maine | | C | | X |

| Income: | | | **Properties** | | | Totals |
|---|---|---|---|---|---|---|
| | | | **A** | **B** | **C** | (Add columns A, B, and C.) |
| 3 Rents received | 3 | | 2,400. | 13,500. | 2,090. | **3** 17,990. |
| 4 Royalties received | 4 | | | | | **4** |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see page E-2) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-2) | 12 | | 7,562. | | 2,631. | **12** 10,193. |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | | | | | |
| 15 Supplies | 15 | | 5,186. | | 214. | |
| 16 Taxes | 16 | | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Other (list) ▶ _____ | 18 | | | | | |
| 19 Add lines 5 through 18 | 19 | | 12,748. | | 2,845. | **19** 15,593. |
| 20 Depreciation expense or depletion (see page E-3) | 20 | | 5,455. | 2,854. | | **20** 8,309. |
| 21 Total expenses. Add lines 19 and 20 | 21 | | 18,203. | 2,854. | 2,845. | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-3 to find out if you must file Form 6198 | 22 | | <15,803.> | 10,646. | <755.> | |
| 23 Deductible rental real estate loss. **Caution:** Your rental real estate loss on line 22 may be limited. See page E-3 to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | | <15,803.> | | <755.> | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | | **24** 10,646. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter the total losses here | | | | | | **25** ( 16,558.) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | | **26** <5,912.> |

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

**EDWARD MARANDOLA JR.**

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gr[__]
Real Estate professionals must complete line 42 below.*

### Part II   Income or Loss From Partnerships and S Corporations   Note: *If you report a loss from an at-risk activity, you MUST check either column (e) or (f) on line 27 to describe your investment in the activity. If you check column (f) you must attach Form 6198.*

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | See Statement 15 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | 259,283. | | | 1,489,252. |
| 28a Totals | | | | | |
| b Totals | 17,017. | | 1,258,240. | | |

| 29 | Add columns (h) and (k) of line 28a | 29 | 1,748,535. |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | (1,275,257.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 473,278. |

### Part III   Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| 34 | Add columns (d) and (f) of line 33a | 34 | |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

### Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | | | 38 | |

### Part V   Summary

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | 467,366. |
| 41 | **Reconciliation of Farming and Fishing Income.** Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

Schedule E (Form 1040) 1999

# 1999 Income from Passthroughs

VICTORY FINISHING TECHNOLOGIES, INC.
I.D. Number: 05-0251745
Type: S Corporation

Activity Information:

VICTORY FINISHING TECHNOLOGIES, INC.

Trade or business - Material participation

| | | |
|---|---|---|
| Ordinary income (loss) | -304,013 | |
| Schedule E activity income (loss) | | -304,013 |
| Disallowed loss due to at-risk | | 268,190 |
| Schedule E activity income (loss) after at-risk | | -35,823 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | -47,800 |

Other K-1 Information:

| | |
|---|---|
| Interest - Total | 330 |
| Contributions - 50% limitation | 77 |
| Investment income | 330 |
| Section 1231 gain (loss) | 103 |
| Nondeductible expenses | 3,237 |

928021
10-11-99

# 1999 Income from Passthroughs

DIVERSIFIED PRODUCTS, INC.
I.D. Number: 05-0384622
Type: S Corporation

Activity Information:

DIVERSIFIED PRODUCTS, INC.

Trade or business – Material participation

| | |
|---|---:|
| Ordinary income (loss) | 1,301,400 |
| Rental real estate income (loss) | 5,280 |
| Schedule E activity income (loss) | 1,306,680 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | −3,954 |

Other K-1 Information:

| | |
|---|---:|
| Interest – Total | 25,510 |
| Contributions – 50% limitation | 1,640 |
| Investment income | 25,510 |
| Nondeductible expenses | 8,375 |

# 1999 Income from Passthroughs

OCEAN STATE NISSAN, INC.
I.D. Number: 05-0422120
Type: S Corporation

Activity Information:

OCEAN STATE NISSAN, INC.

Trade or business – Material participation

| Ordinary income (loss) | –15,023 | |
|---|---|---|
| Schedule E activity income (loss) | | –15,023 |

Tax Preference Items:

Depreciation adjustment for post-1986 property          988

Other K-1 Information:

Nondeductible expenses          5,798

# 1999 Income from Passthroughs

NORWOOD MOTOR GROUP, INC.
I.D. Number: 05-0461212
Type: S Corporation

Activity Information:

NORWOOD MOTOR GROUP, INC.

Trade or business - Material participation

| | | |
|---|---|---|
| Ordinary income (loss) | −163,878 | |
| Schedule E activity income (loss) | | −163,878 |


Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 1,372 |

Other K-1 Information:

| | |
|---|---|
| Interest - Total | 149 |
| Contributions - 50% limitation | 98 |
| Investment income | 149 |
| Nondeductible expenses | 4,938 |

928021
10-11-99

# 1999 Income from Passthroughs

NORWOOD MOTOR ASSOCIATES, INC.
I.D. Number: 05-0461217
Type: S Corporation

Activity Information:

NORWOOD MOTOR ASSOCIATES, INC.

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 163,991 |
| Schedule E activity income (loss) | 163,991 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | -444 |

Other K-1 Information:

| | |
|---|---:|
| Nondeductible expenses | 3,650 |

928021
10-11-99

# 1999 Income from Passthroughs

```
POISTANO REALTY CO., INC.
I.D. Number: 05-0477314
Type: S Corporation
```

Activity Information:

POISTANO REALTY CO., INC.

