# 1999 Income from Passthroughs

Summary of K-1 Information for all Passthroughs

Other K-1 Information:

| | |
|---|---:|
| Interest – Total | 30,352 |
| Interest and Dividends Detail: | |
|   Savings/loans, bank and other | 27,698 |
|   U.S. bonds and obligations | 2,654 |
| Self-employment earnings (loss) (calculated) | −407,608 |
| Section 1231 gain (loss) | 103 |
| Nondeductible expenses | 32,753 |

Deductions:

| | |
|---|---:|
| Contributions – 50% limitation | 1,902 |

Investment Interest Expense:

| | |
|---|---:|
| Investment income | 30,352 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | −2,570 |
| Adjusted gain or loss | 1,512 |

# Statement of Rental and Royalty Income

| Name(s) as shown on return | Your social security number |
|---|---|
| EDWARD MARANDOLA JR. | ███████████ |

Kind **VACATION CONDO, JORDAN GRAND**

Location **NEWRY Maine**

| | | GROSS | PERSONAL/DUAL OWNERSHIP EXCLUSION | VACATION HOME LOSS LIMITATION | NET TO SCH E |
|---|---|---|---|---|---|
| **Rental and Royalty Income** | | | | | |
| 3. Rents received | 3 | 2,090. | | | 2,090. |
| 4. Royalties received | 4 | | | | |
| **Rental and Royalty Expenses** | | | | | |
| 5. Advertising | 5 | | | | |
| 6. Auto and travel | 6 | | | | |
| 7. Cleaning and maintenance | 7 | | | | |
| 8. Commissions | 8 | | | | |
| 9. Insurance | 9 | | | | |
| 10. Legal and other professional fees | 10 | | | | |
| 11. Management fees | 11 | | | | |
| 12. Mortgage interest paid to banks, etc. | 12 | 14,083. | 11,452. | | 2,631. |
| 13. Other interest | 13 | | | | |
| 14. Repairs | 14 | | | | |
| 15. Supplies | 15 | | | | |
| 16. Taxes | 16 | 1,148. | 934. | | 214. |
| 17. Utilities | 17 | | | | |
| 18. Other (list) ▶ | 18 | | | | |
| 19. Add lines 5 through 18 | 19 | 15,231. | 12,386. | | 2,845. |
| 20. Depreciation expense or depletion | 20 | | | | |
| 21. Total expenses. Add lines 19 and 20 | 21 | 15,231. | 12,386. | | 2,845. |
| 22. Income or (loss) from rental or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties) | 22 | <13,141.> | | | <755.> |

OMB No. 1545-0184

Form **4797**

Department of the Treasury
Internal Revenue Service    (99)

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
▶ Attach to your tax return.    ▶ See separate instructions.

**1999**

Attachment
Sequence No. **27**

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number

**1** Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S
(or a substitute statement) that you will be including on line 2, 10, or 20 ........................................................... | **1** |

**Part I**    **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft – Property Held More Than 1 Year**

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| VICTORY FINISHING | | | | | | |
| TECHNOLOGIES,   INC. | | | | | | 103. |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 ........................................................... | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 ........................................................... | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ........................................................... | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft ........................................................... | **6** | |
| **7** | Combine lines 2 through 6. Enter gain or (loss) here, and on the appropriate line as follows: ........................ | **7** | 103. |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form
1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6.
Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital
gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is
a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the
gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years ........................................................... | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows: | **9** | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below,
and enter the gain from line 9 as a long-term capital gain on Schedule D.

**Part II**    **Ordinary Gains and Losses**

**10**    Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 ........................................................... | **11** | |
| **12** | Gain, if any, from line 7, or amount from line 8, if applicable ........................................................... | **12** | |
| **13** | Gain, if any, from line 31 ........................................................... | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a ........................................................... | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 ........................................................... | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 ........................................................... | **16** | |
| **17** | Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations ........................................................... | **17** | |
| **18** | Combine lines 10 through 17. Enter gain or (loss) here, and on the appropriate line as follows: ........................ | **18** | |

**a** For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

**b** For individual returns:

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss
here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and
the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as
from "Form 4797, line 18b(1)." | **18b(1)** |

(2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on
Form 1040, line 14 ........................................................... | **18b(2)** |

LHA    **For Paperwork Reduction Act Notice, see separate Instructions.**    Form **4797** (1999)

918011/02-03-00
13391113  743180 MARAE2440          1999.06200 MARANDOLA JR.,  EDWARD          MARAE241

## Part III  Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |

| These columns relate to the properties on lines 19A through 19D. ► | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1 before completing.) | 20 | | | | |
| 21 | Cost or other basis plus expense of sale | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | | | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

## Part IV  Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. | 35 | | |

Form **4797** (1999)

| Form **6198** | **At-Risk Limitations** | OMB No. 1545-0712 |
|---|---|---|
| | ► **Attach to your tax return.** | **1999** |
| Department of the Treasury Internal Revenue Service | | Attachment Sequence No. **31** |

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying Number

Description of activity

BARTRAM & BRAKENHOFF OF FLORIDA, L.C.

