| Schedule A | Cash Contributions | | Statement 8 |

| Description | Amount 50% Limit | Amount 30% Limit |
|---|---|---|
| WOMEN'S RESOURCE CENTER | 900. | |
| RI ZOOLOGICAL SOC. | 1,500. | |
| MISCELLANEOUS $100 OR LESS | 130. | |
| WOMAN'S RESOURCE CENTER | 4,440. | |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | 77. | |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | 1,640. | |
| From K-1 - NORWOOD MOTOR GROUP, INC. | 98. | |
| From K-1 - POISTANO REALTY CO., INC. | 52. | |
| From K-1 - BARBER'S AUTO SALES & BODY WORKS | 12. | |
| From K-1 - DER ASSOCIATES LLC | 23. | |
| Subtotals | 8,872. | |
| Total to Schedule A, line 15 | | 8,872. |

| Schedule A | Investment Interest | Statement 9 |

| Description | Amount |
|---|---|
| FLEET BANK - LAND MTGE (NEW) | 3,079. |
| NUTMEG SECURITIES - MARGIN INT. | 8,786. |
| Disallowed Investment Interest Prior Years | 124. |
| COWEN - MARGIN INT. | 2,575. |
| MORGAN STANLEY - MARGIN | 8,505. |
| Total to Schedule A, line 13 | 23,069. |

| Schedule A | Itemized Deductions Worksheet | Statement 10 |
|---|---|---|

1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 . . . . . . . . . . . . . . . . . . . . . . **260,413.**
2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling and casualty or theft losses included on line 27 . . . . . . . . . . . . . . . . . . . . . . **23,069.**
3. Is the amount on line 2 less than the amount on line 1? If no, your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28. If yes, subtract line 2 from line 1 . . . . . . . . . . . . **237,344.**
4. Multiply line 3 above by 80% (.80) . . . . . **189,875.**
5. Enter the amount from Form 1040, line 34. . . **453,871.**
6. Enter: $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately . . . . . . . . . . . . . . . . . **126,600.**
7. Is the amount on line 6 less than the amount on line 5? If no, your deduction is not limited.  Enter the amount from line 1 above on Schedule A, line 28. If yes, subtract line 6 from line 5 . . . . . **327,271.**
8. Multiply line 7 above by 3% (.03) . . . . . . **9,818.**
9. Enter the smaller of line 4 or line 8 . . . . . . . . . **9,818.**

10. Total itemized deductions.  Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 . . . . **250,595.**

| Schedule B | Interest Income | Statement 11 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| BANK BOSTON | 38. |
| BER-LYN | 763. |
| FLEET NATIONAL BANK | 40. |
| FLEET NATIONAL BANK | 17. |
| FLET NATIONAL BANK | 20. |
| LESS REC'D AS NOMINEE | <40.> |
| LESS REC'D AS NOMINEE | <20.> |
| M L  CREDIT CORP (ESCROW) | 218. |
| NATIONAL SECURITIES CORP. | 3. |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | 330. |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | 25,510. |
| From K-1 - NORWOOD MOTOR GROUP, INC. | 149. |
| From K-1 - POISTANO REALTY CO., INC. | 1,356. |
| GOV'T SECUTITIES | 2,654. |
| OTHER INTEREST | 353. |
| Total to Schedule B, line 1 | 31,391. |

| Schedule C | Other Income | Statement   12 |
|---|---|---|

| Description | Amount |
|---|---|
| Loss on trading activites – see schedule | <303,375.> |
| Mark to Market adjustment of securities held at 12/31/99 | <76,922.> |
| Total to Schedule C, line 6 | <380,297.> |

| Schedule D | Net Long-Term Gain or Loss from Forms 4797, 2439, 6252, 4684, 6781 and 8824 | Statement   13 |
|---|---|---|

| Description of Property | Gain or Loss | 28% Gain |
|---|---|---|
| Form 4797 | 103. | |
| Total to Schedule D, Part II, line 11 | 103. | |

```
Schedule D                   Capital Loss Carryover              Statement  14
```

```
 1. Enter the amount from Form 1040, line 37 . . . . . . . . . . .   203,276.
 2. Enter the loss from Schedule D, line 18, as a positive amount.     3,000.
 3. Combine lines 1 and 2. If zero or less, enter -0- . . . . . .    206,276.
 4. Enter the smaller of line 2 or line 3 . . . . . . . . . . . .       3,000.

 5. Enter the loss from Schedule D, line 7, as a positive amount . 9,315,172.
 6. Enter the gain, if any, from Schedule D,
    line 16  . . . . . . . . . . . . . . . . . . . . . . .    103.
 7. Add lines 4 and 6 . . . . . . . . . . . . . . . . . . . . . . .     3,103.
 8. Short-term capital loss carryover to 2000.
    Subtract line 7 from line 5. If zero or less, enter -0-  . . . 9,312,069.

 9. Enter the loss from Schedule D, line 16, as a positive amount.
10. Enter the gain, if any, from Schedule D,
    line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . .
11. Subtract line 5 from line 4.  If zero or less,
    enter -0-  . . . . . . . . . . . . . . . . . . . . . . .
12. Add lines 10 and 11  . . . . . . . . . . . . . . . . . . . . .
13. Long-term capital loss carryover to 2000.
    Subtract line 12 from line 9. If zero or less, enter -0-   . .
```

```
Schedule E      Income or (Loss) from Partnerships and S Corps   Statement  15
```

