CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 834,168.00 | | | |
| | TAXABLE INCOME 594,982.00 | | | |
| 10-19-2000 | RETURN FILED & TAX ASSESSED 08221-302-35407-0 200046 | 213,728.00 | | 11-27-2000 |
| 04-15-2000 | WITHHOLDING & EXCESS FICA | | 128,704.00 | |
| 04-15-2000 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-2000 | | | |
| 04-15-2000 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-2000 | | | |
| | ESTIMATED TAX PENALTY 200046 | 3,396.00 | | 11-27-2000 |
| | FAILURE TO PAY TAX PENALTY 200046 | 3,400.96 | | 11-27-2000 |
| | INTEREST ASSESSED 200046 | 4,858.25 | | 11-27-2000 |
| 11-21-2000 | AMENDED RETURN FILED 08277-739-01339-0 | | | |
| 01-03-2001 | RECEIVED POA/TIA | | | |
| 12-19-2001 | UPDATED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 19247-605-10011-2 200231 | 0.00 | | 08-12-2002 |



PENGAD-Bayonne, N.J.
JOINT EXHIBIT
12

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-26-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-25-2003 | SUBSEQUENT PAYMENT LEVY | | 100,179.00 | |
| | FAILURE TO PAY TAX PENALTY 200328 | 3,499.79 | | 07-21-2003 |
| 01-02-2004 | SUBSEQUENT PAYMENT FEDERAL TAX LIEN | | 32,620.93 | |
| | INTEREST ASSESSED 200404 | 18,265.68 | | 02-09-2004 |
| | FAILURE TO PAY TAX PENALTY 200404 | 14,355.25 | | 02-09-2004 |
| 02-16-2004 | FAILURE TO PAY TAX PENALTY ABATED | 21,256.00- | | |
| | ADDITIONAL TAX ASSESSED 22254-423-05004-4 200405 | 0.00 | | 02-16-2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-16-2004 | INTEREST ABATED | 746.62- | | |
| 01-02-2004 | OVERPAYMENT CREDIT TRANSFERRED 1040 199712 | | (22,002.62) | |
| 02-16-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-09-2004 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 01-31-2005 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT REVIEW 19247-687-79012-4 200442 | 0.00 | | 11-01-2004 |
| 11-01-2004 | RENUMBERED RETURN 19247-687-79012-4 | | | |
| 11-27-2000 | Statutory Notice of Balance Due | | | |
| 12-18-2000 | Statutory Notice of Intent to Levy | | | |
| 08-12-2002 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

EDWARD MARANDOLA JR EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1999

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Susan McMahon

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18

LOCATION: INTERNAL REVENUE SERVICE
ANDOVER, MA

ACCOUNT STATUS DATE 03/14/2005