IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-252T

(Filed: October 27, 2006)

| | |
|---|---|
| EDWARD MARANDOLA, JR., and CARMEN MARANDOLA, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the parties' joint motion, filed October 6, 2006, for an enlargement of dates set forth in the scheduling order issued by the court on August 16, 2006. The parties aver the extension is necessary due to the illness of plaintiffs' counsel.

For good cause shown, the court GRANTS the parties' joint motion. The scheduling order of August 16, 2006 is amended such that the schedule for further proceedings shall be as follows:

| | Original Date | Amended Date |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | October 6, 2006 | October 25, 2006 |
| Defendant's Cross-Motion for Summary Judgment | November 14, 2006 | December 5, 2006 |
| Plaintiffs' Opposition to the Defendant's Cross Motion and Reply Brief | December 18, 2006 | January 12, 2007 |
| Defendant's Reply Brief | January 9, 2007 | January 30, 2007 |

| | | |
|---|---|---|
| Hearing on cross-motions | January 16, 2007, commencing at 10:00 AM (telephonic, absent a timely request by the parties, or any of them, to appear in person) | February 8, 2007, commencing at 10:00 AM (telephonic, absent a timely request by the parties, or any of them, to appear in person) |

It is so ORDERED.

s/ Charles F. Lettow
Judge