**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-252 T**
**(Judge Charles F. Lettow)**

---

**EDWARD MARANDOLA, JR. and**
**CARMEN MARANDOLA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**MOTION FOR ENLARGEMENT OF TIME**

---

Defendant, the United States, respectfully moves the Court for an enlargement of time of 10 days, from December 5, 2006 to and including December 15, 2006, within which to file its cross-motion for summary judgment and supporting brief in the above-captioned case. It is requested that a similar enlargement of 10 days be granted for the subsequent briefing deadlines.

As good cause therefor, defendant states as follows:

This case was recently reassigned to Jeffrey R. Malo as attorney of record for the United States. Mr. Malo began familiarizing himself with the facts and legal issues in the case in mid-November, and began preparing a draft brief during the fourth week of November. He has completed a draft at this point, but it needs some revision before it is submitted to his superiors for review and final preparation for filing.

In addition, Mr. Malo has discovered errors in the page numbering of the stipulated

exhibits that occurred in the electronic filing process. He believes that it may be necessary to correct these errors by filing substitute exhibits (assuming the Court's leave would be granted on motion) before finalizing defendant's brief.

We are authorized to state that plaintiff's counsel consents to the granting of this motion.

Respectfully submitted,

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

Dated: December 1, 2006

s/ Mary M. Abate
Of Counsel