IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-252T

(Filed: December 5, 2006)

EDWARD MARANDOLA, JR., and
CARMEN MARANDOLA,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed December 4, 2006, seeking a ten-day enlargement of time within which to file its cross-motion for summary judgment and supporting brief. The government also requests that similar enlargements be granted for subsequent briefing deadlines. The government avers the extension is necessitated by the government's recent change of counsel and would allow counsel to address pagination errors in certain exhibits. The government represents that the plaintiffs do not object to this request.

For good cause shown, the court GRANTS the government's motion. The schedule for further proceedings, as set forth by the scheduling order of August 16, 2006, and modified by the order of October 27, 2006, shall be amended as follows:

| | Previous Date | Amended Date |
|---|---|---|
| Defendant's Cross-Motion for Summary Judgment | December 5, 2006 | December 15, 2006 |
| Plaintiffs' Opposition to the Defendant's Cross Motion and Reply Brief | January 12, 2007 | January 26, 2007 |
| Defendant's Reply Brief | January 30, 2007 | February 13, 2007 |

| | | |
|---|---|---|
| Hearing on cross-motions | February 8, 2007, commencing at 10:00 AM (telephonic, absent a timely request by the parties, or any of them, to appear in person) | February 27, 2007, commencing at 10:00 AM (telephonic, absent a timely request by the parties, or any of them, to appear in person) |

It is so ORDERED.

s/ Charles F. Lettow
Judge