**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-252 T**
**(Judge Charles F. Lettow)**

---

**EDWARD MARANDOLA, JR. and**
**CARMEN MARANDOLA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**CROSS-MOTION OF THE UNITED STATES**
**FOR SUMMARY JUDGMENT**

---

Defendant, the United States, respectfully moves the Court for summary judgment on the ground that there is no genuine issue as to any material fact, and that defendant is entitled to judgment as a matter of law. In support of its cross-motion, defendant relies on the accompanying Brief of the United States in Support of Its Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, and the parties' stipulations of fact and stipulated exhibits.

Respectfully submitted,

s/ Jeffrey R. Malo
JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

Dated: December 15, 2006

s/ Mary M. Abate
Of Counsel