**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-252 T**
**(Judge Charles F. Lettow)**

---

**EDWARD MARANDOLA, JR. and**
**CARMEN MARANDOLA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**MOTION FOR LEAVE TO SUBSTITUTE EXHIBITS**

---

The United States hereby moves the Court for leave to substitute exhibits in the above captioned case. As reason for this request, the United States states the following:

Jeffrey R. Malo was recently appointed counsel for the United States. Upon his initial review of the case files, he discovered that there were several errors in the page numbering of the exhibits that were submitted to the Court as a result of the Electronic Case Filing ("ECF") process. When the exhibits were first filed with the Court, several exhibits were split into two or more electronic files to accommodate the 2 MB limitation on files submitted through ECF. As a result, several exhibits in the Court's possession may appear to be unmarked because the electronic files associated with these exhibits may represent a second or third part of the same exhibit appearing in the preceding file. Unfortunately, the problems encountered with the ECF process did not become apparent until after the exhibits were filed. Accordingly, none of the

files that represent second or third parts of preceding exhibits have been labeled as such.

Mr. Malo's initial review of the case file also revealed that some electronic files were submitted in duplicate, and that the exhibit marked "Exhibit 11" purported to be a true and correct copy of Mr. Marandola's original 1999 individual income tax return, as filed on October 19, 2000. In fact, the exhibit labeled "Exhibit 11" is part of Exhibit 13, Mr. Marandola's amended 1999 individual income tax return. It appears that portions of the amended return became separated and were mistakenly identified as separate exhibits.

The following table is offered to assist in aligning each electronic file with the appropriate exhibit.

| Electronic File Number | Exhibit Number | Total Parts to Exhibit | Total Pages in Each Part |
|---|---|---|---|
| 1 | Stipulations of Fact | 1 of 1 | 6 |
| 2 | Index to Joint Stipulations of Fact | 1 of 1 | 2 |
| 3 | 1 | 1 of 2 | 40 |
| 4 | 1 | 2 of 2 | 40 |
| 5 | 2 | 1 of 1 | 11 |
| 6 | 3 | 1 of 2 | 30 |
| 7 | 3 | 2 of 2 | 31 |
| 8 | Partial duplicate of Exhibit 3, Part 2. (Defendant proposes to eliminate this item) | Part 2 | Duplicate of Pages 10-25 of electronic file # 7 (Part 2 of Exhibit 3) |
| 9 | 4 | 1 of 1 | 3 |
| 10 | 5 | 1 of 3 | 20 |
| 11 | 5 | 2 of 3 | 20 |

| Electronic File Number | Exhibit Number | Total Parts to Exhibit | Total Pages in Each Part |
|---|---|---|---|
| 12 | 5 | 3 of 3 | 21 |
| 13 | 6 (Defendant proposes to eliminate the first three pages of this item, which are a duplicate of Exhibit 4) | 1 of 1 | 8 (Will be 5 pages after duplicate pages are eliminated) |
| 14 | 7 | 1 of 2 | 30 |
| 15 | 7 | 2 of 2 | 30 |
| 16 | 8 | 1 of 2 | 25 |
| 17 | 8 | 2 of 2 | 46 |
| 18 | 9 | 1 of 1 | 5 |
| 19 | 10 | 1 of 2 | 33 |
| 20 | 10 | 2 of 2 | 33 |
| 21 | 11 (Actually part of Exhibit 13) | 1 of 3 | 25 |
| 22 | 11 (Actually part of Exhibit 13) | 2 of 3 | 23 |
| 23 | 11 (Actually part of Exhibit 13) | 3 of 3 | 23 |
| 24 | 12 | 1 of 1 | 4 |
| 25 | 13 | 1 of 1 | 2 |

To correct these errors, Mr. Malo proposes to:

1. Eliminate electronic file number 8, which is a partial duplicate of electronic file number 7.

2. Resubmit electronic file number 13 and eliminate the first three pages of the file, which are a complete duplicate of electronic file number 9 (Exhibit 4).

3. Submit Mr. Marandola's original 1999 tax return, which has yet to be filed with the Court, as Exhibit 11 (in two parts); and

4. Consolidate the four sections of Mr. Marandola's 1999 amended tax return (electronic files 21, 22, 23 and 25) as Exhibit 13.

5. If the Court grants Defendant's motion for leave to substitute exhibits, Defendant proposes to submit to the Court an updated table similar to the one above, once the numbering of all corrected items has been determined.

We are authorized to state that plaintiff's counsel has no objection to the granting of this motion.

Respectfully submitted,

December 26, 2006

s/ Jeffrey R. Malo
JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

December 26, 2006

s/ Mary M. Abate
Of Counsel