IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-252T

(Filed: December 29, 2006)

EDWARD MARANDOLA, JR., and
CARMEN MARANDOLA,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed December 26, 2006, seeking leave to substitute exhibits pertaining to the pending cross-motions for summary judgment. The government requests that it may be permitted to eliminate attachment 8, resubmit a modified attachment 13, consolidate attachments 21, 22, 23, and 25, and submit the plaintiffs' original 1999 tax return as Exhibit 11. The government avers this is necessary due to errors made in the government's original submission of the exhibits through the court's ECF system. The government represents that the plaintiffs do not object to this request.

For good cause shown, the court GRANTS the government's motion.

It is so ORDERED.

s/ Charles F. Lettow
Judge