**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-252 T**
**(Judge Charles F. Lettow)**

---

**EDWARD MARANDOLA, JR. and**
**CARMEN MARANDOLA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**DEFENDANT'S SUBSTITUTION OF EXHIBITS**

---

Pursuant to the Court's order dated December 29, 2006, The United States hereby substitutes exhibits as proposed in its motion filed December 26, 2006 for the above captioned case.

The following tables are offered to assist in aligning each electronic file with the appropriate exhibit. Electronic file number references correspond to the electronic document links associated with the entry for the Joint Stipulations of Fact, appearing in Pacer as having been filed on October 25, 2006 and appearing as item number 24 on the Pacer docket report.

| **Electronic File Number** | **Exhibit Number** | **Total Parts to Exhibit** | **Total Pages in Each Part** |
|---|---|---|---|
| 1 | Stipulations of Fact | 1 of 1 | 6 |
| 2 | Index to Joint Stipulations of Fact | 1 of 1 | 2 |
| 3 | 1 | 1 of 2 | 40 |
| 4 | 1 | 2 of 2 | 40 |
| 5 | 2 | 1 of 1 | 11 |
| 6 | 3 | 1 of 2 | 30 |
| 7 | 3 | 2 of 2 | 31 |
| 8 | 3<br>ELIMINATED BY COURT ORDER 12/29/2006 | | Was a Duplicate of Pages 10-25 of electronic file # 7 (Part 2 of Exhibit 3) |
| 9 | 4 | 1 of 1 | 3 |
| 10 | 5 | 1 of 3 | 20 |
| 11 | 5 | 2 of 3 | 20 |
| 12 | 5 | 3 of 3 | 21 |
| 13 | 6<br>ELIMINATED BY COURT ORDER 12/29/2006 | 1 of 1 | 5<br>Was 8 pages, the first three of which were a duplicate of Exhibit 4 (Resubmitted below) |
| 14 | 7 | 1 of 2 | 30 |
| 15 | 7 | 2 of 2 | 30 |
| 16 | 8 | 1 of 2 | 25 |
| 17 | 8 | 2 of 2 | 46 |
| 18 | 9 | 1 of 1 | 5 |
| 19 | 10 | 1 of 2 | 33 |
| 20 | 10 | 2 of 2 | 33 |

| **Electronic File Number** | **Exhibit Number** | **Total Parts to Exhibit** | **Total Pages in Each Part** |
|---|---|---|---|
| 21 | 11<br>ELIMINATED BY COURT ORDER 12/29/2006 | 1 of 3 | 25<br>Was erroneously labeled Exhibit 11, actually part of Exhibit 13. (Resubmitted below) |
| 22 | 11<br>ELIMINATED BY COURT ORDER 12/29/2006 | 2 of 3 | 23<br>Was erroneously labeled Exhibit 11, actually part of Exhibit 13. (Resubmitted below) |
| 23 | 11<br>ELIMINATED BY COURT ORDER 12/29/2006 | 3 of 3 | 23<br>Was erroneously labeled Exhibit 11, actually part of Exhibit 13. (Resubmitted below) |
| 24 | 12 | 1 of 1 | 4 |
| 25 | 13<br>ELIMINATED BY COURT ORDER 12/29/2006 | 1 of 1 | 2 |

The following table is offered to assist in aligning each substitute electronic file included with this filing with the appropriate exhibit. Electronic file number references correspond to the electronic document links that are assumed will be assigned to the attachments when they appear in Pacer.

| Electronic File Number | Exhibit Number | Total Parts to Exhibit | Total Pages in Each Part |
|---|---|---|---|
| 1 | Defendant's Substitution of Exhibits | 1 of 1 | 5 |
| 2 | 6<br>Substitute for the Exhibit 6 Eliminated in the above table. | 1 of 1 | 5 |
| 3 | 11<br>New Exhibit, Replacing electronic file numbers 21-23 in the above table which were part of Exhibit 13 erroneously labeled as Exhibit 11. | 1 of 2 | 40 |
| 4 | 11<br>New Exhibit, Replacing electronic file numbers 21-23 in the above table which were part of Exhibit 13 erroneously labeled as Exhibit 11. | 2 of 2 | 38 |
| 5 | 13<br>Consolidation of the electronic files numbered 21-23 and 25 in the above table. | 1 of 2 | 40 |
| 6 | 13<br>Consolidation of the electronic files numbered 21-23 and 25 in the above table. | 2 of 2 | 33 |

Please note that no substitution was required for the electronic file number 13 that was eliminated from the first table because it was a complete duplicate of a portion of Exhibit 4.

January 12, 2007

Respectfully submitted,
s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

January 12, 2007

s/ Mary M. Abate
Of Counsel