```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
EDWARD MARANDOLA JR                        EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997
                                           ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION      OTHER DEBITS    CREDIT     DATE (23C,
                                           (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
           ADJUSTED GROSS INCOME
                 5,488,919.00

           TAXABLE INCOME
                 5,302,404.00

10-17-1998 RETURN FILED & TAX ASSESSED       2,078,765.00             11-23-1998
           08221-297-63324-8    199845

04-15-1998 WITHHOLDING & EXCESS FICA                       121,962.00

04-15-1998 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1998

04-15-1998 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-1998

           ESTIMATED TAX PENALTY              104,691.00               11-23-1998
           199845

           FAILURE TO PAY TAX                  78,272.12               11-23-1998
           PENALTY
           199845

           INTEREST ASSESSED                   97,556.71               11-23-1998
           199845

32-16-1999 FEDERAL TAX LIEN

32-04-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

32-24-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           UNDELIVERABLE LEVY NOTICE

11-04-1999 PENDING INSTALLMENT
           AGREEMENT

FORM 4340  (REV. 01-2002)                    PAGE    1
```



JOINT EXHIBIT 6

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
EDWARD MARANDOLA JR                      EIN/SSN:  
```

```

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------

12-19-2001  RECEIVED POA/TIA

05-16-2002  INSTALLMENT AGREEMENT

            ADDITIONAL TAX ASSESSED                       0.00           08-12-2002
            BY EXAMINATION
            AUDIT, CLOSED TO APPEALS
            PRIOR TO 90 DAY LETTER
            19247-605-10009-2   200231

04-15-2002  OVERPAID CREDIT APPLIED                       118,244.00
            1040       200112

04-09-2003  SUBSEQUENT PAYMENT                            1,087,497.01

04-09-2003  OVERPAID CREDIT APPLIED                       76,910.04
            1040-SA    199612

06-25-2003  SUBSEQUENT PAYMENT                            141,270.99
            LEVY

04-15-2003  OVERPAID CREDIT APPLIED                       13,122.00
            1040       200212

01-02-2004  SUBSEQUENT PAYMENT                            500,000.00
            FEDERAL TAX LIEN

01-02-2004  SUBSEQUENT PAYMENT                            205,535.00
            FEDERAL TAX LIEN

FORM 4340   (REV. 01-2002)               PAGE    2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
EDWARD MARANDOLA JR                      EIN/SSN:  ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

                                       ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE (23C,
                                       (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
01-02-2004  SUBSEQUENT PAYMENT                          500,000.00
            FEDERAL TAX LIEN

01-02-2004  OVERPAID CREDIT APPLIED                     273,673.88
            1040          200012

            FAILURE TO PAY TAX         410,928.62                     02-09-2004
            PENALTY
            200404

            INTEREST ASSESSED          268,001.47                     02-09-2004
            200404

            FAILURE TO PAY TAX              0.01                      02-16-2004
            PENALTY
            200405

02-16-2004  FAILURE TO PAY TAX         489,200.75-
            PENALTY ABATED

            ADDITIONAL TAX ASSESSED          0.00                     02-16-2004
            22254-423-05002-4  200405

            INTEREST ASSESSED          489,200.74                     02-16-2004
            200405

06-25-2003  OVERPAID CREDIT APPLIED                       2,470.69
            1040          199812

FORM 4340   (REV. 01-2002)              PAGE     3
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
EDWARD MARANDOLA JR                         EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------
01-02-2004  OVERPAID CREDIT APPLIED                       17,550.86
            1040         199812

01-02-2004  OVERPAID CREDIT APPLIED                       22,002.62
            1040         199912

01-02-2004  OVERPAID CREDIT APPLIED                       76,103.29
            1040         200012

            INTEREST ASSESSED            118,127.46                      02-16-2004
            200405

02-06-2004  FEDERAL TAX LIEN RELEASED

03-09-2004  ASSESSMENT STATUTE EXPIR
            DATE EXTEND TO 01-31-2005

            ADDITIONAL TAX ASSESSED                       0.00           11-01-2004
            BY EXAMINATION
            AUDIT REVIEW
            19247-687-79010-4   200442

11-01-2004  RENUMBERED RETURN
            19247-687-79010-4

11-08-2004  UPDATED POA/TIA

11-23-1998  Statutory Notice of Balance Due

12-14-1998  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                  PAGE    4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
EDWARD MARANDOLA JR                              EIN/SSN:   ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1997
----------------------------------------------------------------------------------


BALANCE                 0.00

----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:  /s/ Susan McMahon
PRINT NAME:        Susan McMahon
TITLE:      Supervisory Investigative Analyst
DELEGATION ORDER:       198/18


LOCATION:  INTERNAL REVENUE SERVICE
           ANDOVER, MA

           ACCOUNT STATUS DATE 03/14/2005

FORM 4340   (REV. 01-2002)                       PAGE      5
```