# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s): EDWARD MARANDOLA JR.

Social Security Number: ███████

| Form Name | Description | Income | Adjustment | | | | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| | | | Form 6251, Line 8 | Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h | |
| K1 - | WYNDHAM PROPERTIES, LL C | | | | | | |
| | * Regular Income | <15,383.> | | | | | |
| | AMT Adjustments | 27. | | | 27. | | |
| | * AMT Net Income | <15,356.> | | | 27. | | |
| E- | VACATION CONDO, JORDAN GRAND - NEWRY Maine | | | | | | |
| | * Regular Income | <755.> | | | | | |
| | * AMT Net Income | <755.> | | | | | |
| | ** Total Adj & Pref ** | | 43,819. | 1,512. | 3,464. | <407.> | |

919911
05-15-99

Form **4952**

**Investment Interest Expense Deduction**

▶ **Attach to your tax return.**

OMB No. 1545-0191

**1999**

Department of the Treasury
Internal Revenue Service    (99)

Attachment
Sequence No. **72**

Name(s) shown on return

EDWARD MARANDOLA JR.

Identifying number

| **Part I** | **Total Investment Interest Expense** |

| 1 | Investment interest expense paid or accrued in 1999. See instructions ...... See Statement 23 | 1 | 22,945. |
| 2 | Disallowed investment interest expense from 1998 Form 4952, line 7 ................................ | 2 | 124. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 ........................................ | 3 | 23,069. |

| **Part II** | **Net Investment Income** |

| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) ...... See Statement 24 | 4a | 31,524. |
| b | Net gain from the disposition of property held for investment ................ | 4b | | | |
| c | Net capital gain from the disposition of property held for investment ......... | 4c | | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- ....................................... | 4d | |
| e | Enter all or part of the amount on line 4c, if any, that you elect to include in investment income. Do not enter more than the amount on line 4b. See instructions ....................... ▶ | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e. See instructions .............................. | 4f | 31,524. |
| 5 | Investment expenses. See instructions .................... See Statement 25 | 5 | 5,934. |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- ................ | 6 | 25,590. |

| **Part III** | **Investment Interest Expense Deduction** |

| 7 | Disallowed investment interest expense to be carried forward to 2000. Subtract line 6 from line 3. If zero or less, enter -0- ............................................................ | 7 | 0. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions ....... | 8 | 23,069. |

**LHA    For Paperwork Reduction Act Notice, see separate instructions.**

Form **4952** (1999)

918901
11-17-99

Alternative Minimum Tax

| Form **4952** | **Investment Interest Expense Deduction** | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service   (99) | ▶ **Attach to your tax return.** | **1999**<br>Attachment<br>Sequence No. **72** |

| Name(s) shown on return | Identifying number |
|---|---|
| EDWARD MARANDOLA JR. | ▉▉▉▉▉▉▉ |

### Part I   Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1999. See instructions | 1 | 22,945. |
| 2 | Disallowed investment interest expense from 1998 Form 4952, line 7 | 2 | 345,302. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 368,247. |

### Part II   Net Investment Income

| | | | | |
|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | | 4a | 31,524. |
| b | Net gain from the disposition of property held for investment | 4b | | |
| c | Net capital gain from the disposition of property held for investment | 4c | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | | 4d | |
| e | Enter all or part of the amount on line 4c, if any, that you elect to include in investment income. Do not enter more than the amount on line 4b. See instructions ▶ | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e. See instructions | | 4f | 31,524. |
| 5 | Investment expenses. See instructions | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | | 6 | 31,524. |

### Part III   Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2000. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 336,723. |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or 6. See instructions | 8 | 31,524. |

```
            Regular Form 4952, line 8              23,069.
            Less recomputed Form 4952, line 8      31,524.
            Interest adjustment - Form 6251, line 7  <8,455.>
```

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**                                    Form **4952** (1999)

*As Amended*

| Form **8801** | **Credit for Prior Year Minimum Tax —** | OMB No. 1545-1073 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **Individuals, Estates, and Trusts** ▶ Attach to your tax return. | **1999** Attachment Sequence No. **74** |

| Name(s) shown on return | Identifying number |
|---|---|
| EDWARD MARANDOLA JR. | ▮▮▮▮▮ |

### Part I  Net Minimum Tax on Exclusion Items

| | | |
|---|---|---:|
| 1 | Combine lines 16 through 18 of your 1998 Form 6251. Estates and trusts, see instructions ............ | **1** 548,330. |
| 2 | Enter adjustments and preferences treated as exclusion items. See instructions ................... | **2** 398,874. |
| 3 | Minimum tax credit net operating loss deduction. See instructions .............................. | **3** ( ) |
| 4 | Combine lines 1, 2, and 3. If zero or less, enter -0- here and on line 15 and go to Part II. If more than $165,000 and you were married filing separately for 1998, see instructions .................. | **4** 947,204. |
| 5 | Enter $45,000 if married filing jointly or qualifying widow(er) for 1998; $33,750 if single or head of household for 1998; or $22,500 if married filing separately for 1998. Estates and trusts, enter $22,500 ...... | **5** 33,750. |
| 6 | Enter $150,000 if married filing jointly or qualifying widow(er) for 1998; $112,500 if single or head of household for 1998; or $75,000 if married filing separately for 1998. Estates and trusts, enter $75,000 .. | **6** 112,500. |
| 7 | Subtract line 6 from line 4. If zero or less, enter -0- here and on line 8 and go to line 9 ........... | **7** 834,704. |
| 8 | Multiply line 7 by 25% (.25) .................................................................. | **8** 208,676. |
| 9 | Subtract line 8 from line 5. If zero or less, enter -0-. If this form is for a child under age 14, see instructions | **9** 0. |
| 10 | Subtract line 9 from line 4. If zero or less, enter -0- here and on line 15, and go to Part II. Form 1040NR filers, see instructions ................................................................ | **10** 947,204. |
| 11 | If you completed Schedule D (Form 1040 or 1041) for 1998 and had an amount on line 25 or line 27 of Schedule D (Form 1040) (line 24 or line 26 of Schedule D (Form 1041)) or you would have had an amount on either of those lines had you completed Part IV of Schedule D (Form 1040) (or Part V of Schedule D (Form 1041)), go to Part III of Form 8801 to figure the amount to enter on this line. **All others:** Multiply line 10 by 26% (.26) if line 10 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $87,500 or less if married filing separately for 1998. **Otherwise,** multiply line 10 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $1,750 if married filing separately for 1998 | **11** 261,717. |
| 12 | Minimum tax foreign tax credit on exclusion items. See instructions ............................. | **12** |
| 13 | Tentative minimum tax on exclusion items. Subtract line 12 from line 11 ......................... | **13** 261,717. |
| 14 | Enter the amount from your 1998 Form 6251, line 27, or Form 1041, Schedule I, line 38 ............. | **14** 207,113. |
| 15 | **Net minimum tax on exclusion items.** Subtract line 14 from line 13. If zero or less, enter -0- ........ | **15** 54,604. |

### Part II  Minimum Tax Credit and Carryforward to 2000

| | | |
|---|---|---:|
| 16 | Enter the amount from your 1998 Form 6251, line 28, or Form 1041, Schedule I, line 39 ............. | **16** 64,182. |
| 17 | Enter the amount from line 15 above ......................................................... | **17** 54,604. |
| 18 | Subtract line 17 from line 16. If less than zero, enter as a negative amount ...................... | **18** 9,578. |
| 19 | 1998 minimum tax credit carryforward. Enter the amount from your 1998 Form 8801, line 26 ........ | **19** |
| 20 | Enter the total of your 1998 unallowed nonconventional source fuel credit and 1998 unallowed qualified electric vehicle credit. See instructions ................................................ | **20** |
| 21 | Combine lines 18, 19, and 20. If zero or less, **stop here** and see instructions .................. | **21** 9,578. |
| 22 | Enter your 1999 regular income tax liability minus allowable credits. See instructions ............. | **22** 61,446. |
| 23 | Enter the amount from your 1999 Form 6251, line 26, or 1999 Form 1041, Schedule I, line 37 ....... | **23** 107,244. |
| 24 | Subtract line 23 from line 22. If zero or less, enter -0- ......................................... | **24** 0. |
| 25 | **Minimum tax credit.** Enter the **smaller** of line 21 or line 24. Also enter this amount on your 1999 Form 1040, line 47; From 1040NR, line 44; or Form 1041, Schedule G, line 2d ..................... | **25** |
| 26 | **Minimum tax credit carryforward to 2000.** Subtract line 25 from line 21. Keep a record of this amount because it can be carried forward and used in future years ............................... | **26** 9,578. |

