**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 05-252 T**
**(Judge Charles F. Lettow)**

---

**EDWARD MARANDOLA, JR. and**
**CARMEN MARANDOLA,**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**MOTION FOR LEAVE TO FILE REPLY ON FEBRUARY 13, 2007**

---

Defendant hereby moves the Court to allow the United States to file its reply to plaintiff's brief in opposition to the United States' cross-motion for summary judgment on February 13, 2007. Pursuant to the Court's scheduling order dated December 5, 2007, plaintiff was required to file its brief in opposition to defendant's cross-motion for summary judgment by January 26, 2007. Pursuant to the same order, defendant was required to file its response to plaintiff's brief by February 13, 2007.

Plaintiff filed its brief opposing defendant's cross-motion on January 25, 2007. Due to the plaintiff filing its brief one day early, the Court's clerk also entered the filing deadline for responding to plaintiff's brief one day early, on February 12, 2007. This date conflicts with the Court's scheduling order of December 5, 2006 which provided an additional day within which defendant could reply. Defendant has filed its reply on February 13, 2007 in accordance with the

Court's aforementioned scheduling order.

Wherefore, defendant prays that the Court will grant defendant's motion for leave to file its reply brief on February 13, 2007 and consider defendant's filing on this date timely.

Respectfully submitted,

February 13, 2007

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

February 13, 2007

s/ Mary M. Abate
Of Counsel

Attorneys for Defendant