IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-252T

(Filed: February 27, 2007)

EDWARD MARANDOLA, JR., and
CARMEN MARANDOLA,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed February 13, 2007, seeking leave to file on February 13, 2007, its reply to the plaintiffs' brief in opposition to the government's cross-motion for summary judgment.

The government's motion is **GRANTED**. The reply brief proffered by the government on February 13, 2007, shall be deemed timely filed, *nunc pro tunc*, as of February 13, 2007.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge