# In the United States Court of Federal Claims

**No. 05-252 T**

**EDWARD MARANDOLA, JR., AND**
**CARMEN MARANDOLA,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed April 4, 2007, denying the plaintiffs' motion for judgment based on a trial on stipulated facts and granting the government's cross-motion for judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant. No costs.

Brian Bishop
Clerk of Court

**April 6, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.