ORIGINAL

#066645

**COURT OF FEDERAL CLAIMS**

Case No. 05-252T

FILED
JUN 1 2 2007
U.S. COURT OF FEDERAL CLAIMS

EDWARD MARANDOLA, JR. and )
CARMEN MARANDOLA, )
Plaintiffs, )
)
v. )
)
UNITED STATES, )
)
Defendant )

**NOTICE OF APPEAL**

Notice is hereby given that Edward Marandola, Jr. and Carmen Marandola in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the judgment entered in this action on April 9, 2007.

Dated: June 8, 2007

Charles J. Reilly

Charles J. Reilly
Counsel for Plaintiffs

Reilly Law Associates
1040 Turks Head Building
Providence, RI 02903
Tel. (401)-861-1120
Fax (401)-331-6187