Rental real estate - Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 95,729 |
| Schedule E activity income (loss) | 95,729 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 485 |

Other K-1 Information:

| | |
|---|---:|
| Interest - Total | 1,356 |
| Contributions - 50% limitation | 52 |
| Investment income | 1,356 |

# 1999 Income from Passthroughs

ISCHIA FREEDOM CORPORATION
I.D. Number: 05-0480072
Type: S Corporation

Activity Information:

ISCHIA FREEDOM CORPORATION

Rental real estate - Active participation

| | | |
|---|---:|---:|
| Rental real estate income (loss) | −1,634 | |
| Schedule E activity income (loss) | | −1,634 |
| Allowable passive loss from Form 8582 | | −1,634 |

928021
10-11-99

# 1999 Income from Passthroughs

R M REALTY L.L.C.
I.D. Number: 05-0494321
Type: Partnership

Activity Information:

R M REALTY L.L.C.

Rental real estate – Active participation

| | |
|---|---|
| Rental real estate income (loss) | 53,704 |
| Schedule E activity income (loss) | 53,704 |

Tax Preference Items:

Depreciation adjustment for post-1986 property                158

928021
10-11-99

# 1999 Income from Passthroughs

BARBER'S AUTO SALES & BODY WORKS
I.D. Number: 05-0313521
Type: S Corporation

Activity Information:

BARBER'S AUTO SALES & BODY WORKS

Trade or business – Material participation

| | | |
|---|---|---|
| Ordinary income (loss) | −326,616 | |
| Schedule E activity income (loss) | | −326,616 |

Tax Preference Items:

| | |
|---|---|
| Depreciation adjustment for post-1986 property | 4,010 |

Other K-1 Information:

| | |
|---|---|
| Interest – Total | 3,007 |
| Interest and Dividends Detail: | |
| Savings/loans, bank and other | 353 |
| U.S. bonds and obligations | 2,654 |
| Contributions – 50% limitation | 12 |
| Investment income | 3,007 |
| Nondeductible expenses | 17 |

928021
10-11-99

## 1999 Income from Passthroughs

```
NORWOOD REALTY, L.L.C.
I.D. Number: 05-0493281
Type: Partnership
```

Activity Information:

NORWOOD REALTY, L.L.C.

Rental real estate - Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 14,430 |
| Schedule E activity income (loss) | 14,430 |

# 1999 Income from Passthroughs

```
TOM RICCI'S RENTAL CARS USA LLC
I.D. Number: 06-1478658
Type: Partnership
```

Activity Information:

  TOM RICCI'S RENTAL CARS USA LLC

  Trade or business - Material participation

| | | |
|---|---:|---:|
| Ordinary income (loss) | -434,793 | |
| Schedule E activity income (loss) | | -434,793 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 1,892 |

Other K-1 Information:

| | |
|---|---:|
| Self-employment earnings (loss) | -434,793 |
| Nondeductible expenses | 1,084 |

928021
10-11-99

# 1999 Income from Passthroughs

RAM REALTY LLC
I.D. Number: 05-0489973
Type: Partnership

Activity Information:

RAM REALTY LLC

Rental real estate – Active participation

| | |
|---|---:|
| Rental real estate income (loss) | 95,420 |
| Schedule E activity income (loss) | 95,420 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post–1986 property | 741 |

928021
10-11-99

# 1999 Income from Passthroughs

DIVERSIFIED FOODS, INC
I.D. Number: 05-0498784
Type: S Corporation

Activity Information:

DIVERSIFIED FOODS, INC

Trade or business - Material participation

Ordinary income (loss)                          -282,107

    Schedule E activity income (loss)                       -282,107


Tax Preference Items:

Depreciation adjustment for post-1986 property              39,955

Other K-1 Information:

Nondeductible expenses                                       3,126

# 1999 Income from Passthroughs

DER ASSOCIATES LLC
I.D. Number: 05-0497908
Type: Partnership

Activity Information:

DER ASSOCIATES LLC

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | -8,604 |
| Guaranteed payments | 27,185 |
| Schedule E activity income (loss) | 18,581 |

Tax Preference Items:

| | |
|---|---:|
| Adjusted gain or loss | 1,512 |

Other K-1 Information:

| | |
|---|---:|
| Contributions - 50% limitation | 23 |
| Self-employment earnings (loss) | 27,185 |
| Nondeductible expenses | 2,528 |

928021
10-11-99

# 1999 Income from Passthroughs

BARTRAM & BRAKENHOFF OF FLORIDA, L.C.
I.D. Number: 65-0834878
Type: Partnership

Activity Information:

BARTRAM & BRAKENHOFF OF FLORIDA, L.C.

Other passive activity

| | | |
|---|---:|---:|
| Ordinary income (loss) | -11,934 | |
| Schedule E activity income (loss) | | -11,934 |
| Disallowed loss due to at-risk | | 11,934 |
| Schedule E activity income (loss) after at-risk | | 0 |

# 1999 Income from Passthroughs

```
WYNDHAM PROPERTIES, LLC
I.D. Number: 05-0504946
Type: Partnership
```

Activity Information:

WYNDHAM PROPERTIES, LLC

Rental real estate – Active participation

| | | |
|---|---|---|
| Ordinary income (loss) | −15,383 | |
| Schedule E activity income (loss) | | −15,383 |
| Allowable passive loss from Form 8582 | | −15,383 |

Tax Preference Items:

Depreciation adjustment for post–1986 property ............ 27