### Part I — Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts. (Enter losses in parentheses.)

| | | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity | **1** | <11,934.> |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you initially will be reporting on: | | |
| a | Schedule D | **2a** | |
| b | Form 4797 | **2b** | |
| c | Other form or schedule | **2c** | |
| 3 | Other income or gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included above on lines 1 through 2c | **3** | |
| 4 | Other deductions or losses from the activity, including investment interest expense allowed from Form 4952, that were not used in figuring amounts on lines 1 through 3 | **4** | ( ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See instructions before completing the rest of this form | **5** | <11,934.> |

### Part II — Simplified Computation of Amount At Risk

| | | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. Do not enter less than zero | **6** | 0. |
| 7 | Increases for the tax year | **7** | |
| 8 | Add lines 6 and 7 | **8** | |
| 9 | Decreases for the tax year | **9** | |
| 10a | Subtract line 9 from line 8 ► | **10a** | |
| b | If line 10a is **greater** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules. | **10b** | |
| | **Note:** *You may want to use Part III to see if it gives you a larger amount at risk.* | | |

### Part III — Detailed Computation of Amount At Risk
(If you completed Part III of Form 6198 for 1998, see instructions for Part III for 1999.)

| | | | |
|---|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero | **11** | 0. |
| 12 | Increases at effective date | **12** | |
| 13 | Add lines 11 and 12 | **13** | |
| 14 | Decreases at effective date | **14** | |
| 15 | Amount at risk (check box that applies): | | |
| a | [X] At effective date. Subtract line 14 from line 13. Do not enter less than zero. | **15** | 0. |
| b | [ ] From 1998 Form 6198, line 19b. (Do not enter the amount from line 10b of the 1998 form.) | | |
| 16 | Increases since (check box that applies): | | |
| a | [ ] Effective date    b [ ] The end of your 1998 tax year | **16** | |
| 17 | Add lines 15 and 16 | **17** | |
| 18 | Decreases since (check box that applies): | | |
| a | [ ] Effective date    b [ ] The end of your 1998 tax year | **18** | |
| 19a | Subtract line 18 from line 17 ► | **19a** | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **19b** | |

### Part IV — Deductible Loss

| | | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b | **20** | 0. |
| 21 | **Deductible loss.** If line 20 is zero, enter -0-. You do not have a deductible loss this year. Otherwise, enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See the instructions for how to report any deductible loss and any carryover    **See Statement 16** | **21** | ( 0 ) |

**Note:** *If this loss is from a passive activity, see* **Form 8582,** *Passive Activity Loss Limitations, or* **Form 8810,** *Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.*

LHA    **For Paperwork Reduction Act Notice, see page 7.**    Form **6198** (1999)

919651 11-29-99

13391113 743180 MARAE2440        1999.06200 MARANDOLA JR., EDWARD        MARAE241

OMB No. 1545-0712

Form **6198**

## At-Risk Limitations

► Attach to your tax return.

**1999**

Attachment Sequence No. **31**

Department of the Treasury
Internal Revenue Service

Name(s) shown on return

Identifying Number

EDWARD MARANDOLA JR.

Description of activity

VICTORY FINISHING TECHNOLOGIES, INC.

| **Part I** | **Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.** (Enter losses in parentheses.) | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity | 1 | <304,013.> |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you initially will be reporting on: | | |
| a | Schedule D | 2a | |
| b | Form 4797 | 2b | 103. |
| c | Other form or schedule | 2c | |
| 3 | Other income or gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included above on lines 1 through 2c | 3 | 330. |
| 4 | Other deductions or losses from the activity, including investment interest expense allowed from Form 4952, that were not used in figuring amounts on lines 1 through 3 | 4 | ( 28,120 ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See instructions before completing the rest of this form | 5 | <331,700.> |

| **Part II** | **Simplified Computation of Amount At Risk** | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. Do not enter less than zero | 6 | 38,704. |
| 7 | Increases for the tax year | 7 | |
| 8 | Add lines 6 and 7 | 8 | 38,704. |
| 9 | Decreases for the tax year | 9 | |
| 10a | Subtract line 9 from line 8 ► | 10a | 38,704. |
| b | If line 10a is **greater** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | 10b | 38,704. |
| | **Note:** *You may want to use Part III to see if it gives you a larger amount at risk.* | | |

| **Part III** | **Detailed Computation of Amount At Risk** (If you completed Part III of Form 6198 for 1998, see instructions for Part III for 1999.) | | |
|---|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero | 11 | |
| 12 | Increases at effective date | 12 | |
| 13 | Add lines 11 and 12 | 13 | |
| 14 | Decreases at effective date | 14 | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. Do not enter less than zero. | | |
| b | ☐ From 1998 Form 6198, line 19b. (Do not enter the amount from line 10b of the 1998 form.) | 15 | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date  b ☐ The end of your 1998 tax year | 16 | |
| 17 | Add lines 15 and 16 | 17 | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date  b ☐ The end of your 1998 tax year | 18 | |
| 19a | Subtract line 18 from line 17 ► | 19a | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | 19b | |

| **Part IV** | **Deductible Loss** | | |
|---|---|---|---|
| 20 | Amount at risk. Enter the **larger** of line 10b or line 19b | 20 | 38,704. |
| 21 | **Deductible loss.** If line 20 is zero, enter -0-. You do not have a deductible loss this year. Otherwise, enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See the instructions for how to report any deductible loss and any carryover    See Statement 18 | 21 | ( 38,704. ) |

**Note:** *If this loss is from a passive activity, see Form 8582, Passive Activity Loss Limitations, or Form 8810, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.*

LHA    For Paperwork Reduction Act Notice, see page 7.