Name

| Employer ID No. | Not at Risk | X if frn | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
|---|---|---|---|---|---|---|---|---|
| VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | | | |
| 05-0251745 | X | | S | | | 35,823. | | |
| DIVERSIFIED PRODUCTS, INC. | | | | | | | | |
| 05-0384622 | | | S | | | | | 1,306,680. |
| OCEAN STATE NISSAN, INC. | | | | | | | | |
| 05-0422120 | | | S | | | 15,023. | | |
| NORWOOD MOTOR GROUP, INC. | | | | | | | | |
| 05-0461212 | | | S | | | 163,878. | | |
| NORWOOD MOTOR ASSOCIATES, INC. | | | | | | | | |
| 05-0461217 | | | S | | | | | 163,991. |
| POISTANO REALTY CO., INC. | | | | | | | | |
| 05-0477314 | | | S | | 95,729. | | | |
| ISCHIA FREEDOM CORPORATION | | | | | | | | |
| 05-0480072 | | | S | 1,634. | | | | |
| R M REALTY L.L.C. | | | | | | | | |
| 05-0494321 | | | P | | 53,704. | | | |
| BARBER'S AUTO SALES & BODY WORKS | | | | | | | | |
| 05-0313521 | | | S | | | 326,616. | | |

```
NORWOOD REALTY, L.L.C.
05-0493281        P                    14,430.
TOM RICCI'S RENTAL CARS USA LLC
06-1478658        P                                    434,793.
RAM REALTY LLC
05-0489973        P                    95,420.
DIVERSIFIED FOODS, INC
05-0498784        S                                    282,107.
DER ASSOCIATES LLC
05-0497908        P                                                          18,581.
BARTRAM & BRAKENHOFF OF FLORIDA, L.C.
65-0834878  X     P
WYNDHAM PROPERTIES, LLC
05-0504946        P          15,383.
```

Totals to Sch. E, ln. 28    17,017.    259,283.  1,258,240.                    1,489,252.

---

| Form 6198 | Allocation of Allowable Losses | Statement 16 |

### BARTRAM & BRAKENHOFF OF FLORIDA, L.C.

| Description | Loss | Percent of Loss | Allocation of At-Risk | Allowable Loss | Disallowed Loss |
|---|---|---|---|---|---|
| Ordinary | 11,934. | 1.000000000 | 0. | 0. | 11,934. |
| Totals | 11,934. | 1.000000000 | 0. | 0. | 11,934. |

---

| Form 6198 | Allocation of Income and Amount At-Risk | Statement 17 |

### VICTORY FINISHING TECHNOLOGIES, INC.

| Description | Income | Loss | Percent of Loss | Allocation of Income | Allocation of Amount At-Risk |
|---|---|---|---|---|---|
| Ordinary | | 304,013. | .915335122 | 396. | 35,427. |
| Form 4797 | 103. | | | | |
| Interest | 330. | | | | |
| Char Contr- 50% Lmt | | 650. | .001957047 | 1. | 76. |
| Nondeductible Exp | | 27,470. | .082707831 | 36. | 3,201. |
| Totals | 433. | 332,133. | 1.000000000 | 433. | 38,704. |

Form 6198              Allocation of Allowable Losses              Statement  18

VICTORY FINISHING TECHNOLOGIES, INC.

| Description | Loss | Allocation of Income | Allocation of At-Risk | Allowable Loss | Disallowed Loss |
|---|---|---|---|---|---|
| Ordinary | 304,013. | 396. | 35,427. | 35,823. | 268,190. |
| Char Contr- 50% Lmt | 650. | 1. | 76. | 77. | 573. |
| Nondeductible Exp | 27,470. | 36. | 3,201. | 3,237. | 24,233. |
| Totals | 332,133. | 433. | 38,704. | 39,137. | 292,996. |

Form 6198                 Alternative Minimum Tax                 Statement  19
              Allocation of Income and Amount At-Risk

VICTORY FINISHING TECHNOLOGIES, INC.

| Description | Income | Loss | Percent of Loss | Allocation of Income | Allocation of Amount At-Risk |
|---|---|---|---|---|---|
| Ordinary | | 351,813. | .925986950 | 401. | 35,839. |
| Form 4797 | 103. | | | | |
| Interest | 330. | | | | |
| Char Contr- 50% Lmt | | 650. | .001710828 | 1. | 66. |
| Nondeductible Exp | | 27,470. | .072302222 | 31. | 2,799. |
| Totals | 433. | 379,933. | 1.000000000 | 433. | 38,704. |

Form 6198                 Alternative Minimum Tax                 Statement  20
                 Allocation of Allowable Losses

VICTORY FINISHING TECHNOLOGIES, INC.

| Description | Loss | Allocation of Income | Allocation of At-Risk | Allowable Loss | Disallowed Loss |
|---|---|---|---|---|---|
| Ordinary | 351,813. | 401. | 35,839. | 36,240. | 315,573. |
| Char Contr- 50% Lmt | 650. | 1. | 66. | 67. | 583. |
| Nondeductible Exp | 27,470. | 31. | 2,799. | 2,830. | 24,640. |
| Totals | 379,933. | 433. | 38,704. | 39,137. | 340,796. |

| Form 6251 | | Passive Activities | | Statement 21 |
|---|---|---|---|---|

| | | Net Income (Loss) | | |
|---|---|---|---|---|
| Name of Activity | Form | AMT | Regular | Adjustment |
| POISTANO REALTY CO., INC. | Sch E | 96,214. | 95,729. | 485. |
| ISCHIA FREEDOM CORPORATION | Sch E | <1,634.> | <1,634.> | |
| R M REALTY L.L.C. | Sch E | 53,862. | 53,704. | 158. |
| NORWOOD REALTY, L.L.C. | Sch E | 14,430. | 14,430. | |
| RAM REALTY LLC | Sch E | 96,161. | 95,420. | 741. |
| WYNDHAM PROPERTIES, LLC | Sch E | <15,356.> | <15,383.> | 27. |
| RESIDENTIAL RENTAL — 8401 POST ROAD NORTH KINGSTOWN, RI | Sch E | <14,098.> | <15,803.> | 1,705. |
| COMMERCIAL BUILDING — PAWTUCKET, RI | Sch E | 10,994. | 10,646. | 348. |
| VACATION CONDO, JORDAN GRAND — NEWRY Maine | Sch E | <755.> | <755.> | |
| Total to Form 6251, line 11 | | | | 3,464. |