LHA   **For Paperwork Reduction Act Notice, see instructions.**                                   Form **8801** (1999)

13391113 743180 MARAE2440          1999.06200 MARANDOLA JR., EDWARD          MARAE241

| **Part III** | **Line 11 Computation Using Maximum Capital Gains Rates** |
|---|---|

**Caution:** *If you are an individual and you did not complete Part IV of your 1998 Schedule D (Form 1040), complete lines 20 through 27 of that Schedule D before completing this part. For an estate or trust that did not complete Part V of the 1998 Schedule D (Form 1041), complete lines 19 through 26 of that Schedule D before completing this part.*

| | | | |
|---|---|---|---|
| 27 | Enter the amount from line 10 | | **27** |
| 28 | Enter the amount from your 1998 Schedule D (Form 1040), line 27 (or 1998 Schedule D (Form 1041), line 26) | **28** | |
| 29 | Enter the amount from your 1998 Schedule D (Form 1040), line 25 (or 1998 Schedule D (Form 1041), line 24) | **29** | |
| 30 | Add lines 28 and 29 | **30** | |
| 31 | Enter the amount from your 1998 Schedule D (Form 1040), line 22 (or 1998 Schedule D (Form 1041), line 21) | **31** | |
| 32 | Enter the **smaller** of line 30 or line 31 | | **32** |
| 33 | Subtract line 32 from line 27. If zero or less, enter -0- ▶ | | **33** |
| 34 | Multiply line 33 by 26% (.26) if line 33 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $87,500 or less if married filing separately for 1998. Otherwise, multiply line 33 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $1,750 if married filing separately for 1998 | | **34** |
| 35 | Enter the amount from your 1998 Schedule D (Form 1040), line 36 (or 1998 Schedule D (Form 1041), line 35). If you did not complete Part IV of your 1998 Schedule D (Form 1040) (Part V of the 1998 Schedule D (Form 1041) for an estate or trust), enter -0- | **35** | |
| 36 | Enter the **smallest** of line 27, line 28, or line 35 ▶ | **36** | |
| 37 | Multiply line 36 by 10% (.10) | | **37** |
| 38 | Enter the **smaller** of line 27 or line 28 | **38** | |
| 39 | Enter the amount from line 36 | **39** | |
| 40 | Subtract line 39 from line 38. If zero or less, enter -0- ▶ | **40** | |
| 41 | Multiply line 40 by 20% (.20) | | **41** |
| | **Note:** *Skip lines 42 through 45 if line 29 above is zero.* | | |
| 42 | Enter the amount from line 27 | **42** | |
| 43 | Add lines 33, 36, and 40 | **43** | |
| 44 | Subtract line 43 from line 42 | **44** | |
| 45 | Multiply line 44 by 25% (.25) | | **45** |
| 46 | Add lines 34, 37, 41, and 45 | | **46** |
| 47 | Multiply line 27 by 26% (.26) if line 27 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $87,500 or less if married filing separately for 1998. Otherwise, multiply line 27 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 1998; or $1,750 if married filing separately for 1998 | | **47** |
| 48 | Enter the **smaller** of line 46 or line 47 here and on line 11 | | **48** |

| Form 1040 | State and Local Income Tax Refunds | | Statement | 1 |
|---|---|---|---|---|

|  | 1998 | 1997 | 1996 |
|---|---|---|---|
| Gross state/local inc tax refunds | Massachusetts<br>98. | | |
| Less: Tax paid in following year | | | |
| Net tax refunds   Massachusetts | 98. | | |
| Total net tax refunds | 98. | | |

Form 1040                        Personal Exemption Worksheet                    Statement    2

1.  Is the amount on Form 1040, line 34, more than the amount shown on line 4
    below for your filing status?
    No.  Stop. Multiply $2,750 by the total number of exemptions claimed on
    Form 1040, line 6d, and enter the result on line 38.
    Yes. Go to line 2.
2.  Multiply $2,750 by the total number of exemptions claimed
    on Form 1040, line 6d . . . . . . . . . . . . . . . . . . .                        13,750.
3.  Enter the amount from Form 1040, line 34 . .        453,871.
4.  Enter the amount for your filing status  . .        126,600.
        Married filing separate         $ 94,975
        Single                          $126,600
        Head of household               $158,300
        Married filing joint or widow(er)  $189,950
5.  Subtract line 4 from line 3 . . . . . . . .         327,271.
    If line 5 is more than $122,500 ($61,250 if
    married filing separate) enter zero
    on Form 1040, line 38.
6.  Divide line 5 by $2,500 ($1,250 if MFS)  . .
7.  Multiply line 6 by 2% (.02) and enter the result
    as a decimal . . . . . . . . . . . . . . . .
8.  Multiply line 2 by line 7 . . . . . . . . . . . . . . . . . .

9.  Subtract line 8 from line 2. Total to Form 1040, line 38.                              0.

Form 1040            Taxable State and Local Income Tax Refunds       Statement    3

|  | 1998 | 1997 | 1996 |
|---|---|---|---|
| Net tax refunds from State and Local Income Tax Refunds Stmt. | 98. | | |
| Less:Refunds-no benefit due to AMT | | | |
| 1    Net refunds for recalculation | 98. | | |
| 2    Total itemized deductions before phaseout | 547,610. | | |
| 3    Deduction not subj to phaseout | 52,769. | | |
| 4    Net refunds from line 1 | 98. | | |
| 5    Line 2 minus lines 3 and 4 | 494,743. | | |
| 6    Multiply line 5 by 80% (.80) | 395,794. | | |
| 7    Prior year AGI | 1,095,940. | | |
| 8    Item. ded. phaseout threshold | 124,500. | | |
| 9    Subtract line 8 from line 7 (If zero or less, skip lines 10 through 15, and enter amount from line 1 on line 16) | 971,440. | | |
| 10   Multiply line 9 by 3% (.03) | 29,143. | | |
| 11   Allowable itemized deductions (line 5 less the lesser of line 6 or line 10) | 465,600. | | |
| 12   Item ded. not subj to phaseout | 52,769. | | |
| 13a  Total adj. itemized deductions | 518,369. | | |
| 13b  Prior yr. std. ded. available | 4,250. | | |
| 14   Prior yr. allowable item. ded. | 518,467. | | |
| 15   Subtract the greater of line 13a or line 13b from line 14 | 98. | | |
| 16   Taxable refunds (lesser of line 15 or line 1) | 98. | | |
| 17   Allowable prior yr. item. ded. | 518,467. | | |
| 18   Prior year std. ded. available | 4,250. | | |
| 19   Subtract line 18 from line 17 | 514,217. | | |
| 20   Lesser of line 16 or line 19 | 98. | | |
| 21   Prior year taxable income | 577,473. | | |

22   Amount to include on Form 1040, line 10
     * If line 21 is -0- or more, use amount from line 20
     * If line 21 is a negative amount, net lines 20 and 21                              98.

     State and local income tax refunds prior to 1996

     Total to Form 1040, line 10                                                         98.