Form **6198** (1999)

919651
11-29-99

13391113 743180 MARAE2440        1999.06200 MARANDOLA JR., EDWARD        MARAE241

| Form **6198** | **At-Risk Limitations** | OMB No. 1545-0712 |
|---|---|---|
| | ▶ Attach to your tax return. | **1999** |
| Department of the Treasury Internal Revenue Service | | Attachment Sequence No. **31** |

| Name(s) shown on return | Identifying Number |
|---|---|
| EDWARD MARANDOLA JR. | |

Description of activity

VICTORY FINISHING TECHNOLOGIES, INC.

| **Part I** | **Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.** (Enter losses in parentheses.) | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity | **1** | <351,813.> |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you initially will be reporting on: | | |
| a | Schedule D | **2a** | |
| b | Form 4797 | **2b** | 103. |
| c | Other form or schedule | **2c** | |
| 3 | Other income or gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included above on lines 1 through 2c | **3** | 330. |
| 4 | Other deductions or losses from the activity, including investment interest expense allowed from Form 4952, that were not used in figuring amounts on lines 1 through 3 | **4** | ( 28,120.) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See instructions before completing the rest of this form | **5** | <379,500.> |

| **Part II** | **Simplified Computation of Amount At Risk** | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. Do not enter less than zero | **6** | 38,704. |
| 7 | Increases for the tax year | **7** | |
| 8 | Add lines 6 and 7 | **8** | 38,704. |
| 9 | Decreases for the tax year | **9** | |
| 10a | Subtract line 9 from line 8 ▶ | **10a** | 38,704. |
| b | If line 10a is **greater** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **10b** | 38,704. |
| | **Note:** *You may want to use Part III to see if it gives you a larger amount at risk.* | | |

| **Part III** | **Detailed Computation of Amount At Risk** (If you completed Part III of Form 6198 for 1998, see instructions for Part III for 1999.) | | |
|---|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero | **11** | |
| 12 | Increases at effective date | **12** | |
| 13 | Add lines 11 and 12 | **13** | |
| 14 | Decreases at effective date | **14** | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. Do not enter less than zero. | | |
| b | ☐ From 1998 Form 6198, line 19b. (Do not enter the amount from line 10b of the 1998 form.) | **15** | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date     b ☐ The end of your 1998 tax year | **16** | |
| 17 | Add lines 15 and 16 | **17** | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date     b ☐ The end of your 1998 tax year | **18** | |
| 19a | Subtract line 18 from line 17 ▶ | **19a** | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **19b** | |

| **Part IV** | **Deductible Loss** | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b | **20** | 38,704. |
| 21 | **Deductible loss.** If line 20 is zero, enter -0-. You do not have a deductible loss this year. Otherwise, enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See the instructions for how to report any deductible loss and any carryover   See Statement 20 | **21** | ( 38,704.) |

**Note:** *If this loss is from a passive activity, see* Form 8582, Passive Activity Loss Limitations, *or* Form 8810, Corporate Passive Activity Loss and Credit Limitations, *to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.*

LHA     **For Paperwork Reduction Act Notice, see page 7.**     Form **6198** (1999)

*As Amended*

OMB No. 1545-0227

| Form **6251** | **Alternative Minimum Tax - Individuals** | **1999** |
|---|---|---|

Department of the Treasury
Internal Revenue Service   (99)

▶ **Attach to Form 1040 or Form 1040NR.**

Attachment Sequence No. **32**

Name(s) shown on Form 1040

EDWARD MARANDOLA JR.

Your social security number

### Part I   Adjustments and Preferences

| | | | |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 **or** 2 1/2% of Form 1040, line 34 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 162,223. |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | <98.> |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | <8,455.> |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | 43,819. |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | 1,512. |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss See Statement 21 | 11 | 3,464. |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |

| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |
|---|---|---|---|
| a | Circulation expenditures | h | Loss limitations Stmt 22 <407.> |
| b | Depletion | i | Mining costs |
| c | Depreciation (pre-1987) | j | Patron's adjustment |
| d | Installment sales | k | Pollution control facilities |
| e | Intangible drilling costs | l | Research and experimental |
| f | Large partnerships | m | Section 1202 exclusion |
| g | Long-term contracts | n | Tax shelter farm activities |
| | | o | Related adjustments |

| | | | |
|---|---|---|---|
| 14 | | 14 | <407.> |
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ▶ | 15 | 202,058. |

### Part II   Alternative Minimum Taxable Income

| | | | |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 37.** If less than zero, enter as a (loss) ▶ | 16 | 203,276. |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 34, is over $126,600 (over $63,300 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | <9,818.> |
| 19 | Combine lines 15 through 18 ▶ | 19 | 395,516. |
| 20 | Alternative tax net operating loss deduction | 20 | |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ▶ | 21 | 395,516. |