| Form 6251 | | Loss Limitations | | Statement 22 |
|---|---|---|---|---|

| | | Net Income (Loss) | | |
|---|---|---|---|---|
| Name of Activity | Form | AMT | Regular | Adjustment |
| VICTORY FINISHING TECHNOLOGIES, INC. | Sch E | <35,874.> | <35,467.> | <407.> |
| Total to Form 6251, line 14h | | | | <407.> |

| Form 4952 | Investment Interest Expense | Statement 23 |
|---|---|---|

| Description | Current | Carryover |
|---|---|---|
| FLEET BANK — LAND MTGE (NEW) | 3,079. | |
| NUTMEG SECURITIES — MARGIN INT. | 8,786. | |
| Disallowed Investment Interest Prior Years | | 124. |
| COWEN — MARGIN INT. | 2,575. | |
| MORGAN STANLEY — MARGIN | 8,505. | |
| Totals to Form 4952 | 22,945. | 124. |

| Form 4952 | Income from Property Held for Investment | Statement    24 |
|---|---|---|

| Description | Amount |
|---|---|
| Interest income | 31,391. |
| Dividend income | 133. |
| Total to Form 4952, line 4a | 31,524. |

| Form 4952 | Investment Expense | Statement    25 |
|---|---|---|

| Description | Amount |
|---|---|
| Schedule A deductions | 5,934. |
| Total to Form 4952, line 5 | 5,934. |

EDWARD MARANDOLA JR
Soc. Sec. # ████████
Form 1040, schedule C
Year Ended 12/31/99

| Account | Account # | Sales | Basis | Gain(Loss) |
|---|---|---|---|---|
| Nutmeg Securities | | 6,034,593 | 5,920,690 | 113,903 |
| Smith Barney | | 413,971 | 895,654 | (481,683) |
| Culverwell & Co | | 34,344 | 33,135 | 1,209 |
| SG Cowen | 4520 | 2 | 4 | (2) |
| Morgan Stanley | | 246,487 | 170,550 | 75,937 |
| JW Genesis | 2755437 | 33,767 | 50,421 | (16,654) |
| National Securities | 225 | 10,887 | 12,500 | (1,613) |
| National Securities | 9020 | 73,941 | 105,362 | (31,421) |
| SG Cowen | 2755498 | 1,702,548 | 1,697,660 | 4,888 |
| Centennial | Settlement | 32,061 | - | 32,061 |
| Totals | | 8,582,601 | 8,885,976 | (303,375) |

## Capital Gains Report
### 1/1/99 Through 12/31/99

9/30/0
Nutmeg Sec Ltd

Eo JR.