Form 1040          Wages Received and Taxes Withheld          Statement    4

| T S | Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|---|
| T | VICTORY FINISHING TECHNOLOGIES | 135,372. | 26,258. | 6,970. | 502. | 4,501. | 1,905. |
| T | DIVERSIFIED PRODUCTS, INC. | 254,808. | 97,945. | 26,642. | 502. | 4,501. | 3,695. |
| | Totals | 390,180. | 124,203. | 33,612. | 1,004. | 9,002. | 5,600. |

```
Form 1040          Excess Social Security Tax Worksheet          Statement   5
```

|                                                                                                  | Taxpayer | Spouse |
|--------------------------------------------------------------------------------------------------|----------|--------|
| 1. Add all social security tax withheld but not more than $4,501.20 for each employer (this tax should be shown in Box 4 of your W-2 forms). Enter the total here . . . | 9,002.   |        |
| 2. Enter any uncollected social security tax on tips or group-term life insurance included in the total on Form 1040, line 56 . . . |          |        |
| 3. Add lines 1 and 2 . . .                                                                        | 9,002.   |        |
| 4. Social security tax limit . . .                                                                | 4,501.   |        |
| 5. Subtract line 4 from line 3. Excess social security tax included in Form 1040, line 62 . . .   | 4,501.   |        |

```
Schedule A                       Other Taxes                        Statement   6
```

| Description | Amount |
|-------------|--------|
| REAL ESTATE 111 HARISON AVE - | 19,973. |
| REAL ESTATE HARISON AVE LAND | 5,934. |
| REAL ESTATE - LOCKE MT | 2,617. |
| REAL ESTATE - TAHOE | |
| REAL ESTATE - CAPTIVA | 539. |
| Total to Schedule A, line 8 | 29,063. |

```
Schedule A              State and Local Income Taxes               Statement   7
```

| Description | Amount |
|-------------|--------|
| VICTORY FINISHING TECHNOLOGIES | 6,970. |
| State Disability Insurance - VICTORY FINISHING TECHNOLOGIES | 502. |
| DIVERSIFIED PRODUCTS, INC. | 26,642. |
| State Disability Insurance - DIVERSIFIED PRODUCTS, INC. | 502. |
| Other State and Local Income Taxes | 50,000. |
| Total to Schedule A, line 5 | 84,616. |

| Schedule A | Cash Contributions | Statement | 8 |

| Description | Amount 50% Limit | Amount 30% Limit |
|---|---|---|
| WOMEN'S RESOURCE CENTER | 900. | |
| RI ZOOLOGICAL SOC. | 1,500. | |
| MISCELLANEOUS $100 OR LESS | 130. | |
| WOMAN'S RESOURCE CENTER | 4,440. | |
| From K-1 – VICTORY FINISHING TECHNOLOGIES, INC. | 77. | |
| From K-1 – DIVERSIFIED PRODUCTS, INC. | 1,640. | |
| From K-1 – NORWOOD MOTOR GROUP, INC. | 98. | |
| From K-1 – POISTANO REALTY CO., INC. | 52. | |
| From K-1 – BARBER'S AUTO SALES & BODY WORKS | 12. | |
| From K-1 – DER ASSOCIATES LLC | 23. | |
| Subtotals | 8,872. | |
| Total to Schedule A, line 15 | | 8,872. |

| Schedule A | Investment Interest | Statement | 9 |

| Description | Amount |
|---|---|
| FLEET BANK – LAND MTGE (NEW) | 3,079. |
| NUTMEG SECURITIES – MARGIN INT. | 8,786. |
| Disallowed Investment Interest Prior Years | 124. |
| COWEN – MARGIN INT. | 2,575. |
| MORGAN STANLEY – MARGIN | 8,505. |
| Total to Schedule A, line 13 | 23,069. |

| Schedule A | Itemized Deductions Worksheet | Statement 10 |
|---|---|---|

1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 . . . . . . . . . . . . . . . . . . . .    260,413.
2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling and casualty or theft losses included on line 27 . . . . . . . . . . . . . . . . . . . . . .    23,069.
3. Is the amount on line 2 less than the amount on line 1?
   If no, your deduction is not limited.  Enter the amount from line 1 above on Schedule A, line 28.
   If yes, subtract line 2 from line 1 . . . . . . . . . . . .    237,344.
4. Multiply line 3 above by 80% (.80) . . . . .   189,875.
5. Enter the amount from Form 1040, line 34. . .   453,871.
6. Enter: $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately . . . . . . . . . . . . . . . . .   126,600.
7. Is the amount on line 6 less than the amount on line 5?
   If no, your deduction is not limited.  Enter the amount from line 1 above on Schedule A, line 28.
   If yes, subtract line 6 from line 5 . . . . .   327,271.
8. Multiply line 7 above by 3% (.03) . . . . . .   9,818.
9. Enter the smaller of line 4 or line 8 . . . . . . . . . .    9,818.

10. Total itemized deductions.  Subtract line 9 from line 1.
    Enter the result here and on Schedule A, line 28 . . . .    250,595.

| Schedule B | Interest Income | Statement 11 |
|---|---|---|

| Name of Payer | Amount |
|---|---|
| BANK BOSTON | 38. |
| BER-LYN | 763. |
| FLEET NATIONAL BANK | 40. |
| FLEET NATIONAL BANK | 17. |
| FLET NATIONAL BANK | 20. |
| LESS REC'D AS NOMINEE | <40.> |
| LESS REC'D AS NOMINEE | <20.> |
| M L  CREDIT CORP (ESCROW) | 218. |
| NATIONAL SECURITIES CORP. | 3. |
| From K-1 - VICTORY FINISHING TECHNOLOGIES, INC. | 330. |
| From K-1 - DIVERSIFIED PRODUCTS, INC. | 25,510. |
| From K-1 - NORWOOD MOTOR GROUP, INC. | 149. |
| From K-1 - POISTANO REALTY CO., INC. | 1,356. |
| GOV'T SECUTITIES | 2,654. |
| OTHER INTEREST | 353. |
| Total to Schedule B, line 1 | 31,391. |

| Schedule C | Other Income | Statement    12 |
|---|---|---|

| Description | Amount |
|---|---|
| Loss on trading activites - see schedule | <303,375.> |
| Mark to Market adjustment of securities held at 12/31/99 | <76,922.> |
| Total to Schedule C, line 6 | <380,297.> |

| Schedule D | Net Long-Term Gain or Loss from Forms 4797, 2439, 6252, 4684, 6781 and 8824 | Statement    13 |
|---|---|---|

| Description of Property | Gain or Loss | 28% Gain |
|---|---|---|
| Form 4797 | 103. | |
| Total to Schedule D, Part II, line 11 | 103. | |

| Schedule D | Capital Loss Carryover | Statement 14 |
|---|---|---|

```
 1. Enter the amount from Form 1040, line 37 . . . . . . . . . . .   203,276.
 2. Enter the loss from Schedule D, line 18, as a positive amount.     3,000.
 3. Combine lines 1 and 2. If zero or less, enter -0- . . . . . .    206,276.
 4. Enter the smaller of line 2 or line 3 . . . . . . . . . . . .       3,000.

 5. Enter the loss from Schedule D, line 7, as a positive amount .  9,315,172.
 6. Enter the gain, if any, from Schedule D,
    line 16  . . . . . . . . . . . . . . . . . . . . .       103.
 7. Add lines 4 and 6 . . . . . . . . . . . . . . . . . . . . .        3,103.
 8. Short-term capital loss carryover to 2000.
    Subtract line 7 from line 5. If zero or less, enter -0- . . .  9,312,069.

 9. Enter the loss from Schedule D, line 16, as a positive amount.
10. Enter the gain, if any, from Schedule D,
    line 7 . . . . . . . . . . . . . . . . . . . . . . . . . .
11. Subtract line 5 from line 4.  If zero or less,
    enter -0- . . . . . . . . . . . . . . . . . . . . . . . .
12. Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . .
13. Long-term capital loss carryover to 2000.
    Subtract line 12 from line 9. If zero or less, enter -0-   . .
```

| Schedule E | Income or (Loss) from Partnerships and S Corps | Statement 15 |
|---|---|---|