### Part III   Exemption Amount and Alternative Minimum Tax

**22 Exemption Amount.** (If this form is for a child under age 14, see instructions.)

| If your filing status is: | AND line 21 is not over: | THEN enter on line 22: | | |
|---|---|---|---|---|
| Single or head of household | $112,500 | $33,750 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 | } | |
| Married filing separately | 75,000 | 22,500 | | |

If line 21 is **over** the amount shown above for your filing status, see instructions.

| | | | |
|---|---|---|---|
| | | 22 | 0. |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 395,516. |
| 24 | If you reported capital gain distributions directly on Form 1040, line 13, **or** you completed Schedule D (Form 1040) and have an amount on line 25 or line 27 (or would have had an amount on either line if you had completed Part IV) (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | 24 | 107,244. |
| 25 | Alternative minimum tax foreign tax credit | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 | 26 | 107,244. |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 46) | 27 | 61,446. |
| 28 | **Alternative Minimum Tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 51 ▶ | 28 | 45,798. |

LHA    **For Paperwork Reduction Act Notice, see instructions.**

Form 6251 (1999)

919481
11-17-99

13391113 743180 MARAE2440      1999.06200 MARANDOLA JR., EDWARD      MARAE241

| **Part IV** | **Line 24 Computation Using Maximum Capital Gains Rates** | | | |
|---|---|---|---|---|

|  | Caution: *If you **did not** complete Part IV of Schedule D (Form 1040), see the instructions before you complete this part.* | | | |
|---|---|---|---|---|
| **29** | Enter the amount from Form 6251, line 23 ................................................ | | **29** | |
| **30** | Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary) ................................................ | **30** | | |
| **31** | Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary) ................................................ | **31** | | |
| **32** | Add lines 30 and 31 ................................................ | **32** | | |
| **33** | Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary). ................................................ | **33** | | |
| **34** | Enter the **smaller** of line 32 or line 33 ................................................ | | **34** | |
| **35** | Subtract line 34 from line 29. If zero or less, enter -0- ........................ ▶ | | **35** | |
| **36** | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ................................................ | | **36** | |
| **37** | Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax) ................................................ | **37** | | |
| **38** | Enter the **smallest** of line 29, line 30, or line 37 ........................ ▶ | **38** | | |
| **39** | Multiply line 38 by 10% (.10) ................................................ | | **39** | |
| **40** | Enter the **smaller** of line 29 or line 30 ................................................ | **40** | | |
| **41** | Enter the amount from line 38 ................................................ | **41** | | |
| **42** | Subtract line 41 from line 40 ........................................ ▶ | **42** | | |
| **43** | Multiply line 42 by 20% (.20) ................................................ | | **43** | |
|  | **Note:** *If line 31 is zero or blank, go to line 48.* | | | |
| **44** | Enter the amount from line 29 ................................................ | **44** | | |
| **45** | Add lines 35, 38, and 42 ................................................ | **45** | | |
| **46** | Subtract line 45 from line 44 ................................................ | **46** | | |
| **47** | Multiply line 46 by 25% (.25) ................................................ | | **47** | |
| **48** | Add lines 36, 39, 43, and 47 ................................................ | | **48** | |
| **49** | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ................................................ | | **49** | |
| **50** | Enter the **smaller** of line 48 or line 49 here and on line 24 ........................ | | **50** | |

Form **6251** (1999)

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s): EDWARD MARANDOLA JR.

Social Security Number

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1 – | DIVERSIFIED PRODUCTS, INC. | | | | | | |
| | * Regular Income | 1,306,680. | | | | | |
| | Depr Adj | <3,954.> | <3,954.> | | | | |
| | * AMT Net Income | 1,302,726. | <3,954.> | | | | |
| K1 – | OCEAN STATE NISSAN, INC. | | | | | | |
| | * Regular Income | <15,023.> | | | | | |
| | Depr Adj | 988. | 988. | | | | |
| | * AMT Net Income | <14,035.> | 988. | | | | |
| K1 – | NORWOOD MOTOR GROUP, INC. | | | | | | |
| | * Regular Income | <163,878.> | | | | | |
| | Depr Adj | 1,372. | 1,372. | | | | |
| | * AMT Net Income | <162,506.> | 1,372. | | | | |
| K1 – | NORWOOD MOTOR ASSOCIATES, INC. | | | | | | |
| | * Regular Income | 163,991. | | | | | |
| | Depr Adj | <444.> | <444.> | | | | |
| | * AMT Net Income | 163,547. | <444.> | | | | |

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

**Name(s):** EDWARD MARANDOLA JR.

**Social Security Number:** ▮▮▮

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14th | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1- | BARBER'S AUTO SALES & BODY WORKS | | | | | | |
| | * Regular Income | <326,616.> | | | | | |
| | Depr Adj | 4,010. | 4,010. | | | | |
| | * AMT Net Income | <322,606.> | 4,010. | | | | |
| K1- | TOM RICCI'S RENTAL CAR S USA LLC | | | | | | |
| | * Regular Income | <434,793.> | | | | | |
| | Depr Adj | 1,892. | 1,892. | | | | |
| | * AMT Net Income | <432,901.> | 1,892. | | | | |
| K1- | DIVERSIFIED FOODS, INC | | | | | | |
| | * Regular Income | <282,107.> | | | | | |
| | Depr Adj | 39,955. | 39,955. | | | | |
| | * AMT Net Income | <242,152.> | 39,955. | | | | |
| K1- | DER ASSOCIATES LLC | | | | | | |
| | * Regular Income | 18,581. | | | | | |
| | Adj Gain/Loss, Ln | 1,512. | | 1,512. | | | |
| | * AMT Net Income | 20,093. | | 1,512. | | | |

919911
05-15-99

ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s)

Social Security Number

EDWARD MARANDOLA JR.