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| | | | SHORT TERM | | | |
| Big Entertainment | 10,000 | 11/30/98 | 1/7/99 | 131,884.83 | 188,754.50 | -56,869.67 |
| AMR Corp 1/99 60 | 12,000 | 12/22/98 | 1/8/99 | 120,771.45 | 44,101.80 | 76,669.65 |
| AMR Corp 1/99 60 | 18,000 | 12/22/98 | 1/11/99 | 223,908.00 | 66,152.70 | 157,755.30 |
| AMR Corp 1/99 65 | 10,000 | 12/22/98 | 1/11/99 | 65,893.28 | 17,221.25 | 48,672.03 |
| AMR Corp 1/99 65 | 7,500 | 12/22/98 | 1/11/99 | 48,296.37 | 12,915.94 | 35,380.43 |
| AMR Corp 1/99 65 | 2,500 | 12/22/98 | 1/11/99 | 15,786.97 | 4,305.31 | 11,481.66 |
| AMR Corp 1/99 65 | 10,000 | 1/6/99 | 1/11/99 | 63,147.87 | 19,354.50 | 43,793.37 |
| call3com199@47.5 | 20,000 | 1/6/99 | 1/19/99 | 0.00 | 41,204.50 | -41,204.50 |
| Cytotherapeutics | 15,000 | 12/29/98 | 1/25/99 | 22,533.34 | 23,880.00 | -1,346.66 |
| Cytotherapeutics | 5,000 | 12/31/98 | 1/25/99 | 7,511.11 | 8,223.25 | -712.14 |
| Navarre CP | 15,000 | 12/3/98 | 1/29/99 | 240,963.56 | 281,254.50 | -40,290.94 |
| Navarre CP | 700 | 12/10/98 | 1/29/99 | 11,244.97 | 8,101.75 | 3,143.22 |
| Navarre CP | 4,300 | 12/10/98 | 1/29/99 | 69,076.22 | 50,009.00 | 19,067.22 |
| Open Market Inc | 300 | 12/3/98 | 2/5/99 | 4,008.62 | 5,800.09 | -1,791.47 |
| Open Market Inc | 200 | 12/3/98 | 2/3/99 | 2,675.41 | 3,866.73 | -1,191.32 |
| Open Market Inc | 9,500 | 12/3/98 | 2/3/99 | 127,081.99 | 183,669.52 | -56,587.53 |
| cal pfizer299@125 | 6,000 | 1/11/99 | 2/5/99 | 48,387.47 | 33,364.50 | 15,022.97 |
| cal pfizer299@125 | 3,500 | 1/11/99 | 2/5/99 | 28,226.03 | 19,460.00 | 8,766.03 |
| cal pfizer299@125 | 3,500 | 1/11/99 | 2/5/99 | 28,226.03 | 19,460.00 | 8,766.03 |
| cal pfizer299@125 | 3,500 | 1/11/99 | 2/5/99 | 28,226.03 | 19,460.00 | 8,766.03 |
| cal pfizer299@125 | 3,500 | 1/11/99 | 2/5/99 | 28,226.03 | 19,460.00 | 8,766.03 |
| cal pfizer299@125 | 10,000 | 1/11/99 | 2/5/99 | 80,645.79 | 43,100.00 | 37,545.79 |
| cal pfizer299@130 | 7,000 | 1/12/99 | 2/5/99 | 30,199.47 | 16,171.05 | 14,028.42 |
| cal pfizer299@130 | 23,000 | 1/12/99 | 2/8/99 | 76,240.00 | 53,133.45 | 23,106.55 |
| cal pfizer299@130 | 20,000 | 1/29/99 | 2/8/99 | 66,295.66 | 33,704.50 | 32,591.16 |
| Navarre CP | 3,000 | 12/10/98 | 2/10/99 | 57,893.55 | 34,890.00 | 23,003.55 |
| Navarre CP | 2,000 | 12/10/98 | 2/10/99 | 38,498.72 | 23,260.00 | 15,238.72 |
| Navarre CP | 500 | 12/11/98 | 2/10/99 | 9,624.68 | 7,085.75 | 2,538.93 |
| Navarre CP | 2,500 | 12/11/98 | 2/10/99 | 48,123.39 | 35,562.50 | 12,560.89 |
| Navarre CP | 1,000 | 12/11/98 | 2/10/99 | 19,374.35 | 14,225.00 | 5,149.35 |
| Navarre CP | 1,000 | 12/11/98 | 2/10/99 | 19,311.86 | 14,225.00 | 5,086.86 |
| Open Market Inc | 5,000 | 12/3/98 | 2/11/99 | 64,668.17 | 96,668.43 | -32,597.26 |
| Open Market Inc | 5,000 | 12/4/98 | 2/11/99 | 64,070.91 | 80,254.50 | -16,183.59 |
| Open Market Inc | 3,400 | 12/8/98 | 2/11/99 | 43,568.22 | 43,330.28 | 237.94 |
| Navarre CP | 4,000 | 1/13/99 | 2/12/99 | 65,756.43 | 56,744.50 | 9,011.93 |
| Navarre CP | 2,000 | 1/13/99 | 2/12/99 | 32,878.22 | 28,120.00 | 4,758.22 |
| Navarre CP | 4,000 | 1/13/99 | 2/12/99 | 65,756.43 | 56,990.00 | 8,766.43 |
| Navarre CP | 3,200 | 1/14/99 | 2/12/99 | 52,605.15 | 51,873.44 | 731.71 |
| Navarre CP | 4,500 | 1/14/99 | 2/12/99 | 70,883.88 | 72,947.02 | -2,063.14 |
| Navarre CP | 1,100 | 1/14/99 | 2/12/99 | 16,983.43 | 17,831.49 | -848.06 |
| Navarre CP | 1,200 | 1/14/99 | 2/12/99 | 18,227.39 | 19,452.54 | -1,225.15 |
| Open Market Inc | 6,600 | 12/8/98 | 2/12/99 | 88,699.47 | 84,111.72 | 4,587.75 |
| Open Market Inc | 300 | 12/28/98 | 2/12/99 | 4,031.79 | 4,332.00 | -300.21 |
| Open Market Inc | 1,000 | 12/28/98 | 2/12/99 | 13,439.31 | 14,425.00 | -985.69 |
| Open Market Inc | 1,000 | 12/28/98 | 2/12/99 | 13,439.31 | 14,425.00 | -985.69 |
| Open Market Inc | 1,000 | 12/28/98 | 2/12/99 | 13,439.31 | 14,425.00 | -985.69 |
| Open Market Inc | 600 | 12/28/98 | 2/12/99 | 8,063.59 | 8,655.00 | -591.41 |
| Open Market Inc | 5,100 | 12/28/98 | 2/12/99 | 68,540.50 | 73,567.50 | -5,027.00 |
| Open Market Inc | 1,000 | 12/28/98 | 2/12/99 | 13,439.31 | 14,425.00 | -985.69 |
| Open Market Inc | 2,400 | 1/12/99 | 2/12/99 | 32,254.35 | 31,315.08 | 939.27 |
| Open Market Inc | 5,000 | 1/12/99 | 2/12/99 | 67,510.24 | 65,239.75 | 2,270.49 |
| Open Market Inc | 1,000 | 1/12/99 | 2/12/99 | 13,564.55 | 13,047.95 | 516.60 |
| Open Market Inc | 100 | 1/12/99 | 2/12/99 | 1,381.70 | 1,304.79 | 76.91 |
| Open Market Inc | 100 | 1/12/99 | 2/12/99 | 1,381.70 | 1,304.79 | 76.91 |
| Open Market Inc | 800 | 1/12/99 | 2/12/99 | 11,053.63 | 10,438.36 | 615.27 |
| Open Market Inc | 100 | 1/12/99 | 2/12/99 | 1,381.70 | 1,304.79 | 76.91 |
| Open Market Inc | 200 | 1/12/99 | 2/12/99 | 2,763.41 | 2,609.59 | 153.82 |
| Open Market Inc | 300 | 1/12/99 | 2/12/99 | 4,145.11 | 3,914.38 | 230.73 |
| call AMR299@60 | 700 | 2/2/99 | 2/12/99 | 229.99 | 2,317.06 | -2,087.07 |