Name
____

| Employer ID No. | Not at Risk | X if frn | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
|---|---|---|---|---|---|---|---|---|
| VICTORY FINISHING TECHNOLOGIES, INC. | | | | | | | | |
| 05-0251745 | X | | S | | | 35,823. | | |
| DIVERSIFIED PRODUCTS, INC. | | | | | | | | |
| 05-0384622 | | | S | | | | | 1,306,680. |
| OCEAN STATE NISSAN, INC. | | | | | | | | |
| 05-0422120 | | | S | | | 15,023. | | |
| NORWOOD MOTOR GROUP, INC. | | | | | | | | |
| 05-0461212 | | | S | | | 163,878. | | |
| NORWOOD MOTOR ASSOCIATES, INC. | | | | | | | | |
| 05-0461217 | | | S | | | | | 163,991. |
| POISTANO REALTY CO., INC. | | | | | | | | |
| 05-0477314 | | | S | | 95,729. | | | |
| ISCHIA FREEDOM CORPORATION | | | | | | | | |
| 05-0480072 | | | S | 1,634. | | | | |
| R M REALTY L.L.C. | | | | | | | | |
| 05-0494321 | | | P | | 53,704. | | | |
| BARBER'S AUTO SALES & BODY WORKS | | | | | | | | |
| 05-0313521 | | | S | | | 326,616. | | |

```
NORWOOD REALTY, L.L.C.
05-0493281        P               14,430.
TOM RICCI'S RENTAL CARS USA LLC
06-1478658        P                          434,793.
RAM REALTY LLC
05-0489973        P               95,420.
DIVERSIFIED FOODS, INC
05-0498784        S                          282,107.
DER ASSOCIATES LLC
05-0497908        P                                              18,581.
BARTRAM & BRAKENHOFF OF FLORIDA, L.C.
65-0834878   X    P
WYNDHAM PROPERTIES, LLC
05-0504946        P     15,383.

Totals to Sch. E, ln. 28    17,017.    259,283. 1,258,240.          1,489,252.
```

---

Form 6198              Allocation of Allowable Losses              Statement   16

BARTRAM & BRAKENHOFF OF FLORIDA, L.C.

| Description | Loss | Percent of Loss | Allocation of At-Risk | Allowable Loss | Disallowed Loss |
|---|---|---|---|---|---|
| Ordinary | 11,934. | 1.000000000 | 0. | 0. | 11,934. |
| Totals | 11,934. | 1.000000000 | 0. | 0. | 11,934. |

---

Form 6198         Allocation of Income and Amount At-Risk         Statement   17

VICTORY FINISHING TECHNOLOGIES, INC.

| Description | Income | Loss | Percent of Loss | Allocation of Income | Allocation of Amount At-Risk |
|---|---|---|---|---|---|
| Ordinary | | 304,013. | .915335122 | 396. | 35,427. |
| Form 4797 | 103. | | | | |
| Interest | 330. | | | | |
| Char Contr- 50% Lmt | | 650. | .001957047 | 1. | 76. |
| Nondeductible Exp | | 27,470. | .082707831 | 36. | 3,201. |
| Totals | 433. | 332,133. | 1.000000000 | 433. | 38,704. |

Form 6198      Allocation of Allowable Losses      Statement 18

VICTORY FINISHING TECHNOLOGIES, INC.

| Description | Loss | Allocation of Income | Allocation of At-Risk | Allowable Loss | Disallowed Loss |
|---|---|---|---|---|---|
| Ordinary | 304,013. | 396. | 35,427. | 35,823. | 268,190. |
| Char Contr- 50% Lmt | 650. | 1. | 76. | 77. | 573. |
| Nondeductible Exp | 27,470. | 36. | 3,201. | 3,237. | 24,233. |
| Totals | 332,133. | 433. | 38,704. | 39,137. | 292,996. |

Form 6198      Alternative Minimum Tax      Statement 19
Allocation of Income and Amount At-Risk

VICTORY FINISHING TECHNOLOGIES, INC.

| Description | Income | Loss | Percent of Loss | Allocation of Income | Allocation of Amount At-Risk |
|---|---|---|---|---|---|
| Ordinary | | 351,813. | .925986950 | 401. | 35,839. |
| Form 4797 | 103. | | | | |
| Interest | 330. | | | | |
| Char Contr- 50% Lmt | | 650. | .001710828 | 1. | 66. |
| Nondeductible Exp | | 27,470. | .072302222 | 31. | 2,799. |
| Totals | 433. | 379,933. | 1.000000000 | 433. | 38,704. |

Form 6198      Alternative Minimum Tax      Statement 20
Allocation of Allowable Losses

VICTORY FINISHING TECHNOLOGIES, INC.

| Description | Loss | Allocation of Income | Allocation of At-Risk | Allowable Loss | Disallowed Loss |
|---|---|---|---|---|---|
| Ordinary | 351,813. | 401. | 35,839. | 36,240. | 315,573. |
| Char Contr- 50% Lmt | 650. | 1. | 66. | 67. | 583. |
| Nondeductible Exp | 27,470. | 31. | 2,799. | 2,830. | 24,640. |
| Totals | 379,933. | 433. | 38,704. | 39,137. | 340,796. |

| Form 6251 | | Passive Activities | | Statement 21 |
|---|---|---|---|---|

| Name of Activity | Form | Net Income (Loss) | | Adjustment |
|---|---|---|---|---|
| | | AMT | Regular | |
| POISTANO REALTY CO., INC. | Sch E | 96,214. | 95,729. | 485. |
| ISCHIA FREEDOM CORPORATION | Sch E | <1,634.> | <1,634.> | |
| R M REALTY L.L.C. | Sch E | 53,862. | 53,704. | 158. |
| NORWOOD REALTY, L.L.C. | Sch E | 14,430. | 14,430. | |
| RAM REALTY LLC | Sch E | 96,161. | 95,420. | 741. |
| WYNDHAM PROPERTIES, LLC | Sch E | <15,356.> | <15,383.> | 27. |
| RESIDENTIAL RENTAL − 8401 POST ROAD NORTH KINGSTOWN, RI | Sch E | <14,098.> | <15,803.> | 1,705. |
| COMMERCIAL BUILDING − PAWTUCKET, RI | Sch E | 10,994. | 10,646. | 348. |
| VACATION CONDO, JORDAN GRAND − NEWRY Maine | Sch E | <755.> | <755.> | |
| Total to Form 6251, line 11 | | | | 3,464. |

| Form 6251 | | Loss Limitations | | Statement 22 |
|---|---|---|---|---|

| Name of Activity | Form | Net Income (Loss) | | Adjustment |
|---|---|---|---|---|
| | | AMT | Regular | |
| VICTORY FINISHING TECHNOLOGIES, INC. | Sch E | <35,874.> | <35,467.> | <407.> |
| Total to Form 6251, line 14h | | | | <407.> |

| Form 4952 | Investment Interest Expense | | Statement 23 |
|---|---|---|---|

| Description | Current | Carryover |
|---|---|---|
| FLEET BANK − LAND MTGE (NEW) | 3,079. | |
| NUTMEG SECURITIES − MARGIN INT. | 8,786. | |
| Disallowed Investment Interest Prior Years | | 124. |
| COWEN − MARGIN INT. | 2,575. | |
| MORGAN STANLEY − MARGIN | 8,505. | |
| Totals to Form 4952 | 22,945. | 124. |

| Form 4952 | Income from Property Held for Investment | Statement 24 |
|---|---|---|

| Description | | Amount |
|---|---|---|
| Interest income | | 31,391. |
| Dividend income | | 133. |
| Total to Form 4952, line 4a | | 31,524. |

| Form 4952 | Investment Expense | Statement 25 |
|---|---|---|

| Description | | Amount |
|---|---|---|
| Schedule A deductions | | 5,934. |
| Total to Form 4952, line 5 | | 5,934. |

EDWARD MARANDOLA JR
Soc. Sec. # ▇▇▇▇▇▇
Form 1040, schedule C
Year Ended 12/31/99

| Account | Account # | Sales | Basis | Gain(Loss) |
|---|---|---|---|---|
| Nutmeg Securities | | 6,034,593 | 5,920,690 | 113,903 |
| Smith Barney | | 413,971 | 895,654 | (481,683) |
| Culverwell & Co | | 34,344 | 33,135 | 1,209 |
| SG Cowen | 4520 | 2 | 4 | (2) |
| Morgan Stanley | | 246,487 | 170,550 | 75,937 |
| JW Genesis | 2755437 | 33,767 | 50,421 | (16,654) |
| National Securities | 225 | 10,887 | 12,500 | (1,613) |
| National Securities | 9020 | 73,941 | 105,362 | (31,421) |
| SG Cowen | 2755498 | 1,702,548 | 1,697,660 | 4,888 |
| Centennial | Settlement | 32,061 | - | 32,061 |
| Totals | | 8,582,601 | 8,885,976 | (303,375) |

**Capital Gains Report**

1/1/99 Through 12/31/99

9/30/0

Nutmeg Sec Ltd

Ed JR.