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1- | VICTORY FINISHING TECH NOLOGIES, INC. | | | | | | |
| | * Regular Income | <331,700.> | | | | | |
| | Regular D/4797 Inc | <103.> | | | | | |
| | AMT D/4797 Inc | 103. | | | | | |
| | Other Deductions | 28,120. | | | | | |
| | AMT Other Deductio | <28,120.> | | | | 35,467. | |
| | At-Risk Allowed | 35,467. | | | | <35,874.> | |
| | AMT At-Risk Allowe | <35,874.> | | | | | |
| | AMT Adjustments | <47,800.> | | | | <407.> | |
| | * AMT Net Income | <379,907.> | | | | | |
| E- | RESIDENTIAL RENTAL - 8 401 POST ROAD NORTH RI | | | | | | |
| | * Regular Income | <15,803.> | | | | | |
| | AMT Depr Adj | 1,705. | | | 1,705. | | |
| | * AMT Net Income | <14,098.> | | | 1,705. | | |
| E- | COMMERCIAL BUILDING - PAWTUCKET, RI | | | | | | |
| | * Regular Income | 10,646. | | | | | |
| | AMT Depr Adj | 348. | | | 348. | | |
| | * AMT Net Income | 10,994. | | | 348. | | |

919911
05-15-99

**ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT**

Social Security Number

Name(s)

EDWARD MARANDOLA JR.

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1- | POISTANO REALTY CO., INC. | | | | | | |
| | * Regular Income | 95,729. | | | | | |
| | AMT Adjustments | 485. | | | 485. | | |
| | * AMT Net Income | 96,214. | | | 485. | | |
| K1- | ISCHIA FREEDOM CORPORATION | | | | | | |
| | * Regular Income | <1,634.> | | | | | |
| | * AMT Net Income | <1,634.> | | | | | |
| K1- | R M REALTY L.L.C. | | | | | | |
| | * Regular Income | 53,704. | | | | | |
| | AMT Adjustments | 158. | | | 158. | | |
| | * AMT Net Income | 53,862. | | | 158. | | |
| K1- | NORWOOD REALTY, L.L.C. | | | | | | |
| | * Regular Income | 14,430. | | | | | |
| | * AMT Net Income | 14,430. | | | | | |
| K1- | RAM REALTY LLC | | | | | | |
| | * Regular Income | 95,420. | | | | | |
| | AMT Adjustments | 741. | | | 741. | | |
| | * AMT Net Income | 96,161. | | | 741. | | |

919911
05-15-99

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s)
Social Security Number [redacted]

EDWARD MARANDOLA JR.

| Form Name | Description | Income | Adjustment Form 6251, Line 8 | Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| K1- | WYNDHAM PROPERTIES, LLC | | | | | | |
| | * Regular Income | <15,383.> | | | | | |
| | AMT Adjustments | 27. | | | 27. | | |
| | * AMT Net Income | <15,356.> | | | 27. | | |
| E- | VACATION CONDO, JORDAN GRAND - NEWRY Maine | | | | | | |
| | * Regular Income | <755.> | | | | | |
| | * AMT Net Income | <755.> | | | | | |
| | ** Total Adj & Pref ** | | 43,819. | 1,512. | 3,464. | <407.> | |

919911
06-15-99

Form **4952**

Department of the Treasury
Internal Revenue Service    (99)

# Investment Interest Expense Deduction

▶ **Attach to your tax return.**

OMB No. 1545-0191

**1999**

Attachment
Sequence No. **72**

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number

■■■■■■■

| **Part I** | **Total Investment Interest Expense** | | |
|---|---|---|---|
| **1** | Investment interest expense paid or accrued in 1999. See instructions ....... See Statement 23 | **1** | 22,945. |
| **2** | Disallowed investment interest expense from 1998 Form 4952, line 7 ............................ | **2** | 124. |
| **3** | **Total investment interest expense.** Add lines 1 and 2 ................................................ | **3** | 23,069. |

| **Part II** | **Net Investment Income** | | | |
|---|---|---|---|---|
| **4a** | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) ...................... See Statement 24 | | **4a** | 31,524. |
| **b** | Net gain from the disposition of property held for investment ...................... | **4b** | | |
| **c** | Net capital gain from the disposition of property held for investment .......... | **4c** | | |
| **d** | Subtract line 4c from line 4b. If zero or less, enter -0- ................................................. | | **4d** | |
| **e** | Enter all or part of the amount on line 4c, if any, that you elect to include in investment income. Do not enter more than the amount on line 4b. See instructions ................... ▶ | | **4e** | |
| **f** | Investment income. Add lines 4a, 4d, and 4e. See instructions ................................ | | **4f** | 31,524. |
| **5** | Investment expenses. See instructions ...................... See Statement 25 | | **5** | 5,934. |
| **6** | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- ............ | | **6** | 25,590. |

| **Part III** | **Investment Interest Expense Deduction** | | |
|---|---|---|---|
| **7** | Disallowed investment interest expense to be carried forward to 2000. Subtract line 6 from line 3. If zero or less, enter -0- ........................................................................................ | **7** | 0. |
| **8** | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions ........................ | **8** | 23,069. |

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4952** (1999)

OMB No. 1545-0191

Form **4952**

Department of the Treasury
Internal Revenue Service (99)

# Investment Interest Expense Deduction

▶ Attach to your tax return.