# Capital Gains Report
### 1/1/99 Through 12/31/99

9/30'0
Nutmeg Sec Ltd

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| call IBM299@170 | 10,000 | 2/10/99 | 2/19/99 | 14,395.00 | 33,100.64 | -18,705.64 |
| call IBM299@170 | 10,000 | 2/10/99 | 2/19/99 | 14,399.50 | 33,100.64 | -18,701.14 |
| call IBM299@170 | 6,000 | 2/10/99 | 2/19/99 | 15,389.47 | 19,860.39 | -4,470.92 |
| call IBM299@170 | 2,000 | 2/10/99 | 2/19/99 | 3,379.88 | 6,620.13 | -3,240.25 |
| call IBM299@170 | 3,000 | 2/10/99 | 2/19/99 | 5,069.82 | 9,930.19 | -4,860.37 |
| call IBM299@170 | 5,000 | 2/10/99 | 2/19/99 | 8,449.71 | 16,550.32 | -8,100.61 |
| call IBM299@170 | 2,000 | 2/10/99 | 2/19/99 | 3,379.88 | 6,620.13 | -3,240.25 |
| call IBM299@170 | 2,000 | 2/10/99 | 2/19/99 | 3,379.88 | 6,620.13 | -3,240.25 |
| call IBM299@170 | 900 | 2/10/99 | 2/19/99 | 1,520.95 | 2,979.06 | -1,458.11 |
| call IBM299@170 | 20,000 | 2/10/99 | 2/19/99 | 28,799.02 | 66,201.29 | -37,402.27 |
| call IBM299@170 | 9,100 | 2/10/99 | 2/19/99 | 14,241.01 | 30,121.58 | -15,880.57 |
| call IBM299@170 | 2,500 | 2/11/99 | 2/19/99 | 3,912.36 | 5,776.41 | -1,864.05 |
| call IBM299@170 | 5,500 | 2/11/99 | 2/19/99 | 8,607.20 | 12,708.09 | -4,100.89 |
| call IBM299@170 | 2,900 | 2/11/99 | 2/19/99 | 4,538.34 | 6,699.00 | -2,160.66 |
| call IBM299@170 | 9,100 | 2/11/99 | 2/22/99 | 0.00 | 21,021.00 | -21,021.00 |
| call IBM299@170 | 3,000 | 2/11/99 | 2/22/99 | 0.00 | 6,930.00 | -6,930.00 |
| call IBM299@170 | 4,000 | 2/11/99 | 2/22/99 | 0.00 | 9,490.00 | -9,490.00 |
| call IBM299@170 | 3,000 | 2/11/99 | 2/22/99 | 0.00 | 7,117.50 | -7,117.50 |
| call onsale299@55 | 2,000 | 2/8/99 | 2/22/99 | 0.00 | 4,624.50 | -4,624.50 |
| call onsale299@55 | 2,000 | 2/8/99 | 2/22/99 | 0.00 | 4,745.00 | -4,745.00 |
| call onsale299@55 | 3,800 | 2/8/99 | 2/22/99 | 0.00 | 9,015.50 | -9,015.50 |
| call onsale299@55 | 2,000 | 2/8/99 | 2/22/99 | 0.00 | 3,995.00 | -3,995.00 |
| call onsale299@55 | 8,000 | 2/8/99 | 2/22/99 | 0.00 | 18,480.00 | -18,480.00 |
| call onsale299@55 | 5,000 | 2/8/99 | 2/22/99 | 0.00 | 10,612.50 | -10,612.50 |
| call onsale299@55 | 10,000 | 2/8/99 | 2/22/99 | 0.00 | 22,475.00 | -22,475.00 |
| call onsale299@55 | 5,000 | 2/8/99 | 2/22/99 | 0.00 | 11,550.00 | -11,550.00 |
| call onsale299@55 | 2,200 | 2/8/99 | 2/22/99 | 0.00 | 5,219.50 | -5,219.50 |
| call onsale299@55 | 5,000 | 2/8/99 | 2/22/99 | 0.00 | 11,237.50 | -11,237.50 |
| call onsale299@55 | 5,000 | 2/8/99 | 2/22/99 | 0.00 | 11,862.50 | -11,862.50 |
| call AMR299@60 | 49,300 | 2/2/99 | 2/22/99 | 0.00 | 163,187.44 | -163,187.44 |
| IBM | 100 | 2/19/99 | 2/25/99 | 17,216.93 | 17,006.02 | 210.91 |
| IBM | 9,000 | 2/19/99 | 2/25/99 | 1,549,928.32 | 1,530,542.12 | 19,386.20 |
| IBM | 10,000 | 2/19/99 | 2/25/99 | 1,722,142.58 | 1,700,602.36 | 21,540.22 |
| call Navarre399@20 | 10,000 | 2/8/99 | 3/22/99 | 0.00 | 53,104.50 | -53,104.50 |
| call Navarre399@20 | 20,000 | 2/8/99 | 3/22/99 | 0.00 | 101,200.00 | -101,200.00 |
| call Navare399@17. | 1,000 | 2/24/99 | 3/22/99 | 0.00 | 2,054.50 | -2,054.50 |
| call Navare399@17. | 6,000 | 2/24/99 | 3/22/99 | 0.00 | 12,735.00 | -12,735.00 |
| call Navarre399@17. | 13,000 | 2/24/99 | 3/22/99 | 0.00 | 28,405.00 | -28,405.00 |
| call openmk399@15 | 2,000 | 2/1/99 | 3/22/99 | 0.00 | 3,874.50 | -3,874.50 |
| call openmkt399@15 | 1,000 | 2/1/99 | 3/22/99 | 0.00 | 2,550.00 | -2,560.00 |
| call openmkt399@15 | 4,000 | 2/1/99 | 3/22/99 | 0.00 | 9,490.00 | -9,490.00 |
| call openmkt399@15 | 14,000 | 2/1/99 | 3/22/99 | 0.00 | 30,590.00 | -30,590.00 |
| call openmkt399@15 | 20,000 | 2/1/99 | 3/22/99 | 0.00 | 51,200.00 | -51,200.00 |
| call openmkt399@15 | 1,000 | 2/2/99 | 3/22/99 | 0.00 | 3,064.50 | -3,064.50 |
| call openmkt399@15 | 9,000 | 2/2/99 | 3/22/99 | 0.00 | 28,665.00 | -28,665.00 |
| | | TOTAL SHORT TERM | | 6,034,592.84 | 6,384,306.23 | -349,713.39 |

Mark to Market adj 12/31/99    (463616)    463616
                                5926690    113,903.