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| **SHORT TERM** | | | | | | |
| Big Entertainment | 10,000 | 11/30/98 | 1/7/99 | 131,884.83 | 188,754.50 | -56,869.67 |
| AMR Corp 1/99 60 | 12,000 | 12/22/98 | 1/8/99 | 120,771.45 | 44,101.80 | 76,669.65 |
| AMR Corp 1/99 60 | 18,000 | 12/22/98 | 1/11/99 | 223,908.00 | 66,152.70 | 157,755.30 |
| AMR Corp 1/99 65 | 10,000 | 12/22/98 | 1/11/99 | 65,893.28 | 17,221.25 | 48,672.03 |
| AMR Corp 1/99 65 | 7,500 | 12/22/98 | 1/11/99 | 48,296.37 | 12,915.94 | 35,380.43 |
| AMR Corp 1/99 65 | 2,500 | 12/22/98 | 1/11/99 | 15,786.97 | 4,305.31 | 11,481.66 |
| AMR Corp 1/99 65 | 10,000 | 1/6/99 | 1/11/99 | 63,147.87 | 19,354.50 | 43,793.37 |
| call3com199@47.5 | 20,000 | 1/6/99 | 1/19/99 | 0.00 | 41,204.50 | -41,204.50 |
| Cytotherapeutics | 15,000 | 12/29/98 | 1/25/99 | 22,533.34 | 23,880.00 | -1,346.66 |
| Cytotherapeutics | 5,000 | 12/31/98 | 1/25/99 | 7,511.11 | 8,223.25 | -712.14 |
| Navarre CP | 15,000 | 12/3/98 | 1/29/99 | 240,963.56 | 281,254.50 | -40,290.94 |
| Navarre CP | 700 | 12/10/98 | 1/29/99 | 11,244.97 | 8,101.75 | 3,143.22 |
| Navarre CP | 4,300 | 12/10/98 | 1/29/99 | 69,076.22 | 50,009.00 | 19,067.22 |
| Open Market Inc | 300 | 12/3/98 | 2/5/99 | 4,008.62 | 5,800.09 | -1,791.47 |
| Open Market Inc | 200 | 12/3/98 | 2/3/99 | 2,675.41 | 3,866.73 | -1,191.32 |
| Open Market Inc | 9,500 | 12/3/98 | 2/3/99 | 127,081.99 | 183,669.52 | -56,587.53 |
| cal pfizer299@125 | 6,000 | 1/11/99 | 2/5/99 | 48,387.47 | 33,364.50 | 15,022.97 |
| cal pfizer299@125 | 3,500 | 1/11/99 | 2/5/99 | 28,226.03 | 19,460.00 | 8,766.03 |
| cal pfizer299@125 | 3,500 | 1/11/99 | 2/5/99 | 28,226.03 | 19,460.00 | 8,766.03 |
| cal pfizer299@125 | 3,500 | 1/11/99 | 2/5/99 | 28,226.03 | 19,460.00 | 8,766.03 |
| cal pfizer299@125 | 3,500 | 1/11/99 | 2/5/99 | 28,226.03 | 19,460.00 | 8,766.03 |
| cal pfizer299@125 | 10,000 | 1/11/99 | 2/5/99 | 80,645.79 | 43,100.00 | 37,545.79 |
| cal pfizer299@130 | 7,000 | 1/12/99 | 2/5/99 | 30,199.47 | 16,171.05 | 14,028.42 |
| cal pfizer299@130 | 23,000 | 1/12/99 | 2/8/99 | 76,240.00 | 53,133.45 | 23,106.55 |
| cal pfizer299@130 | 20,000 | 1/29/99 | 2/8/99 | 66,295.66 | 33,704.50 | 32,591.16 |
| Navarre CP | 3,000 | 12/10/98 | 2/10/99 | 57,893.55 | 34,890.00 | 23,003.55 |
| Navarre CP | 2,000 | 12/10/98 | 2/10/99 | 38,498.72 | 23,260.00 | 15,238.72 |
| Navarre CP | 500 | 12/11/98 | 2/10/99 | 9,624.68 | 7,085.75 | 2,538.93 |
| Navarre CP | 2,500 | 12/11/98 | 2/10/99 | 48,123.39 | 35,562.50 | 12,560.89 |
| Navarre CP | 1,000 | 12/11/98 | 2/10/99 | 19,374.35 | 14,225.00 | 5,149.35 |
| Navarre CP | 1,000 | 12/11/98 | 2/10/99 | 19,311.86 | 14,225.00 | 5,086.86 |
| Open Market Inc | 5,000 | 12/3/98 | 2/11/99 | 64,070.91 | 96,668.17 | -32,597.26 |
| Open Market Inc | 5,000 | 12/4/98 | 2/11/99 | 64,070.91 | 80,254.50 | -16,183.59 |
| Open Market Inc | 3,400 | 12/8/98 | 2/11/99 | 43,568.22 | 43,330.28 | 237.94 |
| Navarre CP | 4,000 | 1/13/99 | 2/12/99 | 65,756.43 | 56,744.50 | 9,011.93 |
| Navarre CP | 2,000 | 1/13/99 | 2/12/99 | 32,878.22 | 28,120.00 | 4,758.22 |
| Navarre CP | 4,000 | 1/13/99 | 2/12/99 | 65,756.43 | 56,990.00 | 8,766.43 |
| Navarre CP | 3,200 | 1/14/99 | 2/12/99 | 52,605.15 | 51,873.44 | 731.71 |
| Navarre CP | 4,500 | 1/14/99 | 2/12/99 | 70,883.88 | 72,947.02 | -2,063.14 |
| Navarre CP | 1,100 | 1/14/99 | 2/12/99 | 16,983.43 | 17,831.49 | -848.06 |
| Navarre CP | 1,200 | 1/14/99 | 2/12/99 | 18,227.39 | 19,452.54 | -1,225.15 |
| Open Market Inc | 6,600 | 12/8/98 | 2/12/99 | 88,699.47 | 84,111.72 | 4,587.75 |
| Open Market Inc | 300 | 12/28/98 | 2/12/99 | 4,031.79 | 4,332.00 | -300.21 |
| Open Market Inc | 1,000 | 12/28/98 | 2/12/99 | 13,439.31 | 14,425.00 | -985.69 |
| Open Market Inc | 1,000 | 12/28/98 | 2/12/99 | 13,439.31 | 14,425.00 | -985.69 |
| Open Market Inc | 1,000 | 12/28/98 | 2/12/99 | 13,439.31 | 14,425.00 | -985.69 |
| Open Market Inc | 600 | 12/28/98 | 2/12/99 | 8,063.59 | 8,655.00 | -591.41 |
| Open Market Inc | 5,100 | 12/28/98 | 2/12/99 | 68,540.50 | 73,567.50 | -5,027.00 |
| Open Market Inc | 1,000 | 12/28/98 | 2/12/99 | 13,439.31 | 14,425.00 | -985.69 |
| Open Market Inc | 2,400 | 1/12/99 | 2/12/99 | 32,254.35 | 31,315.08 | 939.27 |
| Open Market Inc | 5,000 | 1/12/99 | 2/12/99 | 67,510.24 | 65,239.75 | 2,270.49 |
| Open Market Inc | 1,000 | 1/12/99 | 2/12/99 | 13,564.55 | 13,047.95 | 516.60 |
| Open Market Inc | 100 | 1/12/99 | 2/12/99 | 1,381.70 | 1,304.79 | 76.91 |
| Open Market Inc | 100 | 1/12/99 | 2/12/99 | 1,381.70 | 1,304.79 | 76.91 |
| Open Market Inc | 800 | 1/12/99 | 2/12/99 | 11,053.63 | 10,438.36 | 615.27 |
| Open Market Inc | 100 | 1/12/99 | 2/12/99 | 1,381.70 | 1,304.79 | 76.91 |
| Open Market Inc | 200 | 1/12/99 | 2/12/99 | 2,763.41 | 2,609.59 | 153.82 |
| Open Market Inc | 300 | 1/12/99 | 2/12/99 | 4,145.11 | 3,914.38 | 230.73 |
| call AMR299@60 | 700 | 2/2/99 | 2/12/99 | 229.99 | 2,317.06 | -2,087.07 |