**1999**

Attachment
Sequence No. **72**

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number

**Part I** | **Total Investment Interest Expense**

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1999. See instructions | 1 | 22,945. |
| 2 | Disallowed investment interest expense from 1998 Form 4952, line 7 | 2 | 345,302. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 368,247. |

**Part II** | **Net Investment Income**

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | | | 4a | 31,524. |
| b | Net gain from the disposition of property held for investment | 4b | | | |
| c | Net capital gain from the disposition of property held for investment | 4c | | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | | | 4d | |
| e | Enter all or part of the amount on line 4c, if any, that you elect to include in investment income. Do not enter more than the amount on line 4b. See instructions ▶ | | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e. See instructions | | | 4f | 31,524. |
| 5 | Investment expenses. See instructions | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | | | 6 | 31,524. |

**Part III** | **Investment Interest Expense Deduction**

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2000. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 336,723. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 31,524. |

```
Regular Form 4952, line 8                    23,069.
Less recomputed Form 4952, line 8            31,524.
Interest adjustment - Form 6251, line 7      <8,455.>
```

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4952** (1999)

918901
11-17-99

46

13391113 743180 MARAE2440          1999.06200 MARANDOLA JR., EDWARD          MARAE241

OMB No. 1545-1073

Form **8801**

Department of the Treasury
Internal Revenue Service (99)

As Amended

# Credit for Prior Year Minimum Tax —
## Individuals, Estates, and Trusts

▶ Attach to your tax return.

**1999**

Attachment
Sequence No. **74**

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number

**Part I** Net Minimum Tax on Exclusion Items

| | | |
|---|---|---|
| 1 Combine lines 16 through 18 of your 1998 Form 6251. Estates and trusts, see instructions | 1 | 548,330. |
| 2 Enter adjustments and preferences treated as exclusion items. See instructions | 2 | 398,874. |
| 3 Minimum tax credit net operating loss deduction. See instructions | 3 ( | ) |
| 4 Combine lines 1, 2, and 3. If zero or less, enter -0- here and on line 15 and go to Part II. If more than $165,000 and you were married filing separately for 1998, see instructions | 4 | 947,204. |
| 5 Enter $45,000 if married filing jointly or qualifying widow(er) for 1998; $33,750 if single or head of household for 1998; or $22,500 if married filing separately for 1998. Estates and trusts, enter $22,500 | 5 | 33,750. |
| 6 Enter $150,000 if married filing jointly or qualifying widow(er) for 1998; $112,500 if single or head of household for 1998; or $75,000 if married filing separately for 1998. Estates and trusts, enter $75,000 | 6 | 112,500. |
| 7 Subtract line 6 from line 4. If zero or less, enter -0- here and on line 8 and go to line 9 | 7 | 834,704. |
| 8 Multiply line 7 by 25% (.25) | 8 | 208,676. |
| 9 Subtract line 8 from line 5. If zero or less, enter -0-. If this form is for a child under age 14, see instructions | 9 | 0. |
| 10 Subtract line 9 from line 4. If zero or less, enter -0- here and on line 15, and go to Part II. Form 1040NR filers, see instructions | 10 | 947,204. |
| 11 If you completed Schedule D (Form 1040 or 1041) for 1998 and had an amount on line 25 or line 27 of Schedule D (Form 1040) (line 24 or line 26 of Schedule D (Form 1041)) or you would have had an amount on either of those lines had you completed Part IV of Schedule D (Form 1040) (or Part V of Schedule D (Form 1041)), go to Part III of Form 8801 to figure the amount to enter on this line. All others: Multiply line 10 by 26% (.26) **if** line 10 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $87,500 or less if married filing separately for 1998. **Otherwise,** multiply line 10 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $1,750 if married filing separately for 1998 | 11 | 261,717. |
| 12 Minimum tax foreign tax credit on exclusion items. See instructions | 12 | |
| 13 Tentative minimum tax on exclusion items. Subtract line 12 from line 11 | 13 | 261,717. |
| 14 Enter the amount from your 1998 Form 6251, line 27, or Form 1041, Schedule I, line 38 | 14 | 207,113. |
| 15 **Net minimum tax on exclusion items.** Subtract line 14 from line 13. If zero or less, enter -0- | 15 | 54,604. |