# Capital Gains Report
## 1/1/99 Through 12/31/99

10/20
Smith Barney
*Eo Un.*

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| **SHORT TERM** | | | | | | |
| call QOLJan99@50 | 20,000 | 1/8/99 | 1/19/99 | 174,495.00 | 53,796.00 | 120,699.00 |
| call QOLJan99@50 | 10,000 | 1/8/99 | 1/19/99 | 89,491.16 | 26,898.00 | 62,593.16 |
| call QOLJan99@60 | 15,500 | 1/12/99 | 1/19/99 | 1,837.50 | 41,878.42 | -40,040.92 |
| call QOLJan99@60 | 9,500 | 1/12/99 | 1/19/99 | 493.75 | 25,667.42 | -25,173.67 |
| call QOLJan99@60 | 5,000 | 1/12/99 | 1/19/99 | 1,118.22 | 13,509.17 | -12,390.95 |
| call TRQJan99@47.5 | 10,000 | 1/7/99 | 1/20/99 | 0.00 | 19,588.13 | -19,588.13 |
| call QOLFeb99@65 | 10,000 | 1/19/99 | 2/23/99 | 0.00 | 94,250.00 | -94,250.00 |
| call QOLFeb99@65 | 20,000 | 1/19/99 | 2/23/99 | 0.00 | 200,505.00 | -200,505.00 |
| call CQMJun99@1... | 10,000 | 5/20/99 | 6/22/99 | 0.00 | 11,325.00 | -11,325.00 |
| call CQMJun99@1... | 10,000 | 5/20/99 | 6/22/99 | 0.00 | 11,255.00 | -11,255.00 |
| call CQMJun99@1... | 10,000 | 5/20/99 | 6/22/99 | 0.00 | 12,630.00 | -12,630.00 |
| call CQMJun99@1... | 10,000 | 5/25/99 | 6/22/99 | 0.00 | 10,661.07 | -10,661.07 |
| call CQMJun99@1... | 3,500 | 5/25/99 | 6/22/99 | 0.00 | 3,964.58 | -3,964.58 |
| call CQMJun99@1... | 6,500 | 5/25/99 | 6/22/99 | 0.00 | 7,800.91 | -7,800.91 |
| Call AOOJul99@120 | 20,000 | 6/22/99 | 7/14/99 | 49,195.00 | 126,050.00 | -76,855.00 |
| Call AOOJul99@120 | 10,000 | 6/22/99 | 7/14/99 | 24,597.50 | 62,505.00 | -37,907.50 |
| Call AOOJul99@120 | 1,000 | 7/14/99 | 7/16/99 | 2,694.17 | 2,782.50 | -88.33 |
| Call AOOJul99@120 | 26,000 | 7/14/99 | 7/16/99 | 70,048.35 | 68,132.80 | 1,915.55 |
| Call QIJul99@55 | 30,000 | 7/6/99 | 7/20/99 | 0.00 | 102,455.00 | -102,455.00 |
| **TOTAL SHORT TERM** | | | | 413,970.65 | 895,654.00 | -481,683.35 |

# Capital Gains Report
### 1/1/99 Through 12/31/99

10/2'0
Culverwell & Co
℥ JR

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| | | SHORT TERM | | | | |
| Biznessline.com | 2,000 | 5/17/99 | 5/19/99 | 22,896.00 | 20,004.85 | 2,891.15 |
| Biznessline.com | 1,000 | 5/17/99 | 5/19/99 | 11,448.00 | 13,129.85 | -1,681.85 |
| | TOTAL SHORT TERM | | | 434,344.00 | 33,134.70 | 1,209.30 |

## Capital Gains Report
### 1/1/99 Through 12/31/99

Page 1

10/5'0
SG Cowen-553645

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss | 12/31/98 Basi | Adj Gain Loss |
|----------|--------|--------|------|-------------|------------|-----------|---------------|----------------|
| **SHORT TERM** | | | | | | | | |
| Websecure Inc Com | 4,350 | 9/1/98 | 1/11/99 | 1.00 | 34,800.00 | -34,799.00 | 4 | |
| Websecure Inc wts | 5,000 | 9/1/98 | 1/11/99 | 1.00 | 1,000.00 | -999.00 | 0 | |
| TOTAL SHORT TERM | | | | 2.00 | 35,800.00 | -35,798.00 | 4 | ⟨2⟩ |

# Capital Gains Report
1/1/99 Through 12/31/99

10/5'0
Morgan Stanley

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| SHORT TERM | | | | | | |
| Lycos Inc | 1,000 | 11/15/99 | 12/13/99 | 79,575.75 | 56,850.00 | 22,725.75 |
| Lycos Inc | 1,500 | 11/15/99 | 12/14/99 | 125,232.27 | 85,275.00 | 39,957.27 |
| Lycos Inc | 500 | 11/15/99 | 12/14/99 | 41,679.19 | 28,425.00 | 13,254.19 |
| TOTAL SHORT TERM | | | | 246,487.21 | 170,550.00 | 75,937.21 |

# Capital Gains Report
### 1/1/99 Through 12/31/99

10/5'0

Page 1

J W Genesis

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|----------|--------|--------|------|-------------|------------|-----------|
| **SHORT TERM** | | | | | | |
| Shop at Home Inc | 3,000 | 12/14/98 | 1/15/99 | 33,766.67 | 17,051.12 | 16,715.55 |
| Call QOL Feb99@60 | 3,500 | 1/15/99 | 2/23/99 | 0.00 | 27,692.10 | -27,692.10 |
| Call QOL Feb99@60 | 700 | 1/15/99 | 2/23/99 | 0.00 | 5,678.05 | -5,678.05 |
| | | TOTAL SHORT TERM | | 33,766.67 | 50,421.27 | -16,654.60 |

# Capital Gains Report
## 1/1/99 Through 12/31/99

Page 1

10/5/0

55330225

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss | Adj Basis | Adj Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| **SHORT TERM** | | | | | | | | |
| Imagematrix Corp | 50,000 | 8/31/98 | 1/28/99 | 10,887.13 | 118,000.00 | -107,112.87 | 12,500 | (1,613) |
| TOTAL SHORT TERM | | | | 10,887.13 | 118,000.00 | -107,112.87 | | |

12/98   Mark to Mkt Adj

(105,503)