## Capital Gains Report
### 1/1/99 Through 12/31/99

9/30'0                                                                                                    Page 2
Nutmeg Seo Ltd

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| call IBM299@170 | 10,000 | 2/10/99 | 2/19/99 | 14,395.00 | 33,100.64 | -18,705.64 |
| call IBM299@170 | 10,000 | 2/10/99 | 2/19/99 | 14,399.50 | 33,100.64 | -18,701.14 |
| call IBM299@170 | 6,000 | 2/10/99 | 2/19/99 | 15,389.47 | 19,860.39 | -4,470.92 |
| call IBM299@170 | 2,000 | 2/10/99 | 2/19/99 | 3,379.88 | 6,620.13 | -3,240.25 |
| call IBM299@170 | 3,000 | 2/10/99 | 2/19/99 | 5,069.82 | 9,930.19 | -4,860.37 |
| call IBM299@170 | 5,000 | 2/10/99 | 2/19/99 | 8,449.71 | 16,550.32 | -8,100.61 |
| call IBM299@170 | 2,000 | 2/10/99 | 2/19/99 | 3,379.88 | 6,620.13 | -3,240.25 |
| call IBM299@170 | 2,000 | 2/10/99 | 2/19/99 | 3,379.88 | 6,620.13 | -3,240.25 |
| call IBM299@170 | 900 | 2/10/99 | 2/19/99 | 1,520.95 | 2,979.06 | -1,458.11 |
| call IBM299@170 | 20,000 | 2/10/99 | 2/19/99 | 28,799.02 | 66,201.29 | -37,402.27 |
| call IBM299@170 | 9,100 | 2/10/99 | 2/19/99 | 14,241.01 | 30,121.58 | -15,880.57 |
| call IBM299@170 | 2,500 | 2/11/99 | 2/19/99 | 3,912.36 | 5,776.41 | -1,864.05 |
| call IBM299@170 | 5,500 | 2/11/99 | 2/19/99 | 8,607.20 | 12,708.09 | -4,100.89 |
| call IBM299@170 | 2,900 | 2/11/99 | 2/19/99 | 4,538.34 | 6,699.00 | -2,160.66 |
| call IBM299@170 | 9,100 | 2/11/99 | 2/22/99 | 0.00 | 21,021.00 | -21,021.00 |
| call IBM299@170 | 3,000 | 2/11/99 | 2/22/99 | 0.00 | 6,930.00 | -6,930.00 |
| call IBM299@170 | 4,000 | 2/11/99 | 2/22/99 | 0.00 | 9,490.00 | -9,490.00 |
| call IBM299@170 | 3,000 | 2/11/99 | 2/22/99 | 0.00 | 7,117.50 | -7,117.50 |
| call onsale299@55 | 2,000 | 2/8/99 | 2/22/99 | 0.00 | 4,624.50 | -4,624.50 |
| call onsale299@55 | 2,000 | 2/8/99 | 2/22/99 | 0.00 | 4,745.00 | -4,745.00 |
| call onsale299@55 | 3,800 | 2/8/99 | 2/22/99 | 0.00 | 9,015.50 | -9,015.50 |
| call onsale299@55 | 2,000 | 2/8/99 | 2/22/99 | 0.00 | 3,995.00 | -3,995.00 |
| call onsale299@55 | 8,000 | 2/8/99 | 2/22/99 | 0.00 | 18,480.00 | -18,480.00 |
| call onsale299@55 | 5,000 | 2/8/99 | 2/22/99 | 0.00 | 10,612.50 | -10,612.50 |
| call onsale299@55 | 10,000 | 2/8/99 | 2/22/99 | 0.00 | 22,475.00 | -22,475.00 |
| call onsale299@55 | 5,000 | 2/8/99 | 2/22/99 | 0.00 | 11,550.00 | -11,550.00 |
| call onsale299@55 | 2,200 | 2/8/99 | 2/22/99 | 0.00 | 5,219.50 | -5,219.50 |
| call onsale299@55 | 5,000 | 2/8/99 | 2/22/99 | 0.00 | 11,237.50 | -11,237.50 |
| call onsale299@55 | 5,000 | 2/8/99 | 2/22/99 | 0.00 | 11,862.50 | -11,862.50 |
| call AMR299@60 | 49,300 | 2/2/99 | 2/22/99 | 0.00 | 163,187.44 | -163,187.44 |
| IBM | 100 | 2/19/99 | 2/25/99 | 17,216.93 | 17,006.02 | 210.91 |
| IBM | 9,000 | 2/19/99 | 2/25/99 | 1,549,928.32 | 1,530,542.12 | 19,386.20 |
| IBM | 10,000 | 2/19/99 | 2/25/99 | 1,722,142.58 | 1,700,602.36 | 21,540.22 |
| call Navarre399@20 | 10,000 | 2/8/99 | 3/22/99 | 0.00 | 53,104.50 | -53,104.50 |
| call Navarre399@20 | 20,000 | 2/8/99 | 3/22/99 | 0.00 | 101,200.00 | -101,200.00 |
| call Navare399@17. | 1,000 | 2/24/99 | 3/22/99 | 0.00 | 2,064.50 | -2,064.50 |
| call Navare399@17. | 6,000 | 2/24/99 | 3/22/99 | 0.00 | 12,735.00 | -12,735.00 |
| call Navare399@17. | 13,000 | 2/24/99 | 3/22/99 | 0.00 | 28,405.00 | -28,405.00 |
| call openmkt399@15 | 2,000 | 2/1/99 | 3/22/99 | 0.00 | 3,874.50 | -3,874.50 |
| call openmkt399@15 | 1,000 | 2/1/99 | 3/22/99 | 0.00 | 2,550.00 | -2,560.00 |
| call openmkt399@15 | 4,000 | 2/1/99 | 3/22/99 | 0.00 | 9,490.00 | -9,490.00 |
| call openmkt399@15 | 14,000 | 2/1/99 | 3/22/99 | 0.00 | 30,590.00 | -30,590.00 |
| call openmkt399@15 | 20,000 | 2/1/99 | 3/22/99 | 0.00 | 51,200.00 | -51,200.00 |
| call openmkt399@15 | 1,000 | 2/2/99 | 3/22/99 | 0.00 | 3,064.50 | -3,064.50 |
| call openmkt399@15 | 9,000 | 2/2/99 | 3/22/99 | 0.00 | 28,665.00 | -28,665.00 |
| TOTAL SHORT TERM | | | | 6,034,592.84 | 6,384,306.23 | -349,713.39 |

Mark to Market adj  12/31/99    ⟨463616⟩    463616
                                 5926690    113,903.