**Part II** Minimum Tax Credit and Carryforward to 2000

| | | |
|---|---|---|
| 16 Enter the amount from your 1998 Form 6251, line 28, or Form 1041, Schedule I, line 39 | 16 | 64,182. |
| 17 Enter the amount from line 15 above | 17 | 54,604. |
| 18 Subtract line 17 from line 16. If less than zero, enter as a negative amount | 18 | 9,578. |
| 19 **1998 minimum tax credit carryforward.** Enter the amount from your 1998 Form 8801, line 26 | 19 | |
| 20 Enter the total of your 1998 unallowed nonconventional source fuel credit and 1998 unallowed qualified electric vehicle credit. See instructions | 20 | |
| 21 Combine lines 18, 19, and 20. If zero or less, **stop here** and see instructions | 21 | 9,578. |
| 22 Enter your 1999 regular income tax liability minus allowable credits. See instructions | 22 | 61,446. |
| 23 Enter the amount from your 1999 Form 6251, line 26, or 1999 Form 1041, Schedule I, line 37 | 23 | 107,244. |
| 24 Subtract line 23 from line 22. If zero or less, enter -0- | 24 | 0. |
| 25 **Minimum tax credit.** Enter the **smaller** of line 21 or line 24. Also enter this amount on your 1999 Form 1040, line 47; From 1040NR, line 44; or Form 1041, Schedule G, line 2d | 25 | |
| 26 **Minimum tax credit carryforward to 2000.** Subtract line 25 from line 21. Keep a record of this amount because it can be carried forward and used in future years | 26 | 9,578. |

LHA    **For Paperwork Reduction Act Notice, see instructions.**

Form **8801** (1999)

919881
11-08-99

47

| Part III | Line 11 Computation Using Maximum Capital Gains Rates |

**Caution:** *If you are an individual and you did not complete Part IV of your 1998 Schedule D (Form 1040), complete lines 20 through 27 of that Schedule D before completing this part. For an estate or trust that did not complete Part V of the 1998 Schedule D (Form 1041), complete lines 19 through 26 of that Schedule D before completing this part.*

| | | | |
|---|---|---|---|
| 27 | Enter the amount from line 10 | | 27 |
| 28 | Enter the amount from your 1998 Schedule D (Form 1040), line 27 (or 1998 Schedule D (Form 1041), line 26) | 28 | |
| 29 | Enter the amount from your 1998 Schedule D (Form 1040), line 25 (or 1998 Schedule D (Form 1041), line 24) | 29 | |
| 30 | Add lines 28 and 29 | 30 | |
| 31 | Enter the amount from your 1998 Schedule D (Form 1040), line 22 (or 1998 Schedule D (Form 1041), line 21) | 31 | |
| 32 | Enter the **smaller** of line 30 or line 31 | | 32 |
| 33 | Subtract line 32 from line 27. If zero or less, enter -0- ▶ | | 33 |
| 34 | Multiply line 33 by 26% (.26) **if** line 33 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $87,500 or less if married filing separately for 1998. **Otherwise,** multiply line 33 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $1,750 if married filing separately for 1998 | | 34 |
| 35 | Enter the amount from your 1998 Schedule D (Form 1040), line 36 (or 1998 Schedule D (Form 1041), line 35). If you did not complete Part IV of your 1998 Schedule D (Form 1040) (Part V of the 1998 Schedule D (Form 1041) for an estate or trust), enter -0- | 35 | |
| 36 | Enter the **smallest** of line 27, line 28, or line 35 ▶ | 36 | |
| 37 | Multiply line 36 by 10% (.10) | | 37 |
| 38 | Enter the **smaller** of line 27 or line 28 | 38 | |
| 39 | Enter the amount from line 36 | 39 | |
| 40 | Subtract line 39 from line 38. If zero or less, enter -0- ▶ | 40 | |
| 41 | Multiply line 40 by 20% (.20) | | 41 |
| | **Note:** *Skip lines 42 through 45 if line 29 above is zero.* | | |
| 42 | Enter the amount from line 27 | 42 | |
| 43 | Add lines 33, 36, and 40 | 43 | |
| 44 | Subtract line 43 from line 42 | 44 | |
| 45 | Multiply line 44 by 25% (.25) | | 45 |
| 46 | Add lines 34, 37, 41, and 45 | | 46 |
| 47 | Multiply line 27 by 26% (.26) **if** line 27 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $87,500 or less if married filing separately for 1998. **Otherwise,** multiply line 27 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $1,750 if married filing separately for 1998 | | 47 |
| 48 | Enter the **smaller** of line 46 or line 47 here and on line 11 | | 48 |

Form **8801** (1999)

Form 1040                State and Local Income Tax Refunds                Statement    1

|                                        | 1998 | 1997 | 1996 |
|----------------------------------------|------|------|------|
|                                        | Massachusetts | | |
| Gross state/local inc tax refunds      | 98. | | |
| Less: Tax paid in following year       | | | |
| Net tax refunds    Massachusetts       | 98. | | |
| Total net tax refunds                  | 98. | | |

| Form 1040 | Personal Exemption Worksheet | Statement   2 |
|---|---|---|

1.  Is the amount on Form 1040, line 34, more than the amount shown on line 4
    below for your filing status?
    No.  Stop. Multiply $2,750 by the total number of exemptions claimed on
         Form 1040, line 6d, and enter the result on line 38.
    Yes. Go to line 2.

2.  Multiply $2,750 by the total number of exemptions claimed
    on Form 1040, line 6d  . . . . . . . . . . . . . . . . . .                    13,750.