12,500

## Capital Gains Report
### 1/1/99 Through 12/31/99

10/5'0
Nat'l Sec 15412

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss | Market Adj Basis | Adj Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| **SHORT TERM** | | | | | | | | |
| IDM Environmental | 3,300 | 8/31/98 | 1/27/99 | 1,422.27 | 15,279.00 | -13,856.73 | 1548 | ⟨126⟩ |
| IDM Environmental | 4,400 | 8/31/98 | 1/27/99 | 1,896.36 | 22,000.00 | -20,103.64 | 2063 | ⟨167⟩ |
| Call QOL Feb99@65 | 7,500 | 1/28/99 | 2/22/99 | 0.00 | 14,881.25 | -14,881.25 | | |
| Trimark Hldgs Inc. | 10,000 | 3/8/99 | 3/25/99 | 70,622.64 | 86,869.90 | -16,247.26 | | |
| | | | | | | | | |
| TOTAL SHORT TERM | | | | 73,941.27 | 139,030.15 | -65,088.88 | | |

*Mark to Mkt Adj 12/31/98 =* (33,667)

105,363

## Capital Gains Report
### 1/1/99 Through 12/31/99

10/4'0
SG Cowen-Ed Jr

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| **SHORT TERM** | | | | | | |
| put AOLJul99@120 | 20,000 | 7/15/99 | 7/16/99 | 16,832.75 | 41,000.00 | -24,167.25 |
| put AOLJul99@120 | 5,000 | 7/16/99 | 7/16/99 | 4,208.19 | 7,687.50 | -3,479.31 |
| put AOLJul99@120 | 5,000 | 7/16/99 | 7/16/99 | 4,520.67 | 7,687.50 | -3,166.83 |
| Call AOLJul99@125 | 10,000 | 7/14/99 | 7/19/99 | 0.00 | 23,625.00 | -23,625.00 |
| Call AOLJul99@125 | 3,000 | 7/14/99 | 7/19/99 | 0.00 | 6,150.00 | -6,150.00 |
| Global Crossings | 13,000 | 8/6/99 | 8/26/99 | 390,571.94 | 442,209.30 | -51,637.36 |
| Global Crossings | 5,000 | 8/6/99 | 8/26/99 | 150,844.95 | 170,080.50 | -19,235.55 |
| Global Crossings | 5,000 | 8/6/99 | 8/26/99 | 149,708.82 | 170,080.50 | -20,371.68 |
| Evercel | 1,800 | 7/26/99 | 8/30/99 | 23,705.20 | 24,483.55 | -778.35 |
| Evercel | 1,500 | 7/26/99 | 8/31/99 | 19,754.33 | 20,402.96 | -648.63 |
| Evercel | 200 | 7/26/99 | 9/14/99 | 2,333.92 | 2,720.39 | -386.47 |
| Evercel | 3,000 | 7/26/99 | 9/14/99 | 35,008.82 | 36,271.94 | -1,263.12 |
| Evercel | 1,000 | 7/26/99 | 9/14/99 | 11,669.61 | 13,350.09 | -1,680.48 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,834.80 | 6,171.27 | -336.47 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,897.30 | 6,391.67 | -494.37 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,897.30 | 6,423.16 | -525.86 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,959.80 | 6,549.10 | -589.30 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,959.80 | 6,738.02 | -778.22 |
| call StdPoor999@70 | 1,500 | 9/14/99 | 9/17/99 | 487.48 | 9,825.00 | -9,337.52 |
| call StdPoor999@70 | 500 | 9/14/99 | 9/17/99 | 193.74 | 3,275.00 | -3,081.26 |
| call LycosSep99@45 | 30,000 | 9/3/99 | 9/20/99 | 0.00 | 54,000.00 | -54,000.00 |
| call LycosSep99@45 | 20,000 | 9/7/99 | 9/20/99 | 0.00 | 38,500.00 | -38,500.00 |
| call LycosSep99@45 | 30,000 | 9/9/99 | 9/20/99 | 0.00 | 48,375.00 | -48,375.00 |
| call Lycosdec99@65 | 5,000 | 12/7/99 | 12/10/99 | 84,747.16 | 21,500.00 | 63,247.16 |
| call Lycosdec99@65 | 3,000 | 12/7/99 | 12/10/99 | 50,098.32 | 12,900.00 | 37,198.32 |
| call Lycosdec99@65 | 2,000 | 12/7/99 | 12/10/99 | 33,648.87 | 8,600.00 | 25,048.87 |
| call lycos100@60 | 6,500 | 12/3/99 | 12/17/99 | 150,769.96 | 63,700.00 | 87,069.96 |
| call lycos100@60 | 2,500 | 12/3/99 | 12/20/99 | 58,910.53 | 24,500.00 | 34,410.53 |
| call LycosDec99@90 | 10,000 | 12/9/99 | 12/20/99 | 0.00 | 46,750.00 | -46,750.00 |
| call GlobalCr100@4 | 20,000 | 12/10/99 | 12/21/99 | 208,993.00 | 93,500.00 | 115,493.00 |
| call GlobalCr100@4 | 10,000 | 12/10/99 | 12/21/99 | 104,496.50 | 48,000.00 | 56,496.50 |
| Call Covad Jan00@6 | 10,000 | 12/17/99 | 12/21/99 | 34,498.83 | 64,250.00 | -29,751.17 |
| Call Covad Jan00@6 | 5,000 | 12/17/99 | 12/21/99 | 17,249.41 | 32,125.00 | -14,875.59 |
| Call Covad Jan00@6 | 5,000 | 12/17/99 | 12/21/99 | 17,249.41 | 31,500.00 | -14,250.59 |
| Call Covad Jan00@6 | 2,000 | 12/17/99 | 12/21/99 | 7,149.75 | 12,600.00 | -5,450.25 |
| call lycos100@60 | 1,000 | 12/3/99 | 12/21/99 | 32,823.90 | 9,800.00 | 23,023.90 |
| call GlobalCr100@4 | 4,500 | 12/10/99 | 12/22/99 | 39,023.68 | 25,537.50 | 13,486.18 |
| Call Covad Jan00@6 | 3,000 | 12/17/99 | 12/22/99 | 8,812.20 | 18,900.00 | -10,087.80 |
| Call Covad Jan00@6 | 5,000 | 12/17/99 | 12/22/99 | 14,687.00 | 31,500.00 | -16,813.00 |
| | | **TOTAL SHORT TERM** | | 1,702,547.94 | 1,697,659.95 | 4,887.99 |