**Capital Gains Report**
1/1/99 Through 12/31/99

10/2/0

Smith Barney

*Eo Ok.*

Page 1

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| **SHORT TERM** | | | | | | |
| call QOLJan99@50 | 20,000 | 1/8/99 | 1/19/99 | 174,495.00 | 53,796.00 | 120,699.00 |
| call QOLJan99@50 | 10,000 | 1/8/99 | 1/19/99 | 89,491.16 | 26,898.00 | 62,593.16 |
| call QOLJan99@60 | 15,500 | 1/12/99 | 1/19/99 | 1,837.50 | 41,878.42 | -40,040.92 |
| call QOLJan99@60 | 9,500 | 1/12/99 | 1/19/99 | 493.75 | 25,667.42 | -25,173.67 |
| call QOLJan99@60 | 5,000 | 1/12/99 | 1/19/99 | 1,118.22 | 13,509.17 | -12,390.95 |
| call TRQJan99@47.5 | 10,000 | 1/7/99 | 1/20/99 | 0.00 | 19,588.13 | -19,588.13 |
| call QOLFeb99@65 | 10,000 | 1/19/99 | 2/23/99 | 0.00 | 94,250.00 | -94,250.00 |
| call QOLFeb99@65 | 20,000 | 1/19/99 | 2/23/99 | 0.00 | 200,505.00 | -200,505.00 |
| call CQMJun99@1... | 10,000 | 5/20/99 | 6/22/99 | 0.00 | 11,325.00 | -11,325.00 |
| call CQMJun99@1... | 10,000 | 5/20/99 | 6/22/99 | 0.00 | 11,255.00 | -11,255.00 |
| call CQMJun99@1... | 10,000 | 5/20/99 | 6/22/99 | 0.00 | 12,630.00 | -12,630.00 |
| call CQMJun99@1... | 10,000 | 5/25/99 | 6/22/99 | 0.00 | 10,661.07 | -10,661.07 |
| call CQMJun99@1... | 3,500 | 5/25/99 | 6/22/99 | 0.00 | 3,964.58 | -3,964.58 |
| call CQMJun99@1... | 6,500 | 5/25/99 | 6/22/99 | 0.00 | 7,800.91 | -7,800.91 |
| Call AOOJul99@120 | 20,000 | 6/22/99 | 7/14/99 | 49,195.00 | 126,050.00 | -76,855.00 |
| Call AOOJul99@120 | 10,000 | 6/22/99 | 7/14/99 | 24,597.50 | 62,505.00 | -37,907.50 |
| Call AOOJul99@120 | 1,000 | 7/14/99 | 7/16/99 | 2,694.17 | 2,782.50 | -88.33 |
| Call AOOJul99@120 | 26,000 | 7/14/99 | 7/16/99 | 70,048.35 | 68,132.80 | 1,915.55 |
| Call QUul99@55 | 30,000 | 7/6/99 | 7/20/99 | 0.00 | 102,455.00 | -102,455.00 |
| | | | | | | |
| | | **TOTAL SHORT TERM** | | 413,970.65 | 895,654.00 | -481,683.35 |

# Capital Gains Report
## 1/1/99 Through 12/31/99

10/2'0
Culverwell & Co
£o JR

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| SHORT TERM | | | | | | |
| Biznessline.com | 2,000 | 5/17/99 | 5/19/99 | 22,896.00 | 20,004.85 | 2,891.15 |
| Biznessline.com | 1,000 | 5/17/99 | 5/19/99 | 11,448.00 | 13,129.85 | -1,681.85 |
| TOTAL SHORT TERM | | | | 34,344.00 | 33,134.70 | 1,209.30 |

# Capital Gains Report
## 1/1/99 Through 12/31/99

Page 1

10/5'0
SG Cowen-553645

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss | 12/31/98 Basis | Adj Gain Loss |
|----------|--------|--------|------|-------------|------------|-----------|----------------|---------------|
| **SHORT TERM** | | | | | | | | |
| Websecure Inc Com | 4,350 | 9/1/98 | 1/11/99 | 1.00 | 34,800.00 | -34,799.00 | 4 | |
| Websecure Inc wts | 5,000 | 9/1/98 | 1/11/99 | 1.00 | 1,000.00 | -999.00 | 0 | |
| TOTAL SHORT TERM | | | | 2.00 | 35,800.00 | -35,798.00 | 4 | ⟨2⟩ |

## Capital Gains Report
### 1/1/99 Through 12/31/99

10/5'0

Morgan Stanley

Page 1

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|----------|--------|--------|------|-------------|------------|-----------|
| SHORT TERM | | | | | | |
| Lycos Inc | 1,000 | 11/15/99 | 12/13/99 | 79,575.75 | 56,850.00 | 22,725.75 |
| Lycos Inc | 1,500 | 11/15/99 | 12/14/99 | 125,232.27 | 85,275.00 | 39,957.27 |
| Lycos Inc | 500 | 11/15/99 | 12/14/99 | 41,679.19 | 28,425.00 | 13,254.19 |
| | | TOTAL SHORT TERM | | 246,487.21 | 170,550.00 | 75,937.21 |

# Capital Gains Report
### 1/1/99 Through 12/31/99

10/5'0
J W Genesis

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|----------|--------|--------|------|-------------|------------|-----------|
| SHORT TERM | | | | | | |
| Shop at Home Inc | 3,000 | 12/14/98 | 1/15/99 | 33,766.67 | 17,051.12 | 16,715.55 |
| Call QOL Feb99@60 | 3,500 | 1/15/99 | 2/23/99 | 0.00 | 27,692.10 | -27,692.10 |
| Call QOL Feb99@60 | 700 | 1/15/99 | 2/23/99 | 0.00 | 5,678.05 | -5,678.05 |
| TOTAL SHORT TERM | | | | 33,766.67 | 50,421.27 | -16,654.60 |

## Capital Gains Report
### 1/1/99 Through 12/31/99

Page 1

10/5'0
55350225

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss | Adj Basis | Adj Gain (Loss) |
|----------|--------|--------|------|-------------|------------|-----------|-----------|-----------------|
| **SHORT TERM** | | | | | | | | |
| Imagematrix Corp | 50,000 | 8/31/98 | 1/28/99 | 10,887.13 | 118,000.00 ³ | -107,112.87 | 12,500 | ⟨1,613⟩ |
| TOTAL SHORT TERM | | | | 10,887.13 | 118,000.00 | -107,112.87 | | |

12/98   Mark to MKT Adj

⟨105,603⟩
12,500

# Capital Gains Report
### 1/1/99 Through 12/31/99

10/5'0
Nat'l Sec 15412

Page 1

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss | Market Adj Basis | Adj Gain/loss |
|---|---|---|---|---|---|---|---|---|
| **SHORT TERM** | | | | | | | | |
| IDM Environmental | 3,300 | 8/31/98 | 1/27/99 | 1,422.27 | 15,279.00 | -13,856.73 | 1548 | ⟨126⟩ |
| IDM Environmental | 4,400 | 8/31/98 | 1/27/99 | 1,896.36 | 22,000.00 | -20,103.64 | 2063 | ⟨167⟩ |
| Call QOL Feb99@65 | 7,500 | 1/28/99 | 2/22/99 | 0.00 | 14,881.25 | -14,881.25 | | |
| Trimark Hldgs Inc. | 10,000 | 3/8/99 | 3/25/99 | 70,622.64 | 86,869.90 | -16,247.26 | | |
| TOTAL SHORT TERM | | | | 73,941.27 | 139,030.15 | -65,088.88 | | |

Mark to Mkt  Adj  12/31/98 =   (33669)