3.  Enter the amount from Form 1040, line 34 . .        453,871.

4.  Enter the amount for your filing status  . .        126,600.
        Married filing separate        $ 94,975
        Single                         $126,600
        Head of household              $158,300
        Married filing joint or widow(er)  $189,950

5.  Subtract line 4 from line 3 . . . . . . . .         327,271.
    If line 5 is more than $122,500 ($61,250 if
    married filing separate) enter zero
    on Form 1040, line 38.

6.  Divide line 5 by $2,500 ($1,250 if MFS)  . .

7.  Multiply line 6 by 2% (.02) and enter the result
    as a decimal . . . . . . . . . . . . . . . . .

8.  Multiply line 2 by line 7 . . . . . . . . . . . . . . . . .

9.  Subtract line 8 from line 2. Total to Form 1040, line 38.                         0.

Form 1040      Taxable State and Local Income Tax Refunds      Statement   3

| | 1998 | 1997 | 1996 |
|---|---|---|---|
| Net tax refunds from State and Local Income Tax Refunds Stmt. | 98. | | |
| Less:Refunds–no benefit due to AMT | | | |
| 1   Net refunds for recalculation | 98. | | |
| 2   Total itemized deductions before phaseout | 547,610. | | |
| 3   Deduction not subj to phaseout | 52,769. | | |
| 4   Net refunds from line 1 | 98. | | |
| 5   Line 2 minus lines 3 and 4 | 494,743. | | |
| 6   Multiply line 5 by 80% (.80) | 395,794. | | |
| 7   Prior year AGI | 1,095,940. | | |
| 8   Item. ded. phaseout threshold | 124,500. | | |
| 9   Subtract line 8 from line 7 (If zero or less, skip lines 10 through 15, and enter amount from line 1 on line 16) | 971,440. | | |
| 10   Multiply line 9 by 3% (.03) | 29,143. | | |
| 11   Allowable itemized deductions (line 5 less the lesser of line 6 or line 10) | 465,600. | | |
| 12   Item ded. not subj to phaseout | 52,769. | | |
| 13a   Total adj. itemized deductions | 518,369. | | |
| 13b   Prior yr. std. ded. available | 4,250. | | |
| 14   Prior yr. allowable item. ded. | 518,467. | | |
| 15   Subtract the greater of line 13a or line 13b from line 14 | 98. | | |
| 16   Taxable refunds (lesser of line 15 or line 1) | 98. | | |
| 17   Allowable prior yr. item. ded. | 518,467. | | |
| 18   Prior year std. ded. available | 4,250. | | |
| 19   Subtract line 18 from line 17 | 514,217. | | |
| 20   Lesser of line 16 or line 19 | 98. | | |
| 21   Prior year taxable income | 577,473. | | |
| 22   Amount to include on Form 1040, line 10 * If line 21 is –0– or more, use amount from line 20 * If line 21 is a negative amount, net lines 20 and 21 | | | 98. |
|   State and local income tax refunds prior to 1996 | | | |
|   Total to Form 1040, line 10 | | | 98. |

| Form 1040 | Wages Received and Taxes Withheld | | | | Statement | 4 |

| T S Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|
| T VICTORY FINISHING TECHNOLOGIES | 135,372. | 26,258. | 6,970. | 502. | 4,501. | 1,905. |
| T DIVERSIFIED PRODUCTS, INC. | 254,808. | 97,945. | 26,642. | 502. | 4,501. | 3,695. |
| Totals | 390,180. | 124,203. | 33,612. | 1,004. | 9,002. | 5,600. |

```
Form 1040                Excess Social Security Tax Worksheet           Statement    5
```

|  | Taxpayer | Spouse |
|---|---|---|
| 1. Add all social security tax withheld but not more than $4,501.20 for each employer (this tax should be shown in Box 4 of your W-2 forms). Enter the total here . . . . . . . . . . . . . . . . . . . . | 9,002. | |
| 2. Enter any uncollected social security tax on tips or group-term life insurance included in the total on Form 1040, line 56 . . . . . . . . . . . . . . . . | | |
| 3. Add lines 1 and 2 . . . . . . . . . . . . . . . | 9,002. | |
| 4. Social security tax limit . . . . . . . . . . . | 4,501. | |
| 5. Subtract line 4 from line 3. Excess social security tax included in Form 1040, line 62 . . . . . . . . | 4,501. | |

```
Schedule A                       Other Taxes                          Statement    6
```

| Description | Amount |
|---|---|
| REAL ESTATE 111 HARISON AVE – | 19,973. |
| REAL ESTATE HARISON AVE LAND | 5,934. |
| REAL ESTATE – LOCKE MT | 2,617. |
| REAL ESTATE – TAHOE | |
| REAL ESTATE – CAPTIVA | 539. |
| Total to Schedule A, line 8 | 29,063. |

```
Schedule A                State and Local Income Taxes                Statement    7
```

| Description | Amount |
|---|---|
| VICTORY FINISHING TECHNOLOGIES | 6,970. |
| State Disability Insurance – VICTORY FINISHING TECHNOLOGIES | 502. |
| DIVERSIFIED PRODUCTS, INC. | 26,642. |
| State Disability Insurance – DIVERSIFIED PRODUCTS, INC. | 502. |
| Other State and Local Income Taxes | 50,000. |
| Total to Schedule A, line 5 | 84,616. |