*all 1999 purchases*

EDWARD MARANDOLA
SCHEDULE OF MARK TO MARKET VALUATIONS
December 31, 1999

| Shares | Security | Price | Market | Cost | Mark to Mkt |
|---|---|---|---|---|---|
| Nytmeg Securities, Ltd. | | | | | |
| Account 6R3-568933 (Ed Jr.) | | | | | |
| | No Securities held in account at 12/31/99 | | | | |
| Salomon Smith Barney | | | | | |
| 382-45079-11 945 | | | | | |
| | No securities held in account at 12/31/99 | | | | |
| Culverwell & Co | | | | | |
| Account BQ2-021822 | | | | | |
| | No securities held in account at 12/31/99 | | | | |
| SG Cowen Securities Corporation | | | | | |
| Account JWDF 5536-4520 | | | | | |
| | No securities held in account at 12/31/99 | | | | |
| Morgan Stanley Dean Witter | | | | | |
| Account: 486-017215 | | | | | |
| 10,000  Shares | Lycos, Inc. | 79.5625 | 795,625 | 569,743 | 225,882 |
| JW Genesis Securities | | | | | |
| Account 2755437-0 | | | | | |
| | No securities held in account at 12/31/99 | | | | |
| National Securities | | | | | |
| Account 5533-0225 | | | | 12/31/98 | |
| 3 Shares | IDM Environmental Corp | 16.63 | 50 | 16 | 34 |
| National Securities | | | | | |
| Account: 5532-9020 | | | | | |
| | No securities held in account at 12/31/99 | | | | |
| JW Genesis Securities | | | | | |
| Account: 2755498-3 | | | | | |
| | No securities held in account at 12/31/99 | | | | |

EDWARD MARANDOLA
SCHEDULE OF MARK TO MARKET VALUATIONS
December 31, 1999

| Shares | Security | Price | Market | Cost | Mark to Mkt |
|---|---|---|---|---|---|
| SG Cowen Securities | | | | | |
| Account 55364877 | | | | | |
| 55 Call | Global Crossing @ $45 1/22/00 | 6.5 | 35,750 | 31,213 | 4,538 |
| 100 Call | Global Crossing @ $50 1/22/00 | 3.75 | 37,500 | 38,000 | (500) |
| 900 Call | Global Crossing @ $55 1/22/00 | 1.6875 | 151,875 | 354,500 | (202,625) |
| 100 Call | Lycos Inc. @ $75 1/22/00 | 10.125 | 101,250 | 91,750 | 9,500 |
| 300 Call | Lycos Inc. @ $85 1/22/00 | 5.25 | 157,500 | 270,250 | (112,750) |
| 10 Call | Lycos Inc. @ $95 1/22/00 | 2.8125 | 2,813 | 3,415 | (603) |
| Hamberecht & Quist LLC | | | | | |
| H40-6182618 (Ed Jr. & Cheryl) | | | | 12/31/98 | |
| 1,400 Shares | Nutrceutix Inc | 0.44 | 613 | 980 | (368) |
| Laidlaw Global Securities | | | | | |
| Account 7L5-559841 | | | | 12/31/98 | |
| 5,000 Shares | Augment Sys Inc. | 0.01 | 25 | 50 | (25) |
| 5,000 WTS | Augment Sys Inc.- Exp 5/12/02 | - | - | 5 | (5) |
| | TOTAL MARK TO MARKET ADJUSTMENT | | | | (76,922) |

▼ DETACH HERE ▼

IRC Sec. 475f election attached

| Form **4868** | **Application for Automatic Extension of Time To File U.S. Individual Income Tax Return** | OMB No. 1545-0188 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | For calendar year 1999, or other tax year beginning , 1999, ending . | **1999** |

**Part I  Identification**

1 Your name(s) EDWARD MARANDOLA JR.
C/O Dacey Guarino & Company, LLP

Address
1445 Wampanoag Trail, Suite 202

City, town or post office, state, and ZIP code
East Providence, RI 02915

2

3 Spouse's social security number

**Part II  Individual Income Tax**

| | | |
|---|---|---|
| 4 | Total tax liability on your income tax return for 1999 ...... $ | 368,000. |
| 5 | Total 1999 payments ............................. | 128,704. |
| 6 | **Balance.** Subtract 5 from 4 ............... | 239,296. |

**Part IV  Gift/GST Tax –** If you are not filing a gift or GST tax return, go to Part V now. See the instructions.

| | | |
|---|---|---|
| 7 | Your gift or GST tax payment ............ $ | |
| 8 | Your spouse's gift/GST tax payment ... | |

**Part V  Total**

| | | |
|---|---|---|
| 9 | **Total liability.** Add lines 6, 7, and 8 ... $ | 239,296. |
| 10 | Amount you are paying ..................... ▶ | 0. |

**Part III  Complete ONLY If Filing Gift/GST Tax Return**

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

Check this box ▶ [X] if you are requesting a GIFT or GST TAX return extension.

Check this box ▶ [ ] if your spouse is requesting a GIFT or GST TAX return extension.

Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.

If line 10 is less than line 9, you may be liable for interest and penalties.

LHA   **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **4868** (1999)

918711 11-16-99

2

17260418  743180 MARAE2440         1999.05200 MARANDOLA JR., EDWARD         MARAE241

Edward Marandola, Jr.
Soc Sec No. ▮▮▮▮▮▮

Attachment to Form 4868, Application for automatic extension of time to file U.S.
Individual income tax return.

The following election is being made under provisions of Revenue Procedure 99-17

The taxpayer elects to use the mark to market accounting procedure, as a securities
trader, as provided under Internal Revenue Code Section 475, for the year 2000.