105,363

## Capital Gains Report
### 1/1/99 Through 12/31/99

Page 1

10/4'0
SG Cowen-Ed Jr

| Security | Shares | Bought | Sold | Sales Price | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|
| SHORT TERM | | | | | | |
| put AOLJul99@120 | 20,000 | 7/15/99 | 7/16/99 | 16,832.75 | 41,000.00 | -24,167.25 |
| put AOLJul99@120 | 5,000 | 7/16/99 | 7/16/99 | 4,208.19 | 7,687.50 | -3,479.31 |
| put AOLJul99@120 | 5,000 | 7/16/99 | 7/16/99 | 4,520.67 | 7,687.50 | -3,166.83 |
| Call AOLJul99@125 | 10,000 | 7/14/99 | 7/19/99 | 0.00 | 23,625.00 | -23,625.00 |
| Call AOLJul99@125 | 3,000 | 7/14/99 | 7/19/99 | 0.00 | 6,150.00 | -6,150.00 |
| Global Crossings | 13,000 | 8/6/99 | 8/26/99 | 390,571.94 | 442,209.30 | -51,637.36 |
| Global Crossings | 5,000 | 8/6/99 | 8/26/99 | 150,844.95 | 170,080.50 | -19,235.55 |
| Global Crossings | 5,000 | 8/6/99 | 8/26/99 | 149,708.82 | 170,080.50 | -20,371.68 |
| Evercel | 1,800 | 7/26/99 | 8/30/99 | 23,705.20 | 24,483.55 | -778.35 |
| Evercel | 1,500 | 7/26/99 | 8/31/99 | 19,754.33 | 20,402.96 | -648.63 |
| Evercel | 200 | 7/26/99 | 9/14/99 | 2,333.92 | 2,720.39 | -386.47 |
| Evercel | 3,000 | 7/26/99 | 9/14/99 | 35,008.82 | 36,271.94 | -1,263.12 |
| Evercel | 1,000 | 7/26/99 | 9/14/99 | 11,669.61 | 13,350.09 | -1,680.48 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,834.80 | 6,171.27 | -336.47 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,897.30 | 6,391.67 | -494.37 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,897.30 | 6,423.16 | -525.86 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,959.80 | 6,549.10 | -589.30 |
| Evercel | 500 | 7/26/99 | 9/14/99 | 5,959.80 | 6,738.02 | -778.22 |
| call StdPoor999@70 | 1,500 | 9/14/99 | 9/17/99 | 487.48 | 9,825.00 | -9,337.52 |
| call StdPoor999@70 | 500 | 9/14/99 | 9/17/99 | 193.74 | 3,275.00 | -3,081.26 |
| call LycosSep99@45 | 30,000 | 9/3/99 | 9/20/99 | 0.00 | 54,000.00 | -54,000.00 |
| call LycosSep99@45 | 20,000 | 9/7/99 | 9/20/99 | 0.00 | 38,500.00 | -38,500.00 |
| call LycosSep99@45 | 30,000 | 9/9/99 | 9/20/99 | 0.00 | 48,375.00 | -48,375.00 |
| call Lycosdec99@65 | 5,000 | 12/7/99 | 12/10/99 | 84,747.16 | 21,500.00 | 63,247.16 |
| call Lycosdec99@65 | 3,000 | 12/7/99 | 12/10/99 | 50,098.32 | 12,900.00 | 37,198.32 |
| call Lycosdec99@65 | 2,000 | 12/7/99 | 12/10/99 | 33,648.87 | 8,600.00 | 25,048.87 |
| call lycos100@60 | 6,500 | 12/3/99 | 12/17/99 | 150,769.96 | 63,700.00 | 87,069.96 |
| call lycos100@60 | 2,500 | 12/3/99 | 12/20/99 | 58,910.53 | 24,500.00 | 34,410.53 |
| call LycosDec99@90 | 10,000 | 12/9/99 | 12/20/99 | 0.00 | 46,750.00 | -46,750.00 |
| call GlobalCr100@4 | 20,000 | 12/10/99 | 12/21/99 | 208,993.00 | 93,500.00 | 115,493.00 |
| call GlobalCr100@4 | 10,000 | 12/10/99 | 12/21/99 | 104,496.50 | 48,000.00 | 56,496.50 |
| Call Covad Jan00@6 | 10,000 | 12/17/99 | 12/21/99 | 34,498.83 | 64,250.00 | -29,751.17 |
| Call Covad Jan00@6 | 5,000 | 12/17/99 | 12/21/99 | 17,249.41 | 32,125.00 | -14,875.59 |
| Call Covad Jan00@6 | 5,000 | 12/17/99 | 12/21/99 | 17,249.41 | 31,500.00 | -14,250.59 |
| Call Covad Jan00@6 | 2,000 | 12/17/99 | 12/21/99 | 7,149.75 | 12,600.00 | -5,450.25 |
| call lycos100@60 | 1,000 | 12/3/99 | 12/21/99 | 32,823.90 | 9,800.00 | 23,023.90 |
| call GlobalCr100@4 | 4,500 | 12/10/99 | 12/22/99 | 39,023.68 | 25,537.50 | 13,486.18 |
| Call Covad Jan00@6 | 3,000 | 12/17/99 | 12/22/99 | 8,812.20 | 18,900.00 | -10,087.80 |
| Call Covad Jan00@6 | 5,000 | 12/17/99 | 12/22/99 | 14,687.00 | 31,500.00 | -16,813.00 |
| TOTAL SHORT TERM | | | | 1,702,547.94 | 1,697,659.95 | 4,887.99 |

*all 1999 purchases*

EDWARD MARANDOLA
SCHEDULE OF MARK TO MARKET VALUATIONS
December 31, 1999

| Shares | Security | Price | Market | Cost | Mark to Mkt |
|---|---|---|---|---|---|
| Nytmeg Securities, Ltd. | | | | | |
| ████████████ | | | | | |
| | No Securities held in account at 12/31/99 | | | | |

EDWARD MARANDOLA
SCHEDULE OF MARK TO MARKET VALUATIONS
December 31, 1999

| Shares | Security | Price | Market | Cost | Mark to Mkt |
|---|---|---|---|---|---|
| **SG Cowen Securities** | | | | | |
| ███████ | | | | | |
| 55 Call | Global Crossing @ $45 1/22/00 | 6.5 | 35,750 | 31,213 | 4,538 |
| 100 Call | Global Crossing @ $50 1/22/00 | 3.75 | 37,500 | 38,000 | (500) |
| 900 Call | Global Crossing @ $55 1/22/00 | 1.6875 | 151,875 | 354,500 | (202,625) |
| 100 Call | Lycos Inc. @ $75 1/22/00 | 10.125 | 101,250 | 91,750 | 9,500 |
| 300 Call | Lycos Inc. @ $85 1/22/00 | 5.25 | 157,500 | 270,250 | (112,750) |
| 10 Call | Lycos Inc. @ $95 1/22/00 | 2.8125 | 2,813 | 3,415 | (603) |
| | | | | | |
| **Hamberecht & Quist LLC** | | | | | |
| ███████ Ed Jr. & Cheryl) | | | | 12/31/98 | |
| 1,400 Shares | Nutrceutix Inc | 0.44 | 613 | 980 | (368) |
| | | | | | |
| **Laidlaw Global Securities** | | | | | |
| ███████ | | | | 12/31/98 | |
| 5,000 Shares | Augment Sys Inc. | 0.01 | 25 | 50 | (25) |
| 5,000 WTS | Augment Sys Inc.- Exp 5/12/02 | - | - | 5 | (5) |
| | | | | | |
| | **TOTAL MARK TO MARKET ADJUSTMENT** | | | | (76,922) |

▼ DETACH HERE ▼

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IRC Sec. 475f election attached

| Form **4868**<br>Department of the Treasury<br>Internal Revenue Service (99) | **Application for Automatic Extension of Time<br>To File U.S. Individual Income Tax Return**<br>For calendar year 1999, or other tax year beginning _____ , 1999, ending _____ | OMB No. 1545-0188<br>**1999** |
|---|---|---|

**Part I Identification**

1  Your name(s)  EDWARD MARANDOLA JR.
C/O Dacey Guarino & Company, LLP

Address
1445 Wampanoag Trail, Suite 202

City, town or post office, state, and ZIP code
East Providence, RI 02915

2  [                    ]    3  Spouse's social security number

**Part II  Complete ONLY If Filing Gift/GST Tax Return**

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

Check this box ▶ [X] If you are requesting a GIFT or GST TAX return extension.

Check this box ▶ [ ] If your spouse is requesting a GIFT or GST TAX return extension.

Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.

**Part III  Individual Income Tax**

| 4  Total tax liability on your income tax return for 1999 ...... $ | 368,000. |
|---|---|
| 5  Total 1999 payments .............................. | 128,704. |
| 6  **Balance.** Subtract 5 from 4 .............. | 239,296. |

**Part IV  Gift/GST Tax –** If you are **not** filing a gift or GST tax return, go to Part V now. See the instructions.

| 7  Your gift or GST tax payment ............. $ | |
|---|---|
| 8  Your spouse's gift/GST tax payment ... | |

**Part V  Total**

| 9  **Total liability.** Add lines 6, 7, and 8 ... $ | 239,296. |
|---|---|
| 10  Amount you are paying ..................... ▶ | 0. |

If line 10 is less than line 9, you may be liable for interest and penalties.

LHA    **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**                              Form **4868** (1999)

918711  11-16-99

2

17260418  743180  MARAE2440          1999.05200  MARANDOLA JR., EDWARD          MARAE241

Edward Marandola, Jr.
Soc Sec No. ███████

Attachment to Form 4868, Application for automatic extension of time to file U.S.
Individual income tax return.

The following election is being made under provisions of Revenue Procedure 99-17

The taxpayer elects to use the mark to market accounting procedure, as a securities
trader, as provided under Internal Revenue Code Section 475, for the year 2000.